# EXHIBIT A
# PART 8 OF 12

Filed
13 August 19 P3:40
Amalia Rodriguez-Mendoza
District Clerk
Travis District
D-1-GN-12-003588

### NO. D-1-GN-12-003588

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., f/k/a TRILOGY SOFTWARE, INC., and VERSATA DEVELOPMENT GROUP, INC., f/k/a TRILOGY DEVELOPMENT GROUP, INC., | § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | |
| v | § § § | TRAVIS COUNTY, TEXAS |
| AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, INC., AMERICAN ENTERPRISE INVESTMENT SERVICES, INC., | § § § § § | |
| Defendants. | § | 53rd JUDICIAL DISTRICT |

### DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

TO THE HONORABLE COURT:

Pursuant to Texas Rule of Civil Procedure 166a(c), Defendants Ameriprise Financial, Inc., Ameriprise Financial Services, Inc., and American Enterprise Investment Services, Inc. (collectively, "Ameriprise") move for partial summary judgment declaring as a matter of law that certain software licensed to Ameriprise by Plaintiffs Versata Software, Inc. and Versata Development Group, Inc. (together, "Versata") is subject to and governed by the attached open source license, and declaring that Ameriprise is therefore entitled, pursuant to the open source license, to obtain and freely use the software source code in accordance with the terms and conditions of that open source license.

### I.    SUMMARY

Versata obtained a third party's software and incorporated that software, referred to as the Ximpleware parser, into software sold by Versata called DCM Version 3.9. The Ximpleware

Defendants' Motion for Partial Summary Judgment (Unredacted)

software that Versata downloaded and incorporated into DCM Version 3.9 is subject to an "open source" software license that states, in part:

> The licenses for most software are designed to take away your freedom to share and change it. By contrast, the GNU General Public License is intended to guarantee your freedom to share and change free software – to make sure the software is free for all users ...

> To protect your rights, we need to make restrictions that forbid anyone to deny you these rights or to ask you to surrender the rights. These restrictions translate to certain responsibilities for you if you distribute copies of the software, or if you modify it ... [including:]

> - to cause any works based on the Program to be licensed as a whole at no charge to third parties under the terms of the GNU GPL; and

> - to provide or offer in writing to provide to recipients "the complete corresponding machine-readable source code" for any Program or work based on a Program.

By choosing to incorporate Ximpleware's open source code into its product and distribute it as a single, integrated package, Versata subjected DCM Version 3.9 to the terms and conditions of Ximpleware's open source license. Under the explicit, unambiguous terms of the open source license, Ameriprise is entitled to obtain the source code for DCM Version 3.9 in its entirety and to use it freely, consistent with the terms of the open source license.

## II. FACTS

### A. Background on the Parties and Their Dispute

Ameriprise is a financial planning and services company. Am. Petition ¶15. Ameriprise subsidiaries serve individual investors' and institutions' needs through financial planning, wealth management, retirement planning, asset management, annuities, and insurance. *Id.* Ameriprise has relationships with thousands of advisors throughout the United States.

In 1999 Ameriprise and Versata entered into a Master License Agreement ("MLA") pursuant to which Versata granted to Ameriprise a "nonexclusive, nontransferable ... perpetual,

Defendants' Motion for Partial Summary Judgment (Unredacted)

worldwide license" to a software product called "Distribution Channel Management" or "DCM." Redmond Ex. A. Over succeeding years and pursuant to the MLA, Ameriprise has acquired and installed upgrades to DCM, most recently acquiring and installing DCM Version 3.9 beginning in 2011.

In this action Versata wrongly alleges that Ameriprise breached the MLA by using two contractors, Infosys Technologies, Ltd. ("Infosys") and Tata Consultancy Services ("TCS"), to perform development and maintenance services relating to DCM in the Ameriprise computing environment. Versata threatens to terminate Ameriprise's license to use DCM, even though it is an essential component of compensation and recordkeeping operations for all Ameriprise personnel registered to perform securities work, and even though Ameriprise was explicitly granted the right under the MLA to use contractors like Infosys and TCS. Ameriprise has filed counterclaims alleging, among other claims, claims for breach of contract and breach of the warranties contained in the MLA and applicable to DCM Version 3.9, which Versata had delivered to Ameriprise in August 2011.

**B.      Open Source Software in Versata's DCM Version 3.9**

Although Versata originally claimed that it owned all rights in DCM Version 3.9, and although it denied in multiple discovery responses that it had licensed any components of DCM from third parties, Versata has now been forced to admit that DCM contains dozens of open source software components. Redmond Ex H (deposition exhibit 34). Open source software is computer software publicly available in source code (human-readable) form that can be used without charge and for any purpose, subject to the terms and conditions of the relevant open source license. Collins Decl. ¶ 5. Virtually all open source licenses require a subsequent distributor of the open source software (like Versata) to notify the recipient (like Ameriprise) of the existence of open source software in the package delivered to the recipient. Most open

3

source licenses require the subsequent distributor of the software to provide or make available the source code to any recipients of the software and prohibit the distributor from imposing additional restrictions on the recipients' use of the software. A few open source licenses are "viral" licenses, in that their terms and conditions apply to any proprietary program that contains the open source software, even if other portions of the program were otherwise considered proprietary and were developed separately from the open source software with which it is integrated. *Id.*

One prominent type of open source license, the General Public License or "GPL," encompasses these viral features:

- A requirement to give the recipient notice of the existence of the GPL-licensed software in the combined work (GPL §1);

- A requirement that the entire package containing the open source software is to be licensed as a whole under the terms and conditions of the GPL (*Id.*, §§2(b), 4 and 6); and

- A requirement that the user/distributor must provide or make available to the recipient the source code for the combined package, may not restrict the customer's use of the modified open source software, and must comply with any additional terms of the open source license (*Id.*, §§3, 5 and 6).

*See* Collins Ex. B.

After Versata sued Ameriprise, claiming that DCM was entirely Versata's own proprietary and confidential software, Ameriprise learned of the extent of open source software embedded within DCM. Versata documents establish that DCM is nowhere near entirely owned by Versata, because nearly one hundred third party open source programs have been incorporated into DCM. Redmond Ex. H (deposition exhibit 34). One example of open source software in DCM, identified on an internal list of open source components, is a file called "vtd-

Defendants' Motion for Partial Summary Judgment (Unredacted)

xml.jar," an XML parser offered by a company called Ximpleware.[1]  Ximpleware's XML parser is open source software that enables DCM to read and parse XML files pulled from external sources, so that DCM can understand, manipulate, and use the contents of such files.  The current DCM version installed at Ameriprise, DCM Version 3.9, incorporates the Ximpleware parser into multiple portions of DCM code.  Collins Decl. ¶ 11.  The Ximpleware parser is highly integrated into DCM; indeed, more than half of the hundreds of component files of DCM that appear to originate with Versata depend directly or indirectly on the Ximpleware parser.  *Id.*

Ximpleware is an open source program readily downloadable from the Internet.  Its use is conditioned upon and governed by an open source license, specifically Version 2 of the GNU GPL.  Collins Decl. ¶¶ 8-9 and Ex. B.  The GPL is an open source software license written and promulgated by the Free Software Foundation principally to ensure two things:  that parties cannot misappropriate the work product of open source software developers for commercial gain without severe consequences; and to ensure that all recipients of GPL-licensed software continue to have access to at least its source code, and remain free to use and modify the source code for their own purposes without restriction.  The GPL states:

> The licenses for most software are designed to take away your freedom to share and change it.  By contrast, the GNU General Public License is intended to guarantee your freedom to share and change free software – to make sure the software is free for all users ...
>
> Our General Public Licenses are designed to make sure that you have the freedom to distribute copies of free software ..., that you receive source code or can get it

---

[1] "XML" refers to "eXtensible Markup Language," a language for communicating structured data in a format that is both human-readable and machine-readable.  An XML "parser" is a decoder that converts the human readable textual form of code into a binary data structure, commonly in the form of a tree.  Ximpleware's parser is open source software that enables a program to read and parse XML files pulled from external sources, so that the program can understand and manipulate the contents of such files. Parsers are critical to making large enterprise software programs work, because they provide for a universal exchange language that ties together various pieces of a large, complex system. Collins Decl. ¶ 7.

Defendants' Motion for Partial Summary Judgment (Unredacted)

if you want it, that you can change the software or use pieces of it in new free programs; and that you know you can do these things.

To protect your rights, we need to make restrictions that forbid anyone to deny you these rights or to ask you to surrender the rights. These restrictions translate to certain responsibilities for you if you distribute copies of the software, or if you modify it.

Collins Ex. B, Preamble. Among the obligations that Versata accepted to be able to incorporate the Ximpleware parser into DCM were the following obligations:

- to "conspicuously and appropriately publish on each copy an appropriate copyright notice and disclaimer of warranty;"

- to "give any other recipients of the Program a copy of [the GPL] along with the Program";

- to cause any works based on the Program to be licensed as a whole at no charge to third parties under the terms of the GPL; and

- to provide or offer in writing to provide to recipients "the complete corresponding machine-readable source code."

Collins Ex. B §§ 1, 2, 3. When Versata delivered DCM Version 3.9 to Ameriprise, it violated each of these obligations.[2]

### C. Versata's Discovery Responses Confirm That It Lacks Any License from Ximpleware Other Than the GPL

Early in this case, Ameriprise served interrogatories and document requests, and notified Versata of its intent to take a corporate deposition. Redmond Decl. ¶ 3. Among its requests, Ameriprise asked Versata:

- To "[i]dentify all third-party licensors of any components of DCM." (Interrogatory 7);

- To produce "[a]ll licenses covering or relating to DCM code or components of DCM code effective at any time after October 1999." (Document Request 13);

---

[2] Versata's failure to comply with the GPL when it delivered DCM Version 3.9 also breached its MLA warranty that, among other things, "Licensor has the right to furnish the Products, Documentation, and other materials ... free of all liens, claims, encumbrances and other restrictions... ." Redmond Ex. A § 8.1.

Defendants' Motion for Partial Summary Judgment (Unredacted)

and

- To make available a Versata representative to testify regarding "[a]ll licenses covering, or relating to, DCM code or components of DCM code" (Deposition Topic 2) and regarding "[t]he genesis of the code included in DCM" (Topic 3).

Redmond Exs. B, C, D.

In its responses to those discovery requests, Versata initially objected and refused to provide responsive information or documents. Redmond Exs. C, D. Versata also refused to supply the corporate representative whose testimony Ameriprise had first requested on January 30, 2013. Redmond Decl. ¶ 6. Ameriprise moved to compel responses, and on May 8, 2013, the Court overruled Versata's objections and ordered Versata to identify its third-party licensors of components of DCM (Interrogatory 7), to produce all licenses from such licensors (Document Request 13), and to designate witnesses to testify on the topics in Ameriprise's notice. Redmond Ex. E. Although the Court's Order required Versata's compliance within three days, the parties agreed that Versata could have two weeks – until May 22, 2013 – to respond and produce documents. Redmond Decl. ¶ 7.

In its May 22 responses, Versata identified no open source licensors. Instead, Vesata represented that the *only* licensor of any component of DCM was Versata's Dubai-based affiliate G-Dev FZ-LLC:

Interrogatory No. 7:  Identify all third-party licensors of any components of DCM.

Response:  G-Dev FZ-LLC has performed development services for Versata Software related to DCM. However, as described in that agreement Versata Software retains legal title to most of the work done by G-Dev. However, in some instances as described in section 7.2 of that agreement G-Dev may retain ownership and license products to Versata.

Redmond Ex. F. Consistent with its interrogatory response, Versata's May 22 production of more than 175,000 documents contained only *one* license agreement – the agreement between Versata and G-Dev. Redmond Decl. ¶ 8. On the morning of June 14, 2013, immediately before

7

the court-ordered deposition of Versata's corporate representative, Versata produced two additional agreements with companies Versata has used for development services – Accolite, Inc. and oDesk.  Redmond Ex. H at 46-52.  Versata's representative, designated to testify on behalf of the company as to "all licenses covering, or relating to, DCM code or components of DCM," could not identify any other third party hired to provide development work in connection with DCM and could not identify any additional contracts or agreements with such developers or any other contributor.  Redmond Ex. H at 55-57.  Although he identified several examples of third party software included in DCM, Versata's corporate representative claimed to be unfamiliar with Ximpleware:

> Q:  Are you aware of there being XimpleWare code within DCM?
>
> A:  Could you repeat that term?
>
> Q:  XimpleWare, like Simpleware except the first letter is X.
>
> A:  I'm not aware of that particular name.

Redmond Ex. H at 88-90.

More than two months after the Court ordered Versata to identify all of its licensors, and to produce all of its license agreements with such licensors within three days, Versata still has not produced any evidence that it has a license agreement with Ximpleware other than the GPL attached as Exhibit B to the Collins Declaration.  Redmond Decl. ¶ 10.

## III.   ARGUMENT

### A.   Summary Judgment Standard

Under Rule 166a(c), summary judgment is proper when the movant establishes that there is no genuine issue of material fact and that it is entitled to judgment as a matter of law.  *Fort Worth Osteopathic Hosp. v. Reese*, 148 S.W.3d 94, 99 (Tex. 2004).  After the movant produces evidence entitling it to summary judgment, the burden shifts to the non-movant to present

8

evidence creating a fact issue. *Walker v. Harris*, 924 S.W.2d 375, 377 (Tex. 1996). An issue is conclusively established, and will support entry of summary judgment, when the evidence is such that there is no room for ordinary minds to differ as to the conclusion to be drawn. *Triton Oil & Gas Corp. v. Marine Contractors and Supply, Inc.*, 644 S.W.2d 443, 445 (Tex. 1982); *Rakowski v. Committee to Protect Clear Creek Village Homeowner's Rights and Preserve Our Park*, 252 S.W.3d 673, 675-76 (Tex. App.—Houston [14th Dist.] 2008, pet. denied).

Versata now admits that DCM Version 3.9 incorporates a variety of open source software, including the file containing the Ximpleware parser. In fact, Versata even concedes that its DCM Version 3.9 is inextricably linked with the Ximpleware parser. Despite an interrogatory, a document request, and a corporate deposition requesting that Versata identify, produce, and testify regarding its third party licenses, and despite a Court order compelling Versata to do so, Versata has provided no evidence that its use of the open source Ximpleware parser was subject to any license other than the GPL. As a matter of law, the GPL governs Versata's distribution of DCM Version 3.9, and Ameriprise is entitled to obtain the source code for DCM Version 3.9 from Versata without constraints other than the restrictions of the GPL.

**B.      Use of Ximpleware's Open Source Software is Governed by the GPL**

Ximpleware's XML parser is a third party, open source software program readily downloadable from the Internet. Its use is conditioned upon and governed by the GPL. *See* Collins Decl. ¶ 8 and Ex. B § 0. The GPL is an enforceable contract. The United States Court of Appeals for the Federal Circuit has determined that open source licenses are enforceable not only under contract law, but also under copyright law. "Copyright holders who engage in open source licensing have the right to control the modification and distribution of copyrighted material." *Jacobsen v. Katzer*, 535 F.3d 1373, 1381 (Fed. Cir. 2008). Thus, the developers of open source software obtain copyright protection in their software code, and they offer the GPL as a license

9

to third parties allowing them to copy, distribute, and modify the software *so long as* the third

parties agree to the license terms in the relevant open source license. *See* Collins Ex. B,

Preamble.

Any third party who chooses to copy, distribute, or modify software to which the GPL

applies is bound by the terms and conditions of the GPL. The GPL makes this consequence

abundantly clear:

> You are not required to accept this License, since you have not signed it.
> However, nothing else grants you permission to modify or distribute the Program
> or its derivative works. These actions are prohibited by law if you do not accept
> this License. Therefore, by modifying or distributing the Program (or any work
> based on the Program), you indicate your acceptance of this License to do so, and
> all its terms and conditions for copying, distributing or modifying the Program or
> works based on it.

Collins Ex. B § 5. *See also id.*, Preamble ("These restrictions translate to certain responsibilities

for you if you distribute copies of the software, or if you modify it."); *id., Preamble* ("The

precise terms and conditions for copying, distribution and modification follow."). Courts have

recognized this consequence of the use of open source software governed by the GPL:

> One publicly available program used ... was ... [specified] open source
> code ... . Any user of that code is, however, bound by the terms of the GNU
> General Public License (GPL). The GPL puts restrictions on the modification and
> subsequent distribution of freeware programs. Essentially, once the programs are
> freely released into the public domain, the creators intend for them to stay free.

*Computer Assocs. Int'l v. Quest Software, Inc.*, 333 F. Supp. 2d 688, 697-98 (N.D. Ill. 2004)

Thus, when Versata copied, modified, and distributed the Ximpleware parser as part of

DCM Version 3.9, it did so pursuant to the terms and conditions of the GPL and not the MLA.

> **C.    Versata's DCM Version 3.9 is a "Work Based On The Program" Under the
> GPL, and Ameriprise is therefore Entitled to a Declaration that DCM
> Version 3.9 is Governed by the GPL**

The GPL applies to copying, modification, and distribution of the "Program" (here, the

Ximpleware software) and also to copying, modification, and distribution of any "work based on

10

the Program." Collins Ex. B § 0.  Under the GPL, a work is "based on the Program" if it

"contains the Program or a portion of it, either verbatim or with modifications." Collins Ex. B §

0.  The requirements of the GPL "apply to the modified work as a whole." *Id.* § 2.  It is

undisputed that DCM Version 3.9 incorporates the Ximpleware parser and is therefore a "work

based on the Program" under the GPL. *See* Redmond Ex. H (deposition ex. 34); Collins Decl. ¶

11.

    DCM is a single integrated product, provided to the customer on a disk or downloaded by

the customer from an online secure system.  Redmond Ex. H at 119.  DCM Version 3.9

incorporates Ximpleware into multiple portions of DCM code.  Versata's corporate

representative testified that DCM is a single, integrated whole, all of whose files are interrelated:

> Q:  But you can't just pluck [open source code] out of DCM?
>
> A:  It's a very complex product.  Plucking it out would be a ... would be a loose
> term to use.  But it's not that easy.  It's a very complex product.
>
> Q:  And is it complicated just because of all the connections between this code
> and other code within DCM?
>
> A:  Yes, because all these functions have interdependencies.  They all work to
> serve a purpose.  ....
>
> Q:  Could you identify any particular open source code that would be easier to
> pull out than others or are they all integrated?
>
> A:  I think they're all integrated.

Redmond Ex. H at 113-114; *see also id.* at 113 (open source is "an integral part and the code is

well merged"); *id.* at 118 ("It is integrated software, yes.").  The integration of Ximpleware's

parser into DCM is further illustrated by Dr. Collins' analysis showing that, of 701 component

parts of DCM that appear to originate with Versata, 362 depend directly or indirectly on the

Ximpleware parser.  Collins Decl. ¶ 12.  If Ximpleware's software were to be removed from

Version 3.9 of DCM, DCM would not function.  Versata has admitted that fact:

Defendants' Motion for Partial Summary Judgment (Unredacted)

Q: And I gather what you were saying … is that if you pulled a few packages out of this set of packages it would have an effect on other packages within DCM?

A: It would have an effect on how DCM performs and doesn't perform.

Q: Okay. And – and depending upon the package, pulling a package out might make DCM not function at all?

A: Depending – yeah. Yes.

Q: And are there particular packages within DCM that you could identify as being more or less important in terms of the overall functioning of DCM than others?

A: No. DCM is a product suite that ships with multiple products and modules in it. There are different types of classes, but they're all equally important for functioning of DCM as a software application.

Redmond Ex. H at 121-122.

As a work incorporating and integrating the Ximpleware parser, DCM Version 3.9, *as a whole*, is governed by the terms and conditions of the GPL.

- "These requirements apply to the modified work as a whole." (§ 5)

- "[B]y modifying or distributing the Program (or any work based on the Program), you indicate your acceptance of this License to do so, and all its terms and conditions for copying, distributing or modifying the Program or works based on it." (*Id.*)

Collins Ex. B.

Ameriprise is accordingly entitled to a declaration that DCM Version 3.9 is subject to and governed by the GNU General Public License attached as Exhibit B to the Collins Declaration.

**D.     Under The GPL, Ameriprise is Entitled to the Source Code for DCM Version 3.9**

Versata's decision to incorporate the free GPL-licensed Ximpleware software in DCM Version 3.9 imposes upon Versata the obligations of the GPL. Versata was required, among other things, to publish an appropriate copyright notice and disclaimer of warranty on each copy of DCM Version 3.9; to provide recipients of DCM Version 3.9 with a copy of the GPL; and to

12

Defendants' Motion for Partial Summary Judgment (Unredacted)

license DCM 3.9 at no charge to recipients. *See* Collins Ex. B §§ 1-3, 6. The GPL also prohibits anyone who incorporates a GPL-licensed program from imposing any restrictions on the recipient's use of the distributed program that differ from those in the GPL. *Id.* § 6. Versata has not complied with *any* of these obligations. *See* Collins Decl. ¶¶ 10.

The key obligation relevant to this case is that, when Versata incorporated and integrated the open source Ximpleware parser into DCM Version 3.9 and distributed it to Ameriprise (among other customers), Versata agreed to accompany any distribution of the computer-executable version of DCM with the DCM source code, or with a written offer to provide the source code. The GPL expressly states this obligation in several sections:

> These restrictions translate to certain responsibilities for you if you distribute copies of the software, or if you modify it. For example, if you distribute copies of such a program, whether gratis or for a fee, you must give the recipients all the rights that you have. *You must make sure that they, too, receive or can get the source code.*

Collins Ex. B, Preamble (emphasis added).

> You may copy and distribute the Program (or a work based on it, under Section 2) in object code or executable form under the terms of Sections 1 and 2 above *provided that you also do one of the following:*
>
> a) Accompany it with the complete corresponding machine-readable source code, which must be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or
>
> b) Accompany it with a written offer, valid for at least three years, to give any third party, for a charge no more than your cost of physically performing source distribution, a complete machine-readable copy of the corresponding source code, to be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange …

Collins Ex. B § 3 (emphasis added). Versata did not provide Ameriprise with DCM source code when it delivered DCM Version 3.9 to Ameriprise; nor did it accompany the delivery with a written offer to do so. And despite Ameriprise's demand, Versata has refused to provide

Defendants' Motion for Partial Summary Judgment (Unredacted)

Ameriprise with the source code for DCM Version 3.9. *See* Redmond Ex. G; Redmond Decl. ¶ 9.

Ameriprise is accordingly entitled now to partial summary judgment establishing that Versata's provision of DCM Version 3.9 is subject to the terms and conditions of the GPL submitted as Collins Ex. B and, more specifically, that Ameriprise is entitled to the source code for DCM Version 3.9 in its entirety, subject only to the terms and conditions of the GPL.

## IV.   SUMMARY JUDGMENT EVIDENCE

In support of its motion, Ameriprise relies on the following evidence:

- Exhibit 1 – July 22, 2013 Declaration of Dr. John Collins ("Collins Decl."), with attached exhibits ("Collins Ex."). *(Served but not yet filed with the Court in conformance with Agreed Protective Order pending Versata's opportunity to seek a sealing order)*

  o Collins Ex. A – Resume of Dr. John Collins *(Served but not yet filed with the Court in conformance with Agreed Protective Order pending Versata's opportunity to seek a sealing order)*

  o Collins Ex. B – Version 2 of the GNU General Public License *(Served but not yet filed with the Court in conformance with Agreed Protective Order pending Versata's opportunity to seek a sealing order)*

- Exhibit 2 – July 23, 2013 Declaration of Heather Redmond ("Redmond Decl."), with attached exhibits ("Redmond Ex.").

  o Redmond Ex. A – Redacted Version of October 1999 Master License Agreement

  o Redmond Ex. B – Draft Notice of Deposition of Versata Corporate Representative

  o Redmond Ex. C – Versata's original response and objections to Interrogatory No. 7

  o Redmond Ex. D – Versata's original response and objections to Request for Production No. 13

  o Redmond Ex. E – Court Order overruling Versata's discovery objections

- o   Redmond Ex. F – Versata's supplemental Response to Interrogatory No. 7 *(Served but not yet filed with the Court in conformance with Agreed Protective Order pending Versata's opportunity to seek a sealing order )*

- o   Redmond Ex. G – Letter from Ameriprise's counsel to Versata's counsel

- o   Redmond Ex. H – Excerpts of the Deposition of Versata's Corporate Representative, including Exhibit 34 to the Deposition *(Served but not yet filed with the Court in conformance with Agreed Protective Order pending Versata's opportunity to seek a sealing order )*

## V.     CONCLUSION AND REQUEST FOR RELIEF

Versata did not need to incorporate a third party's intellectual property into DCM. It could have created an entirely proprietary set of software. But once it chose to incorporate Ximpleware open source code into its product and distributed it as a single, integrated package, Versata accepted the terms and conditions of the GPL and subjected its DCM software to a license – the GPL – that governs the distribution of DCM Version 3.9. Under the explicit, straightforward terms of the GPL, Ameriprise is entitled to obtain the source code for DCM Version 3.9 in its entirety and to use it freely, consistent with the terms of the GPL.

The Court should therefore grant Ameriprise's Motion for Partial Summary Judgment and make the following declarations:

1.      Versata's DCM Version 3.9 software licensed to Ameriprise is subject to and governed by Version 2 of the GNU General Public License submitted as Collins Ex. B; and

2.      Ameriprise is entitled, pursuant to the terms of Version 2 of the GNU General Public License, to obtain and freely use the source code for DCM Version 3.9 subject only to the terms and conditions of the GPL.

Respectfully submitted,

SCOTT, DOUGLASS & McCONNICO, LLP


By      /s/ Christopher D. Sileo
        Steve McConnico
        Texas Bar No. 13450300
        E-Mail: smcconnico@scottdoug.com
        Christopher D. Sileo
        Texas Bar No. 24027977
        E-Mail: csileo@scottdoug.com
        600 Congress Avenue, Suite 1500
        Austin, Texas 78701
        Phone: (512) 495-6300
        Fax: (512) 474-0731


**Of Counsel:**

DORSEY & WHITNEY LLP
Peter M. Lancaster (MN ID # 0159840)
Heather D. Redmond (MN ID # 0313233)
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402-1498
T: (612) 340-2600
E-Mail: lancaster.peter@dorsey.com
E-Mail: redmond.heather@dorsey.com

**ATTORNEYS FOR COUNTERCLAIMANT
AND DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record, as listed below on July 24, 2013.

Travis Barton
McGinnis, Lochridge & Kilgore, LLP
600 Congress Ave., Suite 2100
Austin, TX  78701
Facsimile: (512) 495-6093
*Attorneys for Plaintiffs*

**Via Email (tcbarton@
mcginnislaw.com) and Hand Delivery**

Steven J. Mitby
Benjamin F. Foster
Ahmad, Zavitsanos, Anaipakos, Alavi
& Mensing, PC
1221 McKinney Street, Suite 3460
Houston, TX  77010
Facsimile: (713) 655-0062
*Attorneys for Plaintiffs*

**Via Email (smitby@azalaw.com /
bfoster@azalaw.com ) and Facsimile**

/s/ Christopher D. Sileo
Christopher D. Sileo

Defendants' Motion for Partial Summary Judgment (Unredacted)

# EXHIBIT 1

NO. D-1-GN-12-003588

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., f/k/a TRILOGY SOFTWARE, INC., and VERSATA DEVELOPMENT GROUP, INC., f/k/a TRILOGY DEVELOPMENT GROUP, INC., | § § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | |
| v | § § | TRAVIS COUNTY, TEXAS |
| AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, INC., AMERICAN ENTERPRISE INVESTMENT SERVICES, INC., | § § § § § § | |
| Defendants. | § | 53rd JUDICIAL DISTRICT |

## DECLARATION OF JOHN EDGAR COLLINS, PH.D. IN SUPPORT OF AMERIPRISE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, John Edgar Collins, Ph.D., state and declare as follows:

1.      I am an expert witness designated by Defendants in this case, and I offer this affidavit in connection with Defendants' Motion for Partial Summary Judgment. The facts and opinions I offer below are based on my education and experience and on my investigation and analyses described more fully below.

2.      I am currently technical lead and co-founder of the Power TAC project (www.powertac.org). I have spent 33 years in the software industry and 11 years in academia. I have considerable experience as a developer, software architect, technical lead, and consultant. I earned a B.S. in Electrical Engineering from Iowa State University in 1969, an M.S. in Computer Science from the University of Minnesota in 1985, and a Ph. D. in Computer Science from the University of Minnesota in 2002.

3.      After completing my Ph. D., I took a teaching position at the University of Minnesota, where I taught Operating Systems, Software Construction, Artificial Intelligence, and Software Design. For seven years, I directed the University's professional Masters degree program in Software Engineering.  My publications are primarily in the intersection of Computer Science, Artificial Intelligence, and Economics.  A true and correct copy of my resume is attached as Exhibit A.

4.      My practical and academic experience has resulted in my becoming familiar with many varieties of open source software.  I have spent time with Richard Stallman, a leader of the Free Software Foundation who is often considered a pioneer of the open source movement, discussing with him his philosophies of open source software.  Much of the architecture of the Internet is based on open source software.  For example, the most popular web page server on the Internet is an Apache software package subject to an Apache license, one form of open source license, and for that reason many web-based applications are subject to the Apache versions of open source licenses.  I have attended debates between Apache personnel and Free Software Foundation personnel about their differing license approaches.  I worked on producing an open source license for the University of Minnesota.  I have been in the position of explaining to developers the differences between Apache and other open source licenses and why it can be important to steer clear of open source software.

5.      Open source software is generally computer software that is publicly available in source code form and is available for use without charge, subject to the terms and conditions of an open source license.  Some open source licenses require a user who distributes the software to provide or make available the source code to any recipients of the software and to prohibit the

2

imposition of restrictions on the recipients' use of the software.  A few open source licenses are also considered "viral" licenses, in that their terms and conditions apply not only to the open source program being used, but also to the program into which the open source code is integrated, even if other portions of the program were otherwise considered proprietary and were developed separately from the open source software code with which it is integrated.

6.    A true and correct copy of a prominent example of one type of viral open source license, Version 2 of the GNU General Public License, or "GPL," is attached as Exhibit B hereto.  I downloaded a copy of this document from the "sourceforge.net" site on June 28, 2013. sourceforge.net is an Internet-based source code repository that acts as a central location for software developers to control and manage the distribution of free and open-source software.

7.    One example of open source software is an XML parser offered by a company called Ximpleware, Inc.  "XML" refers to "eXtensible Markup Language," a language for communicating structured data in a format that is both human-readable and machine-readable. An XML "parser" is a decoder that converts the human readable textual form of code into a binary data structure, commonly in the form of a tree.  Ximpleware's parser is open source software that enables a program to read and parse XML files pulled from external sources, so that the program can understand and manipulate the contents of such files. Parsers are critical to making large enterprise software programs work, because they provide for a universal exchange language that ties together various pieces of a large, complex system.

8.    Ximpleware's XML parser is freely available for download from the Internet at the sourceforge.net site.  I have downloaded the Ximpleware parser from that site and have generally examined it.  I have also examined the history of offerings of Ximpleware parsers on

3

that site. I can see from the site that the history of released versions goes back to 2004. The sourceforge site references at least seven identical licenses, applicable to various versions of the Ximpleware parser. The site establishes that Ximpleware software is offered pursuant to Version 2 of the GNU GPL, and I have found no evidence on the sourceforge site that Ximpleware software has ever been made available pursuant to any license other than Version 2 of the GNU GPL.

9.      Exhibit B, which is Version 2 of the GNU GPL license, is the license used on the sourceforge site by the stated owners of Ximpleware software to license their software.

10.     I understand that the most recent version of the Versata enterprise compensation software installed at Ameriprise is called DCM Version 3.9. I reviewed the DCM 3.9 software and its installation package, which contains compiled Java code, configuration files, an installer, and documentation. My objective was to analyze the structure of the system, to confirm whether it incorporated the Ximpleware XML parser, and, if so, to determine the extent to which it depends on the Ximpleware program. I also reviewed the licenses contained within DCM 3.9, to see whether it contained any version of the GPL. I concluded that DCM 3.9 did not contain any GPL license, although it does include licenses from the Apache Foundation, Sun Microsystems, the World-WideWeb Consortium (W3C), the Eclipse Foundation, and other sources.

11.     My analysis included a review of the documentation, to gain an understanding of the structure and purpose of the DCM system. I also gained an understanding of the structure of the code in DCM Version 3.9, primarily by using the JDepend dependency-analysis tool. That tool is commonly used by experts in the software industry to analyze dependencies within software packages. Based upon my analysis of dependencies relating to Ximpleware, I

4

concluded that DCM Version 3.9 contains, or incorporates, Ximpleware, and that it does so in at least three distinct portions of DCM code.  It is contained in a jar file called "vtd-xml.jar," among other locations.

12.     The first step in determining the extent to which the DCM code depends on the Ximpleware program was to build a directed dependency graph of Java packages rooted at packages with names beginning "com.ximpleware."  A "Java package" is a module of code contained within its own "namespace;" this is a fundamental means of structuring large systems. I focused on 701 packages with name prefixes "com.trilogy" and "com.versata," because those packages were most likely to contain software that Versata considers to be proprietary.  Within those 701 packages, I found that 362 packages, or over 50%, depend directly or indirectly on one of the "com.ximpleware" packages.

13.     Using the GraphViz graphing tool, a commonly-used software graphing tool, I graphed the dependencies that were rooted at com.ximpleware.  I determined that the graph is very large and dense, and that, if one were to print it out at a readable size, it would fill up the wall of a sizable conference room.

14.     To get a clearer picture of these dependencies, I reduced the graph to a tree, removing all dependency relationships except for the first, shortest relationship.  In other words, starting at the com.ximpleware packages, I identified and depicted through the GraphViz graphing package first the direct package dependencies for ximpleware, then the first level of indirect dependencies, and then the second level of indirect dependencies, and so on.  I did this in such a way that each package only appears once, and included only the first dependency found in

5

a breadth-first search of the full dependency graph.  A true and correct copy of the outline of such dependencies that I caused to be generated is attached as Exhibit C.

15.     Based on my review, I determined that the majority of the code in the DCM 3.9 system depends directly or indirectly on the com.ximpleware packages.  All of the dependencies found by the JDepend dependency-analysis tool are either method-call dependencies or data dependencies.  Since well-designed Java code generally avoids cross-package data dependencies, I concluded that all or virtually all of these dependencies involve either direct calls on the methods of classes in the com.ximpleware packages, or transitive method-call dependencies.  In other words, many of the behaviors of the DCM 3.9 system are implemented by using behaviors provided by the com.ximpleware packages.

My name is John Edgar Collins, my date of birth is September 19, 1947, and my address is 1042

Golden Oaks Drive, Hudson, Wisconsin, in the United States.


I declare under penalty of perjury that the foregoing is true and correct.

Executed in St. Croix County, State of Wisconsin, on the 22d day of July, 2013.

_____
John Edgar Collins, Ph.D.

6

# John E. Collins

1042 Golden Oaks, Hudson, WI 54016
ph: 612.986.8222
email: jcollins@cs.umn.edu

## Capabilities

Research Interests

- Autonomous agents for Electronic Commerce, focusing on automated negotiation and contracting. This is my thesis research area.
- Scheduling and resource allocation problems, especially those involving real-time incremental-improvement search, anytime search, stochastic search, search performance analysis.
- Constraint processing, modeling and simulation of organizations and processes.
- Distributed systems architecture.

Technical Specialties:

- Object-Oriented analysis and design, multi-tier component architectures, distributed objects.
- Project planning and management, OOA/OOD, software engineering.

## Experience

Since Fall semester 2002, I am a Teaching Assistant Professor in the Computer Science department at the University of Minnesota. I teach in both the undergrad program and in the Master of Science in Software Engineering (MSSE) program. I expect to assume the directorship of the MSSE program in the next year or so.

Since 1998, I have taught a semester course in Distributed Object Systems in the University of Minnesota's MSSE program. The course is in the program because I submitted a proposal and was awarded a contract to develop it. I also teach the Advanced Software Engineering course in that program, and I developed and taught a 40-hour course on Enterprise Java Beans for the University's Continuing Engineering Education program.

Since October 1997, I have been an independent consultant. I have done technical pre-sales work, including customer interviews, project planning, risk analysis, and project proposals. I led a process improvement initiative for a local software company. Other projects have included technical analyses of potential partnerships and acquisitions, system architecture analysis, research and analysis on technology adoptions, and a detailed analysis of enterprise-class distributed object infrastructure products and standards.

I was at 3M from 1969 through 1997. While there, I had considerable freedom to explore and develop technologies, define products, put together business cases, propose projects, build development teams, and spend time with potential customers. At least 60% of my time at 3M was spent working on projects that I proposed. I am principal or co-inventor on 16 US patents. Highlights of my tenure at 3M include:

- 7 years researching, developing, and commercializing an advanced dynamic resource scheduling system for Field Service and similar markets. An alpha system was in production use inside 3M from 1993 through 1998. A Field Service product was field-tested and released, and was turned over to Imation. I conceived and sold the project initially. I alternated between technical leader and project leader for up to 17 people. 4 US patents have been issued related to this work.
- 4 years researching and developing a constraint-based system for altering garment patterns. The system was used for several research projects at the University of Minnesota and generated considerable excitement among potential customers. 3M decided not to pursue full commercialization and sold the 3 patents and all other rights to another company. During most of this period I led the team as it grew from 2 to 12 people.
- 2 years researching and developing an internal "demonstration of capability" application that predicted physical characteristics of polymer formulations. The system included a chemical structure editor and elaborate structure-matching capabilities. The prototype continued in use by several chemists until the Xerox Dandelion died.

**EXHIBIT A**

John Collins, Ph.D.                                                    Page 2 of 3

- 4 years as technical leader of an internal software and electronics design services group. Much of this work was in embedded systems. My role was divided among proposal writing, project organization and leadership, and development. A highlight was development of a page description language for an early version of a laser printer (around 1981).

## Education

Ph.D., Computer Science, University of Minnesota, 2002.
My research was primarily in advanced planning and scheduling systems in the context of autonomous agents. I was project leader for a research group studying issues in automated negotiation and electronic commerce. The group is designing and implementing the University of Minnesota's MAGNET market-oriented contracting system.

MS Computer Science, University of Minnesota, 1985.

BS, Electrical Engineering, Iowa State University, 1969.

## Memberships

ACM, American Association for Artificial Intelligence, IEEE Computer Society

## Selected recent publications

*Many of these are publicly available here.*

J. Collins, "Solving Combinatorial Auctions with Temporal Constraints in Economic Agents," Ph.D. thesis, University of Minnesota, Computer Science Department, 2002.

J. Collins, W. Ketter, M. Gini, and B. Mobasher. "A multi-agent negotiation testbed for contracting tasks with temporal and precedence constraints," Int'l Journal of Electronic Commerce, 2002.

J. Collins, C. Bilot, M. Gini, and B. Mobasher. "Decision processes in agent-based automated contracting," IEEE Internet Computing, pages 61-72, March 2001.

J. Collins and M. Gini, "An Integer Programming Formulation of the Bid Evaluation Problem for Coordinated Tasks," In B. Dietrich and R. V. Vohra, editors, *Mathematics of the Internet: E-Auction and Markets*, volume 127 of IMA Volumes in Mathematics and its Applications, pages 59-74. Springer-Verlag, New York, 2001.

J. Collins and M. Gini, "Exploring Decision Processes in Multi-Agent Automated Contracting," submitted to the *Fifth International Conference on Autonomous Agents*, Montreal, Canada, May 2001.

J. Collins, C. Bilot, M. Gini, and B. Mobasher, "Mixed-Initiative Decision Support in Agent-Based Automated Contracting," *Fourth International Conference on Autonomous Agents*, Barcelona, Spain, June 2000.

J. Collins, R. Sundareswara, M. Tsvetovat, M. Gini, and B. Mobasher, "Search Strategies for Bid Selection in Multi-Agent Contracting," *Agent-mediated Electronic Commerce (AmEC-99)*, at IJCAI'99, Stockholm, Sweden, August 1999.

J. Collins, M. Tsvetovat, R. Sundareswara, J. van Tonder, M. Gini, and B. Mobasher, "Evaluating Risk: Flexibility and Feasibility in Multi-Agent Contracting", *Third International Conference on Autonomous Agents*, Seattle, May 1999.

J. Collins, M. Tsvetovat, B. Mobasher, and M. Gini, "MAGNET: A Multi-Agent Contracting System for Plan Execution," *Workshop on Artificial Intelligence and Manufacturing: State of the Art and State of Practice*, AAAI Press, Albuquerque, NM, pp 63-68, August 1998.

J. Collins, B. Youngdahl, S. Jamison, B. Mobasher, M. Gini, "A Market Architecture for Multi-Agent Contracting," *Proceedings of the Second International Conference on Autonomous Agents*, Minneapolis, MN, pp. 285-292, May 1998.

John Collins, Ph.D.                                                                     Page 3 of 3

J. Collins, S. Jamison, M. Gini, B. Mobasher, "Temporal Strategies in a Multi-Agent Contracting Protocol," *AAAI-97 Workshop on AI in Electronic Commerce,* Providence, RI, 1997.

J. Collins and E. Sisley, "Automated Assignment and Scheduling of Service Personnel," *IEEE Expert* vol. 9 no. 2, pp 33-39, April 1994.

J. Collins and E. Sisley, "Experimental Evaluation of Distributed System Configurations," in *Proceedings of the International Workshop on Modeling, Analysis, and Simulation of Computer and Telecommunications Systems* (Mascots '93), Society for Computer Simulation, San Diego, CA, 1993.

J. Collins, "Documenting Protocols in CLOS: Keeping the Promise of Reuse," in *Object-Oriented Programming: The CLOS Perspective* , A. Paepcke, ed., pp. 253-274, MIT Press, Cambridge, MA, 1993.

J. Collins and E. Sisley, "AI in Field Service:The Dispatch Advisor," *AAAI-93 Workshop on AI in Service and Support* , Washington, DC, 1993.

References available upon request.

*The views and opinions expressed in this page are strictly those of the page author.*
*The contents of this page have not been reviewed or approved by the University of Minnesota.*

GNU GENERAL PUBLIC LICENSE
Version 2, June 1991

Copyright (C) 1989, 1991 Free Software Foundation, Inc.
                59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
Everyone is permitted to copy and distribute verbatim copies
of this license document, but changing it is not allowed.

Preamble

The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

The precise terms and conditions for copying, distribution and
modification follow.

**Exhibit B**

GNU GENERAL PUBLIC LICENSE
TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.

4. You may not copy, modify, sublicense, or distribute the Program except as expressly provided under this License. Any attempt otherwise to copy, modify, sublicense or distribute the Program is void, and will automatically terminate your rights under this License. However, parties who have received copies, or rights, from you under this License will not have their licenses terminated so long as such parties remain in full compliance.

5. You are not required to accept this License, since you have not signed it. However, nothing else grants you permission to modify or distribute the Program or its derivative works. These actions are prohibited by law if you do not accept this License. Therefore, by modifying or distributing the Program (or any work based on the Program), you indicate your acceptance of this License to do so, and all its terms and conditions for copying, distributing or modifying the Program or works based on it.

6. Each time you redistribute the Program (or any work based on the Program), the recipient automatically receives a license from the original licensor to copy, distribute or modify the Program subject to these terms and conditions. You may not impose any further restrictions on the recipients' exercise of the rights granted herein. You are not responsible for enforcing compliance by third parties to this License.

7. If, as a consequence of a court judgment or allegation of patent infringement or for any other reason (not limited to patent issues), conditions are imposed on you (whether by court order, agreement or otherwise) that contradict the conditions of this License, they do not excuse you from the conditions of this License. If you cannot distribute so as to satisfy simultaneously your obligations under this License and any other pertinent obligations, then as a consequence you may not distribute the Program at all. For example, if a patent license would not permit royalty-free redistribution of the Program by all those who receive copies directly or indirectly through you, then the only way you could satisfy both it and this License would be to refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under any particular circumstance, the balance of the section is intended to apply and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any patents or other property right claims or to contest validity of any such claims; this section has the sole purpose of protecting the integrity of the free software distribution system, which is implemented by public license practices. Many people have made generous contributions to the wide range of software distributed through that system in reliance on consistent application of that system; it is up to the author/donor to decide if he or she is willing to distribute software through any other system and a licensee cannot impose that choice.

This section is intended to make thoroughly clear what is believed to be a consequence of the rest of this License.

8. If the distribution and/or use of the Program is restricted in certain countries either by patents or by copyrighted interfaces, the original copyright holder who places the Program under this License may add an explicit geographical distribution limitation excluding those countries, so that distribution is permitted only in or among countries not thus excluded.  In such case, this License incorporates the limitation as if written in the body of this License.

9. The Free Software Foundation may publish revised and/or new versions of the General Public License from time to time.  Such new versions will be similar in spirit to the present version, but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Program specifies a version number of this License which applies to it and "any later version", you have the option of following the terms and conditions either of that version or of any later version published by the Free Software Foundation.  If the Program does not specify a version number of this License, you may choose any version ever published by the Free Software Foundation.

10. If you wish to incorporate parts of the Program into other free programs whose distribution conditions are different, write to the author to ask for permission.  For software which is copyrighted by the Free Software Foundation, write to the Free Software Foundation; we sometimes make exceptions for this.  Our decision will be guided by the two goals of preserving the free status of all derivatives of our free software and of promoting the sharing and reuse of software generally.

NO WARRANTY

11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

END OF TERMS AND CONDITIONS

How to Apply These Terms to Your New Programs

    If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

    To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software; you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program; if not, write to the Free Software
    Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA

Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

    Yoyodyne, Inc., hereby disclaims all copyright interest in the program
    `Gnomovision' (which makes passes at compilers) written by James Hacker.

    <signature of Ty Coon>, 1 April 1989
    Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.

dependency-tree 2.txt
Level 0: com.ximpleware
   com.trilogy.fs.dms.tools
   com.trilogy.fs.dms.tools.loader
   com.trilogy.fs.dms.tools.loader.source
   com.trilogy.fs.dms.util
   com.versata.adhoc.tools
Level 1: com.trilogy.fs.dms.tools
   com.trilogy.fs.dms.awc
   com.trilogy.fs.dms.awc.buttons.directpayment
   com.trilogy.fs.dms.awc.modeling.database
   com.trilogy.fs.dms.core.massrenewal
   com.trilogy.fs.dms.core.templates
   com.trilogy.fs.dms.core.validator
   com.trilogy.fs.dms.directpayment
   com.trilogy.fs.dms.directpayment.transformer
   com.trilogy.fs.dms.dmpm.batch
   com.trilogy.fs.dms.dmpm.util
   com.trilogy.fs.dms.engine
   com.trilogy.fs.dms.modeling.processors
   com.trilogy.fs.dms.reporting.tools
   com.trilogy.fs.dms.tools.loader.postprocessor
   com.trilogy.fs.dms.tools.loader.ui
   com.trilogy.fs.dms.transformer
   com.trilogy.fs.dms.ui.massrenewal
   com.trilogy.fs.dms.ui.ppcustomfields
   com.trilogy.fs.dms.upload
   com.trilogy.fs.dms.webeft.xmlmapper
   com.trilogy.fs.dms.webeft.xmlmapper.maphandler
   com.trilogy.fs.primarycomp.batch
   com.trilogy.fs.primarycomp.util
   com.trilogy.fs.util
Level 1: com.trilogy.fs.dms.tools.loader
   com.trilogy.fs.dms.tools.loader.action
   com.trilogy.fs.dms.tools.loader.constant
   com.trilogy.fs.dms.tools.loader.destination
   com.trilogy.fs.dms.tools.loader.error
   com.trilogy.fs.dms.tools.loader.exception
   com.trilogy.fs.dms.tools.loader.extract
   com.trilogy.fs.dms.tools.loader.factory
   com.trilogy.fs.dms.tools.loader.htHandlers
   com.trilogy.fs.dms.tools.loader.ppclasses
   com.trilogy.fs.dms.tools.loader.resolve
   com.trilogy.fs.dms.tools.loader.row
   com.trilogy.fs.dms.tools.loader.rule
   com.trilogy.fs.dms.tools.loader.strategy
   com.trilogy.fs.dms.tools.loader.translate
   com.trilogy.fs.dms.tools.loader.trigger
   com.trilogy.fs.dms.tools.util
   com.trilogy.fs.dms.vif
   com.trilogy.tranzax.integration.util
   com.versata.adhoc.tools.extractor.destination
   com.versata.adhoc.tools.extractor.translate
Level 1: com.trilogy.fs.dms.util
   com.trilogy.awc
   com.trilogy.fs.debugframework
   com.trilogy.fs.dms.core.cascader
   com.trilogy.fs.dms.methods
   com.trilogy.fs.dms.pdb
   com.trilogy.fs.dms.provider
   com.trilogy.fs.dms.tranzax.integration.search
   com.versata.scheduler.job
   com.versata.scheduler.runjobschedule
Level 2: com.trilogy.fs.dms.awc

                                   Page 1

**EXHIBIT C**

```
                        dependency-tree 2.txt
  com.trilogy.awc.ui.providers
  com.trilogy.fs.dms.agreement.ui
  com.trilogy.fs.dms.awc.agreement
  com.trilogy.fs.dms.awc.agrhierarchy
  com.trilogy.fs.dms.awc.comprel
  com.trilogy.fs.dms.awc.contract
  com.trilogy.fs.dms.awc.modeling.dataset
  com.trilogy.fs.dms.awc.security
  com.trilogy.fs.dms.methods.awc.providers
  com.trilogy.fs.dms.scheduler.awc
  com.trilogy.fs.dms.uicore.pp
  com.trilogy.fs.twc.ext.format
  com.versata.fs.dms.awc
  com.versata.fs.dms.methods.awc.providers
Level 2: com.trilogy.fs.dms.core.validator
  com.trilogy.fs.core.dmpm
  com.trilogy.fs.dms.agreement
  com.trilogy.fs.dms.agreement.hierarchy
  com.trilogy.fs.dms.awc.providers
  com.trilogy.fs.dms.big
  com.trilogy.fs.dms.businesrules.manager
  com.trilogy.fs.dms.comprel
  com.trilogy.fs.dms.contract
  com.trilogy.fs.dms.contract.ui
  com.trilogy.fs.dms.core
  com.trilogy.fs.dms.core.hierarchy
  com.trilogy.fs.dms.core.security
  com.trilogy.fs.dms.core.validator.ui
  com.trilogy.fs.dms.directpayment.ui
  com.trilogy.fs.dms.dmpm
  com.trilogy.fs.dms.dmpm.engine.processor
  com.trilogy.fs.dms.importer
  com.trilogy.fs.dms.mccformula
  com.trilogy.fs.dms.niprgateway
  com.trilogy.fs.dms.pdb.migration
  com.trilogy.fs.dms.prodhier
  com.trilogy.fs.dms.ruleEngine.ce.core
  com.trilogy.fs.dms.ruleEngine.ce.core.tests
  com.trilogy.fs.dms.ruleEngine.core
  com.trilogy.fs.dms.security
  com.trilogy.fs.dms.setup
  com.trilogy.fs.dms.tools.helpers
  com.trilogy.fs.dms.tools.loader.validator
  com.trilogy.fs.dms.tools.xmlhandlers
  com.trilogy.fs.dms.transmgr.transaction
  com.trilogy.fs.dms.ui
  com.trilogy.fs.dms.ui.agrhierarchy
  com.trilogy.fs.dms.ui.hierarchy
  com.trilogy.fs.dms.versioning
  com.trilogy.fs.dms.webeft.processors
  com.trilogy.fs.tools.xmlhandlers
  com.trilogy.fs.transformer.tools.loader.strategy
  com.trilogy.fs.twc.ext
  com.trilogy.fs.twc.ext.accessor.validator
  com.versata.fs.dms.core.validator
  com.versata.scheduler.xmlhandler
Level 2: com.trilogy.fs.dms.directpayment
  com.trilogy.fs.dms.engineresultcomparison
Level 2: com.trilogy.fs.dms.dmpm.batch
  com.trilogy.fs.dms.enginerunner
Level 2: com.trilogy.fs.dms.dmpm.util
  com.trilogy.fs.dms.dmpm.debug
  com.trilogy.fs.dms.dmpm.engine
                                        Page 2
```

```
                              dependency-tree 2.txt
Level 2: com.trilogy.fs.dms.reporting.tools
  com.trilogy.reporting.awc.ui
Level 2: com.trilogy.fs.dms.webeft.xmlmapper
  com.trilogy.fs.dms.webeft
  com.trilogy.fs.dms.webeft.xmlmapper.util
Level 2: com.trilogy.fs.primarycomp.batch
  com.trilogy.fs.primarycomp.tools
Level 2: com.trilogy.fs.primarycomp.util
  com.trilogy.fs.dms.engine.vestedcomp
  com.trilogy.fs.primarycomp.engine
  com.trilogy.fs.primarycomp.loader
  com.trilogy.fs.primarycomp.manager.server
  com.trilogy.fs.primarycomp.methods
Level 2: com.trilogy.fs.util
  com.trilogy.awc.treecontrol
  com.trilogy.cm.engine
  com.trilogy.fs.audit
  com.trilogy.fs.dms.awc.buttons.parties
  com.trilogy.fs.dms.compengine
  com.trilogy.fs.dms.core.enum.xml
  com.trilogy.fs.dms.core.enums.bb
  com.trilogy.fs.dms.core.lock
  com.trilogy.fs.dms.core.security.tools
  com.trilogy.fs.dms.engine.core
  com.trilogy.fs.dms.modeling.ui
  com.trilogy.fs.dms.niprgateway.transaction.providers
  com.trilogy.fs.dms.ruleEngine.core.preconditions
  com.trilogy.fs.dms.ruleEngine.core.tests
  com.trilogy.fs.dms.setup.products
  com.trilogy.fs.dms.tools.adhoc
  com.trilogy.fs.dms.tools.migration
  com.trilogy.fs.transformer.core
  com.trilogy.fs.transformer.tools.util
  com.trilogy.reporting.ui
  com.trilogy.reporting.ui.providers
  com.trilogy.util.override
  com.versata.scheduler.schedulerunner
  com.versata.util.uideveloper
  com.versata.util.uideveloper.dcm.search
Level 2: com.trilogy.awc
  com.trilogy.awc.buttons.directpayment
  com.trilogy.awc.core
  com.trilogy.awc.format
  com.trilogy.awc.test
  com.trilogy.awc.xslt
  com.trilogy.fs.dms.awc.buttons
  com.trilogy.fs.dms.awc.buttons.dmpm
  com.trilogy.fs.dms.awc.format
  com.trilogy.fs.dms.awc.transmgr
  com.trilogy.fs.dms.awc.transmgr.compevent
  com.trilogy.fs.dms.awc.transmgr.transaction
  com.trilogy.fs.dms.dmpm.ui
  com.trilogy.fs.dms.scheduler.methods.awc.providers
  com.trilogy.fs.dms.ui.clientcontract
  com.trilogy.fs.dms.ui.mask
  com.trilogy.fs.dms.ui.providers
  com.trilogy.fs.dms.uicore
  com.trilogy.reporting.ui.datasource
Level 2: com.trilogy.fs.debugframework
  com.trilogy.cm.engine.debug
  com.trilogy.ipp.util
Level 2: com.trilogy.fs.dms.pdb
  com.trilogy.fs.dms.big.providers
                                    Page 3
```

```
                         dependency-tree 2.txt
   com.trilogy.fs.dms.core.validator.utility
   com.trilogy.fs.dms.pdb.install
   com.trilogy.fs.dms.pdb.report.impl
   com.trilogy.fs.dms.ruleEngine.niprgateway
   com.trilogy.util.dataMapping
Level 2: com.versata.scheduler.job
   com.versata.scheduler.commandbuilder
Level 3: com.trilogy.fs.dms.contract
   com.trilogy.fs.dms.methodology
Level 3: com.trilogy.fs.dms.core
   com.trilogy.fs.dms
   com.trilogy.fs.dms.bwc
   com.trilogy.fs.dms.constants
   com.trilogy.fs.dms.core.status
   com.trilogy.fs.dms.core.status.properties
   com.trilogy.fs.dms.install
   com.trilogy.fs.dms.licenseappt
   com.trilogy.fs.dms.ruleEngine
   com.trilogy.fs.dms.ruleEngine.ce
   com.trilogy.fs.dms.ruleEngine.ce.core.preconditions
   com.trilogy.fs.dms.ruleEngine.niprgateway.core.tests
   com.trilogy.fs.dms.tranzax.integration
   com.trilogy.fs.dms.webeft.providers
   com.trilogy.fs.transformer.tools.loader.translate
   com.trilogy.fs.twc.ext.locator.nodes
   com.trilogy.reporting.tools
   com.versata.adhoc.format
   com.versata.fs.correspondence.controller
   com.versata.fs.correspondence.monitor
   com.versata.fs.correspondence.processor
   com.versata.fs.dms.migration
   com.versata.fs.tws.acordpiservice.extractor
   com.versata.fs.tws.acordpiservice.validator.builder
   com.versata.scheduler
   com.versata.scheduler.utils
Level 3: com.trilogy.fs.dms.core.hierarchy
   com.trilogy.fs.effectivity
Level 3: com.trilogy.fs.dms.core.security
   com.trilogy.fs.dms.core.test
   com.trilogy.fs.tws.framework.hessian.impl
   com.trilogy.ipp.service.internal
   com.trilogy.portlet
   com.versata.fs.tws.genericservice.impl
Level 3: com.trilogy.fs.dms.niprgateway
   com.trilogy.fs.dms.niprgateway.fieldGenerators
Level 3: com.trilogy.fs.dms.ruleEngine.core
   com.trilogy.fs.dms.engine.licensecheck
   com.trilogy.fs.dms.ruleEngine.niprgateway.core.preconditions
   com.versata.fs.tws.acordpiservice.validator
Level 3: com.trilogy.fs.dms.ui
   com.trilogy.fs.dms.core.security.util
   com.trilogy.fs.dms.ui.lock
Level 3: com.trilogy.fs.tools.xmlhandlers
   com.trilogy.fs.tools
   com.trilogy.fs.tools.helpers
   com.trilogy.fs.tools.schema
Level 3: com.trilogy.fs.transformer.tools.loader.strategy
   com.trilogy.fs.transformer.tools
   com.trilogy.fs.transformer.tools.loader
   com.trilogy.fs.transformer.tools.loader.resolve
Level 3: com.trilogy.fs.twc.ext.accessor.validator
   com.trilogy.fs.twc.ext.locator
Level 3: com.trilogy.fs.primarycomp.tools
```

```
                              dependency-tree 2.txt
    com.trilogy.fs.primarycomp.install
Level 3: com.trilogy.cm.engine
    com.trilogy.cm.engine.migration
Level 3: com.trilogy.fs.dms.core.lock
    com.trilogy.fs.dms.webeft.util
Level 3: com.trilogy.fs.dms.tools.adhoc
    com.versata.reporting.util
Level 3: com.trilogy.fs.transformer.tools.util
    com.trilogy.fs.transformer.tools.loader.destination
    com.trilogy.fs.transformer.tools.loader.error
    com.trilogy.fs.transformer.tools.loader.source
Level 3: com.trilogy.util.override
    com.trilogy.fs.dms.ui.contract
    com.trilogy.fs.dms.ui.navbar
    com.trilogy.fs.hierarchy
Level 3: com.versata.scheduler.schedulerunner
    com.versata.scheduler.requestprocessor
Level 3: com.versata.util.uideveloper
    com.versata.util.uideveloper.dcm.flyout
Level 3: com.trilogy.fs.dms.uicore
    com.trilogy.awc.ui
    com.trilogy.html.gui.core
    com.trilogy.html.gui.ext.access
    com.trilogy.html.gui.ext.activator
    com.trilogy.html.gui.ext.jsp
Level 3: com.trilogy.ipp.util
    com.trilogy.fs.primarycomp.manager.client
    com.trilogy.ipp.methods
    com.trilogy.ipp.transport.testing
    com.trilogy.ipp.ui.core.actions
    com.trilogy.ipp.ui.methodology.dialogs
    com.trilogy.ipp.ui.methodology.template
    com.trilogy.ipp.ui.modelcontent
    com.trilogy.ipp.ui.modelcontent.actions.models
    com.trilogy.ipp.ui.table
    com.trilogy.ipp.ui.table.dialogs
    com.trilogy.ipp.util.ui
    com.trilogy.ipp.util.xmlrb
Level 3: com.trilogy.fs.dms.pdb.report.impl
    com.trilogy.fs.dms.pdb.report
Level 4: com.trilogy.fs.transformer.tools.loader.translate
    com.versata.fs.tws.acordservice.translate
    com.versata.fs.tws.drservice.translate
    com.versata.fs.tws.genericservice.builder
Level 4: com.trilogy.reporting.tools
    com.versata.fs.correspondence.reportgenerator
Level 4: com.versata.fs.correspondence.controller
    com.versata.fs.correspondence.engine
Level 4: com.versata.fs.correspondence.monitor
    com.versata.fs.correspondence.targetgenerator
Level 4: com.versata.fs.correspondence.processor
    com.versata.fs.correspondence.distributor
    com.versata.fs.correspondence.email
    com.versata.fs.correspondence.generator
Level 4: com.versata.scheduler.utils
    com.versata.scheduler.monitor
Level 4: com.trilogy.fs.effectivity
    com.trilogy.fs.effectivity.test
    com.trilogy.fs.hierarchy.effectivity
Level 4: com.trilogy.ipp.service.internal
    com.trilogy.ipp.service.internal.config
    com.trilogy.ipp.service.internal.inputType
    com.trilogy.ipp.service.internal.lock
                                        Page 5
```

```
                          dependency-tree 2.txt
    com.trilogy.ipp.service.internal.methodology
    com.trilogy.ipp.service.internal.misc
    com.trilogy.ipp.service.internal.model
    com.trilogy.ipp.service.internal.namedConstant
    com.trilogy.ipp.service.internal.questionnaire
    com.trilogy.ipp.service.internal.rename
    com.trilogy.ipp.service.internal.table
    com.trilogy.ipp.service.internal.testing
    com.trilogy.ipp.service.internal.variables
    com.trilogy.ipp.transport.commands
Level 4: com.versata.fs.tws.genericservice.impl
    com.versata.fs.tws.drservice.extractor
Level 4: com.trilogy.fs.tools
    com.trilogy.fs.tools.test
    com.trilogy.fs.tools.verifier
Level 4: com.trilogy.fs.tools.helpers
    com.trilogy.fs.tools.format
    com.trilogy.fs.tools.format.xml
    com.trilogy.fs.tools.format.xsd
Level 4: com.trilogy.fs.tools.schema
    com.trilogy.fs.tools.util
Level 4: com.trilogy.fs.transformer.tools.loader
    com.trilogy.fs.transformer.tools.loader.action
    com.trilogy.fs.transformer.tools.loader.constant
    com.trilogy.fs.transformer.tools.loader.extract
    com.trilogy.fs.transformer.tools.loader.row
    com.trilogy.fs.transformer.tools.loader.trigger
Level 4: com.trilogy.fs.dms.webeft.util
    com.trilogy.webeft.jaxbgen.IndividualInformationReport.impl
    com.trilogy.webeft.jaxbgen.MapParser.impl
    com.trilogy.webeft.jaxbgen.PostAccountingReport.impl
    com.trilogy.webeft.jaxbgen.PostApprovalsReport.impl
    com.trilogy.webeft.jaxbgen.PostDeficienciesReport.impl
    com.trilogy.webeft.jaxbgen.PostEnrollmentsReport.impl
    com.trilogy.webeft.jaxbgen.PostExamsReport.impl
    com.trilogy.webeft.jaxbgen.PostFingerprintReport.impl
    com.trilogy.webeft.jaxbgen.PostPendingReport.impl
    com.trilogy.webeft.jaxbgen.PostTerminationReport.impl
    com.trilogy.webeft.jaxbgen.u4.impl
Level 4: com.trilogy.html.gui.core
    com.trilogy.html.gui
    com.trilogy.html.gui.core.grid
    com.trilogy.html.gui.core.pp
Level 4: com.trilogy.ipp.transport.testing
    com.trilogy.ipp.transport.commands.testing
    com.trilogy.ipp.ui.modelcontent.actions.methods
    com.trilogy.ipp.ui.modelcontent.actions.testCases
    com.trilogy.ipp.ui.testing
    com.trilogy.ipp.ui.testing.actions
Level 4: com.trilogy.ipp.ui.core.actions
    com.trilogy.ipp.ui.core
Level 4: com.trilogy.ipp.ui.methodology.dialogs
    com.trilogy.ipp.ui.methodology
    com.trilogy.ipp.ui.methodology.actions
Level 4: com.trilogy.ipp.ui.methodology.template
    com.trilogy.ipp.ui.util
Level 4: com.trilogy.ipp.ui.modelcontent
    com.trilogy.ipp.ui.config
    com.trilogy.ipp.ui.modelcontent.actions.config
    com.trilogy.ipp.ui.modelcontent.actions.consts
    com.trilogy.ipp.ui.modelcontent.actions.contVars
    com.trilogy.ipp.ui.modelcontent.actions.dateVars
    com.trilogy.ipp.ui.modelcontent.actions.discVars
                          Page 6
```

```
                          dependency-tree 2.txt
   com.trilogy.ipp.ui.modelcontent.actions.questionnaires
   com.trilogy.ipp.ui.modelcontent.actions.strVars
   com.trilogy.ipp.ui.modelcontent.actions.tables
   com.trilogy.ipp.ui.modelcontent.actions.validity
   com.trilogy.ipp.ui.modelcontent.dialogs
   com.trilogy.ipp.ui.questionnaire
Level 4: com.trilogy.ipp.ui.table
   com.trilogy.ipp.ui.table.actions
Level 4: com.trilogy.ipp.util.ui
   com.trilogy.ipp.util.ui.ste
Level 4: com.trilogy.ipp.util.xmlrb
   com.trilogy.ipp.ui.methodology.stepFormatter
Level 5: com.trilogy.ipp.transport.commands
   com.trilogy.fs.primarycomp.manager.transport
   com.trilogy.ipp.service
   com.trilogy.ipp.service.rmi
   com.trilogy.ipp.transport
   com.trilogy.ipp.transport.commands.config
   com.trilogy.ipp.transport.commands.inputType
   com.trilogy.ipp.transport.commands.lock
   com.trilogy.ipp.transport.commands.methodology
   com.trilogy.ipp.transport.commands.misc
   com.trilogy.ipp.transport.commands.model
   com.trilogy.ipp.transport.commands.namedConstant
   com.trilogy.ipp.transport.commands.questionnaire
   com.trilogy.ipp.transport.commands.rename
   com.trilogy.ipp.transport.commands.table
   com.trilogy.ipp.transport.commands.variables
Level 5: com.trilogy.webeft.jaxbgen.IndividualInformationReport.impl
   com.trilogy.webeft.jaxbgen.IndividualInformationReport
Level 5: com.trilogy.webeft.jaxbgen.MapParser.impl
   com.trilogy.webeft.jaxbgen.MapParser
Level 5: com.trilogy.webeft.jaxbgen.PostAccountingReport.impl
   com.trilogy.webeft.jaxbgen.PostAccountingReport
Level 5: com.trilogy.webeft.jaxbgen.PostApprovalsReport.impl
   com.trilogy.webeft.jaxbgen.PostApprovalsReport
Level 5: com.trilogy.webeft.jaxbgen.PostDeficienciesReport.impl
   com.trilogy.webeft.jaxbgen.PostDeficienciesReport
Level 5: com.trilogy.webeft.jaxbgen.PostEnrollmentsReport.impl
   com.trilogy.webeft.jaxbgen.PostEnrollmentsReport
Level 5: com.trilogy.webeft.jaxbgen.PostExamsReport.impl
   com.trilogy.webeft.jaxbgen.PostExamsReport
Level 5: com.trilogy.webeft.jaxbgen.PostFingerprintReport.impl
   com.trilogy.webeft.jaxbgen.PostFingerprintReport
Level 5: com.trilogy.webeft.jaxbgen.PostPendingReport.impl
   com.trilogy.webeft.jaxbgen.PostPendingReport
Level 5: com.trilogy.webeft.jaxbgen.PostTerminationReport.impl
   com.trilogy.webeft.jaxbgen.PostTerminationReport
Level 5: com.trilogy.webeft.jaxbgen.u4.impl
   com.trilogy.webeft.jaxbgen.u4
Level 5: com.trilogy.html.gui
   com.trilogy.html.gui.core.filter
   com.trilogy.html.gui.core.inspector
   com.trilogy.html.gui.core.toolbar
   com.trilogy.html.gui.dialog
Level 6: com.trilogy.ipp.transport
   com.trilogy.ipp.engine.methods
   com.trilogy.ipp.engine.xml
Level 7: com.trilogy.ipp.engine.xml
   com.trilogy.ipp.engine.tools
```

# EXHIBIT 2

NO. D-1-GN-12-003588

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., f/k/a TRILOGY SOFTWARE, INC., and VERSATA DEVELOPMENT GROUP, INC., f/k/a TRILOGY DEVELOPMENT GROUP, INC., | § § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | |
| v | § § § | TRAVIS COUNTY, TEXAS |
| AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, INC., AMERICAN ENTERPRISE INVESTMENT SERVICES, INC., | § § § § § § | |
| Defendants. | § | 53rd JUDICIAL DISTRICT |

## DECLARATION OF HEATHER D. REDMOND IN SUPPORT OF AMERIPRISE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Heather D. Redmond, state and declare as follows:

1.     I am over the age of 21 and competent to make this Declaration.  I have personal knowledge of the facts set forth herein and I offer this declaration in connection with Defendants' Motion for Partial Summary Judgment.  I am a partner in the law firm of Dorsey & Whitney LLP and one of the outside counsel representing Defendants in this case.

2.     Attached as Exhibit A is a true and correct redacted copy of the October 1999 Master License Agreement ("MLA") between Ameriprise and Versata.  The MLA is redacted as agreed by the parties to allow for public filing.

3.     On January 30, 2013, Ameriprise served Versata with a set of interrogatories and document requests, and also with a Notice of Taking Corporate Deposition, in connection with a related proceeding in Minnesota state court.  Attached as Exhibit B is a true and correct copy of the Notice of Deposition.  The Minnesota litigation was subsequently stayed, and the parties

agreed that Ameriprise could re-serve its discovery requests in connection with this action, and that Versata's written responses would be served on or before March 15, 2013. The parties also agreed that Versata would provide Ameriprise with some possible dates for the corporate deposition.

4.     Attached as Exhibit C is a true and correct copy of Versata's original response and objections to Ameriprise's Interrogatory No. 7.

5.     Attached as Exhibit D is a true and correct copy of Versata's original response and objections to Ameriprises Request for Production No. 13.

6.     Despite several subsequent requests by Ameriprise, Versata refused to identify a corporate representative or to provide dates for the corporate deposition of Versata.

7.     Ameriprise moved to compel responses, and on May 8, 2013, the Court overruled Versata's objections and ordered Versata to identify its third-party licensors of components of DCM (Interrogatory 7), to produce all licenses from such licensors (Document Request 13), and to designate witnesses to testify on the topics in Ameriprise's notice. Attached as Exhibit E is a true and correct copy of the Order. Although the Court's Order required Versata's compliance within three days, the parties agreed that Versata could have two weeks – until May 22, 2013 – to respond and produce documents.

8.     Attached as Exhibit F is a true and correct copy of Versata's May 22, 2013 supplemental response to Interrogatory No. 7. Consistent with its interrogatory response, we could locate within Versata's May 22 production of more than 175,000 documents only one license agreement, an agreement between Versata and its affiliate G-Dev FZ-LLC.

9. Attached as Exhibit G is a true and correct copy of June 19, 2013 correspondence from Peter Lancaster, counsel for Ameriprise, to Amir Alavi, counsel for Versata. Versata has refused to provide Ameriprise with the source code for DCM Version 3.9.

10. As of the date I executed this Declaration, I have seen no evidence that Versata has produced any evidence of any license or agreement with Ximpleware other than the GPL attached as Exhibit B to the Declaration of John Collins.

11. Attached as Exhibit H is a true and correct copy of the transcript of the June 14, 2013 deposition of Versata, along with Exhibit 34 to the deposition. Versata designated the transcript as Confidential – Attorneys' Eyes Only under the Stipulated Protective Order.

My name is Heather Dawn Redmond, my date of birth is July 26, 1975, and my business address is Dorsey & Whitney, Suite 1500, 50 South Sixth Street, Minneapolis, Minnesota, 55402.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hennepin County, State of Minnesota on the 24th of July 2013.

Heather D. Redmond

# EXHIBIT A

## MASTER LICENSE AGREEMENT

Licensor (Name and Address):          Agreement No.: AEFA100499-JW01
Trilogy Software, Inc. ( "Licensor")
6034 West Courtyard Drive
Austin, TX 78730               Effective Date: October 4, 1999

This Master License Agreement ("Agreement") is made and entered into as of the Effective Date above between American Express Financial Corporation having an office at IDS Tower 10, Minneapolis, Minnesota 55440 ("Amexco") and the Licensor specified above.

### ARTICLE 1: PROVISION OF PROGRAMS

1.1    Under the provisions of this Agreement, Licensor agrees to grant Amexco licenses to use Licensor's proprietary computer programs in object code only (the "Software") and the documentation that Licensor makes generally available in hard copy or electronic form, to its general customer base in conjunction with the licensing of such thereto (the "Documentation") (Software and Documentation are referred to collectively as the "Products") which are listed on Schedules substantially in the form attached as Exhibit A ("Schedule").

    1.1.1    The parties agree to enter into good faith negotiations to execute a mutually agreeable agreement for consulting services. Until such an agreement is executed, this Agreement permits Amexco to obtain Licensor's pre-installation services to customize, modify and/or enhance Products, to develop programs, software and materials related to Products, and/or such other services as the parties mutually agree upon ("Custom Services") on an interim basis and at Licensor's standard rates. Custom Services along with the applicable rates shall be specified on an Interim Custom Service Attachment substantially in the form attached hereto as Exhibit B.

1.2    Each Schedule shall be numbered and dated to facilitate identification and when executed by both parties shall form a separate agreement which hereby incorporates by reference, without any further reference in the applicable Schedule, the terms and conditions of this Agreement, as amended or modified on the applicable Schedule. Each Schedule shall include: (i) the Amexco site where each Product is to be delivered ("Installation Site"); (ii) the name and/or other description of each Product; (iii) the date each Product is to arrive at the Installation Site ("Scheduled Delivery Date"); (iv) the scope of each Product license, if different than as defined in Article 4; (v) the charge for the license for each Product ("License Fee"); (vi) the maintenance charges for each Product, ("Maintenance Fee") and whether such Maintenance Fees are monthly, quarterly, annual or otherwise; and (vii) any other provisions the parties mutually agree upon.

    1.2.1    In the event of any inconsistency between this Agreement and any Schedule, the provisions of such Schedule shall govern for purposes of such Schedule.

1

EXHIBIT
B

TRILOGY 00001

**EXHIBIT A**

1.3   Amexco, its parent, subsidiaries and "Affiliates" (as defined herein) (collectively, "Amexco Entities") may execute Schedules with Licensor under this Agreement and for purposes of such Schedule shall be considered "Amexco" as that term is used throughout this Agreement. An Affiliate shall mean any company, which shares with Amexco a common owner who owns 50%, or more of the outstanding voting stock in both Amexco and such company. Amexco agrees to ensure that all Amexco Entities must have agreed in writing to be bound by the terms and conditions of this Agreement prior to use of the Software. Amexco hereby agrees to provide to Licensor, within thirty (30) days of request, a then current list of Amexco Entities for whom Software may be licensed hereunder.

## ARTICLE 2:  DELIVERY: -REPRODUCTION, DISTRIBUTION AND REPORTS

2.1   Unless otherwise defined on the applicable Schedule, Licensor shall deliver one master copy of each Product (the "Master Copy") to Amexco on or before, but in no event later than ten (10) days after its Scheduled Delivery Date solely for the purpose of allowing Amexco to make copies of the Product that are reasonably necessary for distribution to and use by each user or server authorized per the license scope defined herein and on the applicable Schedule. For purposes of this Agreement, delivery shall be deemed complete when Licensor physically delivers or causes a third party to deliver, a Master Copy to Amexco, or makes the Master Copy available to Amexco for downloading from Licensor's File Transfer Protocol ("FTP") site, and has provided Amexco with the appropriate password to access the FTP site. Amexco's right to reproduce the Master Copy shall be limited to the Installation Site. Amexco shall assume all responsibility for the quality of the copies made hereunder.

2.2   Without limiting the foregoing, Amexco shall have the right to use the Software on temporary substitute or back-up equipment. Subject to the terms of the Schedule, Amexco shall also be entitled to make and keep a reasonable number of copies of each Product, Update and its Documentation for its own internal use.

2.3   Amexco shall include all copyright notices, proprietary legends, and trademark and service mark attributions, any patent markings, and other indicia of ownership on all copies of the Product in the content and format as those, which were contained on the Master Copy. Amexco shall pay all duplication and distribution costs incurred by Amexco in making copies of the Products, and any updates, new releases or enhancements that Licensor makes generally available and provides to Amexco pursuant to the maintenance provisions hereunder (the "Updates"), and shall also pay all custom duties and fees if applicable. Subject only to the license granted herein, all copies of the Software are the property of Licensor or its third party licensors, if any, from whom Licensor has obtained the marketing rights (the "Third Party Licensors").

2.4   Amexco agrees that Licensor subject to this section may, upon thirty (30) days prior written notice, enter Amexco's premises to verify Amexco's compliance with the provisions of this Agreement.   Licensor's inspections shall be limited to (i) one annual inspection; (ii) Amexco's normal business hours; and (iii) those records pertaining to the Products and Updates (as delivered to Amexco under any Schedule) licensed hereunder. Licensor's rights of inspection shall remain in effect through the period ending six (6) months from the termination or expiration of this Agreement.

2

TRILOGY 00002

ARTICLE 3:  DOCUMENTATION AND TRAINING

3.1   Upon delivery of each Product or any Update of the Product to be made available to Amexco pursuant to the maintenance provisions herein, and contemporaneously with such delivery whenever possible, Licensor shall deliver to Amexco one (1) copy of all generally available Documentation (if applicable) for such Product or Update, and any necessary and generally available release notes or other written descriptions relating to any Update sufficient to enable a reasonable person, who is skilled in the software industry to use and to understand the use and operations of the Product or Update. Amexco may copy the Documentation only to the extent reasonably necessary to satisfy its own internal requirements or may request Licensor to furnish additional copies at Licensor's current standard prices less any applicable discounts.

3.2   If training is required and/or included for a Product, the charge, duration, nature and other particulars applicable to such training shall be arranged pursuant to the terms and conditions of the Education Services Schedule, attached hereto as Exhibit C.

ARTICLE 4:  SCOPE OF LICENSE AND PROPRIETARY RIGHTS

4.1   Unless otherwise agreed in this Agreement or on an applicable Schedule, subject to Amexco's fulfillment of all of its obligations hereunder, Licensor grants to Amexco a non-exclusive, nontransferable (except as permitted herein), perpetual, worldwide license to use the Software, including any Updates, and all related Documentation, commencing upon its delivery to Amexco and continuing thereafter from the date of Amexco's acceptance of the Product or Update subject to the Warranty provisions herein, as the case may be, for the License Term specified on the Schedule, unless terminated earlier in accordance with this Agreement.

4.2   Unless otherwise agreed on an applicable Schedule, if the applicable Schedule does not define a limited number of users then the license granted shall be a Site License with unlimited users. For the purpose of this Agreement, the parties agree that "Site License" shall mean that Amexco may use the Product(s), Updates, and related Documentation, in Amexco's business on any of its computers and at the Installation Site or any other Amexco data center location and on more than one computer at a time subject to any additional license scope restrictions provided on the Schedule.

4.3   If the default provisions of Section 5.2 do not apply, and if the Schedule designates a limited number of users then the Product licensed pursuant to the Schedule may be accessed by that designated number of individual users. Amexco may designate different users at any time without notice to Licensor so long as the permitted number of users is not exceeded.

4.4   Unless otherwise agreed and specified in the applicable Schedule, Licensor agrees that Amexco shall have the right, to (a) use, copy, execute, display, enhance, update, maintain (directly or through a third party pursuant to the provisions of this Agreement) the Products, Updates and Documentation and/or materials provided to Amexco hereunder only to the

3

TRILOGY 00003

extent that such use, copying, executing, displaying, enhancing, updating, and maintaining are described in the applicable Documentation and (b) use the Products in conjunction with other programs and/or materials.

4.5   Amexco shall not (i) use the Products to process, or permit to be processed, the data of any other party unless such data is processed for Amexco purposes only; or (ii) use the Products for service bureau or commercial time-sharing use, unless otherwise expressly permitted in the License Schedule.

4.6   Unless otherwise agreed and specified in the applicable Schedule, with regard to the object code and source code version of any software code developed by Licensor in its performance of Custom Services for Amexco as defined in Section 1.1.1 of this Agreement (the "Programs"), Licensor hereby grants to Amexco, at no additional charge (upon payment of all service fees attributable to such services), a worldwide, nonexclusive, license (i) to modify and otherwise create derivative works based on the Programs and (ii) to reproduce, distribute, perform and display (publicly or otherwise), and otherwise use and exploit the Programs and derivative works thereof in connection with the Software as defined herein.

4.7   Amexco's use of any Products labeled on Schedules as "Software Tools" is limited to those locations where Amexco conducts its business in the ordinary course (the "Authorized Locations") and Amexco shall use reasonable efforts to ensure that all such users have been adequately trained and are competent in the use of the Software Tools.

4.8   Unless otherwise specifically provided in the License Schedule, users of the Software may include only (i) employees of the Amexco Entity or Entities who have entered into the applicable Schedule and; (ii) subject to Article 10, "Confidential Information", third party contractors of Amexco Entities who do not, to the best of Amexco's knowledge, compete with Licensor in the development of enterprise compensation or configuration software ("Permitted Contractors").     Amexco shall ensure that all Permitted Contractors have signed a Non-Disclosure Agreement substantially the same as that attached hereto.

   4.8.1   Nothing herein shall limit Amexco's right to access and use Products in connection with any associated or interconnected networks, peripherals, equipment and devices, unless otherwise specifically prohibited or limited in an applicable Schedule.

4.9   Licensor retains title to the Products provided hereunder and does not convey any proprietary rights or other interest therein to Amexco, other than the licenses granted hereunder. Amexco agrees not to sell, assign or otherwise transfer the Product(s) or the license granted hereunder, or sublicense the Products to any third party, except as otherwise provided in this Agreement.

4.10   At least sixty (60) days prior to the expiration of each License Term (if applicable), Licensor shall notify Amexco of such expiration and Amexco shall have the option to continue the license of such Product for any additional License Term selected by Amexco. Amexco shall notify Licensor in writing if it opts to continue a Product license and License Term for any such continuation. The License Fee applicable to any continuation of a Product license

4

TRILOGY 00004

("Renewal Fee") shall be the lesser of: (a) the License Fee applicable to the current License Term (if the terms are equivalent); (b) Licensor's then current License Fee applicable to the renewal License Term; or (c) such other license fee as is mutually agreed upon by the parties. Notwithstanding anything herein to the contrary, License Terms shall continue at no additional charge to the end of the License Term or for sixty (60) days after receipt of Licensor's notice referred to above, whichever is later, and thereafter, if Amexco exercises the option to continue the license as provided hereunder.

## Article 5: ESCROW AGREEMENT

5.1   The parties agree to put source code and all the generally available Documentation thereto, for a Product or Updates ("Deposit Materials") in escrow with an independent third party escrow agent in accordance with the terms and conditions of a source escrow agreement materially similar to that which has been attached hereto as Exhibit D. Documentation will be placed in escrow within ten (10) days of when the Software is placed in escrow.

5.2   Licensor shall deposit the Deposit Materials with Data Securities International Inc. ("DSI"), no later than forty five (45) days after the execution of any Schedule issued hereunder, if such Deposit Materials are not already in escrow with DSI.   Licensor shall employ reasonable efforts to confirm that Amexco has received notice of any deposit pursuant to the terms of the attached escrow agreement.     Licensor agrees to update the escrow at least every six (6) months. In addition to the periodic update in the preceding sentence, Licensor shall also use commercially reasonable efforts to update the escrow upon delivery of an Update (not including patches or other minor Updates) to Amexco pursuant to the support and maintenance provisions herein.

5.3   The release conditions triggering the notification and release provisions of the source code escrow agreement shall be:

    a.   Licensor's uncured, material breach of its maintenance or support obligations imposed on it pursuant to a license agreement between Licensor and Amexco provided that Amexco has paid all applicable fees for such maintenance and support; or

    b.   Licensor's failure to continue to do business in the ordinary course and it's business is not continued by another corporation or entity; The institution of bankruptcy, receivership, insolvency, reorganization or other similar proceedings by or against Licensor under the Federal Bankruptcy Code, if such proceedings have not been dismissed or discharged within sixty (60) calendar days after they are instituted; the insolvency or making of an assignment for the benefit of creditors or the admittance of any involuntary debts as they mature by Licensor; or

    c. Licensor materially breaches the Year 2000 Warranty as specified in Article 8 of this Agreement and fails to cure such breach pursuant to the support and maintenance provisions.

## ARTICLE 6: MAINTENANCE

5

TRILOGY 00005

6.1

6.2

6.3

6.4

6

TRILOGY 00006

6.5

6.6.

6.7

6.8

ARTICLE 7:  INVOICING; PAYMENT; DISCOUNTS

7.1

7.1.1

7.1.2

7

7.2

7.3

## ARTICLE 8: WARRANTIES

8.1   Licensor warrants to Amexco that:  (i) Licensor has the right to furnish the Products, Documentation, and other materials and perform the Maintenance and other services as specified in this Agreement ("Product Materials and Services") covered hereunder free of all liens, claims, encumbrances and other restrictions; (ii) to the best of its knowledge, the Product Materials and Services furnished by Licensor and/or Amexco's use of the same hereunder do not violate or infringe the rights of any third party or the laws or regulations of any governmental or judicial authority; (iii) Amexco's use and possession of the Product Materials and Services and the license granted hereunder, shall not be adversely affected, interrupted or disturbed by Licensor (except as provided in the Agreement) or any entity asserting a claim under or through Licensor;  (iv) Licensor has not knowingly and shall not knowingly insert any code which would have the affect of disabling or otherwise shutting down all or any portion of any Product licensed hereunder; (v) Licensor shall use its reasonable commercial efforts to ensure that no viruses or similar items are knowingly coded or introduced in any Product licensed hereunder; and (vi) that at the time this Agreement is executed, Licensor is not a party to any litigation that Licensor reasonably believes will adversely affect the rights granted to Amexco by Licensor hereunder.

8.2   Licensor warrants that the Software shall materially conform to the applicable Documentation, including but not limited to operating in conjunction with any third party software that is expressly referenced in the Documentation, for a period of one hundred and eighty (180) days, not including any Cure Period or Second Cure Period as defined herein, following delivery of the applicable Software, upon delivery to the Installation Site (the "**Warranty Period**").  If prior to the end of the Warranty Period, Amexco has not notified Licensor of the non-conformity of the Software, Licensor shall have met its warranty obligations under this Article 8.

   8.2.1 If, during the Warranty Period, any Software fails to materially conform to the applicable Documentation and Amexco notifies Licensor in writing setting forth in reasonable detail the degree and nature of the non-conformity and reproducing the non-conformity.  Licensor shall promptly review the claim by Amexco.  If Licensor confirms that the reported non-conformity is a non-conformity to the

8

TRILOGY 00008

applicable Software Documentation and is not due to (i) modifications made to the Software by someone other than Licensor; (ii) combination of the Software with other product(s) where such other product(s) cause(s) the non-conformity; or (iii) negligence or misuse, then Licensor shall use commercially reasonable efforts to repair or replace the materially non-conforming Software and deliver to Amexco repaired or replacement Software that materially conforms to the applicable Documentation within the time period quoted by Licensor to Amexco (the "Cure Period"), or if no time period is quoted by Licensor, such time period shall in no event be longer than thirty (30) days following confirmation by Licensor of the non-conformity. The time elapsed during such Cure Period shall not count against the Warranty Period, and the Warranty Period shall recommence from the point in time where it was suspended, thirty (30) days from the time that Licensor delivers to Amexco the repaired or replaced Software. Unless Licensor receives a written notification from Amexco that the repaired or replaced Software does not materially conform to the applicable Documentation within thirty (30) business days following receipt of the repaired or replaced Software, Licensor shall have met its warranty obligation under this Article 8. Notwithstanding the foregoing and provided that Amexco has paid the appropriate Support and Maintenance Service fees pursuant to this Agreement or an applicable schedule, Licensor shall continue to support and maintain the accepted Software pursuant to the Support and Maintenance provisions herein.

8.2.2 If Licensor receives a written notification from Amexco within such thirty (30) business day period that a non-conformity continues to exist, the Warranty Period applicable to such Software shall be extended and Licensor shall continue to have the right to use commercially reasonable efforts to either repair/replace the materially nonconforming Software within the time period quoted by Licensor to Amexco, if no time period is quoted by Licensor, such time period shall in no event be longer than thirty (30) business days following confirmation by Licensor of the nonconformity (the "Second Cure Period), whereupon the previous provisions for Licensor to fulfill or be deemed to have fulfilled its warranty obligations and the suspension of the Warranty Period shall apply. If Licensor is unable to repair/replace non-conformities of any Software subject to a Software warranty under this Article 8 after two (2) attempts to do so, then Amexco's remedy shall be as follows: Amexco shall be relieved of any obligation to pay the License Fee applicable to the materially nonconforming Software and shall receive a full refund for any fees already paid to Licensor, provided that upon the parties' mutual written agreement that the Software continues to not conform to the applicable Documentation after two (2) attempts to do so, Amexco immediately ceases further use of the applicable Software, destroys all copies of the applicable Software and certifies such destruction in writing to Licensor.

8.2.3 If Licensor does not confirm that the reported non-conformity is a non-conformity or if the non-conformity reported is due to (i) modifications made to the Software by someone other than Licensor, (ii) functions contained in Software operating in the combinations that may be selected for use by Amexco other than as stated in the Documentation, or (iii) negligence or misuse, then Licensor shall have no obligation to take any action as part of any Software warranty.

9

TRILOGY 00009

8.3     Other Exclusions. Licensor does not warrant and the Licensor warranties contained herein expressly do not provide or assure that:

- Use of Products shall meet Customer's requirements;
- Operation of Products shall be uninterrupted or error free.

8.4     Licensor warrants that:  (i) during the Warranty Period, all media, if any, containing the Software that is delivered to Amexco shall be free from any defects in materials and workmanship and (ii) updates to the Documentation provided by Licensor hereunder shall be at a minimum, the level of and comprehensiveness reflected in the previous version of the Documentation.

8.5     Year 2000 Compliance and Warranty. Licensor warrants to Amexco that the Products provided hereunder have been fully tested and will accurately process all dates including, but not limited to, between the twentieth and twenty-first century in either direction, including leap years, when properly installed, properly used in accordance with the applicable Documentation, and unmodified by Amexco, provided all items used in combination with Products properly exchange unambiguous and year 2000 compliant date data. Without limiting the generality of the foregoing, Licensor warrants that all Software licensed from Licensor shall (a) manage and manipulate data involving all dates from the 20th and 21st centuries without functional or data abnormality related to such dates; and (b) manage and manipulate data involving all dates from the 20th and 21st centuries without inaccurate results related to such dates.  At no additional cost to Amexco (beyond payment of the license fees), Licensor shall continue to support and maintain the Software so that it complies with the provisions of this warranty and any non-compliance will be addressed through the Support and Maintenance provisions of this Agreement at no additional charge and addressed as a Severity Level One error. Licensor shall have no warranty obligation for any nonconformance with the above warranty, which arises:

    i)     out of a defect in any third party software, or other software or hardware product in use by Amexco not acquired from Licensor, which causes the Software not to conform to this warranty when used in combination with such other software or hardware product;

    ii)    when Amexco has not installed the most recent Update of the Software, where use of such Update would avoid the nonconformance; or

    iii)   when such nonconformance is caused, present or inherent in the data, database or native file system that the Software accesses, including, but not limited to, dates or date formats that do not reflect the century.

8.6     Licensor warrants to Amexco that Updates to the Software provided to Amexco hereunder shall not materially degrade, impair or otherwise materially adversely affect the essential functionality of the Software provided hereunder.

8.7     Licensor warrants that any Maintenance or other services provided by Licensor hereunder shall be performed in a good, workmanlike and professional manner by qualified personnel. Licensor personnel will observe and comply with Amexco's security procedures, rules,

# 99547 (revised 1/14/98)

TRILOGY 00010

regulations, policies, working hours and holiday schedules. In performing Maintenance services at Amexco locations, Licensor personnel will use reasonable commercial efforts to minimize any disruption to Amexco's normal business operations.

8.8   EXCEPT AS SPECIFICALLY PROVIDED IN THIS AGREEMENT, THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## ARTICLE 9:  INTELLECTUAL PROPERTY INFRINGEMENT

9.1   Licensor agrees to defend and/or handle at its own expense, any claim or action against Amexco for actual or alleged infringement of any intellectual or industrial property right, including, without limitation, trademarks, service marks, United States or Canadian patents, copyrights, misappropriation of trade secrets or any similar proprietary rights (other than patents issued in foreign jurisdictions not expressly provided herein), based upon the Software furnished hereunder by Licensor or based on Amexco's use thereof in accordance with the applicable Documentation. Licensor further agrees to indemnify and hold Amexco harmless from and against any and all liabilities, losses, costs, damages finally awarded or settled and expenses (including reasonable attorneys' fees) associated with any such claim or action. Amexco may participate in the defense provided it pays its own costs associated with such participation.

9.2   Licensor shall have no liability under this Article 9 unless:

9.2.1   Amexco notifies Licensor in writing immediately after Amexco becomes aware of a claim or the possibility thereof and Licensor is unaware of such claim;

9.2.2   Licensor has sole control of the settlement, compromise, negotiation, and defense of any such action consistent with Amexco's rights hereunder unless otherwise mutually agreed to in writing and provided however that Licensor shall seek Amexco's consent prior to a settlement in which Amexco's rights, other than those addressed in this Section 9, are affected, or in which Amexco is otherwise obligated; and

Amexco cooperates, in good faith, in the defense of any such legal action.

9.3   Licensor shall have no liability for any claim of infringement based on (i) Software that has been modified by parties other than Licensor or parties acting as agents of Licensor; (ii) Amexco's use of the Software in conjunction with data where such data gave rise to the infringement claim; or (iii) Amexco's use of the Software with non-Licensor Software or hardware, where such other software or hardware gave rise to the infringement claim, and absent use of such hardware or software no claim would have been valid.

9.4   If any Product becomes, or in Licensor's opinion are likely to become, the subject of any such claim or action, then, Licensor, at its expense may either:  (i) procure for Amexco the right to

11

TRILOGY 00011

continue using same as contemplated hereunder; (ii) modify same to render same non-infringing (provided such modification does not adversely affect Amexco's use as contemplated hereunder); (iii) replace same with equally suitable, functionally equivalent, compatible, non-infringing products, materials and/or services; or iv) if neither of the foregoing options is commercially reasonable, terminate the license for the Product. Upon such termination of the license upon Amexco's return Product, Licensor will refund to Amexco, as Amexco's sole remedy for such license termination, all License fees paid by Amexco for the terminated license, less an amount equal to one-sixtieth (1/60th) of the license fees for each month or any portion thereof which has elapsed since the Schedule Effective Date of such terminated license. THIS SECTION STATES THE ENTIRE LIABILITY OF LICENSOR WITH RESPECT TO ANY CLAIM OF INFRINGEMENT REGARDING THE PRODUCT.

## ARTICLE 10: CONFIDENTIAL INFORMATION

10.1   Each party agrees to regard and preserve as confidential, all Confidential Information of the other which may be obtained from any source. In maintaining the confidentiality of Confidential Information hereunder, each party agrees it shall not, without first obtaining the written consent of the other, disclose or make available to any person, firm, or enterprise, reproduce or transmit, or use for its own benefit or the benefit of others, any such Confidential Information. Each party agrees that its own use and/or distribution of the other party's Confidential Information shall be limited to its own employees on a "need to know" basis; provided, however, that Amexco may also disclose Licensor's Confidential Information to employees of Amexco, its parent, subsidiary and affiliates, and to Permitted Contractors retained by Amexco for purposes specifically related to Amexco's use or evaluation of such Confidential Information, and who agree in writing to be bound by provisions no less restrictive than those herein. Neither party shall disassemble, decompile or otherwise reverse engineer any software product of the other party and, to the extent any such activity may be permitted, the results thereof shall be deemed Confidential Information subject to the requirements of this Agreement.

10.2   "Confidential Information" of Amexco shall include both specific information relating to the project or work effort which originated Amexco's desire to exchange information and the entering into of this Agreement or any Schedule issued hereunder, as well as all other information relating to the past, present and future plans, businesses, activities, customers and suppliers of Amexco, its parent, subsidiaries and affiliates which is obtained by Licensor in connection with the exchange of information contemplated hereunder. "Confidential Information" of Licensor shall include both specific information relating to the project or work effort for which Licensor's provision of products, software, or services may be provided to Amexco, as well as other information related to Licensor's past, present and future plans, businesses, activities, customers, suppliers, its subsidiaries and affiliates which is obtained by Amexco in connection with the exchange of information as contemplated hereunder. Without limiting the generality of the foregoing, Licensor's "Confidential Information" shall also include all information and materials disclosed to Amexco regarding Licensor's software products or software product development. In preserving the confidentiality of the disclosing party's Confidential Information, the receiving party shall not be required to take any greater steps than it takes to protect the confidentiality of its own similar information, but in no event shall such steps be less than reasonable.

# 99547 (revised 1/14/98)

TRILOGY 00012

10.3   Both parties acknowledge and agree information shall not be considered "Confidential Information" to the extent, but only to the extent, that such information: (a) is already known to the receiving party free of any confidentiality obligation at the time it is obtained from the other party; (b) is or becomes publicly known or available through no wrongful act of the receiving party; (c) is rightfully received from a third party without restriction; (d) is independently discovered or developed by the receiving party using individuals who have had no contact with the Confidential Information of the other party; or (e) is required to be disclosed in response to a valid order of a court or authorized agency of government, provided that notice is given promptly to the party whose Confidential Information is to be so disclosed so that such party may seek a protective order and/or engage in other efforts to minimize the required disclosure.

10.4   Each party further acknowledges and agrees that in the event of a breach or threatened breach by it of the provisions of this Confidentiality Agreement, the other party will have no adequate remedy in money or damages and accordingly shall be entitled to seek an injunction against such breach or threatened breach; provided, however, no specification in this Confidentiality Agreement of a specific legal or equitable remedy shall be construed as a waiver or prohibition of any legal or equitable remedies in the event of a breach or threatened breach of this Confidentiality Agreement.

10.5   Information that Licensor considers "Highly Confidential" (documents, notes, or other physical embodiments of or reflecting the Confidential Information) must be marked as such with appropriate notification to Amexco prior to deliver of the "Highly Confidential" information.   Licensor may request the return of any information marked as "Highly Confidential" including any copies thereof that are in the possession or control of Amexco. Upon the request of Licensor, a project manager of Amexco shall verify, and provide to Licensor written certification of, the completeness of the delivery of such materials. Notwithstanding any of the foregoing, in the event of a breach by Amexco of the Confidentiality provisions herein, or Licensor's termination of a license issued to Amexco under the applicable schedule in accordance with the termination provisions herein, Licensor may request the return of any Software Tools and related documentation including any copies thereof that are in the possession or control of Amexco regardless of whether such Software Tools or related documentation are designated as "Highly Confidential".

## ARTICLE 11:   LIMITATION OF LIABILITY

IN NO EVENT SHALL EITHER PARTY BE LIABLE, ONE TO THE OTHER, FOR ANY INDIRECT, SPECIAL, EXEMPLARY, PUNITIVE OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT.

IN ADDITION TO THE FOREGOING, EXCEPT FOR LICENSOR'S LIABILITY ARISING FROM (I) ITS GROSS NEGLIGENCE WHILE PERFORMING ANY SERVICES HEREUNDER; (II) DEATH, BODILY INJURY OR TANGIBLE PROPERTY DAMAGE CAUSED BY LICENSOR WHILE PERFORMING SERVICES HEREUNDER; (III) INDEMNIFICATION OBLIGATIONS, UNDER ARTICLE 9 OF THIS AGREEMENT; (IV) LICENSOR'S FAILURE TO MEET ANY OF ITS OBLIGATIONS RELATING TO CONFIDENTIAL INFORMATION UNDER ARTICLE 10 OF THIS AGREEMENT; AND/OR (V) ANY WILLFUL MISCONDUCT

13

OR MALICIOUS ACTS, THE LIMIT OF LICENSOR'S LIABILITY (IN TORT (INCLUDING CLAIMS OF NEGLEGENCE) OR BY STATUTE OR OTHERWISE) TO AMEXCO FOR DIRECT DAMAGES CONCERNING PERFORMANCE OR NON-PERFORMANCE, OR OTHERWISE, BY LICENSOR IN ANY MANNER RELATED TO THIS AGREEMENT OR ANY APPLICABLE SCHEDULE, FOR ANY AND ALL CLAIMS SHALL NOT, IN THE AGGREGATE, EXCEED THE TOTAL FEES PAID BY AMEXCO TO LICENSOR UNDER THE APPLICABLE SCHEDULE FOR THE SOFTWARE OR SERVICES THAT GAVE RISE TO SUCH LIABILITY.

## 12. GENERAL

12.1   TERM: This Agreement shall commence as of the Effective Date and continue thereafter unless terminated as provided hereunder. Each Schedule shall become binding when duly executed by both parties and shall continue thereafter unless terminated as permitted hereunder. Notice of termination of any Schedule shall not be considered notice of termination of this Agreement.

12.2   TERMINATION: In the event of any material breach of this Agreement by one party, the other party may (reserving cumulatively all other remedies and rights under this Agreement and at law in equity) terminate the Schedule(s) involved, in whole or in part, by giving thirty (30) days' written notice thereof; provided, however, that any such termination shall not be effective if the party in breach has cured the breach of which it has been notified in writing prior to the expiration of said thirty (30) days. In the event of any termination by Amexco in accordance with this provision, Amexco shall, effective as of the date of such termination, have a perpetual license to use the Product, Documentation and any other items provided hereunder without further charge or fee (upon full payment of all fees due under the Schedule), but otherwise subject to and in accordance with all the provisions of this Agreement.

In addition to the foregoing, Amexco shall have the right to terminate this Agreement and/or any applicable Schedule(s), by giving ninety (90) days written notice to Licensor. Except for the case of termination by Amexco due to Licensor's material breach of this agreement (as described above), upon termination of this Agreement and/or any Schedule or license hereunder, Amexco's rights to the affected Software shall cease. Amexco shall immediately stop using such Software and shall return such Software to Licensor, or destroy all copies thereof. In addition, Amexco shall provide Licensor with notarized, written certification signed by an officer of Amexco, that all copies of the Software have been returned or destroyed and that no copies have been retained by Amexco for any purpose whatsoever.

Termination of this Agreement or any license created hereunder shall not limit either party from pursuing other remedies available to it, including injunctive relief, nor shall such termination relieve Amexco's obligation to pay all fees that have accrued and are due or are otherwise owed by Amexco under any Schedule or exhibit.

12.3   TAXES: Amexco agrees to pay all taxes levied against or upon the Products and any services or their use hereunder, exclusive, however, of taxes based on Licensor's income, which taxes shall be paid by Licensor. If Licensor pays any tax for which Amexco is

14

TRILOGY 00014

responsible hereunder, Amexco will reimburse Licensor upon Amexco's receipt of written proof of payment.

12.4    EXCUSABLE DELAYS:   In no event shall either party be liable to the other for any delay or failure to perform due to cause or causes beyond the reasonable control and without the fault or negligence of the party claiming excusable delay.  Such causes shall include, but are not limited to, acts of God, floods, fires, loss of electricity or other utilities.

12.5    NOTICES:   Unless otherwise specified all notices shall be in writing and delivered personally or mailed, first class mail, postage prepaid, to the addresses of the parties set forth at the beginning of this Agreement, to the attention of the undersigned; provided, however, that a copy of any Licensor notice of material breach to Amexco shall also be sent to the Office of the General Counsel Technology Law Group, World Financial Center, American Express Tower, 200 Vesey Street, 49th floor, New York, New York 10285-4900.  A copy of any Amexco notice of material breach to Licensor shall also be sent to the Office of the General Counsel, 6034 West Courtyard Drive, Austin, TX 78735. As to any Schedule, notices shall also be sent to the signatories of the Schedule involved. Either party may change the address(es) or addressee(s) for notice hereunder upon written notice to the other.  All notices shall be deemed given on the date delivered or when placed in the mail as specified herein.

12.6    ADVERTISING OR PUBLICITY:   Except as set forth in any Schedule, neither party shall use the name or marks, refer to or identify the other party in advertising or publicity releases, promotional or marketing correspondence to others without first securing the written consent of such other party's authorized representative.

12.7    ASSIGNMENT:   Neither party may assign this Agreement, any Schedule and/or any rights and/or obligations hereunder without the written consent of the other party, such consent not to be unreasonably withheld, and any such attempted assignment shall be void. Notwithstanding the foregoing, Amexco may assign this Agreement, any Schedule and/or any of its rights and/or obligations hereunder  (including all licenses granted to Amexco hereunder) to any Amexco Entity.

12.8    GOVERNING LAW:   In all respects this Agreement shall be governed by the substantive laws of the State of New York without regard to conflict of law principles.

12.9    MODIFICATION, AMENDMENT, SUPPLEMENT AND WAIVER:   No modification, course of conduct, amendment, supplement to or waiver of this Agreement, any Schedule, or any provisions hereof shall be binding upon the parties unless made in writing and duly signed by both parties.  At no time shall any failure or delay by either party in enforcing any provisions, exercising any option, or requiring performance of any provisions, be construed to be a waiver of same.

12.10   SEVERABILITY:   If any of the provisions of this Agreement are held invalid, illegal or unenforceable, the remaining provisions shall be unimpaired.

12.11   HEADINGS:   Headings are for reference and shall not affect the meaning of any of the provisions of this Agreement.

15

TRILOGY 00015

12.12   ENTIRE AGREEMENT:  The Exhibits, Schedules and attachments to this Agreement are incorporated by this reference and shall constitute part of this Agreement.   This Agreement constitutes the entire agreement between the parties and supersedes all previous agreements, promises, proposals, representations, understandings and negotiations, whether written or oral, between the parties respecting the subject matter hereof.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement as of the day, month and year first written above.

American Express Financial Corporation

By: _____

Name: _____
        (Type or Print)

Title: _____

Date: _____

Trilogy Software, Inc.

By: _____

Name: Karee A. Jones
        (Type or Print)

Title: Associate General Counsel

Date: 10-26-99

16

TRILOGY 00016

# 99547 (revised 1/14/98)

# EXHIBIT B

Electronically Served
1/30/2013 5:38:57 PM
Hennepin County Civil, MN

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT
Case Type:  Contract

---

AMERIPRISE FINANCIAL, INC.,

        Plaintiff,

v.

VERSATA SOFTWARE, INC.,

        Defendant.

File No. 27-CV-13-211
Judge Marilyn Brown Rosenbaum

**PLAINTIFF'S NOTICE OF TAKING
DEPOSITION OF DEFENDANT**

---

TO:    Defendants and their attorneys Sam Hanson, Esq., Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN  55402 and Mr. Steven J. Mitby, Ahmad, Zavitsanos, Anaipakos, Alavi, & Mensing, 3460 One Houston Center, 1221 McKinney Street, Houston, TX 77010-2009:

    **PLEASE TAKE NOTICE** that Plaintiff Ameriprise Financial, Inc. will take the

deposition upon oral examination pursuant to Minn. R. Civ. P. 30.02(f) of the person(s)

designated to testify on behalf of Defendant Versata Software, Inc. regarding the topics listed

below at the offices of Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, on March 10,

2013, at 9:00 a.m., and continuing until completed.  The deposition will be taken before and

transcribed by a notary public or other officer qualified by the law to administer oaths and will

be recorded stenographically and by videotape (sound and visual).

## DEFINITIONS AND INSTRUCTIONS

    This notice is to be responded to with reference to the following definitions and

instructions:

    1.    "Agreement" means the October 4, 1999 Master License Agreement between

Ameriprise and Versata.

**EXHIBIT B**

Electronically Served
1/30/2013 5:38:57 PM
Hennepin County Civil, MN

2.      "<u>Ameriprise</u>" means Plaintiff, Ameriprise Financial, Inc. and its predecessors and its and their current and former affiliates and subsidiaries.

3.      "<u>DCM</u>" means the software product known as Distribution Channel Management and licensed at any time to Ameriprise.

4.      "<u>License</u>" means any written, oral or other agreement or arrangement, formal or informal, between Versata Software, Inc. and another entity or individual.

5.      "<u>Versata</u>" means Defendant, Versata Software, Inc., and any current and former parent, subsidiary or affiliate of Versata Software, Inc., including, without limitation, Trilogy Software, Inc., Versata Development Group, Inc., and Trilogy Development Group, Inc.

Defendant shall designate a representative knowledgeable on these topics:

## TOPICS FOR DEPOSITION

1.      A description of all code and documentation that Versata has escrowed pursuant to the Agreement for the benefit of Ameriprise.

2.      All licenses covering, or relating to, DCM code or components of DCM.

3.      The genesis of the code included in DCM.

4.      Versata's DCM development, maintenance, and support staffing models and processes, including, without limitation, any efforts to maintain quality and confidentiality of code in DCM.

5.      The structure, features, and functions of DCM, including the relationships of class files to other class files and the relationship of stock DCM code to custom code.

6.      Key class files, including those class files essential to operate DCM.

2

Electronically Served
1/30/2013 5:38:57 PM
Hennepin County Civil, MN

DORSEY & WHITNEY LLP

Dated:  January 30, 2013

By s/ Peter M. Lancaster
    Peter M. Lancaster #0159840
    Heather D. Redmond #0313233
    Andrea Caron Wiltrout #0391768
    Kristin K. Zinsmaster #0391299
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

**Attorneys for Plaintiff Ameriprise Financial, Inc.**

## ACKNOWLEDGMENT

    The undersigned hereby acknowledges that sanctions may be imposed under Minn. Stat. § 549.211.

DORSEY & WHITNEY LLP

s/ Peter M. Lancaster

3

# EXHIBIT C

CAUSE NO. D-1-GN-12-003588

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., F/K/A | § | IN THE DISTRICT COURT |
| TRILOGY SOFTWARE, INC., AND | § | |
| VERSATA DEVELOPMENT GROUP, | § | |
| INC., F/K/A TRILOGY DEVELOPMENT | § | |
| GROUP, INC., | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| V. | § | OF TRAVIS COUNTY, TEXAS |
| | § | |
| AMERIPRISE FINANCIAL, INC., | § | |
| AMERIPRISE FINANCIAL SERVICES, | § | |
| INC., AMERICAN ENTERPRISE | § | |
| INVESTMENT SERVICES, INC., | § | |
| | § | |
| DEFENDANTS | § | 53RD JUDICIAL DISTRICT |

## PLAINTIFFS' OBJECTIONS AND ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

TO:   Plaintiff, Ameriprise Financial, Inc., by and through its attorneys of record, Peter M. Lancaster, Heather D. Redmond, Andrea Caron Wiltrout, and Kristin K. Zinsmaster; Dorsey & Whitney LLP; 50 South Sixth Street, Suite 1500; Minneapolis, Minnesota 55402-1498.

Pursuant to the Texas Rules of Civil Procedure, Plaintiffs Versata Software, Inc. and Versata Development Group, Inc., respond to Defendants' First Set of Interrogatories.

**EXHIBIT C**

Respectfully Submitted,

**AHMAD ZAVITSANOS ANAIPAKOS,
ALAVI, MENSING , P.C.**

Steven J. Mitby
State Bar No. 24037123
smitby@azalaw.com
Benjamin F. Foster
State Bar. No. 24080898
bfoster@azalaw.com
Megan Bibb
State Bar No. 24073924
mbibb@azalaw.com
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing document upon the following counsel by U.S. mail on March 15, 2013:

G. Alan Waldrop
John R. Nelson
Locke Lord LLP
100 Congress Avenue, Suite 300
Austin, Texas 78701
(512) 305-4700 (Telephone)
(512) 305-4800 (Facsimile)
awaldrop@lockelord.com
jnelson@lockelord.com

Travis Barton
McGinnis, Lochridge & Kilgore, LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000 (Telephone)
(512) 495-6093 (Facsimile)
tcbarton@mcginnislaw.com

Peter M. Lancaster
Heather D. Redmond
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
(612) 340-2600 (Telephone)
(612) 340-2868 (Facsimile)
lancaster.peter@dorsey.com
redmond.heather@dorsey.com

Benjamin F. Foster

2

## OBJECTIONS AND ANSWERS TO FIRST SET OF INTERROGATORIES

1.     Substantiate all occasions on which Versata instructed Ameriprise or Infosys not to decompile files.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome; impermissibly requires Versata to marshal its evidence through the use of the word "all"; and is not reasonably calculated to lead to the discovery of admissible evidence in that Versata had no obligation to "instruct" Ameriprise regarding obligations that were explicitly stated in the 1999 Master License Agreement that Ameriprise executed with Versata.

Subject to and without waiving the forgoing objections, Versata responds as follows: Versata has repeatedly instructed both Ameriprise and Infosys that de-compilation is not permitted. By way of example, and without limitation, Section 10.1 of the 1999 Master License Agreement between Versata and Ameriprise specifically prohibits decompilation, copying, or reverse-engineering. Other parts of the MLA also prohibit Ameriprise from misusing of Versata's confidential information (e.g., Section 10.1) and from using competitors like Infosys as contractors on Versata software (e.g., Section 4.8). In addition, the MLA contains strict anti-waiver provisions (e.g., Section 12.9).

Versata reiterated its instruction that decompilation is impermissible in correspondence, including, for example, an August 2, 2010 email and August 19, 2010 letter from Hemant Shah to Ryan Macomb and subsequent correspondence between Versata and Ameriprise. Versata also had multiple discussions with Ameriprise in 2010, 2011, and 2012 in which Versata representatives continued to reiterate this instruction. In addition, Versata also sued Infosys in 2010 for decompiling software files and has reiterated its objections to decompilation in multiple public court filings.

Versata reserves the right to supplement this response as it continues to marshal its evidence, investigate its claims, and conduct discovery.

2.     Substantiate any alleged occasions that DCM files at Ameriprise have been decompiled, including without limitation the dates, circumstances, and identities of persons involved.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome; and impermissibly requires Versata to marshal its evidence through the use of the word "any." Plaintiff further objects on the grounds that the information responsive to this request for production is governed by the protective order in place in *Versata Software et al v. Infosys Technologies LTD.*,

Case No. 1:10-cv-00792 pending in the Western District of Texas Austin Division, which restricts Versata's ability to produce information to Ameriprise in this litigation.

Subject to and without waiving the foregoing, Versata responds as follows: Through its litigation with Infosys Versata has uncovered significant evidence of DCM decompilation. Specifically, on October 25, 2012, in response to discovery, Infosys identified approximately 99 discrete instances of decompilation in a spreadsheet. This spreadsheet will be produced once Ameriprise, Infosys and Versata reach terms on a protective order permitting the production of Infosys Attorney's Eyes Only materials to Ameriprise in this litigation. On that same date, Infosys also separately identified the 5,000 decompiled Versata DCM files that, at the time, Infosys claimed were stored on a laptop in Bangalore. Versata recently learned that these files are actually on an Infosys server in India to which Versata believes that multiple Infosys personnel have had access.

Versata reserves the right to supplement this response as it continues to marshal its evidence, investigate its claims, and conduct discovery.

3.    Identify all competitors of Versata with respect to the development of enterprise compensation or configuration software since January 1, 2007, including without limitation identification of the specific software product that makes such entity a competitor.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome. Plaintiff further objects that to the extent this interrogatory seeks information regarding entities not utilized by Ameriprise such information is not relevant, and is not reasonable calculated to lead to the discovery of relevant information and is therefore outside the scope of discovery.

Subject to and without waiving the foregoing, Versata answers as follows: Infosys which owns MacCamish Systems is a competitor of Versata in the development of compensation and configuration software because MacCamish develops and sells enterprise compensation and configuration software (including its PMACS product) that competes directly with Versata. TCS is also a competitor of Versata because TCS develops and sells enterprise compensation and configuration software (including its BANCS product) that competes directly with Versata. Versata has many other competitors in the enterprise compensation and configuration software space, but has limited its answer to the two competitors that Ameriprise has admitted to giving access to Versata's software in violation of the Master License Agreement.

Versata reserves the right to supplement this response as it continues to marshal its evidence, investigate its claims, and conduct discovery.

4.    Substantiate any claim that Infosys, TCS, or any other third party providing services relating to Ameriprise's DCM is a competitor of Versata with respect to the development

of enterprise compensation or configuration software, including without limitation identification of the specific competing software product or service and any occasion on which Versata has lost revenues as a result of such alleged competitor.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving these objections, relevant information is provided in response to Interrogatory No. 3 above.

Versata reserves the right to supplement this response as it continues to marshal its evidence, investigate its claims, and conduct discovery.

5. Substantiate all efforts you have made since January 1, 2007 to maintain confidentiality of DCM code.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. These objections specifically include, but are not limited to, defendants use of the word "all" as unduly burdensome, requires plaintiff to marshal all its evidence and is beyond the scope of discovery.

Subject to and without waiving the foregoing Versata answers as follows: The efforts Versata has undertaken to protect the confidentiality of DCM source code include, by way of example and not limitation, the following: (1) requiring confidentiality agreements with customers that contain similar requirements to the ones in the MLA, including prohibitions on decompilation, copying, reverse-engineering, or disclosure to competitors; (2) requiring confidentiality agreements with employees and contractors; (3) limiting access to DCM source code to employees and contractors who work on source code; (4) storing source code on secure servers; (5) denying customers and competitors access to source code; (6) requiring customers to grant Versata audit rights; (7) engaging in litigation against Infosys to enforce Versata's policy against decompilation.

Versata reserves the right to supplement this response as it continues to marshal its evidence, investigate its claims, and conduct discovery.

6. Substantiate any damage caused by Ameriprise's alleged breach of the Agreement, including without limitation any damage claimed in connection with any decompilation.

**ANSWER:**

5

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome. Furthermore as discovery in this case is just beginning and Plaintiff reserves the right to supplement this response.

Subject to and without waiving the foregoing objections Versata answers as follows: Ameriprise's breach of the MLA has caused multiple categories of damages to Versata, including, by way of example and without limitation, the following: (1) Unjust enrichment from Ameriprise's wrongful use of the DCM software after Versata terminated the MLA, including all of the economic gain to Ameriprise by such use; (2) Partial or total destruction of the value of the Versata's DCM software, trade secrets, and confidential information; (3) lost profits based on Versata's loss of consulting and other DCM-related work to Infosys; and (4) in the alternative, licensing fees and reasonable royalties for Ameriprise's continued use of DCM after termination.

Versata reserves the right to supplement this response as it continues to marshal its evidence, investigate its claims, and conduct discovery.

7.      Identify all third-party licensors of any components of DCM.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome. Plaintiff further objects that to the extent this interrogatory seeks information which is not relevant, and is not reasonable calculated to lead to the discovery of relevant information and is therefore outside the scope of discovery.

8.      Identify all licensees of DCM.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome. Plaintiff further objects that to the extent this interrogatory seeks information which is not relevant, and is not reasonable calculated to lead to the discovery of relevant information and is therefore outside the scope of discovery.

9.      Identify all legal proceedings, pending at any time since January 1, 2005, involving intellectual property claims or claims relating to DCM in which you have been a party.

**ANSWER:**

Plaintiff answers as follows:

- This lawsuit.

6

- Ameriprise Financial, Inc., V. Versata Software, Inc., Court File No. 27-cv-13-211 Filed by Ameriprise Financial in Minnesota. Stayed by the Minnesota Court.

- Versata Software et al v. Infosys Technologies LTD., Case No. 1:10-cv-00792 pending in the Western District of Texas Austin Division.

10.      Identify all Versata employees since January 1, 2007.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome. Plaintiff further objects that to the extent this interrogatory seeks information which is not relevant, and is not reasonable calculated to lead to the discovery of relevant information and is therefore outside the scope of discovery.

11.      Identify all persons with access to DCM source code since January 1, 2007.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome. Plaintiff further objects that to the extent this interrogatory seeks information which is not relevant, and is not reasonable calculated to lead to the discovery of relevant information and is therefore outside the scope of discovery.

12.      Identify all patents you own relating in whole or in part to DCM.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome. Plaintiff further objects that to the extent this interrogatory seeks information which is not relevant, and is not reasonable calculated to lead to the discovery of relevant information and is therefore outside the scope of discovery. Finally Plaintiff objects that this interrogatory is impermissibly vague. It is not clear what Amerirpise means by patents "relating to" DCM.

13.      Identify the dates and circumstances relating to (a) the occasion on which You first learned that decompilation of DCM code had occurred with respect to Ameriprise's DCM and (b) the occasion on which you first objected to decompilation of DCM code with respect to Ameriprise's DCM.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome.

Subject to and without waiving the forgoing defendant answers as follows:

Versata management first learned of decompilation on or around July 30, 2010. Versata objected immediately thereafter, including in an August 2, 2010 email and August 19, 2010 letter from Hemant Shah to Ryan Macomb.

4828-4370-0755, v. 2

# EXHIBIT D

CAUSE NO. D-1-GN-12-003588

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., F/K/A | § | IN THE DISTRICT COURT |
| TRILOGY SOFTWARE, INC., AND | § | |
| VERSATA DEVELOPMENT GROUP, | § | |
| INC., F/K/A TRILOGY DEVELOPMENT | § | |
| GROUP, INC., | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| V. | § | OF TRAVIS COUNTY, TEXAS |
| | § | |
| AMERIPRISE FINANCIAL, INC., | § | |
| AMERIPRISE FINANCIAL SERVICES, | § | |
| INC., AMERICAN ENTERPRISE | § | |
| INVESTMENT SERVICES, INC., | § | |
| | § | |
| DEFENDANTS | § | 53RD JUDICIAL DISTRICT |

## PLAINTIFFS' OBJECTIONS AND ANSWERS TO
## DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   Plaintiff, Ameriprise Financial, Inc., by and through its attorneys of record, Peter M. Lancaster, Heather D. Redmond, Andrea Caron Wiltrout, and Kristin K. Zinsmaster; Dorsey & Whitney LLP; 50 South Sixth Street, Suite 1500; Minneapolis, Minnesota 55402-1498.

Pursuant to the Texas Rules of Civil Procedure, Plaintiffs Versata Software, Inc. and Versata Development Group, Inc., respond to Defendants' First Set of Requests for Production of Documents.

**EXHIBIT D**

Respectfully Submitted,

AHMAD ZAVITSANOS ANAIPAKOS,
ALAVI, MENSING , P.C.

Steven J. Mitby
State Bar No. 24037123
smitby@azalaw.com
Benjamin F. Foster
State Bar. No. 24080898
bfoster@azalaw.com
Megan Bibb
State Bar No. 24073924
mbibb@azalaw.com
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone:  (713) 655-1101
Facsimile:  (713) 655-0062

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing document upon the following counsel by U.S. mail on March 15, 2013:

G. Alan Waldrop
John R. Nelson
Locke Lord LLP
100 Congress Avenue, Suite 300
Austin, Texas  78701
(512) 305-4700 (Telephone)
(512) 305-4800 (Facsimile)
awaldrop@lockelord.com
jnelson@lockelord.com

Peter M. Lancaster
Heather D. Redmond
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55402-1498
(612) 340-2600 (Telephone)
(612) 340-2868 (Facsimile)
lancaster.peter@dorsey.com
redmond.heather@dorsey.com

Travis Barton
McGinnis, Lochridge & Kilgore, LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000 (Telephone)
(512) 495-6093 (Facsimile)
tcbarton@mcginnislaw.com

Benjamin F. Foster

2

## OBJECTIONS AND RESPONSES TO
## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.    All documents identified in Defendant's responses to Plaintiff's interrogatories.

**RESPONSE:**

Plaintiff will produce non-privileged responsive documents and supplement as needed.

2.    All documents relating to decompilation of Ameriprise DCM code by anyone other than You.

**RESPONSE:**

Plaintiff objects to the phrase "Ameriprise DCM code" as vague and ambiguous.

Subject to and without waiving the forgoing, and construing "Ameriprise DCM code" to mean the object code for DCM residing on Ameriprise's servers. Plaintiff will produce non-privileged documents once a valid protective order is in place in this case and once Infosys, Amerirprise and Versata have come to terms on a mechanism for producing documents governed by the Infosys Versata protective order to Ameriprise. In fact, Plaintiff has responsive documents ready for immediate production once Ameriprise agrees to a protective order. Plaintiff reserves the right to supplement as needed.

3.    All documents constituting or relating to Versata instructions not to decompile DCM code.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information which is not reasonably calculated to lead to the discovery of admissible evidence and is therefore outside the scope of discovery.

Subject to and without waiving the forgoing plaintiff answers as follows:  Plaintiff will produce non-privileged documents relating to Versata's instruction not to decompile directed at Ameriprise or contractors working at or for Ameriprise. In fact, Plaintiff has responsive documents ready for immediate production once Ameriprise agrees to a protective order. Plaintiff reserves the right to supplement as needed.

3

    4.     All documents constituting or relating to any Versata communication that refers or relates to any entity being a competitor to Versata in the development of enterprise compensation or configuration software.

**RESPONSE:**

    Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information which is not reasonably calculated to lead to the discovery of admissible evidence and is therefore outside the scope of discovery.

    Subject to and without waiving the forgoing plaintiff answers as follows: Plaintiff will produce communications to Ameriprise identifying competitors and will produce internal non-privileged Versata communications, if any, identifying competitors. In fact, Plaintiff has responsive documents ready for immediate production once Ameriprise agrees to a protective order. Plaintiff reserves the right to supplement as needed.

    5.     All documents, including but not limited to calendar entries, agenda, presentations, or other materials, relating to or used in any training of Infosys personnel or consultants to conduct work on DCM for Versata licensees, including but not limited to Ameriprise.

**RESPONSE:**

    Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information which is not reasonably calculated to lead to the discovery of admissible evidence and is therefore outside the scope of discovery. In fact, Plaintiff has responsive documents ready for immediate production once Ameriprise agrees to a protective order.

    Subject to and without waiving the forgoing plaintiff answers as follows: Plaintiff will produce non-privileged responsive documents and supplement as needed.

    6.     Copies of all screen shots taken by Versata of the Ameriprise CVS.

**RESPONSE:**

    Plaintiff will produce non-privileged responsive documents and supplement as needed.

    7.     All documents designated as exhibits in depositions in the Infosys Litigation.

**RESPONSE:**

Plaintiff will produce these documents once a valid protective order is in place in this case and once Infosys, Amerirprise and Versata have come to terms on a mechanism for producing documents governed by the Infosys Versata protective order to Ameriprise.

8.    All discovery responses served in the Infosys Litigation.

**RESPONSE:**

Plaintiff will produce these documents once a valid protective order is in place in this case and once Infosys, Amerirprise and Versata have come to terms on a mechanism for producing documents governed by the Infosys Versata protective order to Ameriprise. In fact, Plaintiff has responsive documents ready for immediate production once Ameriprise agrees to a protective order.

9.    All documents relating to Ameriprise produced by Infosys in the Infosys

Litigation.

**RESPONSE:**

Plaintiff will produce these documents once a valid protective order is in place in this case and once Infosys, Amerirprise and Versata have come to terms on a mechanism for producing documents governed by the Infosys Versata protective order to Ameriprise.

10.    All documents relating to Ameriprise produced by Versata in the Infosys

Litigation.

**RESPONSE:**

Plaintiff will produce these documents once a valid protective order is in place in this case and once Infosys, Amerirprise and Versata have come to terms on a mechanism for producing documents governed by the Infosys Versata protective order to Ameriprise. In fact, Plaintiff has responsive documents ready for immediate production once Ameriprise agrees to a protective order.

11.    All documents filed with the Court by any party in the Infosys Litigation.

**RESPONSE:**

Plaintiff object that the information sought is obtainable from some other source that is more convenient, less burdensome, or less expensive. The only exception to the forgoing objections is for documents filed under seal in the Infosys Litigation. Plaintiff will produce these documents once a valid protective order is in place in this case and once Infosys, Amerirprise

and Versata have come to terms on a mechanism for producing documents governed by the Infosys Versata protective order to Ameriprise. In fact, Plaintiff has responsive documents ready for immediate production once Ameriprise agrees to a protective order.

12.     All documents constituting or relating to complaints to Versata about software or service issues (other than standard problem logs) by other customers of DCM software, including without limitation, to the extent applicable, Waddell & Reed, Mass Mutual Life Insurance Company, MetLife, Pacific Life, and Penn Mutual.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence and is therefore outside the scope of discovery. Plaintiff further objects to this request because it would require the disclosure of sensitive, confidential, and/or proprietary business information.

13.     All licenses covering or relating to DCM code or components of DCM code effective at any time after October 1999.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this request because it would require the disclosure of sensitive, confidential, and/or proprietary business information.

14.     All internal reviews, evaluations, reports, or other analyses of work performed by Versata at Ameriprise.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence.

15.     All documents relating to security measures taken to protect the confidentiality of DCM code.

6

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to the phrase "DCM code" as vague and ambiguous since it is not clear if Ameriprise means DCM object code or DCM source code. Plaintiff has construed this phrase to mean object code for DCM residing on Ameriprise's servers

Subject to and without waiving the forgoing plaintiff answers as follows:  Plaintiff will produce non-privileged responsive documents and supplement as needed.

16.    A copy of the source code for the version of DCM currently licensed to

Ameriprise.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this request because it would require the disclosure of sensitive, confidential, proprietary and/or trade secret information.

17.    All documents constituting or relating to business plans, strategies, or projections

referencing or relating to Ameriprise.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this request because it would require the disclosure of sensitive, confidential, and/or proprietary business information.

18.    All documents relating to Versata's efforts to sell to Ameriprise Versata's DCM

Enterprise Cloud.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence.

19.    Copies of all annual financial statements, audited if available, for Versata since January 1, 2007.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this request because it would require the disclosure of sensitive, confidential, and/or proprietary business information.

20.    Documents sufficient to demonstrate Versata's revenues, costs, and margins on DCM licenses since January 1, 2007.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this request because it would require the disclosure of sensitive, confidential, and/or proprietary business information.

21.    Documents sufficient to identify all employees of Versata at all times since January 1, 2007.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this request because it would require the disclosure of sensitive, confidential, and/or proprietary business information.

22.    Documents sufficient to identify all persons with access to DCM source code since January 1, 2007.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the forgoing plaintiff answers as follows: Plaintiff will produce non-privileged responsive documents and supplement as needed.

23.   All Documents constituting or relating to DCM code supplied to the escrow agent prescribed for Ameriprise by the Agreement.

**RESPONSE:**

Plaintiff objects to this request as overly broad and unduly burdensome. Furthermore Plaintiff objects that this request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence.

24.   All statements taken from any person concerning the subject matter of this litigation.

**RESPONSE:**

Plaintiff will produce non-privileged responsive documents and supplement as needed.

25.   All documents relating to Ameriprise's alleged material breach of the Agreement.

**RESPONSE:**

Plaintiff objects to this request for production as overly broad. This is a request for all documents relevant to the lawsuit and is therefore improper pursuant to Tex. R. of Civ. P. 193 *cmt 2*. Therefore no response to this request is required.

4835-2255-9762, v. 1

# EXHIBIT E

CAUSE NO. D-1-GN-12-003588

VERSATA SOFTWARE, INC., F/K/A          §          IN THE DISTRICT COURT
TRILOGY SOFTWARE, INC., AND            §
VERSATA DEVELOPMENT GROUP,             §
INC., F/K/A TRILOGY DEVELOPMENT        §
GROUP, INC.,                           §
                                       §
        Plaintiffs,                    §
                                       §
V.                                     §          OF TRAVIS COUNTY, TEXAS
                                       §
AMERIPRISE FINANCIAL, INC.,            §
AMERIPRISE FINANCIAL SERVICES,         §
INC., AMERICAN ENTERPRISE              §
INVESTMENT SERVICES, INC.,             §
                                       §
        Defendants.                    §          53RD JUDICIAL DISTRICT

**ORDER**

Now before the Court is the Motion to Overrule Objections and to Compel Discovery

Responses and Depositions filed by Defendants Ameriprise Financial, Inc., Ameriprise Financial

Services, Inc., and American Enterprise Investment Services, Inc. (together "Ameriprise"). The

Court's rulings are set forth below.

## DISCOVERY REQUESTED IN ADVANCE OF TI HEARING

### Rulings on Written Discovery

Plaintiffs are ordered to provide additional documents and interrogatory answers in

accordance with their amended responses and with the below rulings within 3 days of the date of

this Order.          *Parties agree that Versata will provide license agreements*
                      *where Versata is "buyer" and not where Versata is "seller".*

**Document Request No. 13:**
All licenses covering or relating to DCM code or components of DCM code effective at any time
after October 1999.

        Overly Broad                    ____✓____ Overruled          _____ Sustained

        Unduly Burdensome               ____✓____ Overruled          _____ Sustained

                                                                **EXHIBIT E**

990346

Relevance _____ ✓ Overruled _____ Sustained

*confidentiality* objection is sustained 102.

**Interrogatory No. 7:**
Identify all third-party licensors of any components of DCM.

Overly Broad _____ ✓ Overruled _____ Sustained

Unduly Burdensome _____ ✓ Overruled _____ Sustained

Relevance _____ ✓ Overruled _____ Sustained

**Document Request No. 15:**
All documents relating to security measures taken to protect the confidentiality of DCM code.

Objected to producing documents related to the confidentiality of DCM source code.

_____ ✓ Overruled _____ Sustained

**Document Request No. 16:**
A copy of the source code for the version of DCM currently licensed to Ameriprise. — *not enough info to rule*

Overly Broad _____ Overruled _____ Sustained

Unduly Burdensome _____ Overruled _____ Sustained

Relevance _____ Overruled _____ Sustained

## Ruling on Depositions

Plaintiffs are further ordered to (1) designate witnesses for each of the six topics in Ameriprise's notice of deposition, (2) identify any witnesses who will testify on Plaintiffs' behalf at the temporary injunction hearing, and (3) provide at least two dates on which the corporate representative as well as any other injunction hearing witness(s) will be available for deposition with such dates being at least three (3) business days after Versata serves its amended discovery responses and documents required by the above rulings. All such depositions shall be completed at least three business days prior to a Temporary Injunction hearing.

2

990346

## OTHER DISCOVERY

### Rulings on Plaintiffs' Objections as to Overly Broad, Unduly Burdensome and Relevance

**Document Request No. 12:**
All documents constituting or relating to complaints to Versata about software or service issues (other than standard problem logs) by other customers of DCM software, including without limitation, to the extent applicable, Waddell & Reed, Mass Mutual Life Insurance Company, MetLife, Pacific Life and Penn Mutual.

*not ruled upon MSL*

| | | |
|---|---|---|
| Overly Broad | _____ Overruled | _____ Sustained |
| Unduly Burdensome | _____ Overruled | _____ Sustained |
| Relevance | _____ Overruled | _____ Sustained |

**Document Request No. 25:**
All documents relating to Ameriprise's alleged material breach of the Agreement.

Objected that overly broad and improper pursuant to Tex. R. Civ. P. 193 cmt. 2.

_____ Overruled   _____ Sustained

*not ruled upon MSL*

**Interrogatory No. 8:**
Identify all licensees of DCM.

| | | |
|---|---|---|
| Overly Broad | ✓ Overruled | _____ Sustained |
| Unduly Burdensome | ✓ Overruled | _____ Sustained |
| Relevance | ✓ Overruled | _____ Sustained |

**Interrogatory No. 10:**
Identify all Versata employees since January 1, 2007.

| | | |
|---|---|---|
| Overly Broad | ✓ Overruled | _____ Sustained |
| Unduly Burdensome | ✓ Overruled | _____ Sustained |
| Relevance | ✓ Overruled | _____ Sustained |

**Document Request No. 21:**
Documents sufficient to identify all employees of Versata at all times since January 1, 2007.

Overly Broad   _____ Overruled   _____ Sustained

*not ruled upon*

3

990346

| | | | |
|---|---|---|---|
| Unduly Burdensome | _____ Overruled | _____ Sustained | |
| Relevance | _____ Overruled | _____ Sustained | |

**Interrogatory No. 11:** *Parties agree that Versata will provide identify all entities with access to DCM source code since Jan 1, 2007*
Identify all persons with access to DCM source code since January 1, 2007.

| | | | |
|---|---|---|---|
| Overly Broad | _____ Overruled | ✓ Sustained | |
| Unduly Burdensome | _____ Overruled | ✓ Sustained | |
| Relevance | _____ Overruled | ✓ Sustained | |

**Interrogatory No. 12:** *Versata agrees to provide a list of patent numbers it believes may relate to DCM.*
Identify all patents you own relating in whole or in part to DCM.

| | | | |
|---|---|---|---|
| Overly Broad | ✓ Overruled | _____ Sustained | |
| Unduly Burdensome | ✓ Overruled | _____ Sustained | |
| Relevance | ✓ Overruled | ✓ Sustained | |

## Confidentiality Objections -- (Request for Production Nos. 12-13, 16, and 21)

In response to Request for Production Nos. 12-13, 16, and 21, Plaintiffs asserted confidentiality objections stating that the requests "would require the disclosure of sensitive, confidential, proprietary and/or trade secret information," (the "confidentiality objection") among other objections, and did not produce documents. Upon the entry of a protective order, Plaintiffs are ordered to produce any documents otherwise withheld on the basis of the confidentiality objection.

IT IS SO ORDERED on this _____8_____ day of May 2013.

_____
JUDGE PRESIDING

4

990346

# EXHIBIT F

# Confidential Pursuant to The Parties' Protective Order

## CAUSE NO. D-1-GN-12-003588

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC., AND VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC., | § § § § § | IN THE DISTRICT COURT |
| PLAINTIFFS | § § | |
| V. | § § | OF TRAVIS COUNTY, TEXAS |
| AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, INC., AMERICAN ENTERPRISE INVESTMENT SERVICES, INC., | § § § § § | |
| DEFENDANTS | § | 53RD JUDICIAL DISTRICT |

## PLAINTIFFS' SECOND AMENDED OBJECTIONS AND ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

TO: Plaintiff, Ameriprise Financial, Inc., by and through its attorneys of record, Peter M. Lancaster, Heather D. Redmond, Andrea Caron Wiltrout, and Kristin K. Zinsmaster; Dorsey & Whitney LLP; 50 South Sixth Street, Suite 1500; Minneapolis, Minnesota 55402-1498.

Pursuant to the Texas Rules of Civil Procedure, Plaintiffs Versata Software, Inc. and Versata Development Group, Inc., serves these Amended Objections and Answers to Defendants' First Set of Interrogatories.

**EXHIBIT F**

Date:  May 7, 2013

Respectfully submitted,

AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.

Demetrios Anaipakos
State Bar No. 00793258
Amir Alavi
State Bar No. 00793239
Steven J. Mitby
State Bar No. 27037123
Benjamin F. Foster
State Bar No. 24080898
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone:  (713) 655-1101
Facsimile:  (713) 655-0062

McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
Travis Barton
State Bar No. 00790276
600 Congress Avenue, Suite 2100
Austin, Texas  78701
Telephone:  (512) 495-6000
Facsimile:  (512) 495-6093
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon the following counsel of record by facsimile and email on May 22, 2013:

Peter M. Lancaster
Heather D. Redmond
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55402-1498
(612) 340-2868 (Facsimile)
lancaster.peter@dorsey.com
redmond.heather@dorsey.com

Steve McConnico
Christopher D. Sileo
Scott, Douglass & McConnico, LLP
600 Congress Avenue, Suite 1500
Austin, Texas 78701
(512) 474-0731 (Facsimile)
smcconnico@scottdoug.com
csileo@scottdoug.com

Travis Barton
McGinnis, Lochridge & Kilgore, LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000 (Telephone)
(512) 495-6093 (Facsimile)
tcbarton@mcginnislaw.com

Benjamin F. Foster

3

## AMENDED OBJECTIONS AND ANSWERS TO FIRST SET OF INTERROGATORIES

1.      Substantiate all occasions on which Versata instructed Ameriprise or Infosys not to decompile files.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome; impermissibly requires Versata to marshal its evidence through the use of the word "all"; and is not reasonably calculated to lead to the discovery of admissible evidence in that Versata had no obligation to "instruct" Ameriprise regarding obligations that were explicitly stated in the 1999 Master License Agreement that Ameriprise executed with Versata.

Subject to and without waiving the forgoing objections, Versata responds as follows: Versata has repeatedly instructed both Ameriprise and Infosys that de-compilation is not permitted. By way of example, and without limitation, Section 10.1 of the 1999 Master License Agreement between Versata and Ameriprise specifically prohibits decompilation, copying, or reverse-engineering.   Other parts of the MLA also prohibit Ameriprise from misusing of Versata's confidential information (e.g., Section 10.1) and from using competitors like Infosys as contractors on Versata software (e.g., Section 4.8).  In addition, the MLA contains strict anti-waiver provisions (e.g., Section 12.9).

Versata reiterated its instruction that decompilation is impermissible in correspondence, including, for example, an August 2, 2010 email and August 19, 2010 letter from Hemant Shah to Ryan Macomb and subsequent correspondence between Versata and Ameriprise. Versata also had multiple discussions with Ameriprise in 2010, 2011, and 2012 in which Versata representatives continued to reiterate this instruction.   In addition, Versata also sued Infosys in 2010 for decompiling software files and has reiterated its objections to decompilation in multiple public court filings.

Versata reserves the right to supplement this response as it continues to marshal its evidence, investigate its claims, and conduct discovery.

2.      Substantiate any alleged occasions that DCM files at Ameriprise have been decompiled, including without limitation the dates, circumstances, and identities of persons involved.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome; and impermissibly requires Versata to marshal its evidence through the use of the word "any." Plaintiff further objects on the grounds that the information responsive to this request for production is governed by the protective order in place in *Versata Software et al v. Infosys Technologies LTD.*,

Case No. 1:10-cv-00792 pending in the Western District of Texas Austin Division, which restricts Versata's ability to produce information to Ameriprise in this litigation.

Subject to and without waiving the foregoing, Versata responds as follows: Through its ligation with Infosys Versata has uncovered significant evidence of DCM decompilation. Specifically, on October 25, 2012, in response to discovery, Infosys identified approximately 99 discrete instances of decompilation in a spreadsheet. This spreadsheet will be produced once Ameriprise, Infosys and Versata reach terms on a protective order permitting the production of Infosys Attorney's Eyes Only materials to Ameriprise in this litigation. On that same date, Infosys also separately identified the 5,000 decompiled Versata DCM files that, at the time, Infosys claimed were stored on a laptop in Bangalore. Versata recently learned that these files are actually on an Infosys server in India to which Versata believes that multiple Infosys personnel have had access.

Versata reserves the right to supplement this response as it continues to marshal its evidence, investigate its claims, and conduct discovery.

3.      Identify all competitors of Versata with respect to the development of enterprise

compensation or configuration software since January 1, 2007, including without limitation

identification of the specific software product that makes such entity a competitor.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome. Plaintiff further objects that to the extent this interrogatory seeks information regarding entities not utilized by Ameriprise such information is not relevant, and is not reasonable calculated to lead to the discovery of relevant information and is therefore outside the scope of discovery.

Subject to and without waiving the foregoing, Versata answers as follows: Infosys which owns MacCamish Systems is a competitor of Versata in the development of compensation and configuration software because MacCamish develops and sells enterprise compensation and configuration software (including its PMACS product) that competes directly with Versata. TCS is also a competitor of Versata because TCS develops and sells enterprise compensation and configuration software (including its BANCS product) that competes directly with Versata. Versata has many other competitors in the enterprise compensation and configuration software space, but has limited its answer to the two competitors that Ameriprise has admitted to giving access to Versata's software in violation of the Master License Agreement.

Versata reserves the right to supplement this response as it continues to marshal its evidence, investigate its claims, and conduct discovery.

4.      Substantiate any claim that Infosys, TCS, or any other third party providing

services relating to Ameriprise's DCM is a competitor of Versata with respect to the development

of enterprise compensation or configuration software, including without limitation identification of the specific competing software product or service and any occasion on which Versata has lost revenues as a result of such alleged competitor.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving these objections, relevant information is provided in response to Interrogatory No. 3 above.

Versata reserves the right to supplement this response as it continues to marshal its evidence, investigate its claims, and conduct discovery.

5.      Substantiate all efforts you have made since January 1, 2007 to maintain confidentiality of DCM code.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. These objections specifically include, but are not limited to, defendants use of the word "all" as unduly burdensome, requires plaintiff to marshal all its evidence and is beyond the scope of discovery.

Subject to and without waiving the foregoing Versata answers as follows: The efforts Versata has undertaken to protect the confidentiality of DCM source code include, by way of example and not limitation, the following: (1) requiring confidentiality agreements with customers that contain similar requirements to the ones in the MLA, including prohibitions on decompilation, copying, reverse-engineering, or disclosure to competitors; (2) requiring confidentiality agreements with employees and contractors; (3) limiting access to DCM source code to employees and contractors who work on source code; (4) storing source code on secure servers; (5) denying customers and competitors access to source code; (6) requiring customers to grant Versata audit rights; (7) engaging in litigation against Infosys to enforce Versata's policy against decompilation.

Versata reserves the right to supplement this response as it continues to marshal its evidence, investigate its claims, and conduct discovery.

6.      Substantiate any damage caused by Ameriprise's alleged breach of the Agreement, including without limitation any damage claimed in connection with any decompilation.

**ANSWER:**

6

Versata would refer Ameriprise to Versata's disclosures items 194.2(c) and (d) as they are updated from time to time.

7.      Identify all third-party licensors of any components of DCM.

**ANSWER:**

G-Dev FZ-LLC has performed development services for Versata Software related to DCM. However, as described in that agreement Versata Software retains legal title to most of the work done by G-Dev. However, in some instances as described in section 7.2 of that agreement G-Dev may retain ownership and license products to Versata.

8.      Identify all licensees of DCM. [by order of the court Versata will also provide whether or not the company owes Versata confidentiality regarding DCM]

**ANSWER:**

Versata is answering the question with respect to current licensees as called for by the interrogatory. A review of prior licensees shows that all prior licensees also contracted to keep DCM confidential.

Penn Mutual Life – Agreed to keep DCM confidential
Pacific Life – Agreed to keep DCM confidential
Aviva – Agreed to keep DCM confidential
United Health Care – Agreed to keep DCM confidential
Wellmark – Agreed to keep DCM confidential
Highmark – Agreed to keep DCM confidential
American Family – Agreed to keep DCM confidential
MetLife – Agreed to keep DCM confidential

9.      Identify all legal proceedings, pending at any time since January 1, 2005, involving intellectual property claims or claims relating to DCM in which you have been a party.

**ANSWER:**

Plaintiff answers as follows:

- This lawsuit.

- Ameriprise Financial, Inc., V. Versata Software, Inc., Court File No. 27-cv-13-211 Filed by Ameriprise Financial in Minnesota. Stayed by the Minnesota Court.

- Versata Software et al v. Infosys Technologies LTD., Case No. 1:10-cv-00792 pending in the Western District of Texas Austin Division.

7

10.     Identify all Versata employees since January 1, 2007.

**ANSWER:**

Below is a list of Versata Software's employees. Note that Versata also utilizes a large number of contractors who are not listed below.

Aman Babbar
400 Cambridge Street Apt #109
Hopkins, MN 55343
or
12310 Singletree Lane Apt #2347
Eden Prairie, MN 55344

Tarun Bansal
3356 Ambassador Drive Apt #4
Madison, WI 53718

Christoph Belanger
16 Walkup Road
Sudbury, MA 01776

Michael E. Biwer
790 Hartglen Avenue
Westlake Village, CA 91361

Jeffrey R. Bobick
801 West 5th Street #1703
Austin, TX 78703

Jeffrey S. Bolke
5912 Waymaker Cove
Austin, TX 78746

Craig S. Bradley
2 Hillview Drive
Round Rock, TX 78664

Adam D. Bursey
150 Hannah Drive
Dripping Springs, TX 78620

Steve Burton
10602 Beckwood Drive
Austin, TX 78726

Daniel P. Carroll
2122 Melridge Pl
Austin, TX 78704

Kenneth R. Chatfield
8215 Holly Road
Brentwood, TN 37027

Kevin Cobourn
3113 Paradise Valley
Plano, TX 75229

Christopher Cooper
8117 Campeche Bay Pl
Round Rock, TX 78681

Aditya Datta
8810 Spring Lake Drive
Austin, TX 78750

Peter Deelstra
12823 Texas Sage Ct
Austin, TX 78732

Chuck Dietrich
1707 Rabb Rd
Austin, TX 78704

Christa Fey
1900 Cervin Blvd
Austin, TX 78728

Kimberly Fisher
314 Chester Pike #D6
Norwood, PA 19074

Stephen David Goldsmith
510 E. 41st Street
Austin, TX 78751

Mark N. Haney
14924 Knollview Drive
Dallas, TX 75248

Andrew J. Heaton

9

5825 Hummingbird Ln
Clarkston, MI 48346


Julie Hill
4119 E. 12th Street Unite #1
Austin, TX 78721

Val Huber
4872 Reno Lane
Richmond, CA 94803

Margaret A. Huff
7702 Meadowview Lane
Austin, TX 78752

Bart Huthwaite, Jr.
6062 Deguise Ct
Rochester Hills, MI 48306

Randall E. Jacops
13115 Short Vista Dr #6
Austin, TX 78732

Akash Jain
2328 City Lights Drive
Aliso Viejo, CA 92656
or
2 Enterprise Apt 4309
Aliso Viejo, CA 92656

Nikhil Jain
6363 Flat Rock Road Apt 257
Columbus, GA 31907

Tushar S. Jasrotia
1150 Hennepin Ave. Apt #1107
Minneapolis, MN 55403

Gaurav Kalra
13 Mosher St Apt 6
West Springfield, MA 01089

John W. Kamm
2113 Cliffs Edge

Austin, TX 78733-6016

Leelakumar Kaza
1115 Italy Dr
Allen, TX 75013

Ryan P. Kennedy
1357 Monmouth Road
Eastampton, NJ 08060-3900

Emily J. Kleinsorge
2330 Montgomery Park #417
Conroe, TX 77304

Vikash Kodati
8808 W. 64th Place #201
Merriam, KS 66202
or
8911 W. 64th Terrace #204
Merriam, KS 66202

Frank Kopas
860 South Road
Belmont, CA 94002

Vineet Kumar
400 Cambridge Street Apt #109
Hopkins, MN 55343

Jacob Dante Leffler
12520 Canyon Glen Dr
Austin, TX 78732

Guillermo Javier Leon
1014 Challenger
Austin, TX 78734

Kassidy D. Lytle
6003 Old Bullard Road #209
Tyler, TX 75703

Patrick Madden
8959 Sussex
White Lake, TX 48386

John A. Magdaleno

11

10600 Zeus Cove
Austin, TX 78759


Duncan McDougall
3109 Grimes Ranch Rd
Austin, TX 78732

Steven McPike
6921 Via Correto Drive
Austin, TX 78749

David R. Middleton
2501 White Rock Dr
Austin, TX 78757

Sandeep Misri
919 233rd Ave NE
Samamish, WA 98074

Charles Moon
3203 Lazada Lane
Round Rock, TX 78681

Rama Nalla
4012 Panther Ridge Lane
Plano, TX 75074

Patrick T. Nichols
7320 Vista Mountain Drive
Austin, TX 78731

Karthikeyan Pandiyan
7400 W. 62rd Street Apt #3
Overland Park, KS 66202
or
10 Gomathi Nagar
Sekkankanni Road
Kumbakonam 61200

Tony Parlak
5903 Cimarron Trail
Lafo Vista, TX 78645

Jamie Poltronieri

12

8813-B Mountain Shadows C
Austin, TX 78735


Donny Przygodski
6400 Bermuda Dunes Dr
Plano, TX 75093

Brian Rauch
1004 Whittier
Gross Point Park, MI 48230

Sunil K. Rao
303 Minuteman Drive
Collegeville, PA 19246

Matthew J. Schemmel
1603 Garnass Drive
Austin, TX 78725

Saugata Sengupta
2200 Nueces St #9
Austin, TX 78705

Brian Edward Shicoff
8700 Brodie Ln #1634
Austin, TX 78745

Polly J. Shrewsbury
2471 Kinney Oaks Ct
Austin, TX 78704

Abhinesh Sikka
7201 York Ave. S Apt #S1118
Edina, MN 55435

Paramveer Singh
228 Robinson Dr
Tustin, CA 92782

Christopher B. Smith
1821 Val Verde Dr
Austin, TX 78732


Chris B. Strahorn

1258 6th Avenue
San Francisco, CA 94122


Brian Swanson
1009 Garfield Dr
Petaluma, CA 94954

Travis Taylor
2294 Sir Amant Drive
Lewisville, TX 75056

Craig T. Trautman
8008 High Hollow Drive
Austin, TX 78750

Saurabh Vashishtha
12300 Singletree Lane
Watertower Apartments #2
Eden Prairie, MN 55344


Rangarajan Venkatesan
2401 Deer Pass
Austin, TX 78746

Ian Ward
8007 Tahoe Park Circle
Austin, TX 78726

Charles Wiemann
332 Logan Ranch Road
Georgetown, TX 78628

David A. Williamson
1104 Bevinger Drive
El Dorado Hills, CA 95762


11.      Identify all entities with access to DCM source code since January 1, 2007.

**ANSWER:**

The only entities that have had authorized access to DCM since 2007 are as follows:

14

DevFactory FZ-LLC
Versata Software

Ameriprise through its agents Infosys has also had unauthorized access to DCM source code through de-compilation. Versata is in the process of discovering what other entities may have been given access to DCM source code by virtue of Infosys's misconduct.

      12.      Provide a list of patent numbers that may relate to DCM

This answer provides a list of patents which may relate to DCM. Versata has no patent claims in this case and this answer is neither Versata nor Versata's legal counsel providing a opinion on whether the below listed patents actually cover DCM or whether there are other patents within Versata's patent portfolio which cover DCM. Versata was not required to perform or disclose its analysis of these patents or their scope of coverage.

7,904,326
7,908,304
7,925,513
7,958,024


**ANSWER:**

     Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome. Plaintiff further objects that to the extent this interrogatory seeks information which is not relevant, and is not reasonable calculated to lead to the discovery of relevant information and is therefore outside the scope of discovery. Finally Plaintiff objects that this interrogatory is impermissibly vague. It is not clear what Ameriprise means by patents "relating to" DCM.

      13.      Identify the dates and circumstances relating to (a) the occasion on which You first learned that decompilation of DCM code had occurred with respect to Ameriprise's DCM and (b) the occasion on which you first objected to decompilation of DCM code with respect to Ameriprise's DCM.

**ANSWER:**

     Plaintiff objects on the grounds that this interrogatory is overbroad and unduly burdensome.

     Subject to and without waiving the forgoing defendant answers as follows:

     Versata management first learned of decompilation on or around July 30, 2010. Versata objected immediately thereafter, including in an August 2, 2010 email and August 19, 2010 letter from Hemant Shah to Ryan Macomb.

## ** Transmit Confirmation Report **

P.1
May 22 2013 02:15pm
Line Number:1
AZA Law          Fax:7136550062

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 9/P15124740731 | Normal | 22,02:11pm | 1'56" | 16 | # O K | BrdCast |
| 9/P16123402868 | Normal | 22,02:13pm | 1'48" | 16 | # O K | BrdCast |

Line Number:2
AZA Law          Fax:7136550062

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 9/P15124956093 | Normal | 22,02:11pm | 2'49" | 16 | # O K | BrdCast |



AHMAD
ZAVITSANOS          1221 McKinney, Suite 3460
ANAIPAKOS          Houston, Texas 77010
ALAVI          Main 713.655.1101
MENSING          Fax 713.655.0062
          azalaw.com

## FAX COVER

Date: May 22, 2013          File No: TLG018

To:  Steve McConnico          Fax No: 512.474.0731
     Christopher D. Sileo

To:  Travis Barton          Fax No: 512.495.6093

To:  Peter M. Lancaster          Fax No: 612.340.2868
     Heather D. Redmond

From: Benjamin F. Foster

Total pages including cover: 16

────────────────────────────────

MESSAGE

Attached is:
Plaintiffs' Second Amended Objections and Answers to Defendants' First set of
Interrogatories.

────────────────────────────────

Notice of Confidentiality:
The information contained in and transmitted with this facsimile is
1. SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE;
2. ATTORNEY WORK PRODUCT; or
3. CONFIDENTIAL

It is intended only for the individual or entity designated above. You are hereby notified that any
dissemination, distribution, copying, or use of or reliance upon the information contained in and
transmitted with this facsimile by or to anyone other than the recipient designated above by the
sender is unauthorized and strictly prohibited. If you have received this facsimile in error, please
notify Ahmad, Zavitsanos, Anaipakos, Alavi, Mensing, P.C., by telephone at (713) 655-1101
immediately. Any facsimile erroneously transmitted to you should be immediately returned to the
sender by U.S. Mail or, if authorization is granted by the sender, destroyed.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL NICHOLE AT 713.600.4930 FOR ASSISTANCE.

# EXHIBIT G



DORSEY & WHITNEY LLP

PETER M. LANCASTER
(612) 340-7811
FAX (612) 340-8856
lancaster.peter@dorsey.com

June 19, 2013

**BY E-MAIL**

Amir Alavi, Esq.
Ahmad, Zavitsanos, Anaipakos, Alavi &
Mensing, P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010

    Re:   *Versata Software v. Ameriprise Financial*

Dear Amir:

    We have become aware of an issue that persuades us that it would benefit both Ameriprise and Versata to end this litigation promptly.

    Discovery has confirmed the presence of third-party software within what Versata has asserted to be proprietary and confidential DCM code. We have also learned that Versata has not complied with the terms and conditions of the licenses for some or all of that software, thereby terminating Versata's right to use and distribute such software within DCM. Versata's failure to comply with third-party licenses supports Ameriprise's claim that Versata breached its warranty in §8.1 of the Master License Agreement that, among other things, "Licensor has the right to furnish the Products, Documentation, and other materials … free of all liens, claims, encumbrances and other restrictions… ."

    In addition, certain of the third-party software Versata has incorporated within DCM is open source software with significant consequences to this case. Recently obtained Versata documents confirm the presence of dozens of open source programs in DCM that are subject to various open source licenses. One example of open source software in DCM is Ximpleware's XML parser, contained in the vtd-xml.jar file. This parser enables DCM to read and parse XML files that get pulled from external sources, so that DCM can understand and manipulate the contents of such files. The current DCM version installed at Ameriprise, Version 3.9, incorporates Ximpleware into at least three distinct portions of DCM code. The integration of Ximpleware's parser into DCM is illustrated by the fact that of the 700 or so component parts of DCM that appear to originate with Versata, 362 depend directly or indirectly on Ximpleware. DCM uses this open-source parser to perform core functions like compensation and licensure verification. We understand that if Ximpleware's software were to be removed from Version 3.9 of DCM, DCM would not function. Versata's representative confirmed at the deposition on Friday that DCM is a single, integrated whole, all of whose files are interrelated.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • **T** 612.340.2600 • **F** 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA  CANADA  EUROPE  ASIA·PACIFIC

**EXHIBIT G**



Amir Alavi, Esq.
June 19, 2013
Page 2

Ximpleware's parser is a third-party, open-source program readily downloadable from the Internet. Its use is conditioned upon and governed by Version 2 of the GNU General Public License, or "GPL." The GPL is an open source software license written and promulgated by the Free Software Foundation ("FSF") to ensure two things: that parties cannot misappropriate the work product of open-source developers for commercial gain without severe consequences; and to ensure that all recipients of GPL-licensed software continue to have access to at least its source code, and remain free to use and modify source code for their own purposes without restriction. A copy of version 2 of the GPL is enclosed.

The GPL is considered a "viral" license in that its terms and conditions apply to any program that includes GPL code. A GPL licensee "must cause any work that you distribute or publish, that in whole or in part contains or is derived from the [GPL] Program or any part thereof, to be licensed as a whole at no charge to all third parties under the terms of this License." §0; §2(b). "These requirements apply to the modified work as a whole." §2. The terms and conditions of the GPL, rather than those of the MLA, govern Versata's distribution of DCM, because Versata chose to incorporate and distribute a program that incorporates the GPL-licensed Ximpleware software. Id. §5. In other words, because Ximpleware is provided under the terms of the GPL, and DCM incorporates Ximpleware as a key component, DCM in its entirety is now governed by the terms and conditions of the GPL.

The GPL requires anyone who incorporates a GPL-licensed program in a broader program, and particularly those who integrate such software into a broader program, to make the broader program's source code available to its recipients. It also prohibits anyone who incorporates a GPL-licensed program from imposing any restrictions on the recipients' use of the distributed program as a whole. As stated in the GPL:

> You may copy and distribute the Program (or a work based on it, under Section 2) in object code or executable form under the terms of Sections 1 and 2 above provided that you also … [a]ccompany it with the complete corresponding machine-readable source code [or an offer to do so]. Id. §3

> Each time you redistribute the Program (or any work based on the Program), the recipient automatically receives a license from the original licensor to copy, distribute, or modify the Program subject to these terms and conditions. You may not impose any further restrictions on the recipients' exercise of the rights granted herein. Id. §6.

Because a work based on the Program is defined in Section 0 of the GPL to include works like DCM that contain the open source software, Ameriprise is entitled to have and use the DCM source code for its own purposes free from the restrictions found in the MLA. For at least these



Amir Alavi, Esq.
June 19, 2013
Page 3

reasons, we cannot see any plausible basis for any Versata claim that it is entitled to prevent
Ameriprise or any other DCM customer from free use of DCM source code. We accordingly
demand release of the source code without restriction for DCM Version 3.9, including all
software incorporated from prior or subsequent versions or patches, and related documentation.

We think it is in Versata's interest to resolve this case now, because it is likely that before
and during any temporary injunction hearing, summary judgment hearing, and/or trial we will be
compelled to explain to the Court this additional reason that Versata's case has no basis. A
public debate between the parties could have a substantial impact on Versata's business wholly
apart from its relationship with Ameriprise. The author and owner of the copyright to
Ximpleware's software and the Free Software Foundation may also have an interest in Versata's
actions, and we believe that it would benefit Ameriprise and the Court to involve one or both
entities in this case should it continue much longer.

Please let us know by June 27, 2013 whether Versata has any interest in meeting to
resolve Versata's obligations under the GPL without further hearings or motion practice. We
will assume that a failure to respond indicates Versata's preference to resolve this debate through
Court processes.

Very truly yours,

Peter M. Lancaster

PML:dbr

Giants like Microsoft and Apple are trying harder than ever to control the software you use. The FSF brings software freedom supporters together to amplify your voices and make an impact.

In 2013, we want to grow the free software movement. Start your membership today with a $10 donation and help us crank up the volume.

# GNU General Public License, version 2

Help crank it up.
**Donate now!**

- The latest version of the GPL, version 3
- What to do if you see a possible GPL violation
- Translations of GPLv2
- GPLv2 Frequently Asked Questions
- The GNU General Public License version 2 (GPLv2) in other formats: plain text, Texinfo, LaTeX, standalone HTML, Docbook

## Table of Contents

- GNU GENERAL PUBLIC LICENSE
  - Preamble
  - TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION
  - How to Apply These Terms to Your New Programs

## GNU GENERAL PUBLIC LICENSE

Version 2, June 1991

```
Copyright (C) 1989, 1991 Free Software Foundation, Inc.
51 Franklin Street, Fifth Floor, Boston, MA  02110-1301, USA

Everyone is permitted to copy and distribute verbatim copies
of this license document, but changing it is not allowed.
```

## Preamble

The licenses for most software are designed to take away your freedom to share and change it. By contrast, the GNU General Public License is intended to guarantee your freedom to share and change free software--to make sure the software is free for all its users. This General Public License applies to most of the Free Software Foundation's software and to any other program whose authors commit to using it. (Some other Free Software Foundation software is covered by the GNU Lesser General Public License instead.) You can apply it to your programs, too.

When we speak of free software, we are referring to freedom, not price. Our General Public Licenses are designed to make sure that you have the freedom to distribute copies of free software (and charge for this service if you wish), that you receive source code or can get it if you want it, that you can

change the software or use pieces of it in new free programs; and that you know you can do these things.

To protect your rights, we need to make restrictions that forbid anyone to deny you these rights or to ask you to surrender the rights. These restrictions translate to certain responsibilities for you if you distribute copies of the software, or if you modify it.

For example, if you distribute copies of such a program, whether gratis or for a fee, you must give the recipients all the rights that you have. You must make sure that they, too, receive or can get the source code. And you must show them these terms so they know their rights.

We protect your rights with two steps: (1) copyright the software, and (2) offer you this license which gives you legal permission to copy, distribute and/or modify the software.

Also, for each author's protection and ours, we want to make certain that everyone understands that there is no warranty for this free software. If the software is modified by someone else and passed on, we want its recipients to know that what they have is not the original, so that any problems introduced by others will not reflect on the original authors' reputations.

Finally, any free program is threatened constantly by software patents. We wish to avoid the danger that redistributors of a free program will individually obtain patent licenses, in effect making the program proprietary. To prevent this, we have made it clear that any patent must be licensed for everyone's free use or not licensed at all.

The precise terms and conditions for copying, distribution and modification follow.

## TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

**0.** This License applies to any program or other work which contains a notice placed by the copyright holder saying it may be distributed under the terms of this General Public License. The "Program", below, refers to any such program or work, and a "work based on the Program" means either the Program or any derivative work under copyright law: that is to say, a work containing the Program or a portion of it, either verbatim or with modifications and/or translated into another language. (Hereinafter, translation is included without limitation in the term "modification".) Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not covered by this License; they are outside its scope. The act of running the Program is not restricted, and the output from the Program is covered only if its contents constitute a work based on the Program (independent of having been made by running the Program). Whether that is true depends on what the Program does.

**1.** You may copy and distribute verbatim copies of the Program's source code as you receive it, in any medium, provided that you conspicuously and appropriately publish on each copy an appropriate copyright notice and disclaimer of warranty; keep intact all the notices that refer to this License and to the absence of any warranty; and give any other recipients of the Program a copy of this License along with the Program.

You may charge a fee for the physical act of transferring a copy, and you may at your option offer warranty protection in exchange for a fee.

**2.** You may modify your copy or copies of the Program or any portion of it, thus forming a work based on the Program, and copy and distribute such modifications or work under the terms of Section 1 above, provided that you also meet all of these conditions:

**a)** You must cause the modified files to carry prominent notices stating that you changed the files and the date of any change.
**b)** You must cause any work that you distribute or publish, that in whole or in part contains or is derived from the Program or any part thereof, to be licensed as a whole at no charge to all third parties under the terms of this License.
**c)** If the modified program normally reads commands interactively when run, you must cause it, when started running for such interactive use in the most ordinary way, to print or display an announcement including an appropriate copyright notice and a notice that there is no warranty (or else, saying that you provide a warranty) and that users may redistribute the program under these conditions, and telling the user how to view a copy of this License. (Exception: if the Program itself is interactive but does not normally print such an announcement, your work based on the Program is not required to print an announcement.)

These requirements apply to the modified work as a whole. If identifiable sections of that work are not derived from the Program, and can be reasonably considered independent and separate works in themselves, then this License, and its terms, do not apply to those sections when you distribute them as separate works. But when you distribute the same sections as part of a whole which is a work based on the Program, the distribution of the whole must be on the terms of this License, whose permissions for other licensees extend to the entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest your rights to work written entirely by you; rather, the intent is to exercise the right to control the distribution of derivative or collective works based on the Program.

In addition, mere aggregation of another work not based on the Program with the Program (or with a work based on the Program) on a volume of a storage or distribution medium does not bring the other work under the scope of this License.

**3.** You may copy and distribute the Program (or a work based on it, under Section 2) in object code or executable form under the terms of Sections 1 and 2 above provided that you also do one of the following:

**a)** Accompany it with the complete corresponding machine-readable source code, which must be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or,
**b)** Accompany it with a written offer, valid for at least three years, to give any third party, for a charge no more than your cost of physically performing source distribution, a complete machine-readable copy of the corresponding source code, to be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or,
**c)** Accompany it with the information you received as to the offer to distribute corresponding source code. (This alternative is allowed only for noncommercial distribution and only if you received the program in object code or executable form with such an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for making modifications to it. For an executable work, complete source code means all the source code for all modules it contains, plus any associated interface definition files, plus the scripts used to control compilation and installation of the executable. However, as a special exception, the source code distributed need not include anything that is normally distributed (in either source or binary form) with the major components (compiler, kernel, and so on) of the operating system on which the executable runs, unless that component itself accompanies the executable.

If distribution of executable or object code is made by offering access to copy from a designated place, then offering equivalent access to copy the source code from the same place counts as distribution of

the source code, even though third parties are not compelled to copy the source along with the object code.

**4.** You may not copy, modify, sublicense, or distribute the Program except as expressly provided under this License. Any attempt otherwise to copy, modify, sublicense or distribute the Program is void, and will automatically terminate your rights under this License. However, parties who have received copies, or rights, from you under this License will not have their licenses terminated so long as such parties remain in full compliance.

**5.** You are not required to accept this License, since you have not signed it. However, nothing else grants you permission to modify or distribute the Program or its derivative works. These actions are prohibited by law if you do not accept this License. Therefore, by modifying or distributing the Program (or any work based on the Program), you indicate your acceptance of this License to do so, and all its terms and conditions for copying, distributing or modifying the Program or works based on it.

**6.** Each time you redistribute the Program (or any work based on the Program), the recipient automatically receives a license from the original licensor to copy, distribute or modify the Program subject to these terms and conditions. You may not impose any further restrictions on the recipients' exercise of the rights granted herein. You are not responsible for enforcing compliance by third parties to this License.

**7.** If, as a consequence of a court judgment or allegation of patent infringement or for any other reason (not limited to patent issues), conditions are imposed on you (whether by court order, agreement or otherwise) that contradict the conditions of this License, they do not excuse you from the conditions of this License. If you cannot distribute so as to satisfy simultaneously your obligations under this License and any other pertinent obligations, then as a consequence you may not distribute the Program at all. For example, if a patent license would not permit royalty-free redistribution of the Program by all those who receive copies directly or indirectly through you, then the only way you could satisfy both it and this License would be to refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under any particular circumstance, the balance of the section is intended to apply and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any patents or other property right claims or to contest validity of any such claims; this section has the sole purpose of protecting the integrity of the free software distribution system, which is implemented by public license practices. Many people have made generous contributions to the wide range of software distributed through that system in reliance on consistent application of that system; it is up to the author/donor to decide if he or she is willing to distribute software through any other system and a licensee cannot impose that choice.

This section is intended to make thoroughly clear what is believed to be a consequence of the rest of this License.

**8.** If the distribution and/or use of the Program is restricted in certain countries either by patents or by copyrighted interfaces, the original copyright holder who places the Program under this License may add an explicit geographical distribution limitation excluding those countries, so that distribution is permitted only in or among countries not thus excluded. In such case, this License incorporates the limitation as if written in the body of this License.

**9.** The Free Software Foundation may publish revised and/or new versions of the General Public License from time to time. Such new versions will be similar in spirit to the present version, but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number. If the Program specifies a version number of this License which applies to it and "any later version", you have the option of following the terms and conditions either of that version or of any later version published by the Free Software Foundation. If the Program does not specify a version number of this License, you may choose any version ever published by the Free Software Foundation.

**10.** If you wish to incorporate parts of the Program into other free programs whose distribution conditions are different, write to the author to ask for permission. For software which is copyrighted by the Free Software Foundation, write to the Free Software Foundation; we sometimes make exceptions for this. Our decision will be guided by the two goals of preserving the free status of all derivatives of our free software and of promoting the sharing and reuse of software generally.

**NO WARRANTY**

**11.** BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW. EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU. SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

**12.** IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## END OF TERMS AND CONDITIONS

## How to Apply These Terms to Your New Programs

If you develop a new program, and you want it to be of the greatest possible use to the public, the best way to achieve this is to make it free software which everyone can redistribute and change under these terms.

To do so, attach the following notices to the program. It is safest to attach them to the start of each source file to most effectively convey the exclusion of warranty; and each file should have at least the "copyright" line and a pointer to where the full notice is found.

```
one line to give the program's name and an idea of what it does.
Copyright (C) yyyy  name of author

This program is free software; you can redistribute it and/or
modify it under the terms of the GNU General Public License
as published by the Free Software Foundation; either version 2
of the License, or (at your option) any later version.

This program is distributed in the hope that it will be useful,
but WITHOUT ANY WARRANTY; without even the implied warranty of
MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
```

Case 1:14-cv-00012-SS   Document 1-8   Filed 01/07/14   Page 117 of 191

```
GNU General Public License for more details.

You should have received a copy of the GNU General Public License
along with this program; if not, write to the Free Software
Foundation, Inc., 51 Franklin Street, Fifth Floor, Boston, MA  02110-1301, USA.
```

Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this when it starts in an interactive mode:

```
Gnomovision version 69, Copyright (C) year name of author
Gnomovision comes with ABSOLUTELY NO WARRANTY; for details
type `show w'.  This is free software, and you are welcome
to redistribute it under certain conditions; type `show c'
for details.
```

The hypothetical commands `show w' and `show c' should show the appropriate parts of the General Public License. Of course, the commands you use may be called something other than `show w' and `show c'; they could even be mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your school, if any, to sign a "copyright disclaimer" for the program, if necessary. Here is a sample; alter the names:

```
Yoyodyne, Inc., hereby disclaims all copyright
interest in the program `Gnomovision'
(which makes passes at compilers) written
by James Hacker.

signature of Ty Coon, 1 April 1989
Ty Coon, President of Vice
```

This General Public License does not permit incorporating your program into proprietary programs. If your program is a subroutine library, you may consider it more useful to permit linking proprietary applications with the library. If this is what you want to do, use the GNU Lesser General Public License instead of this License.

# EXHIBIT H
**(Redacted pursuant to Agreed Protective Order)**

# EXHIBIT H

RANGARAJAN VENKATESAN

1 (Pages 1 to 4)

**Page 1**

```
                    NO. D-1-GN-12-003588
 1  VERSATA SOFTWARE, INC.,    ) IN THE DISTRICT COURT
    f/k/a TRILOGY SOFTWARE,    )
 2  INC., and VERSATA          )
    DEVELOPMENT GROUP, INC.,   )
 3  f/k/a TRILOGY DEVELOPMENT  )
    GROUP, INC.,               )
 4       Plaintiffs.           )
                               )
 5                             )
    vs.                        ) TRAVIS COUNTY, TEXAS
 6                             )
    AMERIPRISE FINANCIAL,      )
 7  INC., AMERIPRISE           )
    FINANCIAL SERVICES, INC.,  )
 8  AMERICAN ENTERPRISE        )
    INVESTMENT SERVICES,       )
 9  INC.,                      )
         Defendants.           ) 53RD JUDICIAL DISTRICT
10
11  ***********************************************
         ORAL AND VIDEOTAPED DEPOSITION OF
12    CORPORATE REPRESENTATIVE OF VERSATA SOFTWARE, INC.
                 RANGARAJAN VENKATESAN
13  ***********************************************
14
                     JUNE 14, 2013
15  ***********************************************
16       ORAL AND VIDEOTAPED DEPOSITION OF CORPORATE
    REPRESENTATIVE OF VERSATA SOFTWARE, INC.,
17  RANGARAJAN VENKATESAN, produced as a witness at the
    instance of the Defendants and duly sworn, was taken in
18  the above-styled and numbered cause on June 14, 2013,
    from 9:03 a.m. to 2:02 p.m., before Kim Seibert, CSR in
19  and for the State of Texas, reported by machine
    shorthand, at the law offices of MCGINNIS, LOCHRIDGE &
20  KILGORE, LLP, 600 Congress Avenue, Suite 2100, Austin,
    Texas, pursuant to the Texas Rules of Civil Procedure
21
22
23
24
25
```

**Page 3**

```
                    A P P E A R A N C E S
 1
 2  FOR THE PLAINTIFFS:
       Mr. Travis Barton
 3     MCGINNIS, LOCHRIDGE & KILGORE, LLP
       600 Congress Avenue
 4     Suite 2100
       Austin, Texas 78701
 5     (512) 495-6005
       tcbarton@mcginnislaw.com
 6
 7       - and -
 8
 9     Mr. Benjamin Foster
       AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.
10     1221 McKinney Street
       Suite 3460
11     Houston, Texas 77010
       (713) 655-1101
12
13  FOR THE DEFENDANTS:
       Mr. Peter M. Lancaster
14     DORSEY & WHITNEY, LLP
       50 South Sixth Street
15     Suite 1500
       Minneapolis, Minnesota 55402-1498
16     (612) 340-2600
       lancaster.peter@dorsey.com
17
18       - and -
19     Mr. Christoper D. Sileo
       SCOTT, DOUGLASS & MCCONNICO, LLP
20     600 Congress Avenue
       Suite 1500
       Austin, Texas 78701
21     (512) 495-6300
       csileo@scottdoug.com
22
23  ALSO PRESENT:
       Jonathan Powers
24     Brent Kirby - Videographer
25
```

**Page 2**

```
 1  and the provisions stated on the record or attached
 2  hereto.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1  REPORTED BY:
       Kim Seibert, CSR, RPR
 2     U.S. Legal Support, Inc.
       Austin Centre
 3     701 Brazos, Suite 380
       Austin, Texas  78701
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**EXHIBIT H**

RANGARAJAN  VENKATESAN                                6/14/2013

5

```
 1                  INDEX
 2   Appearances.............................  3
 3
 4   RANGARAJAN VENKATESAN
 5   Examination by Mr. Lancaster...........  7
 6
     Witness' Signature Page................ 145
 7   Reporter's Certificate................. 147
 8
 9              EXHIBITS
10   NUMBER     DESCRIPTION          PAGE
11   Exhibit 31 ........................  8
           Notice of Deposition
12   Exhibit 32 ........................ 46
           Professional Services Agreement
13   Exhibit 33 ........................ 49
           oDesk User Agreement
14   Exhibit 34 ........................ 92
           Trilogy Document
15   Exhibit 35 ........................ 114
           Printout Showing Number of
16         Packages Within DCM
     Exhibit 36 ........................ 123
17         Architectural Views of one of
           Documents Shipped with
18         DCM
     Exhibit 37 ........................ 126
19         Source Code
     Exhibit 38 ........................ 127
20         Document Stamped
           Trilogy E 22637
21   Exhibit 39 ........................ 129
           Document Stamped
22         Trilogy E 139896
     Exhibit 40 ........................ 130
23         Document Stamped
           Trilogy E 166964
24   Exhibit 41 ........................ 131
           Document
25
```

6

```
 1   Exhibit 42 ........................ 131
           SVN Notification,
 2         Financial Services
     Exhibit 43 ........................ 132
 3         E-mail
     Exhibit 44 ........................ 133
 4         E-mail String
     Exhibit 45 ........................ 134
 5         E-mail String
     Exhibit 46 ........................ 135
 6         E-mail dated June 5th, 2009
     Exhibit 47 ........................ 137
 7         E-mails
     Exhibit 48 ........................ 138
 8         E-mail
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

7

```
 1        THE VIDEOGRAPHER:  Stand by.  This is the
 2   videotaped oral deposition of Rangarajan Venkatesan.
 3   Today's date, June 14th, 2013.  The approximate time,
 4   9:02 a.m.  We're recording and on the record.
 5        RANGARAJAN VENKATESAN,
 6   having been first duly sworn, testified as follows:
 7             EXAMINATION
 8   BY MR. LANCASTER:
 9        Q.  Mr. Venkatesan, could you state your name and
10   your address for the record?
11        A.  Rangarajan Venkatesan, 2401 Deer Pass, D-e-e-r
12   P-a-s-s, Austin, Texas, 78746.
13        Q.  Who is your employer?
14        A.  I work for Trilogy Software.  My relationship
15   with Trilogy Software is that of I'm a consultant to
16   Trilogy Software.
17        Q.  Is there any company that you're a direct
18   employee of?
19        A.  I am -- I individually own Banyan Associates.
20        Q.  And how do you spell Banyan Associates?
21        A.  B-a-n-y-a-n Associates.
22        Q.  And where is Banyan Associates headquartered?
23        A.  Austin, Texas.
24        Q.  How long have you been a consultant for
25   Trilogy Software?
```

8

```
 1        A.  Since 2010.
 2        Q.  Did you have any connection to a
 3   Versata-related entity before that?
 4        A.  I did.  I was an employee of Versata Software
 5   prior to that.
 6        Q.  For how long were you an employee of Versata
 7   Software?
 8        A.  Since March 6th, 2000 I've been an employee of
 9   Versata or Trilogy, the combination, except for a
10   six-month duration when I worked for another
11   organization.
12        Q.  And was the other organization a non-Versata
13   company?
14        A.  Yes.
15        Q.  Please look at what we will mark as
16   Exhibit 31.
17            (Exhibit No. 31 marked.)
18        Q.  (BY MR. LANCASTER)  Exhibit 31 is a notice of
19   deposition in this case.  But what I want to ask you
20   about first is the name of the parties in this case.
21   You see that at the top it says Versata Software, Inc.,
22   formerly known as Trilogy Software, Inc. And you
23   indicated that you were a consultant for Trilogy
24   Software.  Do you believe that's the same entity as
25   Versata Software?
```

RANGARAJAN VENKATESAN                                    6/14/2013

3 (Pages 9 to 12)

9

1      A.  From a -- from a -- from a working
2   perspective, yes.  In terms of the legal entities, they
3   might be two different entities.
4      Q.  And do you know whether they're two different
5   entities?
6      A.  I don't specifically know whether they're
7   two different entities.
8      Q.  Have you ever had any involvement with Versata
9   Development Group or Trilogy Development Group?
10     A.  From a legal point of view, what the
11  differences are between these companies, I do not know.
12  But I know that these terms have been used
13  interchangeably over the years from a working
14  relationship perspective.  So I'm -- you know, the
15  previous -- the previous years at Trilogy I might have
16  worked for Trilogy Development Group because I was a
17  developer back then.
18     Q.  As consultant, do you have any other title,
19  such as program director or any other title?
20     A.  My current title is senior vice president of
21  operations for financial services group at Trilogy.
22     Q.  And whom do you report to?
23     A.  I report to Joe Kelly.
24     Q.  And what's Mr. Kelly's position?
25     A.  President of financial services group,

10

1   Trilogy.
2      Q.  And do you know to whom he reports to?
3      A.  I don't know.
4      Q.  Are there people who report to you?
5      A.  Yes.
6      Q.  And in that first level of reporting
7   responsibility, approximately how many people are
8   there?
9      A.  Approximately about seven or eight.
10     Q.  And could you identify those people amongst
11  those seven or eight that you can name?
12     A.  Sure.  Aman Babbar, Tushar Jasrotia,
13  Karthik Pandian, Asrar Hussain, Dave Monfore.
14     Q.  Monfore is M-o-n-t-f-o-r-t?
15     A.  M-o-n-f-o-r-e, I believe.
16     Q.  Okay.
17     A.  Mike Noto.  Those are all the names.
18     Q.  And, in turn, are there people who report to
19  those people for whom you are also responsible?
20     A.  They do, yes.
21     Q.  And in the total set of people who are
22  directly or indirectly reporting to you, what's that
23  number of people?
24     A.  I would say approximately 30.
25     Q.  Now, you mentioned that you've been a

11

1   consultant since 2010.  Have you also had that title,
2   senior vice president for operations for financial
3   services, since that time?
4      A.  No.
5      Q.  How long have you had that title?
6      A.  Since November of 2012.
7      Q.  What is Mike Noto's position with the company
8   today?
9      A.  He's a program director.
10     Q.  Does Mr. Noto operate in the same level of the
11  organization as Hemant Shah?
12     A.  Yes.  You could say that they're both program
13  directors.
14     Q.  And does Hemant Shah also report to you?
15     A.  From a project responsibility perspective or
16  client responsibility perspective, yes.  From an
17  organizational structure within Trilogy, no.
18     Q.  Do you have any reporting direct relationship
19  in either direction with Leela Kaza?
20     A.  Yes.  He -- I report -- another relationship
21  from a reporting structure is, I report up to
22  Leela Kaza.  But that's a dotted -- again, it's a
23  dotted relationship.
24     Q.  Today are you a consultant or otherwise
25  employed by any company other than Trilogy or Versata

12

1   Software?
2      A.  Could you repeat that question, please?
3      Q.  Yes.  I'm just asking you whether apart from
4   your work with Trilogy Software and time that you
5   presumably spend with Banyan Associates, are you
6   employed by any other entity or a consultant to any
7   other entity?
8      A.  I'm not a consultant to any other entity, no.
9      Q.  Do you have some other working relationship
10  with some other entity?
11     A.  Yes.
12     Q.  And what is that?
13     A.  Hikezee, Inc.
14     Q.  And what is -- could you spell that for us?
15     A.  H-i-k-e-z-e-e, Inc.
16     Q.  And what is your involvement with that
17  company?
18     A.  I am one of the -- I'm part owner of the
19  company.
20     Q.  And then apart from Trilogy or Versata
21  Software and Banyan Associates and Hikezee, Inc., are
22  there any other companies with whom you have a
23  relationship today?
24     A.  No, there's no other company.
25     Q.  What proportion of your time do you spend on

RANGARAJAN VENKATESAN

13

1  work that is not related to a Trilogy or a Versata
2  company?
3      A.  20, 30 percent.
4      Q.  During your time at the company, have you ever
5  worked on site at the Ameriprise facility?
6      A.  Clarification.  What is "worked" in the
7  capacity of?
8      Q.  Well, let's start with an easy one.  Have you
9  visited the Ameriprise facility in Minneapolis?
10     A.  Yes, I have.
11     Q.  And have you ever had any job responsibilities
12  for work done at Ameriprise?
13     A.  No.  I've not had any job responsibilities
14  directly, no.
15     Q.  And so what was the occasion for you to go to
16  Ameriprise in Minneapolis?
17     A.  I was requested to go to meet with a customer
18  as an expert in the distribution channel management
19  product to gather -- you know, to understand their, you
20  know, bigger -- you know, the business requirements of
21  one of their solutions that they wanted developed using
22  DCM.  And I was there as an expert on the project.
23     Q.  And when was that?
24     A.  I don't know the specific date.  I believe I
25  was there twice over the last ten years.  I can give

14

1  you a range, if that's --
2      Q.  Sure.
3      A.  I think one is around the 2002, 2003
4  timeframe.  The second visit was somewhere in the 2008,
5  2009 timeframe.  But those -- you know, I could be off
6  on the dates.
7      Q.  Have you ever had any consulting or employment
8  relationship with a company called G-DEV?
9      A.  No, I have not had any relationship with
10  G-DEV.
11     Q.  But you know what that company is?
12     A.  Yes.  I have heard of that company, yes.
13     Q.  Have you ever had occasion to deal with them
14  on behalf of Versata or Trilogy?
15     A.  I've dealt with them on behalf of Versata and
16  Trilogy.
17     Q.  How, if at all, did you prepare for this
18  deposition here today?  I presume you met with lawyers
19  for a while?
20     A.  Legal counsel for a while.  Apart from that, I
21  spoke to product experts, some of whom work for me, to
22  understand -- understand various aspects of our
23  operations.
24     Q.  And which product experts did you talk to?
25     A.  Karthik Pandian in particular.

15

1      Q.  And what is his responsibility with respect to
2  DCM today?
3      A.  He helps in development of the DCM solution.
4  And his other responsibility is helping us demonstrate
5  capabilities of DCM to -- to customers.
6      Q.  Including the time that you talked to the
7  lawyers, can you estimate the number of hours that you
8  spent preparing for the deposition?
9      A.  80 hours.
10     Q.  8-0 hours?
11     A.  That's right.
12     Q.  Let's return to Exhibit 31 and, in particular,
13  the last page of that, Page 5, which is headed
14  Exhibit A.  Have you seen this document before?
15     A.  Yes, I have.
16     Q.  You understand that you've been designated by
17  the company to provide testimony on these six topics?
18     A.  Yes, I do.
19     Q.  So Topic No. 1 is, quote, A description of all
20  code and documentation that Versata has escrowed
21  pursuant to the agreement for the benefit of
22  Ameriprise, close quote.
23         Do you believe you can speak for the
24  company on that issue?
25     A.  Yes, I do.

16

1      Q.  Topic 2 is, quote, All licenses covering or
2  relating to DCM code or components of DCM, close quote.
3         Do you believe you could speak for the
4  company on that topic?
5      A.  Yes, I do.
6      Q.  Topic 3 is, quote, The genesis of the code
7  included in DCM, close quote.
8         Do you believe you could speak for the
9  company on that topic?
10     A.  Yes, I do.
11     Q.  Topic 4 is, quote, Versata's DCM development,
12  maintenance, and support staffing models and processes,
13  including, without limitation, any efforts to maintain
14  quality and confidentiality of code in DCM, close
15  quote.
16         Do you believe you can speak for the
17  company on that set of topics?
18     A.  Yes, I do.
19     Q.  Topic 5 is, quote, The structure, features,
20  and functions of DCM, including the relationships of
21  class files to other class files and the relationship
22  of stock DCM code to custom code, close quote.
23         Do you believe you can speak for the
24  company on that topic?
25     A.  Yes, I do.

RANGARAJAN VENKATESAN                                    6/14/2013

17

1    Q.  And, finally, Topic 6, quote, Key class files,
2    including those class files essential to operate DCM,
3    close quote.
4        Do you believe you can speak for the
5    company on that topic?
6    A.  Yes, I do.
7    Q.  Are there any of these topics that today you
8    believe people still associated with Versata are more
9    knowledgeable about than you are?
10   A.  There are various experts in the field, but I
11   believe that I can represent all these topics
12   sufficiently well.
13   Q.  Is there any particular one or more of these
14   topics where there's a particular person at Versata
15   where you think, "That person knows more about this
16   than I do"?
17   A.  No.
18   Q.  The first topic listed is escrow materials.
19   Do you know when some version of DCM was first
20   escrowed?
21   A.  I don't know the specific date. I believe DCM
22   source code has been escrowed for the benefit of our
23   customers.
24   Q.  And do you have any idea when that first
25   occurred?

18

1    A.  I do not.
2    Q.  Do you have any idea when it was first
3    escrowed with a company called Iron Mountain?
4    A.  I did not know the date.
5    Q.  Do you have any reason to believe that it was
6    escrowed more than three years ago?
7    A.  For the first time?
8    Q.  Correct.
9    A.  I don't know the date, no.
10   Q.  So Ameriprise became involved with DCM in
11   1999. It's obviously 2013 today. During that 13- or
12   14-year period is it really the case that you cannot
13   identify any range of time within that entire period
14   that the code was first escrowed?
15   A.  No.  I -- just -- just clarification. I do
16   know that, you know, we did escrow code for benefit of
17   our customers, but I don't know the specific date.
18   Q.  And I'm not asking you now for a specific
19   date, but I think we've established that before this
20   morning it was escrowed, to your understanding,
21   presumably -- at least for the benefit of Ameriprise,
22   it was sometime during or after 1999.
23       What I'm trying to have you tell me is
24   whether you can tell us anything to narrow down that
25   12-, 13-year range of years?

19

1    MR. FOSTER:  Objection, form.
2    THE WITNESS:  Could you clarify that
3    question?
4    Q.  (BY MR. LANCASTER)  Sure. Consistent with
5    your testimony so far, it's possible that the code was
6    first escrowed yesterday. It's also possible that it
7    was escrowed in 1999, consistent with your testimony so
8    far. That's an extremely broad range of time. And
9    what I'm asking you is whether it really is true that
10   you can't narrow it down anymore than that.
11   A.  No. Let me clarify. What I said was the
12   source code was escrowed for the benefit of our
13   customers, and I didn't mention it was escrowed for the
14   benefit of Ameriprise. I do know an instance where we
15   escrowed code for the benefit of one of our customers.
16   Q.  And when, approximately, was that?
17   A.  It would be the 2009, 2010 timeframe.
18   Q.  And have you ever heard of an escrow deposit
19   being made before the 2009, 2010 timeframe?
20   A.  I don't -- I don't know.
21   Q.  Can you tell me when it was first escrowed for
22   the benefit of Ameriprise specifically?
23   A.  Typically for us to escrow software for any
24   customer, Trilogy, the customer, and the escrow
25   services provider company needs to enter into a

20

1    three-party agreement. In this -- in the case of
2    Ameriprise, that three-party agreement was not entered
3    for -- based on all the records we could check,
4    which -- which didn't allow -- didn't enable us to
5    escrow source code for Ameriprise.
6    Q.  And so then is it the case that, as we sit
7    here today, code has still not been escrowed at Iron
8    Mountain specifically for the benefit of Ameriprise?
9    A.  As of yesterday, I believe the three-party
10   agreement was not signed by the three parties.
11   Q.  And was it the case, then, that yesterday and
12   today for that reason or any other reason no code --
13   DCM code has been escrowed for the benefit of
14   Ameriprise?
15   A.  Yes, because the -- the agreement was not
16   signed we have not been able to escrow code for
17   Ameriprise.
18   Q.  When, to your knowledge, did Versata first
19   tell Ameriprise that it could not escrow the code
20   before an agreement was signed?
21   A.  I don't know the specific date. I believe it
22   was in the matter of -- during the course of this
23   lawsuit and, specifically, I would say in the last
24   month to two-month timeframe is my recollection from
25   the -- in the recent past. From 1999, we looked for

RANGARAJAN VENKATESAN

**21**

1 records. We don't have records on -- on any -- on any
2 signed source code and escrow agreement.
3     Q. And so your understanding is that for the
4 first time in the last month or two, Versata told
5 Ameriprise that it could not escrow code for the
6 benefit of Ameriprise until another agreement got
7 signed?
8     MR. FOSTER: Objection, form.
9     THE WITNESS: Yes, I believe that's
10 accurate.
11     Q. (BY MR. LANCASTER) Have you had any
12 communications with Iron Mountain yourself about
13 exactly what kind of agreement needs to be signed?
14     A. I personally in -- in the case of Ameriprise
15 or in general?
16     Q. For -- for any purpose.
17     A. I did help in escrowing source code for one of
18 our customers. As a part of that, I did interact with
19 the customer. I don't remember if I interacted with
20 Iron Mountain.
21     Q. And that was the customer whose code got
22 escrowed in the 2009 to 2010 timeframe?
23     A. That's correct.
24     Q. Which customer was that?
25     A. That customer was Pacific Life.

**22**

1     Q. And then did that customer sign a separate
2 agreement with the escrow agent?
3     A. I believe there was a three-party agreement,
4 yes.
5     Q. And specifically with respect to Release 3.9,
6 do you know whether that version of the software has
7 ever been escrowed for any customer?
8     A. Specifically 3.9, I don't know. I don't
9 remember the version we escrowed.
10     Q. Are you -- are you aware of more customer than
11 just Pacific Life for whom code has been escrowed?
12     A. I don't know specifically as -- you know, for
13 whom code is escrowed today.
14     Q. Do you know approximately or exactly how many
15 DCM customers Versata/Trilogy has today?
16     A. Approximately nine.
17     Q. And do you have any understanding of how many
18 of those customers have licensed Version 39?
19     A. Specifically how many, I don't. But any
20 customer who has access to DCM and who -- who purchased
21 DCM prior to the release of 3.9 would -- based on their
22 legal agreement would have access to it.
23     Q. Do you know when 3.9 was first released for
24 installation?
25     A. I don't know the specific date, no.

**23**

1     Q. Do you know the year?
2     A. No, I don't know the specific year.
3     Q. In the one instance that you're aware of in
4 which DCM was deposited, can you identify more
5 specifically exactly what was deposited? And what I'm
6 looking for is, I assume, source code, right?
7     A. Yes, source code and documentation that goes
8 along with DCM.
9     Q. In the case of Pacific Life, has only one
10 version of DCM been deposited or multiple versions?
11     A. I know we did deposit one version that they --
12 they deployed DCM to production. After that I do not
13 know whether we escrowed additional versions.
14     Q. Do you know whether escrow obligations are a
15 standard part of agreements that Versata/Trilogy has
16 with its DCM customers?
17     A. I don't -- I wouldn't call it standard. When
18 customers ask for it we include that in the --
19     Q. Are you aware of any DCM customers who do not
20 have escrow terms in their agreements?
21     A. I specifically -- no, I do not know.
22     Q. We've been talking about Topic 1, and I may
23 return to it later on, but I would like to turn to
24 Topic 2, the licenses topic. Do you have any
25 understanding of who today owns DCM Version 3.9?

**24**

1     A. "Who" being which -- which customers?
2     Q. No, what company, whether Versata -- some
3 Versata company or some other company.
4     A. I believe it's Versata or Trilogy.
5     Q. And going back to the caption, do you have any
6 idea whether it's one of the companies that's listed as
7 a plaintiff or some other Versata/Trilogy company?
8     MR. FOSTER: And I'm going to object to
9 this question as outside of the scope of the topic.
10     But you can go ahead and answer.
11     THE WITNESS: As I mentioned earlier, all
12 these organizations, you know, we worked for -- as
13 an -- as an organization we worked with -- you know,
14 for or with them. In terms of the legal -- you know,
15 what is the relationship, I do not know. I'm not aware
16 of the relationship. But it -- but that's -- that's
17 how I see it.
18     Q. I'm going to ask you to look at an exhibit
19 that was marked yesterday Exhibit 2. That's an
20 agreement between Versata International, Inc., and
21 G-DEV. Have you seen this services agreement before?
22     A. Yes, sir.
23     Q. Versata International, Inc., is not listed as
24 a plaintiff in this case. Do you have any
25 understanding as to whether that entity owns the

RANGARAJAN VENKATESAN                                    6/14/2013

7 (Pages 25 to 28)

25

1  development work provided by G-DEV?
2        MR. FOSTER: And I'm going to object to
3  this question as outside the scope of the topic.
4        Go ahead and answer.
5        THE WITNESS: As I said, I don't know the
6  legal entity and the legal structure.
7     Q.  (BY MR. LANCASTER) Do you have any evidence
8  that you're aware of that causes you to believe that
9  either of the two specific legal entities that are
10 plaintiffs in this case own DCM Version 3.9?
11       MR. FOSTER: I'm going to object to the
12 question as outside the scope of the topic.
13       You can go ahead and answer.
14       THE WITNESS: In general, that's my
15 understanding, that, you know, either Trilogy or
16 Versata owns DCM.
17    Q.  (BY MR. LANCASTER) But, for instance, you
18 don't have any idea which of the entities that are
19 plaintiffs might have an ownership interest, correct?
20       MR. FOSTER: I'm going to object to that
21 question as outside the scope of the topic.
22       THE WITNESS: No. As I said,
23 specifically which entity owns DCM, I'm not aware of
24 that.
25    Q.  (BY MR. LANCASTER) And, for instance, you

26

1  don't know whether it's Versata International, Inc.,
2  that owns DCM, correct?
3        MR. FOSTER: I'm going to object to that
4  question as outside the scope of the topic.
5        THE WITNESS: No, specifically I don't
6  know as a legal entity Versata International -- Versata
7  International, Inc., owns it. But conceptually, just
8  in general practice, I understand.
9     Q.  (BY MR. LANCASTER) You -- you've probably
10 learned before in your career that to lawyers corporate
11 distinctions are meaningful, even when they aren't to
12 some other people. Is it the case that you have
13 provided me any evidence that you're aware of that
14 either plaintiff in this case actually owns DCM?
15       MR. FOSTER: I'm going to object to that
16 question as outside the scope of the topic. I'm also
17 going to object as to form.
18       THE WITNESS: Could you repeat that
19 question, please?
20    Q.  (BY MR. LANCASTER) Sure. I'm asking you to
21 confirm that you have provided me any evidence that you
22 possess that would indicate that either Versata
23 Software, Inc., or Versata Development Group, Inc.,
24 actually owns DCM.
25       MR. FOSTER: I'm going to object to that

27

1  question as outside the scope of the topic and object
2  as to form.
3        THE WITNESS: Have I -- so let me answer
4  it this way. Have I seen the -- the legal contract
5  that shows DCM owns it? No, I have not seen the legal
6  contract. But in the -- as a part of operations, I
7  definitely recognize that DCM is owned by Trilogy or
8  Versata Software.
9     Q.  (BY MR. LANCASTER) And not only have you not
10 seen such a contract; you don't know whether such a
11 contract exists, correct?
12       MR. FOSTER: I'm going to object to that
13 question as outside the scope of the topic.
14       THE WITNESS: If I've not seen the
15 contract, I can't say for sure.
16    Q.  (BY MR. LANCASTER) And, similarly, you've
17 never heard anyone at Versata Software, Inc., or
18 Versata Development Group, Inc., claim that that --
19 either specific entity owns DCM?
20       MR. FOSTER: I'm going to object to that
21 question as outside the scope.
22       THE WITNESS: When you say "claim," do
23 you mean in general discussion?
24    Q.  (BY MR. LANCASTER) In any discussion.
25    A.  In general discussions, you know, we've heard

28

1  that Trilogy -- Trilogy owns -- Trilogy/Versata owns
2  DCM.
3     Q.  So all that you've heard is that there's some
4  Trilogy/Versata entity that you believe owns DCM?
5     A.  No, I wouldn't characterize it that way. In
6  an -- from an operational point of view to myself in
7  the organization, we all recognize that it belongs
8  to -- you know, DCM is owned by Trilogy/Versata. From
9  a legal point of view, I've not validated documents to
10 know that that is the case.
11    Q.  Within the company, do business personnel
12 simply ignore the legal distinctions amongst Versata
13 Software, Inc., Versata Development Group, Inc., and
14 Versata International, Inc.?
15       MR. FOSTER: I'm going to object to that
16 question as outside the scope.
17       THE WITNESS: No, I wouldn't say ignore
18 it. From an operational perspective, we are focused on
19 servicing our business and -- and running our business.
20 From a legal perspective, all the nuances, when
21 required, we take counsel of our legal team. At that
22 point of time we get information clarified.
23    Q.  Have you told me everything you know about
24 what legal entity owns DCM?
25       MR. FOSTER: And I'm going to object to

29

1    that question as outside the scope of the topic.
2         THE WITNESS: What do you mean
3    "everything"? As far as my understanding goes, I have
4    mentioned what I know.
5         Q. (BY MR. LANCASTER) Thank you. Returning to
6    Exhibit 2, you understand, as we discussed before, that
7    G-DEV FZ-LLC does development work for some Versata
8    entity, correct?
9         A. Yes.
10        Q. And, in particular -- are you comfortable if I
11   just call it G-DEV?
12        A. Yes, I do.
13        Q. And, in particular, G-DEV did development work
14   for DCM Version 3.9, among other versions?
15        A. We have done development for DCM.
16   Specifically 3.9, I know, but they -- I don't -- I do
17   not know, but I know that they've done work for DCM.
18        Q. And do you know what year G-DEV started to
19   contribute to DCM releases?
20        A. I don't know the date. Roughly in the 2006,
21   2007 timeframe.
22        Q. Please look at Page 4 of Exhibit 2, Section 7,
23   "Intangible Property."
24        A. Specifically that Page 4?
25        Q. Right. It's the page stamped Trilogy 2028 at

30

1    the bottom.
2         A. Got it.
3         Q. So this paragraph discusses ownership of work
4    that G-DEV might do. And the part of this that I'm
5    interested in is in 7.2, which says -- I'm going to
6    skip a little bit at the beginning, quote, To the
7    extent that an invention incorporates any software,
8    including design, coding, user interfaces, visual
9    elements, and data models developed prior to or
10   independently of the services for a client, non-custom
11   elements, G-DEV shall retain ownership in such
12   non-custom elements."
13        My first question is --
14        A. Just a second. Let me read this.
15        Q. Sure. Sure. Take your time.
16        A. Yeah, I'm ready.
17        Q. My question to you based upon that assignment
18   of rights or division of rights between the companies
19   is whether -- you know whether DCM Version 3.9 or any
20   other version is partially owned by G-DEV?
21        A. No, that's not my understanding from this
22   statement.
23        Q. So as you perhaps have heard, Mr. Brighton
24   testified yesterday that his understanding was that
25   G-DEV was a joint owner of DCM. Do you disagree with

31

1    that testimony?
2         MR. FOSTER: Objection, form.
3         THE WITNESS: I don't know what
4    Mr. Brighton testified. So what is the question?
5         Q. (BY MR. LANCASTER) Do you disagree with the
6    conclusion that DCM is jointly owned by G-DEV and some
7    Versata entity?
8         A. If the question is, is DCM jointly owned by,
9    you know, G-DEV and Versata, no, I do not agree to that
10   statement.
11        Q. Do you have any knowledge of any particular
12   work product that qualifies as -- and I'm looking again
13   at the language of Paragraph 7.2 -- qualifies as having
14   been, quote, developed prior to or independently of the
15   services for client, close quote?
16        A. I don't specifically know right now if
17   anything was developed prior to this agreement.
18        Q. Has G-DEV assigned rights to any third-party
19   licenses to any Versata entity?
20        MR. FOSTER: Objection, form.
21        THE WITNESS: Could you repeat that?
22        Q. (BY MR. LANCASTER) Sure. Are you aware
23   generally that there is third-party software within
24   DCM?
25        A. Yes, I'm aware that there are third-party

32

1    libraries and -- that is used in the development of
2    DCM.
3         Q. And my question to you is whether G-DEV has
4    ever assigned any rights to licenses to third-party
5    software to Versata.
6         A. So just to --
7         MR. FOSTER: Objection, form.
8         THE WITNESS: I -- I don't understand
9    the -- could you -- when you say "license" I don't
10   understand the question. Sorry.
11        Q. (BY MR. LANCASTER) Well, you understand that
12   frequently third-party software comes subject to
13   licenses?
14        A. I'm aware of that, yes.
15        Q. And you can acquire third-party software
16   through a license?
17        A. I understand that.
18        Q. My question to you is, with respect to any
19   such third-party software license whether G-DEV has
20   ever assigned any rights to any Versata entity?
21        A. In general to any Versata entity?
22        Q. Let's start with that, yes.
23        A. I don't -- I don't know that they have.
24        Q. Have you ever seen any document by which G-DEV
25   assigned any rights to any Versata entity apart from

---

**33**

1  whatever rights are assigned in Exhibit 2?
2      A.  I've not seen any other document.
3      Q.  Are you aware of any licenses that G-DEV has
4  obtained from any third party who owns third-party
5  software incorporated in DCM?
6      A.  It's a standard practice in software
7  development to use third-party libraries. Specifically
8  what libraries G-DEV uses, I do not know.
9      Q.  And my question was whether you're aware of
10  G-DEV ever obtaining any license to any third-party
11  software incorporated into DCM.
12      A.  Specifically -- as I said, specifically what
13  licenses they -- they have obtained, I do not know.
14      Q.  And how about generally, whether they've
15  obtained any license from any third-party supplier of
16  software?
17      A.  Typically when you render software development
18  services a company would need to get access to
19  third-party software. Some of them could be for a fee
20  or some of them could be an open source setting. So I
21  would -- my -- my understanding is that typically
22  that's a practice and G-DEV would have practiced that.
23  But I specifically don't know what licenses they
24  obtained and what they have not.
25      Q.  And you also don't know whether any rights

**34**

1  under those licenses were transferred to any Versata
2  entity, correct?
3      A.  Any license were transferred to Versata
4  entity? You mean -- just -- just so that I understand
5  this, so whatever development that they -- services
6  that they performed for Trilogy/Versata, that is bound
7  by this -- this agreement. But beyond that, what they
8  have licensed to Versata or not, I can't -- I -- I do
9  not know.
10      Q.  And is there some part of this agreement that
11  you think assigns any licensed rights to third-party
12  software that G-DEV might have?
13      A.  Let me read through this.
14      Q.  Sure. Take your time.
15      A.  (Witness reading document.)
16          From Section 7, my understanding is that
17  any work product that G-DEV performs for
18  Versata/Trilogy, G-DEV transfers this -- makes -- calls
19  that confidential and it's -- it's -- and
20  Versata/Trilogy owns the rights for it.
21      Q.  Well, you can appreciate the difference
22  between rights that one party owns and rights that a
23  third party owns, correct?
24      MR. FOSTER:  Objection, form.
25      THE WITNESS:  "Third party" being other

**35**

1  software companies who have -- owning the license?
2      Q.  (BY MR. LANCASTER)  Correct.
3      A.  Yes.
4      Q.  And Section 7 discusses transfer of rights to
5  G-DEV's deliverables. Are you aware of anything in
6  this or any other contract by which G-DEV transferred
7  not just its own rights, but third-party rights as
8  well?
9      MR. FOSTER:  Objection, form.
10      THE WITNESS:  So if -- just to -- if it's
11  a third -- and I don't know the legal language, so I'm
12  just asking a question. So if -- if a third party owns
13  the -- the license, unless G-DEV is a reseller they
14  cannot assign those third-party license to Trilogy.
15  So -- so is that your question? I don't understand the
16  question.
17      Q.  (BY MR. LANCASTER)  I'm trying to set aside
18  what the terms of individual licenses might be and
19  whether they're assignable or sub-licensable. My
20  question is, whatever the terms of the particular
21  third-party license, whether you're aware of any place
22  in this or any other agreement by which such
23  third-party rights got transferred to any Versata
24  entity.
25      A.  From -- from G-DEV?

**36**

1      Q.  Correct.
2      A.  Apart from whatever work product is mentioned
3  here, no, I don't.
4      Q.  Are you aware of any rights to third-party
5  software that Versata has transferred to its DCM
6  customers?
7      A.  So -- so specifically Versata has many
8  software products specifically talking about DCM. In
9  the development of DCM, we use number of programming
10  languages and libraries -- some of them are external
11  libraries -- that we use to develop the software. So,
12  yes, there are third-party licenses that are included
13  in the development of DCM that gets shipped to our
14  customers.
15      Q.  And do they get shipped to customers as part
16  of the documentation?
17      A.  So let's -- I think it's important for me to
18  clarify third-party license and how it's used. We use
19  in DCM in general -- I'm not being specific here. We
20  use number of open source. Just to clarify, open
21  source is developed by open source community, so it's
22  available to use once you agree on their -- on the
23  terms. We use open source software to develop
24  technology. We don't necessarily get that code. We
25  get the software, the libraries, based on which DCM

RANGARAJAN  VENKATESAN                                    6/14/2013

37

1  gets developed. And -- and those libraries are made a
2  part of the DCM offering when it's delivered to a
3  customer. And when we say DCM here, I want to be very
4  specific it's DCM Core, which is a -- a software that's
5  made available to all customers of DCM that are
6  currently maintaining a business relationship with
7  Trilogy.
8      Q.  Now, specifically with respect to DCM 3.9 and
9  the Ameriprise installation of that product, can you
10  identify any third-party rights that were transferred
11  to Ameriprise specifically?
12     A.  Specifically what third-party licenses are
13  included in 3.9, I don't know. In preparation for this
14  deposition I did -- we did understand that there are a
15  set of licenses that are included. And specifically
16  for -- you know, in 3.9 what was shipped, I do not
17  know.
18     Q.  Can you identify even a single third-party
19  license whereby rights were transferred to Ameriprise?
20     A.  Yes. I can provide one -- one open source
21  library that was used in the development of DCM. That
22  library would have been shipped with DCM. One example
23  is Log4j.
24     Q.  And could you spell that for the benefit of
25  everybody, but especially the court reporter?

38

1      A.  L-o-g, the No. 4, letter j as in James.
2          THE REPORTER: Thank you.
3      Q.  (BY MR. LANCASTER) And it's -- your
4  understanding that that software, Log4j, is subject to
5  some version of the GPL license?
6          MR. FOSTER: Objection, form.
7          THE WITNESS: I don't know the specific
8  term GPL, but I can give you my understanding of open
9  source license. Open source license enables the user
10  of the license to use it for free or without charge as
11  far as the copyright is mentioned. And I don't know
12  the specific legal language. This is my understanding.
13  And it also allows software vendors to package those
14  libraries when it gets shipped to other -- their
15  customers. So the usage of open source software is
16  widely practiced in the software industry and it
17  benefits a lot of customers, and that's what we follow.
18     Q.  (BY MR. LANCASTER) And do you have any
19  understanding as to whether licensing terms for at
20  least some open source software confer obligations upon
21  the installer of -- of software such as Versata?
22     A.  What are the -- I'm sorry. What are -- could
23  you repeat that?
24     Q.  Do you have any understanding as to whether at
25  least some open source license terms require installers

39

1  such as Versata to provide additional rights to their
2  customers?
3      A.  I don't understand by -- what you mean by
4  "additional rights."
5      Q.  Well, an example of an additional right would
6  be the right to obtain the source code upon request.
7      A.  Source code to the third-party library?
8      Q.  The source code to the third-party software or
9  in some cases related software?
10         MR. FOSTER: Objection, form.
11         THE WITNESS: No. Related software --
12  related software is a -- sorry. It's a very broad
13  term. Open source software by definition is something
14  that Versata as a software developer can access or any
15  entity can access. That's the nature of open source
16  software. But that -- that's my understanding.
17     Q.  (BY MR. LANCASTER) Is it Versata's practice
18  to deny to its customers the right to obtain source
19  code to open source software included within DCM?
20     A.  So the first point that we need to understand
21  here is that Versata, when delivering software, uses
22  the library that comes along with -- with the open
23  source software. When I say "library," library
24  consists of a machine-readable, you know, set of files.
25  So when software is delivered and that's -- and that

40

1  third-party library is used there is no need for
2  anybody, specifically a customer, to access the source
3  code of the third-party library. They -- they get to
4  use the third-party library and the machine-readable
5  code which whatever machine they deploy it on reads it.
6      Q.  Are you asserting that Versata or companies
7  that develop software for Versata never obtain open
8  source code as opposed to merely machine-readable code?
9      A.  Sorry. In the development of the software
10  that --
11     Q.  In the development of DCM, are you testifying
12  that Versata never obtains source code from third-party
13  open source suppliers?
14     A.  No, I'm not -- I'm not -- I'm not -- I'm not
15  saying we -- we don't see the source code, if that's
16  what your question was. Versata in developing the
17  software has seen third-party source code. When we
18  ship it to the customer we don't ship the source code.
19  We ship the libraries, which are machine-readable code.
20  And in usage of DCM, when a customer uses it, they need
21  to -- by -- by definition need to use it as a library.
22  That's -- that's our position.
23     Q.  And my question to you, then, is it Versata's
24  practice to deny to its own customers the right to see
25  the source code that Versata obtained from third

RANGARAJAN VENKATESAN

41

1  parties and incorporated into DCM?
2  A.  Could you repeat that question?
3  Q.  Sure.  Is it Versata's practice to deny to its
4  customers the right to see the source code for the open
5  source software that Versata obtains and incorporates
6  into DCM?
7  A.  In the context of using DCM, we believe that
8  we provide sufficient documentation, training and all
9  that, all the other benefits -- and maybe I can explain
10  what they are -- for customers to use DCM.  As a part
11  of that, the customers do not have a need to use the
12  third party -- the software is built such a way that
13  it's not necessary for them to use -- look at the
14  source code.
15         With that said, third party -- and,
16  again, I repeat this -- open source software is
17  available for usage generally across the world, and
18  it's not Versata's position to -- to -- to regulate
19  that part.  What gets shipped with DCM we -- and we
20  make sure -- we provide the libraries so that DCM can
21  be easily used.
22  Q.  Let me see if I can get at it this way.  Has
23  Versata ever supplied source code for open source
24  software incorporated into DCM to its DCM customers?
25  A.  So just to understand your question, are you

42

1  saying have we -- has Versata ever included any source
2  code -- not library or machine-readable code -- source
3  code from a third-party library, open source library,
4  in the DCM code?
5  Q.  Not exactly, no.  I'm asking you whether
6  Versata has supplied under any circumstances source
7  code to open source software to a Versata DCM customer?
8  A.  No, it's typically a practice that we do not
9  ship source code.  We ship object code.
10  Q.  And has Versata ever analyzed the licenses by
11  which such open software is supplied to understand
12  whether Versata is thereby breaching the terms of the
13  open source software license terms?
14  A.  I believe we've -- you know, during the course
15  of our development our development team would have
16  reviewed the license terms.  I believe we are -- my
17  general understanding is that we are all -- we are
18  in -- in compliance with the third-party agreements.
19  Q.  Sitting here today, do you have any
20  understanding as to whether Versata is obligated to
21  provide source code to its customers upon request?
22  A.  Source code --
23         MR. FOSTER:  Objection, form.
24         THE WITNESS:  -- to?
25  Q.  (BY MR. LANCASTER)  To any part of DCM.

43

1  A.  No.  We -- so any part of DCM -- so I want to
2  answer this in a set of ways.  A, as I said, Versata
3  does not ship the -- our source code.  We strongly
4  believe that we don't need to ship -- the customers
5  don't need our source code to look at it.
6  Q.  Whatever the law is, whatever the license
7  terms are, Versata believes it does not need to ship
8  source code; is that correct?
9  A.  It doesn't have --
10         MR. FOSTER:  Objection, form.
11  Q.  (BY MR. LANCASTER)  I'm sorry.  Go ahead.
12  A.  No, it doesn't have to ship the source code.
13  Q.  Thank you.  The videographer would like us to
14  take a break.
15         THE VIDEOGRAPHER:  We're off the record,
16  9:59.
17         (Recess from 9:59 a.m. to 10:11 a.m.)
18         THE VIDEOGRAPHER:  Stand by.  This is
19  Tape No. 2.  We're back on the record, 10:11.
20  Q.  (BY MR. LANCASTER)  Please look at what was
21  yesterday marked as Exhibit 3.  That's some responses
22  to interrogatories by Versata.  And the particular
23  response that I'm interested in is response to No. 7,
24  which happens to be on Page 7.  My first question is
25  whether you played any role in providing or helping to

44

1  provide the answer to Interrogatory No. 7?
2  A.  I'm sorry.  I don't -- what is the question?
3  Q.  My first question is simply whether you were
4  involved in helping the company provide this answer.
5  You understand what this document is.  So -- so
6  Ameriprise asks written questions to Versata and then
7  Versata provides written responses.
8  A.  Okay.
9  Q.  And so Ameriprise's written question is this
10  Item No. 7, "Identify all third-party licensors of any
11  components of DCM."  And then you see the answer that
12  Versata has supplied just below that.
13  A.  That's right.
14  Q.  And so my question to you is --
15  A.  I didn't understand the -- I didn't see the
16  question.
17  Q.  And my question to you is whether you played
18  any role in helping Versata decide how to answer that
19  question?
20  A.  I didn't.
21  Q.  Are you aware of anything that anybody at
22  Versata did to try to answer that question completely
23  and accurately?
24  A.  I don't know how this -- who performed this
25  answer and how they did it.

RANGARAJAN VENKATESAN

45

1    Q.  You see that Versata makes the statement that
2  Versata's software retains legal title to most of the
3  work done by G-DEV. Can you identify with confidence
4  any component of DCM that is owned by some Versata
5  entity versus a component owned by G-DEV?
6        MR. FOSTER:  Objection, form.
7        THE WITNESS:  Could you clarify that
8  question?
9    Q.  (BY MR. LANCASTER)  If you prefer a word other
10  than "component" I'm glad to use it.  But DCM consists
11  of a number of different components.  Is that fair?
12    A.  I would say DCM consists of a number of
13  different product -- products or modules.
14    Q.  Okay.  Let's start with the modules then.
15  Could you identify any modules that are owned by G-DEV
16  on the one hand versus Versata on the other hand?
17    A.  On specifically the DCM software?
18    Q.  Right.
19    A.  My understanding is that DCM -- DCM is fully
20  owned by Versata Software.
21    Q.  And when you say "Versata Software," you don't
22  mean to distinguish between Versata Software versus
23  Versata Development versus Versata International?
24    A.  I'm not making a difference, no, Versata and
25  Trilogy used interchangeably from an operational

46

1  perspective.
2    Q.  Is there anyone at Versata who is responsible
3  for ascertaining which parts of DCM are owned by what
4  entity?
5    A.  That would be our legal group.
6    Q.  And, in particular, would Lance Jones be
7  responsible for that?
8    A.  I believe Lance Jones is the head of legal
9  team.
10    Q.  And, similarly, would Lance Jones as the head
11  of the legal team be the person who is responsible for
12  ensuring that all component parts of DCM are properly
13  licensed from third parties?
14    A.  Yes.  All -- you know, all legal contracts go
15  through our legal team.
16    Q.  Please look at what we'll mark as Exhibit 32.
17        (Exhibit No. 32 marked.)
18        (Discussion off the record.)
19    Q.  (BY MR. LANCASTER)  Exhibit 32 is a
20  professional services agreement that we were provided
21  today between Versata Software, Inc., and Accolite,
22  Inc. Do you have any knowledge of what this document
23  is?
24    A.  Yes, it seems to be the professional services
25  agreement between Accolite and Versata, and Accolite

47

1  performs software development services for Versata.
2    Q.  And I see that the signer for Accolite is
3  Leela Kaza, who also performs some services for
4  Versata, correct?
5    A.  Yes, Leela provides some services to Versata
6  individually.
7    Q.  And so what is your understanding as to what
8  contribution -- development contribution, if any,
9  Accolite makes to the development of DCM?
10    A.  Accolite is one of our development partners
11  who help in -- provide various services, including
12  services developing DCM software.
13    Q.  Do you know whether Accolite played any role
14  with respect to the development of DCM Version 3.9
15  specifically?
16    A.  I specifically don't know whether they --
17  Accolite provided development services for 3.9, but I
18  do know that they provide development services.
19    Q.  So you see that this agreement is dated
20  September 14th, 2010.  Does that provide you any help
21  in ascertaining whether Accolite provided any
22  development services relating to DCM Version 3.9?
23    A.  Not specifically.  As I said, I don't know
24  the -- when 3.9 was released.
25    Q.  Is Accolite a development partner in the same

48

1  way that G-DEV is a development partner?
2        MR. FOSTER:  Objection, form.
3        THE WITNESS:  When you say "same way,"
4  what does that mean?
5    Q.  (BY MR. LANCASTER)  Well, G-DEV supplies code
6  development services for DCM, correct?
7    A.  That is correct.
8    Q.  And I understood you to say that Accolite also
9  provides code development services for DCM?
10    A.  Yes, they are one of our accommodation
11  contracts, yes.
12    Q.  How do you distinguish between the particular
13  work on DCM development that G-DEV does versus the work
14  that Accolite does?
15    A.  From a -- from a business operations
16  perspective, they provide -- you know, they develop
17  software, various parts of software.  And some of them
18  could have developed some module or the other.  But
19  there is no, you know, specific delineation between
20  those two vendors.
21    Q.  Does Accolite consist of more than Leela Kaza
22  individually?
23    A.  Yes, I believe so.
24    Q.  Do you have any idea of how many people are
25  part of Accolite, Inc.?

RANGARAJAN VENKATESAN                                        6/14/2013

                                                    13 (Pages 49 to 52)

---

**49**

1    A. I don't have a specific number, no.
2    Q. Do you have any approximate number?
3    A. I know -- I definitely know that a -- a few of
4    them that provide services for us that work with -- in
5    my organization from Accolite.
6    Q. Can you identify any specific part of DCM for
7    which Accolite provided development services?
8    A. Specifically, I know one instance where one of
9    the Accolite representatives provided -- you know,
10   helped in debugging of certain core DCM issues.
11   Q. And -- and what module or component did that
12   relate to?
13   A. It related to DCM compensation engine.
14   Q. And can you identify any specific module or
15   component of DCM that G-DEV provided development
16   services for?
17   A. I know that G-DEV worked on developing some of
18   the UI -- business UI interface for us, and
19   specifically here in the DCM core product.
20   Q. Please look at what we will mark Exhibit 33.
21       (Exhibit No. 33 marked.)
22   Q. (BY MR. LANCASTER) Exhibit 33 is another
23   exhibit that we were provided this morning. It's an
24   oDesk user agreement stamped Trilogy 2201.
25   Incidentally, Exhibit 32 was stamped Trilogy 2194.

---

**50**

1    Do you recognize Exhibit 33?
2    A. Yes, I -- I reviewed this as a part of
3    preparation for the deposition.
4    Q. Now, this document appears not to be signed,
5    or at least I didn't see a signature anywhere. Do you
6    know whether this agreement is in force?
7       MR. FOSTER: Objection, form.
8       THE WITNESS: By "in force," do you --
9    what do you mean by that?
10   Q. (BY MR. LANCASTER) Well, sometimes there's
11   just pieces of paper -- pieces of paper with possible
12   form agreements floating around and they're not at all
13   the same thing as agreements that parties have signed
14   and intend to be bound by. And so what I'm getting at
15   is whether you have any understandings as to whether
16   this is an agreement that Versata understands binds
17   Versata?
18      MR. FOSTER: Objection, form.
19      THE WITNESS: This -- this is a -- this
20   is a standard oDesk agreement. I have not seen the
21   specific agreement that was signed. But this is a
22   standard oDesk agreement that's -- that I've seen
23   earlier.
24   Q. (BY MR. LANCASTER) Did oDesk supply something
25   related to DCM?

---

**51**

1    A. ODesk is a company that provides resources --
2    development resources and other resources that -- that
3    software development entities can use, and
4    Trilogy/Versata has used the service.
5    Q. Did Versata use oDesk in the development of
6    DCM?
7    A. I specifically don't know the example, but in
8    general we've used their services. You know, we could
9    have used them for DCM services.
10   Q. But you don't know with confidence one way or
11   the other whether they contributed development work for
12   DCM?
13   A. Specifically for DCM for development, I don't
14   know the specific instance.
15   Q. And I assume you also don't know whether oDesk
16   provided any development services for DCM 3.9
17   specifically?
18   A. I specifically -- yeah, I do not know.
19   Q. Can you identify any particular person that
20   the company deals with at oDesk?
21   A. Are you -- sorry. Could you repeat that
22   question?
23   Q. Is there a particular person at oDesk who is
24   primarily responsible for the relationship with Versata
25   companies?

---

**52**

1    A. No, I do not know the representative of oDesk
2    that works with Trilogy.
3    Q. Have you ever dealt with anybody at oDesk
4    yourself?
5    A. No, I have not.
6    Q. Could you describe first generally how Versata
7    went about developing the new version of DCM
8    represented by 3.9?
9    A. When you say "new version" you mean --
10   Q. Updated version, whatever phrase that you're
11   most comfortable with.
12   A. Could you repeat the question?
13   Q. I'm asking you to describe generally how
14   Versata went about developing Version 3.9 of DCM.
15   A. So generally DCM -- DCM gets developed -- the
16   features that go into DCM gets developed through a
17   combination of -- a combination of factors. A, we look
18   at what our customers or customer landscape wants.
19   What are the pressing needs? We do an independent
20   analysis of what the needs are.
21       The second part is, we look at -- we look
22   at industry experts and advisors in the industry who --
23   for whom we understand the trend in the industry. We
24   also look at our competition to see what -- what our
25   competitors are working on and what capabilities

---

RANGARAJAN VENKATESAN

53

1  they're bringing to the market. And we also listen to
2  our customers get customer feedback. And a combination
3  of these -- these activities lead to a set of features
4  that go into every DCM release. And I believe the same
5  process was followed for 3.9.
6      Q.  And then once you have in mind -- strike that.
7  Is the result of that process that you decide what
8  features a new version of DCM ought to have?
9      A.  Yes. Through that process of analysis we
10  identify what new features need to be developed in DCM.
11     Q.  And then after that point, what does the
12  company typically do to turn that feature list into
13  operating software?
14     A.  Once we understand the high-level direction
15  and features that we need to provide we go through --
16  the "we" here being the Trilogy core. The Trilogy
17  Development Group goes through analysis of the -- the
18  business need, the overall need of the feature. We do
19  detailed analysis of how the feature needs to be built
20  from a -- from a usability perspective. We also do
21  analysis from a technical architectural perspective and
22  we identify and build a set of requirements. And once
23  those requirements are built, we go through a -- a
24  development process, a thorough set of testing. And
25  after the testing of the software is done we go through

54

1  other things such as, you know, for quality -- for
2  quality improvement and quality measurements, such as
3  performance tuning and so on and so forth. And then we
4  go through the release process of DCM, and that's --
5  that's when -- and then we also have marketing
6  activities around that and then gets released.
7      Q.  How does actual code for a new DCM release get
8  written?
9      A.  What do you mean by "how"?
10     Q.  Well, Versata today has virtually no direct
11  employees, correct?
12     A.  No direct employees? I don't know.
13     Q.  A handful?
14     A.  Yeah, it has got -- it has got multiple strong
15  implementation partners that help us develop software.
16     Q.  And is there any direct employee of Versata or
17  any Versata entity that actually writes code for a new
18  DCM release?
19     A.  Any -- you know, I don't know specifically is
20  it one or two. There could be, but I'm not aware of
21  the number.
22     Q.  And so in order to generate code Versata has
23  to engage a development partner, correct?
24     A.  Versata engages a development partner.
25     Q.  And how does Versata go about deciding what

55

1  development partner it's going to engage?
2      A.  Well, there is a thorough on-boarding process
3  of developing partners. We look at the capabilities
4  they bring to the table. They look at the team that --
5  that is responsible for delivery apart from other legal
6  and financial ramifications. We go through an
7  on-boarding process and then identify who needs to be
8  a -- who would be a good development partner for our
9  company.
10     Q.  And in recent years can you name the
11  development partners that Versata has relied upon to
12  develop code for DCM releases?
13     A.  One example would be Accolite.
14     Q.  Others?
15     A.  G-DEV is one of them.
16     Q.  Others?
17     A.  We could have had consultants coming through
18  oDesk.
19     Q.  And you said before oDesk may have contributed
20  but you're not sure?
21     A.  I don't specifically know.
22     Q.  Any other development partner?
23     A.  I can't remember off the top of my head
24  anybody else.
25     Q.  And specifically with respect to Version 3.9,

56

1  can you identify with confidence any particular partner
2  that was involved?
3      A.  Specifically for 3.9, no, I don't know who was
4  involved.
5      Q.  But over the past several years those
6  three entities have been the development partners that
7  you can think of?
8      A.  Over the years spanning the last ten years we
9  have had, you know, Trilogy employees as well. So it's
10  been a combination of teams.
11     Q.  Let's say over the past five years, have there
12  been any others that you can think of besides these
13  entities?
14     A.  Over the last five years we -- we could have
15  had some employees. Again, I don't know the specific
16  numbers. But this is -- generally speaking, these are
17  the partners.
18     Q.  And is the work of those development partners
19  governed by the contracts that we've already looked at
20  here today?
21         MR. FOSTER: Objection, form. I'm also
22  going to object it's outside the scope.
23         But you can go ahead and answer.
24         THE WITNESS: Could you repeat the
25  question?

RANGARAJAN VENKATESAN

57

1    Q.  (BY MR. LANCASTER)  Sure.  We've looked at --
2  today at contracts with Accolite, G-DEV, and oDesk.
3  And my question is whether the work that those entities
4  perform for DCM is governed by the terms of those
5  contracts.
6      MR. FOSTER:  I'm going to object to form
7  again and it's outside the scope.
8      But you can go ahead and answer.
9      THE WITNESS:  In general, yes.  There are
10  other contracts I do not know, but in general these are
11  the contracts that we reviewed.
12    Q.  (BY MR. LANCASTER)  How exactly does Versata
13  go out -- go about explaining to its development
14  partners the structure or the features of the work
15  that they want the partner to do?
16    A.  Sure.  Sure.  Let me answer the question.  DCM
17  is a large product suite.  When we on-board anybody for
18  development they go through, A, a qualification process
19  in terms of their capabilities.  Once they pass that,
20  we get the -- we have them go through our DCM training
21  material.  We also have them go through DCM
22  documentation.  We also have -- we assign to them
23  certain tests that they -- they take that makes them --
24  that qualifies them to develop DCM.  We also have a --
25  a training session on DCM quality, also highlight to

58

1  them confidentiality information in that discussion.
2  And we also -- and once they've gone through all that
3  process they -- they are provided, you know, one or
4  more modules in which they work on.  We also provide
5  specific training on those modules and then they start
6  the development process, which is a process on its own.
7    Q.  And are there documents that establish this
8  training you were just describing?
9    A.  I know there is a set of documents.
10    Q.  What would you call those documents?
11    A.  I would say it's more a process that each team
12  employs.  Specifically, I don't -- I can't -- I don't
13  believe there's a documentation.  But this is a -- a
14  process that all developmental leads know about and
15  they follow this.
16    Q.  Is there any written record that you know of
17  of any training that takes place with respect to these
18  developers?
19    A.  Yes.  DCM training is a standard training
20  material that exists in DCM -- in -- in Versata.  And
21  that training material -- there are various versions of
22  it, but that training material they go through.
23    Q.  And so if we were to ask today for Versata to
24  supply its written training materials for developers of
25  DCM there would be a document that fits that

59

1  description?
2    A.  There is DCM training material, yes.
3    Q.  Do you have any idea how long that material
4  has existed?
5    A.  We've had DCM training material for the last,
6  you know, ten-plus years in various versions of it.
7    Q.  Does Versata keep records of all the
8  individuals that have undergone training for DCM
9  development work?
10      MR. FOSTER:  I'm going to object as
11  outside the scope.
12      But you can go ahead and answer.
13      THE WITNESS:  Of -- I don't know of a
14  record where we have maintained records of all training
15  that's been performed, no.
16    Q.  (BY MR. LANCASTER)  Does the company maintain
17  any record of all the individuals that contributed code
18  to a particular version of DCM?
19      MR. FOSTER:  And I'll object it's outside
20  the scope.
21      THE WITNESS:  Would you repeat that
22  question?
23    Q.  (BY MR. LANCASTER)  Sure.  Suppose we wanted
24  to find out all the individuals who worked on a
25  particular version of DCM.  Does the company maintain

60

1  any such record?
2      MR. FOSTER:  I'm going to object as
3  outside the scope.
4      THE WITNESS:  I don't know of a specific
5  document that captures all the people that worked on a
6  particular version of code DCM.
7    Q.  (BY MR. LANCASTER)  Where does this training
8  take place that you were describing?
9    A.  Training takes place in combination of
10  settings, largely through -- you know, of interface.
11  Individuals go on the -- go through the training
12  material themselves, and in certain cases there could
13  be in-person training as well.
14    Q.  For each of these development partners that
15  you identified, is it a representative of the
16  development partner who undergoes the training or in
17  addition each individual that the development partner
18  might use to do development work?
19    A.  It would be a combination.  It could be -- it
20  could be we train the trainer.  That's one approach.
21  In certain cases we train all the members of the team.
22  It's a combination.
23    Q.  Could you provide any information about the
24  number of people who were involved -- individuals who
25  were involved in the development of, for instance,

RANGARAJAN VENKATESAN

61

1  Version 3.9?
2      A.  Can you repeat that question?
3      Q.  Could -- do you have any knowledge of the
4  number of individuals who were involved in writing code
5  for Version 3.9?
6      MR. FOSTER:  I'm going to object as
7  outside the scope.
8      THE WITNESS:  No, I don't know the -- the
9  number.
10     Q.  (BY MR. LANCASTER)  And do you have any
11  ballpark, whether it's 50, 100, 500?
12     A.  A range of 50 seems reasonable.
13     Q.  And -- and would each developer have access to
14  DCM source code?
15     A.  DCM is a large application.  Depending on the
16  modules they work on they would have access to the
17  source code that they need to implement.
18     Q.  And so does the company divide up access
19  rights according to a module for its developers?
20     A.  We provide access -- password-protected access
21  to our source repository.  Specifically in the source
22  repository we have ability to identify certain modules
23  and not provide access to certain modules.  But what
24  capability -- was that capability specifically
25  leveraged?  I don't know that I -- I don't know that.

62

1      Q.  And so do you have any knowledge of any
2  restrictions that were placed on -- or strike that.
3      Do you have any knowledge of any
4  restrictions that have been placed on developers for
5  DCM in recent years once they get access to the DCM
6  code repository that access to some parts of the
7  repository is walled off from them?
8      MR. FOSTER:  Objection, form.
9      THE WITNESS:  Could you repeat that
10  question?
11     Q.  (BY MR. LANCASTER)  That was a poor question.
12  Let me try it again.
13     You mentioned that there may be a
14  capability -- for even a person who has a password
15  necessary to get access to the DCM code repository,
16  there may be the capability to restrict access to
17  limited modules or components, correct?
18     A.  Yes, that capability exists in the source
19  code --
20     Q.  And my question to --
21     A.  -- management system.
22     Q.  I'm sorry.  And my question to you was whether
23  in recent years you know whether those restrictions and
24  that ability to provide restrictions have ever been
25  exercised with respect to the people who develop code

63

1  for DCM?
2      A.  Typically source -- the source code management
3  system provides that capability.  In the past I know
4  that we have exercised that.  In the recent past have
5  we specifically exercised that?  I do not know the
6  answer to that question.
7      Q.  Do you have any estimate over the past
8  five years, let's say, as to the number of individuals
9  who have had access to the DCM source code repository?
10     A.  No, I specifically do not know how many people
11  have had access to it.
12     Q.  Do you have any reason to believe it's more or
13  less than 100 people?
14     A.  In the range of 100 would seem the right
15  number.
16     Q.  And does the company maintain any record of
17  however many people that is?
18     A.  With all developers, anybody who is developing
19  source code or providing any services to
20  Trilogy/Versata, we would have a contractual agreement,
21  and that would be the source for getting the list of
22  other relationships.
23     Q.  And is there anything with respect to a log-in
24  process or a check-in process for the DCM code
25  repository that would tell you exactly who obtained

64

1  access to that repository when?
2      A.  Well, the source code repository on the server
3  that it lies on does have -- is protected by password
4  protection security.  So -- so we could get access of
5  who all participated over the years.  Specifically in
6  what timeframe and what module they contributed to is
7  not something that -- I know that it has the access.  I
8  just don't know whether that software product provides
9  that capability.
10     Q.  Does each individual have a unique password?
11     A.  There is a password protection policy that we
12  follow, and that encourages it to be unique and that --
13  the participants follow the process.  It's a pretty
14  standard process across the industry.
15     Q.  And is it your understanding that no
16  two developers have the same password?
17     A.  I don't know that.  The, you know, password is
18  private.  It's secret.  They could have stumbled upon
19  the same thing.  I don't know the answer to that
20  question.
21     Q.  The developers get to choose their own
22  password?
23     A.  They have the -- yes, they do.
24     Q.  Has the company ever made any effort to
25  ascertain who has obtained access to the DCM source

RANGARAJAN VENKATESAN

65

1    code repository over the past five years, let's say?
2        A. Could you repeat that question?
3        Q. Has the company ever made any effort to
4    ascertain who exactly has obtained access to the DCM
5    source code repository over the past five years or so?
6        MR. FOSTER: Objection, form.
7        THE WITNESS: I don't understand. What
8    do you mean by "ascertained"?
9        Q. (BY MR. LANCASTER) Well, I'm -- I'm still
10   trying to figure out whether the company has any way of
11   learning who has obtained access to the source code
12   repository and when.
13       A. So typically all source code repository
14   software will have a log of all users that are provided
15   access to the system. It's a standard functionality
16   that's pretty common. So the administrator of the
17   source code repository would have access to all the
18   people that have access to the system and what level of
19   access.
20       Q. And you believe that the company possesses a
21   list at any given time of all the people with access to
22   the DCM source code repository?
23       A. No, I wouldn't characterize it as that. The
24   source code repository has that. That captures all the
25   users that have access to it. So that source code

66

1    repository has that as the list of users that have
2    access.
3        Q. Well, if the source code repository has a list
4    of people with access, surely the company has access to
5    that list, doesn't it?
6        A. Yes, we could access to that -- that -- that
7    software through the administration capability.
8        Q. Does some third party host that repository?
9        A. Our source code repository's currently hosted
10   in cloud source -- CloudForge, F-o-r-g-e. And that is
11   a -- a vendor that provides that service.
12       Q. How long has CloudForge hosted the DCM source
13   code?
14       A. CloudForge, I believe, bought a company called
15   CVSDude that's used to maintain DCM source code. Since
16   when we have hosted our source code in -- in CVSDude I
17   do not know.
18       Q. And is CVSDude the way it sounds,
19   C-V-S-D-u-d-e?
20       A. That's correct.
21       Q. Are you aware of any mechanism that restricts
22   one developer from using a different developer's
23   password to get access to the source code repository?
24       A. Could you repeat that question?
25       Q. Are you aware of any capability of the system

67

1    to prevent one developer from providing his or her
2    password to another person?
3        A. When you say "providing," could you explain
4    that, clarify that?
5        Q. Give -- a person has a password. They say to
6    somebody else, "Use my password to get access to that
7    repository."
8        A. So as a typical process it is strictly
9    discouraged for anybody to release the password. But
10   if a human being passes it on to another human being, I
11   would call it an error, but it can happen.
12       Q. There's nothing in the system that -- apart
13   from a contractual obligation there's nothing that
14   prevents one user from doing that for somebody else who
15   wants access?
16       A. From a system perspective at a given point of
17   time there's no restriction. But a system has the
18   capability of what they call password expiration and
19   renewal wherein the password gets changed, renewed, and
20   prompted. So that is one capability that exists. But
21   if -- but you can always pass your password to another
22   person on plain paper.
23       Q. And for a person who has a password giving
24   access to the repository, do they have the capability
25   of downloading software to wherever they are?

68

1        A. Could you repeat that question?
2        Q. Sure. A developer gets access to the source
3    code repository. Can the developer then download for
4    use on his own laptop, desktop, server, whatever, the
5    source code so that he can work on it?
6        A. For the source code they have access on, if
7    they have the right credentials they can download it to
8    a -- a computer that they choose to do development on,
9    yes.
10       Q. And is there a difference between the
11   credentials that allow someone to download software
12   versus the credentials that simply allow somebody to
13   look at the source code, or are those the same
14   credentials?
15       A. So each user has different levels of access.
16   Certain users have access only to read only. The
17   software provides capability of -- you know, of a level
18   of usage where it's just read only. Another access
19   is -- another level of access is to read and download;
20   another access to read, download, and upload. So
21   depending on the access privileges that the -- the --
22   the individual has they have rights for them.
23       Q. And can you provide any estimate in recent
24   years of the number of individuals who would have
25   rights to read and download from the source code

RANGARAJAN VENKATESAN

---

**69**

1 repository?
2     A.  I don't know the specific number, no.
3     Q.  And would that be that 100 or so figure that
4 you were talking about perhaps?
5     A.  Approximately, yes, in that range people would
6 have had access to source code.
7     Q.  And these are people who are all over the
8 world, correct?
9     A.  Depending on where we have -- they -- we
10 have -- our partners have identified these products,
11 yes.
12     Q.  And could you identify all of the countries
13 where people with access to the DCM source code
14 repository live?
15     A.  Not -- no, not all the countries.  But just as
16 a background, the way we identify these development
17 partners across the country, which includes -- we have
18 a bunch -- many of them from the United States as well.
19 Depending on the skill set and the capability to
20 develop software, we identify people from across the
21 world, but I don't have the entire list of countries.
22     Q.  And can you name some other countries, India
23 presumably?
24     A.  India is one of the countries.  China would be
25 another.  United States definitely.

---

**70**

1     Q.  United Arab Emirates?
2     A.  I don't know specifically whether we have
3 developers there or not.
4     Q.  Other Asian countries?
5     A.  I specifically don't know, but it could be.
6     Q.  How about any European countries?
7     A.  I believe we have had some contractors who
8 have worked on DCM.  Which portion I don't know from
9 Europe.
10     Q.  Do you know if there's been any in
11 South America?
12     A.  I specifically don't know.
13     Q.  Have you ever seen any individual
14 confidentiality agreements signed by any of these
15 developers?
16     A.  Trilogy maintains a standard confidentiality
17 agreement that all individuals sign, including myself.
18 So I've seen my agreement.
19     Q.  And how about for these 100 or so people with
20 access?  Have -- I assume you have access.  Do you?
21     A.  I personally don't have access to the
22 repository.
23     Q.  For these people who -- 100 or so people who
24 do have access, have you seen any of their individual
25 confidentiality agreements executed by them?

---

**71**

1     A.  I've specifically not seen, you know, a signed
2 copy, but I know our -- our agreement template/standard
3 agreement that everybody needs to go through.
4     Q.  And the company imposes on each of its
5 development partners the obligation to obtain a
6 particular form of signed agreement from its employees
7 or contractors?
8     A.  Typically we have strict confidentiality
9 clauses in our agreement.  Typically it's a practice
10 that we -- and we -- we can enforce that.  We rely on
11 our customer partners, our implementation partners, to
12 enforce that because we work with good, solid
13 organizations.  In certain cases I know that they
14 have -- they have -- they might have such a
15 confidentiality clause internally, but I don't know all
16 of them.
17     Q.  So we looked at the agreements for oDESK and
18 Accolite and G-DEV.  And I could have missed something
19 because I haven't had time to go through at least a
20 couple of these, but I didn't see any form agreements
21 that were prescribed with respect to any of those.  Do
22 you think that there are agreements with those
23 development partners besides the ones we've looked at
24 today?
25     A.  Generally, these are the development partners.

---

**72**

1     Q.  And these are the agreements that govern the
2 relationship between the Versata companies and the
3 development partners?
4         MR. FOSTER:  Objection, form.  Object to
5 outside the scope.
6         THE WITNESS:  Again, generally these are
7 the agreements that govern.  There could be additional
8 ones.
9     Q.  (BY MR. LANCASTER)  Well, do you know whether
10 there are additional agreements?
11     A.  I don't specifically know, but -- but I'm sure
12 there are other individual agreements that are in
13 place.
14     Q.  Do you have any understanding as to how
15 individual developers get paid for doing code
16 development work?
17         MR. FOSTER:  Objection, outside the
18 scope.
19         THE WITNESS:  Our payment process is --
20 it varies, and I specifically don't know what -- the
21 payment process for each relationship.  It's something
22 that my finance department would -- would have more
23 details.
24     Q.  (BY MR. LANCASTER)  And do you have any
25 understanding as to whether, say, if a development

---

RANGARAJAN VENKATESAN

73

1   partner is responsible for a particular module or
2   component, they would just get paid some set fee for
3   completing that module or component?
4       A.  Again, it's a very general -- there are
5   various ways, various contracts where you have payment
6   terms.  It varies depending on the partnership.
7       Q.  And, for instance, you know sitting here how
8   it varies between the three development partners that
9   we discussed?
10      MR. FOSTER:  Objection, outside the
11  scope.
12      THE WITNESS:  I don't know.
13      Q.  (BY MR. LANCASTER)  Do you have any knowledge
14  at all as to how individual developers are typically
15  compensated?
16      MR. FOSTER:  Objection, outside the
17  scope.
18      THE WITNESS:  As I said, the
19  relationships are different.  And the way it's paid
20  is -- varies.  There are different models that we adopt
21  and it varies.
22      Q.  (BY MR. LANCASTER)  And you can't generalize
23  at all?
24      A.  There are -- there are -- the typical models
25  go from, you know, having a time and material contract,

74

1   a fixed bid contract, and so on and so forth.  These
2   are flavors that are fairly practiced industry-wide.
3   That's what we follow.
4       Q.  And do you know whether any of those
5   particular flavors were used specifically for DCM 3.9?
6       A.  I specifically don't know.
7       Q.  Do you have any knowledge as to how many JAR
8   files there are in DCM?
9       A.  Just to clarify, JAR files are the Java
10  archiving files.
11      Q.  Right.
12      A.  I don't know the number, but there are quite a
13  few.
14      Q.  And so do you know whether it's more than 200?
15      A.  I don't know the number.
16      Q.  Could you describe generally a quality control
17  process that Versata applies to work on DCM that is
18  done by its developers?
19      A.  First I would like to define quality control.
20  Quality control, in my definition, is an ability for
21  the software to perform the functions based on the
22  specifications to which the software is developed.
23  With that definition of quality control -- quality
24  control, quality control for DCM development starts at
25  the outset.  When the requirements have been gathered,

75

1   a set of tests to -- to validate requirements are
2   documented.  Then when the software is designed, those
3   tests are further extended and they're extended with
4   the design.  And then as a part of development of the
5   software, the developer individually writes certain
6   automated tests to validate that it works.  And after
7   the development is complete, on successful execution of
8   the test, the software is assembled, which happens over
9   a period of time.  And after the software is assembled
10  and we have a complete package we go through another
11  set of tests to validate that it meets the spec.
12      Another -- after the -- the functionality
13  is tested, we also test that the software installs
14  appropriately.  After that we also test that it works
15  on the set of platforms it's supposed to work.  After
16  that we test that it works at the performance levels
17  that a customer is required to work.  These are all the
18  quality assurance steps that we take.
19      Q.  And what entity performs those various quality
20  assurance steps after the writing of the code that you
21  were describing?
22      A.  Variety of our implementation partners that
23  we -- some of them we have mentioned here provide that
24  service.
25      Q.  And are there some implementation partners in

76

1   addition to ones we've discussed that provide those
2   services?
3       A.  No, generally these are the implementation
4   partners.  One specific point that we need to mention
5   about quality assurance is -- for us quality assurance
6   is not an afterthought.  It's not a process that
7   happens later.  It is integrated with our development
8   process.  So I wouldn't mention that as two separate
9   terms.  It happens from -- right from the outset.
10      Q.  Can you identify any particular development
11  partner that is responsible for combining various
12  modules or components that perhaps different partners
13  have worked on to ensure that they communicate properly
14  with each other within DCM?
15      A.  Yeah, I wouldn't characterize it as
16  development partners.  There's a team of people who
17  develop software, the DCM core software.  From time to
18  time the members of the team that focus on core
19  development versus -- versus, you know, certain parts
20  of quality assurance may vary.  But I wouldn't say
21  specifically a development partner.  In the -- in the
22  pool of developers that work on -- on DCM core there
23  could be certain people that focus on quality assurance
24  more than development.
25      Q.  So, again -- and I appreciate the point that

RANGARAJAN VENKATESAN

77

1   you're making about quality efforts beginning before
2   code is written. But as you can appreciate, I'm
3   focused on after the code is written. Is there a
4   particular individual that you could identify who's
5   generally responsible for quality assurance in terms of
6   the written code performing as it's supposed to, the
7   written code integrating with other modules or
8   components of DCM as it's supposed to?
9      A. The reason why I explained our quality
10  assurance process in detail is to highlight the fact
11  that quality assurance happens at every stage and all
12  developers are responsible for it. And certain people
13  put certain rules into their modules. So it's not --
14  it's not -- we just don't have a separate team, and we
15  found that we -- we develop better quality software if
16  we integrate development testing as an integrated
17  process.
18     Q. Could you identify any individual associated
19  with Versata who has ultimate responsibility for
20  quality assurance for a new DCM release?
21     A. I believe the development manager was -- the
22  person who is responsible -- was responsible who played
23  the role of development manager would be the ultimate
24  authority for quality of DCM.
25     Q. And could you identify that person for

78

1   Version 3.9?
2      A. For -- specifically for Version 3.9, no.
3      Q. Could you identify such a person specifically
4   for any DCM release in recent years?
5      A. Chris Strahorn was -- has played the role of
6   development manager over the years.
7      Q. And what is his current relationship with the
8   company, if any?
9      A. I don't know his current relation. I don't
10  know his -- whether he has a relationship and, if he
11  does, what relationship it is.
12     Q. Do you know if he had a relationship with the
13  company at the time of the release of DCM 2012?
14     A. I don't know that.
15     Q. Do you have any -- could you -- strike that.
16        Could you state with confidence what
17  individual had ultimate quality assurance
18  responsibility for DCM 2012?
19     A. The name of the individual, no. The
20  development manager who is responsible for DCM 2012
21  would have had the responsibility for that.
22     Q. Could you identify any person who's ever had
23  such responsibility over the past decade besides
24  Chris Strahorn?
25     A. G. Ramah was a development manager. Many

79

1   years ago David Chow was a development manager.
2      Q. You mentioned that there is -- there are
3   quality assurance efforts to make sure that the
4   software performs according to specifications or
5   requirements accurately. I'm not quoting, but that's
6   what I took from what you said. What I'm interested in
7   now is whether there is anyone who reviews completed
8   code to ensure that it doesn't incorporate software to
9   which Versata does not have any rights?
10        MR. FOSTER: Objection, form.
11        THE WITNESS: So what rights Versata has
12  is determined by our legal team. Once our legal team
13  has determined that, our developers use the software.
14     Q. (BY MR. LANCASTER) Are there people on the
15  legal team who are capable of analyzing source code to
16  see where that source code came from?
17     A. What does that mean? I don't understand the
18  question.
19     Q. I guess what I'm responding to is, I couldn't
20  imagine how a lawyer could possibly be capable of
21  ascertaining from examining source code where that
22  source code came from.
23     A. I'm sorry. Why should -- just -- just so that
24  I -- why would you -- I don't understand why one would
25  need to look at the source code.

80

1      Q. Well, maybe let's start with the easy part of
2   that. I gather you're saying you're not aware of
3   anyone looking at the source code to ensure that
4   included within the source code is not code that
5   violates a third party's rights?
6         MR. FOSTER: Objection, form.
7         THE WITNESS: Actually, what I'm saying
8   is, I'm not understanding your question.
9      Q. (BY MR. LANCASTER) We've got another notice
10  from the videographer that our tape time is about up,
11  so why don't we return to that question after a break.
12     A. Okay.
13        THE VIDEOGRAPHER: We're off the record,
14  11:08.
15        (Recess from 11:08 a.m. to 11:17 a.m.)
16        THE VIDEOGRAPHER: Stand by. This is
17  Tape No. 3. We're back on the record, 11:17.
18     Q. (BY MR. LANCASTER) We were talking about
19  whether there's any quality control to ensure that a
20  developer has not taken code from some third party and
21  made it a part of DCM when that third party might have
22  rights that are being violated or infringed.
23        MR. FOSTER: Objection, form.
24        THE WITNESS: By "code," do you mean
25  usage of third-party library? I --

RANGARAJAN VENKATESAN

81

1    Q. (BY MR. LANCASTER) Use of --
2    A. I don't understand the question.
3    Q. -- source code owned by a third party.
4         MR. FOSTER: Objection, form.
5         THE WITNESS: I don't understand that
6    question, but let me clarify the process so that --
7    from its context. When we -- when we decide to build a
8    certain set of features for release of DCM, based on
9    what technologies are available outside -- some of it
10   could be third-party technologies -- we -- the -- the
11   product management, the development manager identify a
12   set of third-party libraries we want to use in the --
13   in the development of DCM. Once that recommendation is
14   made based on, you know, industry analysis and things
15   of that, we identify -- we -- the legal team reviews
16   and goes through all the legal ramification of
17   including that source code. Certain cases the
18   financial team -- finance team is -- also could be
19   included. And once that's done, the library is -- once
20   the -- you know, done being all the -- you know, once
21   all that verification and any contracts need to be
22   signed, they're signed, and then the development team
23   uses the library. And, generally speaking, they use
24   only the library and not the source from the library
25   because the library performs certain functions.

82

1    Q. (BY MR. LANCASTER) Well, we've asked in this
2    case for any third-party licenses that Versata might
3    have, and we didn't get any besides the ones that we've
4    looked at here today. Do you think that there are some
5    that haven't been given to us?
6    A. Which ones have you looked at today? I just
7    wanted to verify.
8    Q. The three developers.
9    A. When -- just to clarify. Third-party library
10   could be software that -- libraries that -- that I
11   mentioned. And in DCM there are a set of third-party
12   libraries that are used. And, yes, there's additional
13   material, but, yes.
14   Q. See, you have used many, many times a word
15   that I have not used, and that is library. Why do you
16   use the word library rather than source code?
17   A. Yes, that's a great question. Let me explain
18   that because that helps set the background.
19        When software gets developed by anybody,
20   specifically in this case third party, they write
21   software or source code in human readable form. Then
22   there is a process offered out of the process that gets
23   converted into a machine-readable form which gets
24   deployed and distributed as software. So when we say
25   software gets distributed, typically it's a

83

1    distribution of the machine-readable code, or in -- in
2    the -- in other terms you could say class files.
3         So when a third-party library is used we
4    include -- we include and we leverage those
5    machine-readable files. And that is why I believe it's
6    great to clarify machine-readable and source code.
7    Q. Are you claiming that developers never obtain
8    third-party source code to make their development
9    easier?
10   A. I'm not saying developers never look at source
11   code. What I'm saying is developers -- the library as
12   it exists, they don't need to use the source code.
13   Would the developer have looked at a source code? You
14   know, yes, they could have.
15   Q. Does Versata do anything to prevent a
16   developer in China, India, the Middle East, Europe,
17   anywhere else from making his job easier by just
18   incorporating third-party software into a module or
19   component he's selling to -- indirectly to Versata?
20        MR. FOSTER: Objection, form.
21        THE WITNESS: Could you repeat that
22   question? I --
23   Q. (BY MR. LANCASTER) Does Versata do anything
24   to try to ensure that an individual developer does not
25   incorporate third-party software into code that he then

84

1    through his employer supplies to Versata?
2    A. So going back to our -- to our -- the process
3    of determining what third-party libraries are used,
4    when the project development starts we identify what
5    third-party tools need to be used. The developers that
6    work on a particular module will use those
7    third-party -- approved third-party tools. And so
8    those are the ones that they would -- they would be
9    using.
10   Q. But how do you know that they, in fact, do
11   that rather than use some other source code that they
12   have access to?
13   A. Again, we need to be very clear here in source
14   versus library. In --
15   Q. I'm talking about source code. I'm not
16   interested in libraries. I'm talking about source
17   code.
18   A. And repeat your question, please.
19   Q. How do you know that an individual developer
20   doesn't take source code from some other third-party
21   site?
22   A. One -- as -- we spoke about the quality
23   assurance process. One of the steps in the quality
24   assurance process is something called a code read
25   process, a peer code read and a manager code read

RANGARAJAN VENKATESAN

85

1    process. As a part of that, all -- you know, most of
2    the code -- and there can always be a human error. As
3    a part of that, a peer developer and a senior developer
4    reviews the code -- source code. As a part of that, if
5    he identifies some -- some code that doesn't perform in
6    the DCM work, the DCM structure in our practices, that
7    will be called out as a part of the code read process.
8        Q.   Are you aware of any code ever having been
9    rejected by Versata because the inclusion of that code
10   would violate or infringe third-party rights?
11           MR. FOSTER:  Objection, outside the
12   scope.
13           THE WITNESS:  Again, going back --
14       Q.   (BY MR. LANCASTER)  That's a yes or no
15   question, sir.
16       A.   No, because you're asking a question that's
17   very broad, so I need to explain the context.
18       Q.   I'm not interested in the explanation.  You --
19           MR. FOSTER:  Peter, let him give his
20   answer if he wants to answer the question.  Just let
21   him answer it.  You can follow up.  You can ask him
22   ten times.  Just let him answer.
23           MR. LANCASTER:  No.  As I said, the
24   question was a yes or no question and I will ask this
25   follow-up question.

86

1        Q.   (BY MR. LANCASTER)  If there is any occasion
2    in Versata's history where it has ever rejected code
3    provided by a developer on the ground that that code
4    infringed or violated a third party's rights, I would
5    like you to tell me now.
6            MR. FOSTER:  Objection, form.
7            THE WITNESS:  There have been many
8    occasions wherein a code has been deemed inappropriate
9    for various reasons as a part of code read process.
10   That could be because it is poorly written code because
11   the source code didn't follow the -- didn't follow the
12   right libraries, all that.  Specifically do I have --
13   have I looked at proof to see that that has happened at
14   any point of time, I don't have specific proof.  But
15   our code read process constitutes of multiple of these
16   steps that are undertaken.
17       Q.   (BY MR. LANCASTER)  Can you identify any
18   third-party owner of code whose code has been rejected
19   by Versata to ensure that that specific third party's
20   rights were not violated?
21           MR. FOSTER:  Objection, form.
22           THE WITNESS:  So I need to explain again
23   coming back to the -- the source code.
24       Q.   (BY MR. LANCASTER)  No, that was a yes or no
25   question, sir.

87

1        A.   It's not a yes or no question.
2            MR. FOSTER:  Peter, that question didn't
3    make any sense.
4            MR. LANCASTER:  Could you read the
5    question back, please?
6            THE REPORTER:  Sure.
7    "Can you identify any third-party owner
8    of code whose code has been rejected by Versata to
9    ensure that that specific third party's rights were not
10   violated?"
11           THE WITNESS:  So, again, it's not -- it's
12   not a yes or no question because --
13       Q.   (BY MR. LANCASTER)  It is absolutely a yes or
14   no question.  And if you cannot answer the question
15   tell me that.
16       A.   It's not a yes or no question.  I -- the third
17   party like -- in third party we use libraries.  When we
18   use the library we don't need to use the source code.
19   We use the -- we use the libraries and that's -- that
20   provides the extension for us to do whatever we need to
21   do.
22       Q.   Did you answer my question to the best of your
23   ability, sir?
24       A.   I did.
25       Q.   And you have now provided me all instances in

88

1    the history of Versata in which third-party code has
2    been rejected because including that code would violate
3    the third party's rights; is that correct?
4            MR. FOSTER:  Objection, form.  Objection,
5    outside the scope.
6            THE WITNESS:  I said I don't -- I don't
7    know all the code read comments that have been provided
8    over the years.  I've also mentioned what a code read
9    process is.  I've also mentioned that when we include
10   third-party libraries, it is library and not source
11   code.  And so these are -- this is my understanding
12   based on the questions you answered.
13       Q.   (BY MR. LANCASTER)  When Versata obtains work
14   product from a developer, does it obtain source code
15   from that developer?
16       A.   If there's a developer we have engaged through
17   one of our partners we do get source code from them,
18   yes.
19       Q.   Can you tell me the third-party software that
20   is included within DCM 3.9?
21       A.   Specifically DCM 3.9, I don't know the list.
22       Q.   Can you tell me any third-party software that
23   has been included in recent releases of DCM?
24           MR. FOSTER:  Objection, form.
25           THE WITNESS:  I can provide you examples

RANGARAJAN VENKATESAN

89

1 of third-party software that we've included.
2 Q. (BY MR. LANCASTER) I would like you to tell
3 me as many examples of included third-party software as
4 you can.
5 A. Xalan.
6 Q. And could you spell that, please?
7 A. X-a-l-a-n; Xerces, X-e-r-c-e-s; Log4j, L-o-g
8 No. 4-j. Ant is another third-party library.
9 Q. How do you spell Ant?
10 A. A-n-t. Those are the ones that I can remember
11 off the top of my head.
12 Q. Are you aware of Apache code being included?
13 A. Apache is a company that provides open source
14 software, and they have multiple packages in there.
15 Q. And that open source software is provided
16 pursuant to a license, correct?
17 A. It has an open source license, yes.
18 Q. By the way, are you aware of there being more
19 than one type of open source license?
20 A. I don't know all the details of what types are
21 there. I generally know what the license -- I know
22 that they have a license.
23 Q. Are you aware of there being some Java code
24 within DCM?
25 A. Yes.

90

1 Q. Are you aware of there being Eclipse code
2 within DCM?
3 A. Yes, Eclipse is a programming modeling tool,
4 but I know that we use that.
5 Q. Are you aware of there being XimpleWare code
6 within DCM?
7 A. Could you repeat that term?
8 Q. XimpleWare, like Simpleware except the first
9 letter is X.
10 A. I'm not aware of that particular name.
11 Q. Do you know generally what the terms of the
12 Apache license are?
13 A. Generally, yes. I know two -- two points,
14 again generally, is that their product meets -- you
15 know, we need to display some copyright information on
16 that product during some installation or something of
17 that sort. Generally that's my understanding.
18 Q. Are you aware of generally the terms of a CPL
19 license?
20 A. I don't.
21 Q. Are you aware generally of the terms of a JGL
22 license?
23 A. No, I don't.
24 Q. Are you aware generally of the terms of an MIT
25 license?

91

1 A. No, I don't.
2 Q. Are you aware generally of the terms of a CDDL
3 license?
4 A. No, I don't.
5 Q. Are you aware of the terms of the lesser GPL
6 license, the LGPL?
7 A. I don't.
8 Q. And are you aware of the terms of the GPL
9 license?
10 A. Again, I believe that's -- I have a general
11 idea, which I defined earlier, but I don't know the
12 specifics, no.
13 Q. And -- and is it your understanding that all
14 that the GPL license requires is that a copyright
15 notice be provided?
16 MR. FOSTER: Objection, form.
17 THE WITNESS: Again, it's a general
18 understanding. I don't know the specifics. I know
19 that the product can be redistributed, so that's one of
20 the things that it provides. But I don't know the
21 specifics.
22 Q. (BY MR. LANCASTER) And so, for instance, any
23 entity that receives the product is, in turn, entitled
24 to redirect it, correct?
25 MR. FOSTER: Objection, form.

92

1 Q. (BY MR. LANCASTER) Do you understand that
2 term?
3 MR. FOSTER: Objection, outside the
4 scope.
5 THE WITNESS: That is a -- I would have
6 to refer to our legal team to be able to answer that
7 question.
8 Q. (BY MR. LANCASTER) You don't know one way or
9 the other?
10 A. I don't know specifically how it works.
11 Q. Please look at what we'll mark as Exhibit 34.
12 (Exhibit No. 34 marked.)
13 Q. (BY MR. LANCASTER) Exhibit 34 is a Trilogy
14 document stamped E 21049 and succession. Have you ever
15 seen this document before?
16 A. No, I have not.
17 Q. And so a Frank, Frank Copus, do you know who
18 that is?
19 A. Yes, he was working at Versata at some point
20 of time.
21 Q. Okay. You see from the bottom of this e-mail
22 he's saying to Chris Strahom -- Chris Strahom was a
23 product manager for DCM?
24 A. That is correct.
25 Q. He's saying, quote, "Chris, we need to provide

RANGARAJAN VENKATESAN

93

1  a list of open source components present in DCM to
2  Waddell & Reed as part of the negotiations. Can you
3  send that to me when you have time?" Close quote.
4          And then Chris Strahorn says he's posted
5  the list, and there is a list of JAR files here.
6  Whether or not you're familiar with this document are
7  you familiar with -- or are you aware of all these
8  types of open source code being within DCM?
9      A.  I'm not aware of all of them, but I -- you
10  know, many of them are very familiar to me.
11      Q.  And so by your understanding of open source
12  rules, any recipient of such code has the right to
13  redistribute such code as they see fit; is that
14  correct?
15          MR. FOSTER: Objection, form. Objection,
16  outside the scope.
17          THE WITNESS: Would you repeat that
18  question, please?
19      Q.  (BY MR. LANCASTER) By your understanding of
20  the requirements of general open source licenses,
21  anyone who receives such open source code is entitled
22  to redistribute it, correct?
23          MR. FOSTER: Objection, form. Objection,
24  outside the scope.
25          THE WITNESS: Again, I would like to

94

1  explain this -- the usage of third-party libraries.
2      Q.  (BY MR. LANCASTER) I'm not really interested
3  in that. I'm interested in an answer to my question.
4      A.  Because they -- understanding of how we
5  package this in DCM is important for me -- for me to
6  answer that question.
7      Q.  All right. Provide the information that you
8  would like to provide, but briefly, please.
9      A.  Third-party libraries --
10      Q.  Let me stop you. I'm not interested in
11  libraries. I'm interested in third-party source code.
12  I've said that to you several times now.
13      A.  We don't ship third-party source code. We
14  ship third-party libraries.
15      Q.  I'm not interested in what you ship. I'm
16  interested in what you get.
17      A.  What we -- what we receive from these third
18  parties is a library.
19      Q.  And what you receive from developers.
20          MR. FOSTER: Objection, form.
21          THE WITNESS: What we receive --
22          MR. FOSTER: Is there a question pending?
23          MR. BARTON: I guess might be
24  distribution of them.
25      Q.  (BY MR. LANCASTER) In your understanding of

95

1  open source licenses you claim that a party to whom
2  Versata distributes code can be restricted by Versata
3  from redistributing that open source code.
4          MR. FOSTER: Objection, form. Objection,
5  outside the scope.
6          THE WITNESS: Again, Versata does not
7  distribute source code. It distributes
8  machine-readable code.
9      Q.  (BY MR. LANCASTER) Do you believe that
10  Versata has the right to deprive its users of source
11  code when they ask for it when that code is open source
12  code?
13          MR. FOSTER: Objection, form. Objection,
14  outside the scope.
15          THE WITNESS: Versata ships source --
16  ships class code, class code or machine-readable code,
17  which is what our customers are to use. Outside of the
18  scope, if a customer goes and gets access to the source
19  code from some of these libraries -- anybody can do
20  that in the world. That's why it's called -- by
21  definition it's open code, open source code.
22      Q.  (BY MR. LANCASTER) But Versata's business
23  model is to deprive its customers of the right to get
24  open source code that Versata has used from Versata; is
25  that correct?

96

1          MR. FOSTER: Objection, form. Objection,
2  outside the scope.
3          THE WITNESS: The way I would
4  characterize that -- and, no. The way I would
5  characterize that is Versata develops a software
6  package and it provides all the flexibility and the
7  necessary tools for customers to use it. And we
8  believe that a customer doesn't need to get access to
9  source code; A, the source code being the proprietary
10  DCM source code or external library source code for the
11  usage of DCM.
12      Q.  (BY MR. LANCASTER) Do you think that it's
13  Versata's job to decide what a customer needs?
14          MR. FOSTER: Objection, form. Objection,
15  outside the scope.
16          THE WITNESS: We are considered experts.
17  We are brought in as experts in this industry. We
18  provide a very valuable service. Yes, we believe we do
19  what is necessary for our customers to do their
20  business sufficiently. That's why we've been
21  successful at this. And we -- as a part of that, we
22  provide guidance on how we need to -- how a customer
23  needs to deploy a solution.
24      Q.  And so when a customer tells you, "I need to
25  have access to source code or decompiled code, Versata

RANGARAJAN VENKATESAN

97

1   assumes it knows better what that customer needs than
2   the customer does. Is that what you're saying?
3       MR. FOSTER: Objection, form. Objection,
4   outside the scope.
5       Peter, if you can identify where you
6   think this is inside the scope of your topics I might
7   let him answer it. But we've had like six in a row
8   now.
9       MR. LANCASTER: What we're talking about
10  is licenses relating to DCM code. Versata is breaching
11  open source licenses constantly. That's what we're
12  talking about here.
13      MR. FOSTER: You're asking him questions
14  exclusively about legal opinions relating to these
15  documents and you're asking him not about licenses
16  covering or relating to DCM. You're just pontificating
17  about what you think Versata has done. That's not
18  within the scope of his 30(b)(6).
19      MR. LANCASTER: Well, we have to disagree
20  about that and we also have to disagree about who's
21  pontificating.
22      Could you read my question back, please?
23      THE REPORTER: Sure.
24      "Do you think that it's Versata's job to
25  decide what a customer needs?"

98

1       MR. LANCASTER: That was a pretty simple
2   question.
3       MR. FOSTER: And very simply outside the
4   scope.
5       THE WITNESS: Customer needs are broad.
6   You'll have to specify what -- in what context you mean
7   by "customer needs."
8       Q. (BY MR. LANCASTER) When a -- when a customer
9   says it needs source code or decompiled code, is it
10  your position that Versata knows better than the
11  customer what it needs?
12      MR. FOSTER: Objection, form. Objection,
13  outside the scope.
14      THE WITNESS: So --
15      Q. (BY MR. LANCASTER) That was a pretty simple
16  question. And that was a yes or no question too.
17      A. Give me a second. Versata ships DCM product
18  with all the tools necessary. Versata product has
19  multiple products and all the information, the source
20  code, is -- source code that's a part of DCM is
21  proprietary and it's very confidential. The way we use
22  third-party libraries and the modalities in which you
23  use third-party libraries is also confidential. And
24  third-party libraries we ship with -- with DCM if it's
25  open source. In this context the customer doesn't need

99

1   to use it.
2       Now, outside of this context, if the
3   customer wants to understand what's in the open source
4   library it is for them to determine, not in this
5   context of DCM.
6       Q. Is it your view that Versata is entitled to
7   take public open source code, put it in DCM, and then
8   call it Versata's secret?
9       MR. FOSTER: Objection, form. Objection,
10  outside the scope.
11      THE WITNESS: Again, open source
12  libraries perform a particular function. We -- in
13  development of DCM software we leverage the libraries
14  to perform a particular function, and that's what we
15  deliver. Source code, whether it be specifically all
16  the proprietary source code of DCM is -- is
17  confidential. In this context we don't have to deliver
18  source code.
19      Q. (BY MR. LANCASTER) That's your legal opinion?
20      A. That is my opinion of running a business.
21  Legal opinion should be asked by -- to an attorney.
22      Q. And whether or not that's legal or illegal,
23  that's what Versata does, right? It refuses to provide
24  the source code to its customers?
25      A. No, sir.

100

1       MR. FOSTER: Objection, form. Objection,
2   outside the scope.
3       THE WITNESS: No, sir. I clearly
4   explained the process of how we distribute developed
5   software. If you want to understand all the legal
6   ramifications and other options you need to talk to
7   legal counsel. To my understanding, across multiple
8   of -- multiple years working for Trilogy, we have
9   complied our legal obligation and we have worked on
10  that. That's based on my general understanding.
11      If we have specific details on the legal
12  aspect we need to contact our legal team.
13      Q. I'm not asking you a legal question. Whatever
14  the law and however illegal it is, Versata's practice
15  is to deprive its customers of source code; is that
16  correct?
17      MR. FOSTER: Objection, form. Objection,
18  outside the scope. And I think this is one completely
19  outside the scope. It's got nothing to do with
20  licenses. You're just saying do we deprive source code
21  or not.
22      MR. LANCASTER: No, no, no. Exact --
23      MR. FOSTER: So --
24      MR. LANCASTER: To the contrary.
25  Versata -- it's not any secret. Versata is violating

RANGARAJAN VENKATESAN

---

101

1　the terms of the code that it incorporates into DCM.
2　That's the issue.
3　　　　MR. FOSTER:  That's not what the question
4　relates to.  You're asking a --
5　　　　MR. LANCASTER:  Yes, it does.
6　　　　MR. FOSTER:  -- completely different
7　question.
8　　　　MR. LANCASTER:  Could you read the
9　question back, please?
10　　　　THE REPORTER:  Sure.
11　　　　"I'm not asking you a legal question.
12　Whatever the law and however illegal it is, Versata's
13　practice is to deprive its customers of source code; is
14　that correct?"
15　　　　THE WITNESS:  Did you say illegal?
16　　　　MR. FOSTER:  Objection, form.  Objection,
17　outside the scope.
18　　　Q.  (BY MR. LANCASTER)  I'm not asking you whether
19　it's legal or illegal.  It is illegal, but I'm not
20　asking you to -- to opine on that.  I'm just asking you
21　to confirm that that's Versata's practice.
22　　　　MR. FOSTER:  Objection, form.  Objection,
23　outside the scope.
24　　　　THE WITNESS:  Versata's practice is to
25　provide software and all the necessary tools along with

---

102

1　that that make -- that will be beneficial to a
2　customer.
3　　　　MR. LANCASTER:  I strike that as
4　nonresponsive.
5　　　Q.  (BY MR. LANCASTER)  My question, sir, is, is
6　Versata's practice to deprive its customers of source
7　code to DCM?
8　　　　MR. FOSTER:  Objection, form.  Objection,
9　outside the scope.
10　　　　THE WITNESS:  Versata's practice is to
11　protect -- protect its confidentiality rights.
12　　　Q.  (BY MR. LANCASTER)  And there -- and among
13　other things, protect the confidentiality of public
14　open source code that Versata obtains subject to
15　restrictions, correct?
16　　　　MR. FOSTER:  Objection, form.
17　　　　THE WITNESS:  I've explained this
18　earlier.  Let me repeat it again.
19　　　Q.  (BY MR. LANCASTER)  I'm not interested in any
20　repetition.  I would like an answer to my simple
21　question.
22　　　　MR. FOSTER:  And I would you to let my
23　witness answer as he sees fit.  If you don't like the
24　answers, I'm sure we'll hear significant argument about
25　it later.  Just let him answer the question.

---

103

1　　　Q.  (BY MR. LANCASTER)  I would like you to tell
2　me, yes or no, whether Versata's practice is to deprive
3　its customers of source code.
4　　　　MR. FOSTER:  Objection, form.  Objection,
5　outside the scope.
6　　　　THE WITNESS:  Versata's position is to
7　provide whatever tools for our customers to
8　perform the functions.  Versata also deems that the
9　source code it develops is confidential.  That's our
10　position.
11　　　Q.  (BY MR. LANCASTER)  Have you answered my
12　question as much as you're willing to, sir, under oath?
13　　　A.  This is my understanding and this is my
14　position, yes.
15　　　Q.  Did you answer my question to the best of your
16　ability under oath, sir?
17　　　A.  Yes.
18　　　Q.  Thank you.  Please look -- well, we're at our
19　proposed break time.  Should we do that?
20　　　　MR. BARTON:  Is this a break time for
21　you?  Let's do a quick lunch.  Be back in 30,
22　40 minutes.
23　　　　THE VIDEOGRAPHER:  Off the record, 11:48.
24　　　(Lunch recess from 11:48 a.m. to 12:35 p.m.)
25　　　　THE REPORTER:  Stand by.  This is Tape

---

104

1　No. 4.  We're back on the record, 12:35.
2　　　Q.  (BY MR. LANCASTER)  Mr. Venkatesan, I would
3　I would like to tell you what I understand from your
4　prior testimony to have you tell me if you agree with
5　this.  What I understand you to be saying is that even
6　if code -- source code is obtained from public
7　third-party sources, the way that it's integrated into
8　DCM is considered confidential by Versata?
9　　　A.  Yes.
10　　　Q.  And so that even previously public code
11　because of the integration into DCM is not possible to
12　extricate.  Is that fair?
13　　　A.  One clarification.  Again, it's -- we don't
14　include source code.  We include machine-readable code
15　in DCM.
16　　　Q.  Okay.
17　　　A.  And -- and the way we integrate with -- the
18　way we write our proprietary provider software, which
19　includes how we integrate with this third-party
20　library, is also confidential.
21　　　Q.  Okay.  And so when I was making -- strike
22　that.
23　　　　When I was asking the questions about why
24　can't a customer get access to the source code of the
25　open source components of Versata Software the reason

RANGARAJAN VENKATESAN

105

1  in your view why they can't is because it's been
2  integrated into DCM?
3      A.  The reasons why -- the first thing is, they
4  don't need to because we make it easy for them not to
5  do that.  The second part is -- there are three
6  parts -- three components here, the DCM core -- DCM is
7  written in Java language -- the integration to this
8  third party, that's also confidential.  And -- and
9  other than that -- and that's what gets shipped to DCM.
10          As a user anybody in this world can get
11  access to the source code, which would be source code
12  off this open source software, and they get -- they can
13  get a look at it.  That -- everybody has a right.  And
14  I don't -- you know, we are not trying to, you know,
15  limit anybody from doing that.
16          With respect to DCM we are protecting our
17  source code.
18      Q.  But even with respect to the open source
19  software that's embedded in DCM, Versata does not
20  supply that in source code form to a customer?
21      A.  Correct.  Everything that we supply is
22  machine-readable libraries.
23      Q.  And -- and would it be possible for Versata to
24  isolate the portions of DCM that came from open source
25  software and supply that in source code format to the

106

1  customer?
2          MR. FOSTER:  Objection, form.
3          THE WITNESS:  Again, we don't need to do
4  that because what comes from the open source library is
5  a file or a set of files that packages all the
6  machinery part.  For the software to work completely
7  integrated with DCM, we need to supply that library.
8  And that's the library what we ship.
9      Q.  (BY MR. LANCASTER)  And is it the case that
10  it's impossible or just very difficult to separate out
11  that code from the custom -- customized code in DCM?
12          MR. FOSTER:  Objection, form.
13      Q.  (BY MR. LANCASTER)  And that was a poor
14  question.
15          Is it -- are you saying that it would be
16  impossible to separate out what started as open source
17  code, I understand got turned into machine-readable
18  code before being shipped to the customer -- are you
19  saying that it would be impossible or just difficult to
20  separate out that code from other code within DCM?
21      A.  I'm saying it's not necessary to do that.
22      Q.  Right.  And I -- and I would like to get over
23  that because, as you may know, this entire case is
24  premised on the idea that people disagree about what
25  they need, right?  So let's make sure our term -- we

107

1  have the same understanding of terms.
2          A way of obtaining an approximation of
3  source code, not a perfect approximation, but an
4  approximation of source code is to decompile object
5  code, correct?
6          MR. FOSTER:  Objection, outside the
7  scope.
8          THE WITNESS:  Decompilation is a process
9  that is used to look at source code, yeah.
10      Q.  (BY MR. LANCASTER)  And so the product of a
11  decompilation process is not as good as source code,
12  but it's an approximation of source code?
13          MR. FOSTER:  Objection, outside the
14  scope.
15          THE WITNESS:  I would agree with that.
16      Q.  (BY MR. LANCASTER)  And you understand that
17  what brings us here today is the view of developers
18  working on site at Ameriprise, that one time or another
19  they needed to obtain some approximation of source code
20  to do their work.
21          MR. FOSTER:  Objection.
22      Q.  (BY MR. LANCASTER)  That's why decompiling
23  happened.
24          MR. FOSTER:  Objection, outside the
25  scope.

108

1      Q.  (BY MR. LANCASTER)  You understand that?
2      A.  Could you repeat that, please?
3      Q.  The -- what Versata complained about is that a
4  contractor, Infosys specifically, has felt the need for
5  some approximation of source code and has, therefore,
6  decompiled on occasion object code supplied to
7  Ameriprise.
8          MR. FOSTER:  Objection, outside the
9  scope.
10      Q.  (BY MR. LANCASTER)  You understand that?
11          MR. FOSTER:  Objection, outside the
12  scope.
13          THE WITNESS:  I understand the gender of
14  the lawsuit, but what is the question?
15      Q.  (BY MR. LANCASTER)  And so -- and so when you
16  repeatedly say the customer doesn't need it, obviously,
17  here's a customer that disagrees with you, right?  And
18  that disagreement has led to this case, right?
19          MR. FOSTER:  Objection, outside the
20  scope.
21      Q.  (BY MR. LANCASTER)  You understand that?
22          MR. FOSTER:  Objection, form.
23          THE WITNESS:  I understand there's a
24  disagreement, yes.
25      Q.  (BY MR. LANCASTER)  And so the premise that

RANGARAJAN VENKATESAN

109

1   you keep adding "the customer doesn't need it"
2   contradicts the entire premise of this case.
3        MR. FOSTER: Objection, form. Objection,
4   outside the scope.
5        Q. (BY MR. LANCASTER) In other words, if --
6   everyone agreed with you, we wouldn't be sitting here
7   today?
8        MR. FOSTER: Objection, form. Objection,
9   outside the scope.
10       THE WITNESS: And the question is?
11       Q. (BY MR. LANCASTER) What I -- frankly, what
12  I'm asking you to do is to stop telling me that the
13  customer doesn't need to do it, because whether you
14  agree with it or not, obviously, there's people
15  involved in these lawsuits that strongly disagree with
16  that.
17       A. I, as a representative --
18       MR. FOSTER: Objection, form. Objection,
19  form. Objection, outside the scope.
20       THE WITNESS: I, as a representative of
21  Versata, am stating the policies, procedure, and the
22  method in which DCM needs to be deployed. And that's
23  why I'm presuming I'm here, and I'm stating my
24  position.
25       Q. (BY MR. LANCASTER) And the benefit of your

110

1   position that the customer doesn't need the code is
2   that the customer is thereby forced to use Versata
3   consulting services rather than, for instance, Infosys
4   consulting services.
5        MR. FOSTER: Objection, form. Objection,
6   outside the scope.
7        THE WITNESS: No. So Versata Software,
8   while we ship the software we provide training, we
9   provide documentation, and we also provide consulting
10  services that our customers can avail. If a customer
11  engages knowledgeable partners they can develop -- and
12  others have developed -- implementation without getting
13  access to source code. And so it is not my position --
14  I'm not -- I have access to multiple customers, so I --
15  and other customers have developed this.
16       So as a representative of the company and
17  as somebody who has worked with DCM in various
18  capacity, I believe that we don't need to have access
19  to source code.
20       Q. (BY MR. LANCASTER) What is the -- to your
21  understanding, the approximate difference in cost on an
22  hourly basis between Versata consultants to a customer
23  and Infosys or other consultants?
24       MR. FOSTER: Objection, form. Objection,
25  outside the scope.

111

1        THE WITNESS: I don't know the
2   competitive pricing difference between Versata and --
3   and other vendors. One thing I do know is that we have
4   a very qualified and skilled team that can deliver
5   projects faster and more efficiently and also build
6   technology that can be maintained for a long time.
7        Q. (BY MR. LANCASTER) And, again, you appreciate
8   that this case exists because there are many people out
9   there who disagree with that opinion?
10       A. Again, is there a question in that?
11       Q. I'm asking you if you understand that basic
12  fact about this litigation.
13       A. I understand --
14       MR. FOSTER: Objection, outside the
15  scope.
16       Q. (BY MR. LANCASTER) And are you generally
17  aware that the hourly cost of Versata consultants is
18  two to three times the cost of other consultants?
19       MR. FOSTER: Objection, outside the
20  scope.
21       THE WITNESS: It -- we provide a very
22  valuable service.
23       Q. (BY MR. LANCASTER) Could you answer that
24  question yes or no, please?
25       MR. FOSTER: Objection, outside the

112

1   scope.
2        THE WITNESS: Generally speaking, yes.
3   You know, in -- there are -- there are vendors that
4   provide services at a lesser price point from a
5   consulting hour prospective. There are consultants
6   that provide services that are multiple times more than
7   Versata's. So there's a combination.
8        Q. (BY MR. LANCASTER) We were looking at
9   Exhibit 34 and a list of the open source components
10  that were present in DCM from the project manager's
11  point of view.
12       A. Uh-huh.
13       Q. Is there any reason why these components could
14  not be provided to customers in source code format if
15  Versata chose to do that?
16       A. Versata -- Versata's position is they know
17  customers don't need to do it and they shouldn't be --
18  you know, they wouldn't -- they don't need to do it.
19       Q. I've heard you say that many times now, sir,
20  but that's not the answer to this or any other question
21  I've asked you.
22       Would it be possible for Versata to
23  supply these open source components in DCM to customers
24  in source code format or would they be too integrated
25  with other aspects of DCM to be able to do that?

RANGARAJAN VENKATESAN                                        6/14/2013

113

1     A.  Again, source code is multiple pieces.  If
2  Versata chose to do that, is it possible -- they can
3  separate software.  We can open our vault and show our
4  software to everyone.
5     Q.  And -- and could Versata separate out the open
6  source components and provide those to customers in
7  source code format?  And what I'm trying to get at, is
8  it impossible to separate out those components from the
9  rest of DCM?
10     A.  It's -- it is possible to separate out purely
11  what comes -- comes as third-party library.  But in
12  terms of how our source code is integrated with the
13  library is a very -- you know, it's an integral part
14  and the code is well merged.
15         But if you just want to get the source
16  code to a library it's available out on the Internet.
17  You can get access to it.
18     Q.  But you can't just pluck it out of DCM?
19     A.  It's a very complex product.  Plucking out
20  would be a -- a -- would be a loose term to use.  But
21  it's not that easy.  It's a very complex product.
22     Q.  And is it complicated just because of all the
23  connections between this code and other code within
24  DCM?
25     A.  Yes, because all these functions have

114

1  interdependencies.  They all work to serve a purpose.
2  So just pulling out any code is not -- is a -- is a
3  isosteric activity.
4     Q.  Could you identify any particular open source
5  code that would be easier to pull out than others or
6  are they all integrated?
7     A.  I think they're all integrated.
8     Q.  Let me show you Exhibit 35, which will take a
9  little bit of explanation from me.
10         (Exhibit No. 35 marked.)
11     Q.  (BY MR. LANCASTER) Exhibit 35 is a printout
12  that we generated showing a number of packages within
13  DCM.  And I don't think this is all of the packages,
14  but what I understand is this is a list of, obviously,
15  a pretty large number of packages.  And I did not
16  generate this document, but as I understand it, you see
17  these levels that are listed, Level 1, Level 2,
18  Level 3, Level 4, goes up to even Level 7.
19         MR. FOSTER:  And, Peter, can I interrupt
20  you?  Is this -- is this in production or is it not?
21         MR. LANCASTER:  This is part of DCM.
22  So --
23         MR. FOSTER:  Okay.  But, I mean -- I get
24  that.  I'm not going to prevent him from answering
25  questions about it.  I'm just interested for my -- my

115

1  records.  Does this exhibit correspond to some Bates
2  number of some document that's been produced?
3         MR. LANCASTER:  That I -- that I don't
4  know.
5         MR. FOSTER:  Okay.
6         MR. LANCASTER:  And -- and it may -- I
7  doubt it.  I mean, this information, I'm sure, does,
8  but not in this form.
9     Q.  (BY MR. LANCASTER)  But I think this makes
10  looking at these packages a little bit easier for
11  everybody that may be saying them all out loud.  I'm
12  going to ask you a number of questions about particular
13  things, but the point that I want to make is that as I
14  understand it -- you mentioned dependencies.  As I
15  understand it, each succeeding level is -- reflects a
16  dependency from the prior level.
17         So, for instance, if you look down at the
18  bottom of Page 1, Level 2, com.trilogy.fs.dms.awc --
19     A.  Uh-huh.
20     Q.  -- and then you go up to the first line under
21  Level 1, this is a further breakdown or further set of
22  dependencies from that package.  Have you seen this
23  kind of dependency tree before?
24     A.  I've not seen this particularly in the way
25  it's printed up.  I understand the dependency tree.

116

1     Q.  Okay.  And so you've seen documents like this
2  before?
3     A.  I've seen source code, yes.
4     Q.  And what -- what I was interested in asking
5  you about was with respect to a few particular packages
6  whether you could describe briefly in your own terms
7  what that type of package does.
8     A.  Sure.
9     Q.  And, for instance, about the sixth line down
10  there is a package that refers to a validator.  Would
11  you just tell me generally what a validator does within
12  DCM?
13     A.  One of the strong suits of DCM is the ability
14  to enforce various business rules across various
15  functions in DCM.  And to be able to do that, those
16  rules need to be easily -- you know, easy to implement,
17  flexible, and maintainable.  Validator as a concept and
18  as the way it exists in DCM encapsulates and provides
19  the ability to enforce business rules and -- A, in the
20  core product and it's made available to our customers
21  to add additional rules.
22     Q.  Okay.  About seven or eight lines below that
23  there's a reference -- actually two lines in a row --
24  to loaders.  What generally do loaders do in DCM?
25     A.  So DCM is an application that sits in an

RANGARAJAN VENKATESAN

117

1  enterprise and it interacts with multiple other
2  systems. Loader is the -- is the product through which
3  data can be loaded from an external system to DCM.
4      Q.  Just below that there's a reference to a
5  transformer. What generally does that do in DCM?
6      A.  Transformer is, again, a module that
7  transforms data from one format to another. For
8  example, what -- a format could be gender,
9  Mr. and Mrs. Whatever. In DCM that could be
10  represented as 0123. A transformer translates that
11  data from one form to another.
12     Q.  Maybe 15 lines down in the second to last
13  Level 1 category there's a reference to an extractor.
14  What generally does an extractor do within DCM?
15     A.  Extractor, again, is a module tool that
16  enables, you know, the users to translate data that
17  resides in DCM, pass it to an external system.
18     Q.  By the way, there's a strange-looking package
19  name just above that extractor destination,
20  com.trilogy.transacts.integration.util.
21     A.  Util.
22     Q.  What is that, do you know?
23     A.  Transacts is a module that helps model
24  business process management, business -- and various
25  business processes that needs to be supported in the

118

1  insurance and financial services industry. That's the
2  purpose of transacts.
3      Q.  What is a parser within DCM?
4      A.  Are you referring to a particular line item
5  here or in general?
6      Q.  I don't -- I don't know if I'm -- I know I've
7  heard that before. I'm not -- actually, I'm not seeing
8  that in here right now, so I guess I -- until I do find
9  it I guess I'm just asking generally.
10     A.  Parsing as a concept is going through whatever
11  you -- whatever you're going through, whether it be
12  a -- a file or -- or database, going through it, you
13  know, looking at the contents of it and potentially
14  transforming it to another form as a general concept.
15     Q.  So I gather from what you've said before that
16  this dependency chart kind of illustrates the
17  interdependence of various components of DCM. Is that
18  fair?
19     A.  Yes. It gives a purview into that, yeah.
20     Q.  And so to a layperson this looks like a highly
21  integrated set of software. And I gather that's the
22  way you regard it too?
23     A.  Yes. It is integrated software, yes.
24     Q.  Is -- is a DCM version supplied to the
25  customer in a single executable file?

119

1      A.  Could you clarify that question?
2      Q.  Well, let me step back. How -- how physically
3  is a -- an upgrade such as 3.9 supplied to the
4  customer?
5      A.  Let me explain the process of what providing
6  DCM means. DCM ships with one file, largely one file.
7  There are additional documentations. That's provided
8  as the -- as the core product. We also ship an
9  installer to install DCM, which when executed it -- it
10  installs DCM. And then it -- if they want to extend
11  DCM you write the extension portion of it. And then
12  the combination gets deployed to the user --
13  or for user.
14     Q.  And in what physical form is the -- the
15  release itself and the software that installs it
16  supplied to the customer? Does it come in disks or is
17  it downloadable from an online site, or how does that
18  work?
19     A.  Depending on how the customer wants it. We
20  can put it in a disk and he can download it from an
21  online secure system.
22     Q.  And do you happen to know how Version 3.9 was
23  supplied to Ameriprise?
24         MR. FOSTER: Objection, outside the
25  scope.

120

1         THE WITNESS: Specifically Ameriprise, I
2  don't know. But those two methods that I mentioned are
3  generally the way we will --
4      Q.  (BY MR. LANCASTER) Is one more common than
5  the other?
6      A.  Online is getting more common nowadays.
7      Q.  So I gather that these various packages as are
8  listed on Exhibit 35 communicate with each other. Is
9  there a word, particular word or technical word, that
10  you use to describe the form of communication?
11     A.  Java object interactions would be a way to
12  characterize that.
13     Q.  And would that be true of, say, all the
14  connections between these various levels on a chart
15  like this?
16     A.  It's not all, but that's, you know, one way of
17  doing it.
18     Q.  And are there other types of communications
19  besides that? And, actually, would you repeat that for
20  me?
21     A.  Java object interaction.
22     Q.  And is there any other form of one file
23  calling another or any other form of interaction that
24  you're conscious of being employed within DCM?
25     A.  I don't understand what you mean by file

RANGARAJAN VENKATESAN

121

1  interacting with each other.
2      Q.  There's numerous class files within DCM, and a
3  group of class files might be considered a package such
4  as depicted on Exhibit 35, right?
5      A.  Uh-huh.
6      Q.  And so what I'm interested in would be how a
7  class file communicates with another class file.
8      A.  The Java runtime library enables interactions
9  of Java objects that are converted into class files.
10  That's the primary mode of communication. Within
11  Java -- within the Java framework there are other modes
12  of communication such as RMI. That's one of the other
13  ways that they interact.
14      Q.  Okay. And, say, looking at the examples on
15  Exhibit 35, do you happen to know the form of
16  communication amongst various levels depicted here?
17      A.  I -- I would say generally does the Java
18  runtime interaction through classes.
19      Q.  And I gather what you were saying that -- is
20  that if you pulled a few packages out of this set of
21  packages it would have an effect on other packages
22  within DCM?
23      A.  It would have an effect on how DCM performs
24  and doesn't perform.
25      Q.  Okay. And -- and depending upon the package,

122

1  pulling a package out might make DCM not function at
2  all?
3      A.  Depending -- yeah. Yes.
4      Q.  And are there particular packages within DCM
5  that you could identify as being more or less important
6  in terms of the overall functioning of DCM than others?
7      A.  No. DCM is a product suite that ships with
8  multiple products and modules in it. There are
9  different types of classes, but they're all equally
10  important for functioning of DCM as a software
11  application.
12      Q.  Please look at what we'll mark as Exhibit 36.
13          (Exhibit No. 36 marked.)
14      MR. LANCASTER:  So to anticipate your
15  question, Ben, it is possible that this is within the
16  Versata production. The source of this physical
17  document was that even though it says Version 3.8, it
18  came out of the Version 3.9 documentation. And I
19  didn't find -- I didn't look for it myself, obviously,
20  but I didn't find a match for it in the Versata
21  production, but I couldn't represent that it's not
22  there. But, anyway, I don't have a number for it.
23      MR. FOSTER:  Okay.
24      Q.  (BY MR. LANCASTER) And I guess the first
25  question for you is whether you recognize this

123

1  document.
2      A.  It -- generally, yeah. The architectural
3  views of one of the documents we ship with DCM.
4      Q.  And as you maybe heard -- just heard me say,
5  this came within the 3.9 release to Ameriprise. Do you
6  know if this document was updated for Version 3.9?
7      MR. FOSTER:  Objection, form.
8      THE WITNESS:  Could you repeat that
9  question?
10      Q.  (BY MR. LANCASTER) Yes. So you see on the
11  cover this says version 3.8. And I'm representing to
12  you with secondhand information, not firsthand
13  information that this document was included in the
14  3.9 release. And so my question to you is, did the
15  3.8 version of this document also apply to the
16  3.9 version?
17      MR. FOSTER:  Objection, form.
18      THE WITNESS:  I don't know whether this
19  was shipped with the 3.9.
20      Q.  (BY MR. LANCASTER) And I guess what I'm
21  asking you is whether you're aware of a comparable
22  document that is specifically for Version 3.9 rather
23  than 3.8?
24      A.  I don't know.
25      Q.  Please look at Page 6 of this document. Do

124

1  you believe that this is generally an accurate
2  graphical depiction of the Versata DCM application
3  architecture?
4      A.  Generally, yes.
5      Q.  And I gather from what you said that each of
6  these components are important to DCM?
7      A.  Each of these components are important to the
8  DCM. And also another factor to consider is what
9  aspects of it a customer chooses to deploy.
10      Q.  Okay. And do you know whether Ameriprise
11  deployed, for instance, the primary compensation
12  manager at the upper right-hand side?
13      MR. FOSTER:  Objection, outside the
14  scope.
15      THE WITNESS:  Specifically, I don't know.
16      Q.  (BY MR. LANCASTER) And below that the
17  compensation schedule XML file?
18      MR. FOSTER:  Objection, form. Objection,
19  outside the scope.
20      THE WITNESS:  Specifically, I don't know.
21      Q.  (BY MR. LANCASTER) When a customer does
22  employ those, are those significant components of DCM?
23      A.  The primary compensation manager and all the
24  dependencies are a very important module in DCM.
25      Q.  In the row just above Versata backbone,

RANGARAJAN VENKATESAN

125

1  there's reference to a BBXML exporter and a BBXML
2  importer.  What are those?
3      A.  BBXML importer or exporter is a data
4  transformation tool using which data in XML format can
5  be imported to DCM and exported out of DCM.
6      Q.  And are those important components of DCM?
7      A.  Yes, it is.
8      Q.  And do you know whether those were supplied to
9  Ameriprise?
10         MR. FOSTER: Objection, outside the
11  scope.
12         THE WITNESS:  Generally it's shipped with
13  DCM.  I don't know specifically if that's being
14  deployed at Ameriprise.
15      Q.  (BY MR. LANCASTER)  I asked you about the
16  primary compensation manager at the top right, and
17  there's a reference to the primary compensation engine
18  at the lower left.  What's the difference between those
19  two things?
20      A.  Lower left?
21      Q.  So coming down from the Versata backbone line.
22      A.  Yeah.  Primary compensation -- give me a
23  second.  Primary compensation is the umbrella for all
24  that the primary compensation does.  One of the
25  toolsets in that is the primary compensation manager

126

1  and compensation schedule exiter.
2      Q.  Thank you.  I have some fat ones here that I
3  want to make sure I don't have to carry back with me.
4  Please look next at Exhibit 37.
5         (Exhibit No. 37 marked.)
6      Q.  (BY MR. LANCASTER)  Exhibit 37 is a multipage
7  document, the first page stamped Trilogy E 22643.  And
8  my question is whether you've seen documents of this
9  type before.
10      A.  It's source code, but, yes, I've seen such
11  documents.
12      Q.  And so this is source code -- a depiction of
13  source code within DCM?
14         MR. FOSTER: Objection, form.
15         THE WITNESS:  I don't -- you know, this
16  seems like source code.  I don't specifically know
17  whether it's a part of DCM or not.
18      Q.  (BY MR. LANCASTER)  I had asked you about the
19  XimpleWare software before.  And you see up at the top
20  there is reference to a couple XimpleWare files?
21      A.  I see the reference, yes.
22      Q.  Can you tell by looking at this any role that
23  XimpleWare plays?
24      A.  No, I don't know what XimpleWare does.
25      Q.  So I'm particularly curious about that one, so

127

1  I'm going to show you a few of these documents.  And it
2  may all amount to nothing, but if any of them provide
3  you any more information about that particular one,
4  that would be great.
5         (Exhibit No. 38 marked.)
6         MR. FOSTER:  38, right?
7         MR. LANCASTER:  That's right.  We just
8  finished with Exhibit 37.  Exhibit 38 is a document
9  stamped Trilogy E 22637.
10         By the way, Ben, do you happen to know
11  does E refer to anything?
12         MR. FOSTER:  Yes.  Documents that are
13  bates labeled Trilogy E should have been produced in
14  native format as opposed to being produced in a
15  single-page TIFF/PDF format.
16         MR. LANCASTER:  Got it.  Thank you.
17         MR. BARTON:  That's impressive.
18         MR. FOSTER:  I can't swear to you that
19  that's right, but that's my understanding.
20         MR. LANCASTER:  It sounded good.  Don't
21  say that.
22         MR. BARTON:  It persuaded me.  It sounded
23  good to me too, man.  I'm buying it.
24      Q.  (BY MR. LANCASTER)  So here's some more
25  references to that XimpleWare.  Can you tell from

128

1  looking at this what that XimpleWare does?
2      A.  I don't know what XimpleWare does.
3      Q.  Okay.  So the last of this line of half a
4  dozen or so XimpleWare references refers to X path
5  parse exception.  Does that description mean anything
6  to you?
7      A.  Sorry.  Which line is this on --
8      Q.  So you see there's about a half dozen
9  XimpleWare files or -- what is the proper term for
10  these?  Would you call these files?
11      A.  These are class files.
12      Q.  Class files.
13      A.  Sorry.  Source code.  This is called source
14  code.
15      Q.  Okay.  So -- so --
16         MR. FOSTER:  And can I just clarify that?
17  Were you -- were you asking him about the particular
18  lines here that say XimpleWare or were you asking about
19  the whole document he's holding?
20         MR. LANCASTER:  Well, if the answer is
21  different I would be glad to hear both.  But I was
22  focused on the XimpleWare.
23         THE WITNESS:  I don't know what
24  XimpleWare is and I don't know what this file does.
25      Q.  (BY MR. LANCASTER)  Okay.  And does the

RANGARAJAN VENKATESAN

### 129

1  description X path parse exception mean anything to
2  you?
3      A.  That means it's a parse or it's doing some
4  parsing. That's the general understanding I have.
5      Q.  But you can't tell from looking at this, at
6  least at this moment, what the parsing relates to?
7      A.  No, I've -- I've not been in coding for a long
8  time, so I don't --
9      Q.  Got it. And I'm beginning to have a guess as
10  to where this is going to end up, but --
11          (Exhibit No. 39 marked.)
12      Q.  (BY MR. LANCASTER) I'm handing you
13  Exhibit 39, which is a very similar-looking document,
14  stamped Trilogy E 139896. And you see some more
15  references to XimpleWare there. Does that provide you
16  anymore information?
17      A.  No, I actually don't know what XimpleWare
18  does.
19      Q.  Okay. Fair enough. Maybe I'll save you the
20  trouble of marching through more of these things.
21      A.  Can I request for a break?
22      Q.  Pardon me?
23      A.  Can I request for a break?
24      Q.  Sure.
25          THE VIDEOGRAPHER: We're off the record,

### 130

1  1:13.
2          (Recess from 1:13 p.m. to 1:22 p.m.)
3          THE VIDEOGRAPHER: This is Tape No. 5.
4  We're back on the record, 1:22.
5          (Exhibit No. 40 marked.)
6      Q.  (BY MR. LANCASTER) Please look at what's been
7  marked Exhibit 40. Exhibit 40 is a document stamped
8  Trilogy E 166964. And my question is simply, can you
9  tell what this document is? It appears to have maybe
10  some more source code in it. But beyond that, can you
11  tell anything?
12      A.  The -- the term CSR is a term licensed
13  classes -- license line enumerations. They are
14  concepts that I'm aware of.
15      Q.  I'm sorry. They're concepts that what?
16      A.  That I'm aware of. I know those concepts.
17      Q.  Okay.
18      A.  Specifically what this file does, I don't
19  know.
20      Q.  And does the address "no reply@codetion.com
21  mean anything to you?
22      A.  No, it doesn't. I --
23      Q.  And Tushar Jasrotia is a developer at Versata?
24      A.  He is a consultant at Versata.
25      Q.  Okay. But I gather you can't tell what's

### 131

1  happening in this communication?
2      A.  Let me have a look at it.
3          The one addition information I can
4  provide is CSR is one of the concepts in DCM. But
5  other than that, I don't know what specifically this
6  file does.
7      Q.  So a similar set of questions for what we'll
8  mark as Exhibit 41.
9          (Exhibit No. 41 marked.)
10      Q.  (BY MR. LANCASTER) Can you tell me anything
11  about what this document is?
12      A.  Again, it's -- it's got a -- a concept that's
13  familiar to me, which is the appointment extractor
14  spec. XML, which, I understand, would be an
15  extractable deployment, but I don't know, again, the
16  specifics of these files.
17      Q.  Okay. And does looking at this one give you
18  any understanding as to why this information is going
19  from one location to Mr. Jasrotia?
20      A.  I don't.
21          (Exhibit No. 42 marked.)
22      Q.  (BY MR. LANCASTER) Please look at Exhibit 42.
23  The same question. Can you tell me anything about that
24  document?
25      A.  Yep. In this -- earlier we -- the document

### 132

1  had CSR. This has CAR, which is another concept in our
2  PR module in DCM. That's what I can --
3      Q.  And does the heading for this document mean
4  anything to you, "SVN Notification. Financial Services.
5  AMFAM has been changed by Tam" Shitolwi (phonetic).
6      A.  SVN is the source code repository, so I would
7  imagine this is a -- my -- my guess is that it's --
8  it's a notification from SVN. This -- this is source
9  code system.
10      Q.  And what exactly do those letters stand for
11  that -- that mean the source code repository?
12      A.  I don't know the specific --
13      Q.  Please look at what we'll mark Exhibit 43.
14          (Exhibit No. 43 marked.)
15      Q.  (BY MR. LANCASTER) And same question. Can
16  you tell me anything about this document?
17      A.  It seems to be some communication that's
18  happened between a set of parties. I don't know -- I
19  don't know about this and I haven't seen this e-mail.
20      Q.  But just communications between people at
21  Versata and people elsewhere about presumably trying to
22  deal with some issue?
23      A.  Yeah, I'll concur with that.
24      Q.  Same question for what we'll mark as
25  Exhibit 44.

RANGARAJAN VENKATESAN

133

1        (Exhibit No. 44 marked.)
2    Q.  (BY MR. LANCASTER)  Any understanding of what
3  this issue is?
4    A.  Let me actually read through these -- this
5  thread.  I can see if I know what --
6    Q.  Sure.  Take your time.
7    A.  Assumably from the AMPF e-mail address, it
8  seems to be a communication between certain parties at
9  Ameriprise and the -- from the thread it seems like
10  they're debugging an issue.  And I've not seen this
11  communication either.
12    Q.  And are you generally aware that in terms of
13  debugging issues, on occasion there were times that
14  programmers at Infosys decompiled DCM files?
15        MR. FOSTER:  Objection, outside the
16  scope.
17        THE WITNESS:  I'm aware of that.
18    Q.  (BY MR. LANCASTER)  And is it the case that a
19  certain amount of decompiling goes on at every -- or
20  virtually every DCM customer?
21        MR. FOSTER:  Objection, outside the
22  scope.
23        THE WITNESS:  No.  The way I would say
24  that is that decompiling source code is not a practice
25  that needs to be followed by anyone.  But are there

134

1  cases where the decompilation happened, yes, that has
2  happened.
3    Q.  (BY MR. LANCASTER)  Please look at what we'll
4  mark as Exhibit 45.
5        (Exhibit No. 45 marked.)
6    Q.  (BY MR. LANCASTER)  Exhibit 45 is an e-mail
7  string that includes an e-mail from you, right?
8    A.  Yes.
9    Q.  And your e-mail says to Leela Kaza, "In all
10  customer deployment, some amount of this happens."
11        What were you referring to there?
12    A.  There's a chain of events -- I'll give you
13  a -- the background of what happened here was, during
14  one of the knowledge transfer sessions one of the
15  junior developers or consultants who work -- who works
16  in my group came across that one of the client
17  developers had turned on decompilation in one of their
18  development.  As a part of that, he reported this issue
19  to me and -- and -- you know, and he had expressed --
20  and the client developer expressed that -- you know,
21  wanting to have -- just for reference purposes him
22  needing that.
23        And when I say -- and then after that I
24  escalated the issue.  And this issue got escalated to
25  the senior management, the highest level as possible at

135

1  Pacific Life, the customer.  When I see in this now
2  specifically talking about all customer deployment,
3  some amount of this happens in this here is referring
4  to the customer developer wanting to look at -- you
5  know, go through the source code.
6    Q.  And this particular decompiling happened at
7  Pacific Life?
8    A.  I'm not --
9        MR. FOSTER:  Objection, form.
10        THE WITNESS:  I'm -- I'm not aware that
11  it did happen.  As soon as we got a whiff of that it
12  was escalated to me, then it, escalated to my boss, and then
13  it was escalated to the entire management team of the
14  customer.
15    Q.  (BY MR. LANCASTER)  And who was your boss at
16  this time?
17    A.  Leela Kaza.
18    Q.  But Leela Kaza is no longer your boss, right?
19    A.  Well, I -- I report to two people.
20    Q.  Please look at what we'll mark as Exhibit 46.
21        (Exhibit No. 46 marked.)
22    Q.  (BY MR. LANCASTER)  Exhibit 46 with a top date
23  of June 5th, 2009, an e-mail entitled "Possible Legal
24  Issue," stamped Trilogy E 110890.  And that's your
25  e-mail in the middle of this document?

136

1    A.  Yes.
2    Q.  And is this also talking about decompiling?
3    A.  Let me go through the whole thread.
4    Q.  Sure.
5    A.  Yeah, this was the thread I was referring to
6  earlier.  Aakash Jain was the junior developer who was
7  working with the client developer, Don.  I don't know
8  his last name or don't remember his last name.  He had
9  turn on the decompiler in their environment.  And he
10  just wants to have -- you know, the developer wanted to
11  have this for internal reference.
12        When this was brought up to me; A, I
13  instructed my team to help the customer for whatever
14  issue they have.  Apart from that, I also instructed
15  the leader to not -- you know, because the -- you know,
16  when -- you know, what the development team is working
17  on, I wanted to maintain cordial working relationship.
18  So I told them that not to make a big deal at the low
19  levels.  But we clearly understood that this was a
20  major issue, which is why I escalated to my senior
21  management.  And it was brought up to the client.
22    Q.  And was it escalated to your senior management
23  in mid-2009?
24    A.  I don't know the specific date, but --
25    Q.  Around that time period?

RANGARAJAN VENKATESAN

---

137

1  A.  That's right.  From this -- from Exhibit 45
2  and 46 it seems it was done on the same day.
3  Q.  Do you remember around this time the issue of
4  possible decompiling at Ameriprise also come up?
5  A.  I don't know if it was in a similar timeframe,
6  but I did know that there was an issue of decompiling
7  code at Ameriprise.
8  Q.  Please look at what will be marked Exhibit 46.
9  THE REPORTER:  47.
10  MR. LANCASTER:  Oh, 47.  Thank you.
11  (Exhibit No. 47 marked.)
12  Q.  (BY MR. LANCASTER)  Exhibit 47 is just another
13  one of these e-mails where I'm just looking for any
14  help, if you can understand what's going on in this
15  e-mail.  It's headed "CAR_HI Failed," stamped Trilogy
16  E 133993.
17  A.  So from the e-mail what I find that they have
18  run some process, and that process has failed or has
19  come up with an error.  And this gentleman, Himan Shu,
20  is asking if there was an error in how the input file
21  has been set up, which is what he's referring to, MT
22  TAG.  Abhinesh is a consultant -- or was a consultant
23  at Ameriprise at that point in time.
24  Q.  And so are the files that are listed, are they
25  what is being examined in terms of trying to deal with

---

138

1  the issue?
2  A.  Which files are listed here?  I'm sorry.
3  Q.  Well, it appears that some files down at the
4  bottom are listed.
5  A.  Actually, no, there are no files referred to
6  here.  It's the -- the section that's listed where you
7  have, "Replace MTLOA Codes," that section is -- is an
8  exception or an error output that's listed.
9  Q.  And so there's just -- strike that.  Please
10  look at what we'll mark as Exhibit 48.
11  (Exhibit No. 48 marked.)
12  Q.  (BY MR. LANCASTER)  And similar kind of
13  question.  Can you tell what's going on in this e-mail
14  exchange?  And, obviously, the way we were able to
15  capture this, there's some gibberish in the middle of
16  it.
17  A.  It's a long thread.  Give me a few minutes.
18  Q.  Sure.
19  A.  From this e-mail thread -- I don't have any
20  context from Ameriprise, but from this e-mail thread it
21  seems like they're trying to run one of the loaders,
22  which is called the CAR loader, and they were facing
23  some difficulties with that because one of the files
24  that is supposed to be somewhere in the -- in the
25  installation doesn't exist.  And the whole thread of

---

139

1  e-mails is around reporting that.
2  Q.  So, generally, is it the case that DCM
3  calculates compensation for different financial
4  products?
5  A.  DCM has three major functions it does for
6  insurance and financial services company.  The first
7  function is to be able to on-board an agent onto --
8  onto a system and maintain all the information, manage
9  all the information from the agent.  The second
10  function is to be able to ensure that agent is
11  credentialed correctly, whether it be state or local --
12  state or federal credential needs.  And then the third
13  portion is for -- for -- to compensate the agent having
14  various compensations plan in DCM to be able to do
15  that.  Those are the three major functions of DCM.
16  Q.  And, presumably, all three of those are core
17  functions?
18  A.  Yes.
19  Q.  And we talked about these various types of
20  components, loaders, extractors, exporters, importers,
21  validators, parsers.  Are all of those tools used in
22  connection with each of those three core functions?
23  A.  Yes.  In some capacity or the other, yes.
24  Q.  By the way, is there a difference between a
25  regular parser and an XML parser?

---

140

1  A.  Yes.  Parser is generally, you know, going
2  through one input and setting it to another output.
3  XML parser specifically is parsing one XML and turning
4  it into whatever else the output needs to be.
5  Q.  And I gather that the three core functions of
6  DCM are related to each other.  For example, when
7  compensation is being calculated credentials need to be
8  verified, for example?
9  A.  If that's the way a client wants to deploy it
10  and if that's their need, yes.  These modules can be
11  deployed independently of -- of each other.
12  Q.  And so -- but generally paying compensation
13  requires some kind of verifications to be performed?
14  A.  At a conceptual level, yes.
15  Q.  Do you happen to know how DCM verifies whether
16  an advisor is licensed to sell a particular financial
17  product and, therefore, should be compensated for it?
18  A.  Sure.  There are multiple ways to do it.  I'll
19  give you a general approach.  Once we identify the
20  credentials that an agent has, there are a set of rules
21  that have been set by the state that clients modify or
22  update.  And those rules need to get enforced at
23  whatever point in time in the competition processing
24  that a customer chooses to do that.  And DCM has a
25  module product called credentials rules engine that

---

RANGARAJAN VENKATESAN

6/14/2013

36  (Pages 141 to 144)

141

1  enables validation whether a particular agent, agency
2  is credentialed appropriately.
3      Q.  And that module plays a role in calculating
4  compensation?
5      A.  That module plays a role in mentioning or
6  confirming that a person or individual or organization
7  is -- it can be -- it is credentialed correctly. The
8  compensation module is the one that pays the
9  compensation or calculates what happens.
10     Q.  And does the licensing validation work
11  substantially the same way whether the product is a
12  security or a mutual fund or insurance in DCM?
13     A.  The rules vary, and also interpretation
14  from -- the state rules that are available vary
15  depending on the line of business. The interpretation
16  of the rule also varies from certain customers to
17  customers.
18     Q.  Do you know what happens within the system if
19  an unlicensed advisor tries to sell, for example, an
20  insurance product?
21     A.  If the credential -- credential validation
22  engine is not employed it wouldn't matter.  In case --
23  if it is employed and if the rule is set up to -- for
24  insurance product -- and, again, insurance product is a
25  very broad category.  There are more lines of that.

142

1  And if the rule enforces that it needs to be checked
2  and -- it will check that.
3      Q.  And do you have a general understanding that
4  the -- that validation process ensuring that an advisor
5  is properly licensed is an important part of the
6  Ameriprise installation of DCM?
7      A.  My understanding would be, yeah, it would be
8  an important function.
9      Q.  Now, do you have any understanding of what
10  would happen to DCM if the parsers were just removed
11  from the product?
12     A.  There are multiple parsers and if it shipped
13  with the product and they have configured the solution
14  that uses the product and that parser, it could lead to
15  an error.
16     Q.  And is there a reason why the product is
17  shipped with multiple parsers?
18     A.  Yes. So one -- one usage could be because
19  what's the source and the target.  The other one could
20  be performance requirements. Some parsers perform
21  differently in different environments. A third one is
22  in certain cases it is more from a technical
23  perspective, integration of certain parsers work
24  better. Those are the three broad -- broad categories
25  I can think of.

143

1      Q.  Have you ever come across a JAR file called
2  VTDXML?  Does that mean anything to you?
3      A.  VTDXML?  No.
4      Q.  So returning to the open source issues that we
5  were talking about before lunch, have you ever
6  encountered the concept of open source licenses that
7  are called viral in the sense that when incorporated
8  into other code they render the associated code subject
9  to the license as well?
10         MR. FOSTER:  Objection, outside the
11  scope.
12         THE WITNESS:  I've not heard of such a
13  license.
14     Q.  (BY MR. LANCASTER)  Have you ever heard of GNU
15  GPL license, G-N-U?
16     A.  I've heard of it.
17     Q.  But you don't really know anything about the
18  content of it?
19     A.  I don't know the details of it.
20     Q.  I'm either done or very close to done.  Let me
21  consult with my colleague here and then we'll come back
22  and wrap up pretty promptly.
23         MR. BARTON:  Okay.  Five minutes,
24  ten minutes?
25         MR. LANCASTER:  Yeah, five minutes ought

144

1  to be good.
2         THE VIDEOGRAPHER:  We're off the record,
3  1:50.
4      (Recess from 1:50 p.m. to 2:01 p.m.)
5         THE VIDEOGRAPHER:  Stand by.  We're back
6  on the record, 2:01.
7         MR. LANCASTER:  I have no further
8  questions preparatory to the temporary injunction
9  hearing. Before we talk about the documents --
10        MR. FOSTER:  We'll reserve our questions.
11        MR. LANCASTER:  So we discussed off the
12  record what would happen to the originals. And, as I
13  understand it, the court reporter will take the
14  originals and provide copies to each party that
15  requests them. But after that use is made of them,
16  they will be returned to the party taking the
17  deposition, who will be the custodian for them through
18  the life of the case.  Does that make sense?
19        MR. FOSTER:  It makes sense, and that's
20  agreeable to us.
21        MR. LANCASTER:  I have nothing further.
22        THE VIDEOGRAPHER:  We're off the record,
23  2:02.
24     (Proceedings concluded at 2:02 p.m.)
25

RANGARAJAN VENKATESAN                                      6/14/2013

---

**145**

```
 1          CHANGES AND SIGNATURE
        WITNESS NAME: RANGARAJAN VENKATESAN
 2      DATE OF DEPOSITION: JUNE 14, 2013
 3      PAGE LINE    CHANGE     REASON
 4      _____
 5      _____
 6      _____
 7      _____
 8      _____
 9      _____
10      _____
11      _____
12      _____
13      _____
14      _____
15      _____
16      _____
17      _____
18      _____
19      _____
20      _____
21      _____
22      _____
23      _____
24      _____
25      _____
```

---

**146**

```
 1      _____
 2      _____
 3      _____
 4          I, RANGARAJAN VENKATESAN, have read the
        foregoing deposition and hereby affix my signature that
 5      same is true and correct, except as noted above.
 6
 7
 8              RANGARAJAN VENKATESAN
 9
10      THE STATE OF _____)
        COUNTY OF _____)
11
12          Before me, _____, on this day
13      personally appeared RANGARAJAN VENKATESAN, known to me
14      (or proved to me under oath or through
15      _____) (description of identity
16      card or other document) to be the person whose name is
17      subscribed to the foregoing instrument and acknowledged
18      to me that they executed the same for the purposes and
19      consideration therein expressed.
20          Given under my hand and seal of office this
21      _____ day of _____, _____.
22
23
24              NOTARY PUBLIC IN AND FOR
                THE STATE OF _____
25              COMMISSION EXPIRES: _____
```

---

**147**

```
                        NO. D-1-GN-12-003588
 1
 2      VERSATA SOFTWARE, INC., ) IN THE DISTRICT COURT
        f/k/a TRILOGY SOFTWARE,  )
 3      INC., and VERSATA         )
        DEVELOPMENT GROUP, INC.,  )
        f/k/a TRILOGY DEVELOPMENT )
        GROUP, INC.,              )
 5          Plaintiffs,           )
                                  )
 6      VS.                       ) TRAVIS COUNTY, TEXAS
                                  )
 7      AMERIPRISE FINANCIAL,     )
        INC., AMERIPRISE          )
 8      FINANCIAL SERVICES, INC., )
        AMERICAN ENTERPRISE       )
 9      INVESTMENT SERVICES,      )
        INC.,                     )
10          Defendants.          ) 53RD JUDICIAL DISTRICT
11
                REPORTER'S CERTIFICATION
12      VIDEOTAPED DEPOSITION OF THE CORPORATE REPRESENTATIVE
               OF VERSATA SOFTWARE, INC.
13              (RANGARAJAN VENKATESAN)
                  JUNE 14, 2013
14
15          I, KIM SEIBERT, Certified Shorthand Reporter in and
16      for the State of Texas, hereby certify to the
17      following:
18          That the witness, RANGARAJAN VENKATESAN, was duly
19      sworn by the officer and that the transcript of the
20      oral deposition is a true record of the testimony given
21      by the witness;
22          That the deposition transcript was submitted on
23      _____, 2013, to the witness or to the
24      attorney for the witness for examination, signature and
25      return to me by _____, 2013;
```

---

**148**

```
 1          That the amount of time used by each party at the
 2      deposition is as follows:
 3      Mr. Benjamin Foster -
        Mr. Peter M. Lancaster - 3 hrs. 42 min.
 4
 5          That pursuant to information given to the
 6      deposition officer at the time said testimony was
 7      taken, the following includes counsel for all parties
 8      of record:
 9          Messrs. Ben Foster and Travis Barton, Attorneys for
        Plaintiffs;
10          Messrs. Peter M. Lancaster and Christopher Sileo,
        Attorney for Defendants.
11          I further certify that I am neither counsel for,
12      related to, nor employed by any of the parties or
13      attorneys in the action in which this proceeding was
14      taken, and further that I am not financially or
15      otherwise interested in the outcome of the action.
16          Further certification requirements pursuant to Rule
17      203 of TRCP will be certified to after they have
18      occurred.
19
20
21
22
23
24
25
```

---

RANGARAJAN VENKATESAN

149

```
1        Certified to by me this _____ of _____
2   2013.
3
4
5
6
7        Kim Seibert, Texas CSR 4589
         Expiration Date 12-31-2014
         U.S. Legal Support, Inc.
8        701 Brazos, Suite 380
         Austin, Texas  78701
9        Firm Registration 344
         Expiration Date 12-31-2014
10
11   Job No. 4-AUSTIN-144862 KS
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

150

```
1        FURTHER CERTIFICATION UNDER RULE 203 TRCP
2        The original deposition was/was not returned to the
3    deposition officer on _____
4        If returned, the attached Changes and Signature
5    page contains any changes and the reasons therefor;
6        If returned, the original deposition was delivered
7    to Mr. Peter M. Lancaster, Custodial Attorney;
8        That $_____ is the deposition officer's
9    charges to the Defendants for preparing the original
10   deposition transcript and any copies of exhibits;
11       That the deposition was delivered in accordance
12   with Rule 203.3, and that a copy of this certificate
13   was served on all parties shown herein on and filed
14   with the Clerk.
15       Certified to by me this _____ day of
16   _____, 2013.
17
18
19
         Kim Seibert, Texas CSR 4589
20       Expiration Date 12-31-2014
         U.S. Legal Support, Inc.
21       701 Brazos, Suite 380
         Austin, Texas  78701
22       Firm Registration 344
         Expiration Date 12-31-2014
23
24
     Job No. 4-AUSTIN-144862 KS
25
```

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
(800) 734-4995

|  A  |  |  |  |  |
| --- | --- | --- | --- | --- |

**A**

aakash 136:6
abhinesh 137:22
ability 61:22
  62:24 74:20
  87:23 103:16
  116:13,19
able 20:16 92:6
  112:25 116:15
  138:14 139:7
  139:10,14
abovestyled
  1:20
absolutely 87:13
access 22:20,22
  33:18 39:14,15
  40:2 61:13,16
  61:18,20,20,23
  62:5,6,15,16
  63:9,11 64:1,4
  64:7,25 65:4
  65:11,15,17,18
  65:19,21,25
  66:2,4,4,6,23
  67:6,15,24
  68:2,6,15,16
  68:18,19,20,21
  69:6,13 70:20
  70:20,21,24
  84:12 95:18
  96:8,25 104:24
  105:11 110:13
  110:14,18
  113:17
accolite 46:21
  46:25,25 47:2
  47:9,10,13,17
  47:21,25 48:8
  48:14,21,25
  49:5,7,9 55:13
  57:2 71:18
accommodation
  48:10
accurate 21:10
  124:1
accurately

44:23
acknowledged
  146:17
acquire 32:15
action 148:13,15
activities 53:3
  54:6
activity 114:3
actual 54:7
add 116:21
adding 109:1
addition 60:17
  76:1 131:3
additional 23:13
  39:1,4,5 72:7
  72:10 82:12
  116:21 119:7
address 7:10
  130:20 133:7
administration
  66:7
administrator
  65:16
adopt 73:20
advisor 140:16
  141:19 142:4
advisors 52:22
affix 146:4
afterthought
  76:6
agency 141:1
agent 22:2 139:7
  139:9,10,13
  140:20 141:1
ago 18:6 79:1
agree 31:9 36:22
  104:4 107:15
  109:14
agreeable
  144:20
agreed 109:6
agreement 5:12
  5:13 15:21
  20:1,2,10,15
  20:20 21:2,6
  21:13 22:2,3
  22:22 24:20,21

31:17 34:7,10
35:22 46:20,25
47:19 49:24
50:6,16,20,21
50:22 63:20
70:17,18 71:2
71:3,6,9
agreements
  23:15,20 42:18
  50:12,13 70:14
  70:25 71:17,20
  71:22 72:1,7
  72:10,12
ahead 24:10
  25:4,13 43:11
  56:23 57:8
  59:12
ahmad 3:9
alavi 3:9
allow 20:4 68:11
  68:12
allows 38:13
aman 10:12
america 70:11
american 1:8
  147:8
ameriprise 1:7,7
  13:5,9,12,16
  15:22 18:10,21
  19:14,22 20:2
  20:5,8,14,17
  20:19 21:5,6
  21:14 37:9,11
  37:19 44:6
  107:18 108:7
  119:23 120:1
  123:5 124:10
  125:9,14 133:9
  137:4,7,23
  138:20 142:6
  147:7,7
ameriprises
  44:9
amfam 132:5
amount 127:2
  133:19 134:10
  135:3 148:1

ampf 133:7
anaipakos 3:9
analysis 52:20
  53:9,17,19,21
  81:14
analyzed 42:10
analyzing 79:15
answer 24:10
  25:4,13 27:3
  43:2 44:1,4,11
  44:18,22,25
  56:23 57:8,16
  59:12 63:6
  64:19 85:20,20
  85:21,22 87:14
  87:22 92:6
  94:3,6 97:7
  102:20,23,25
  103:15 111:23
  112:20 128:20
answered 88:12
  103:11
answering
  114:24
answers 102:24
ant 89:8,9,10
anticipate
  122:14
anybody 40:2
  44:21 52:3
  55:24 57:17
  63:18 67:9
  82:19 95:19
  105:10,15
anymore 19:10
  129:16
anyway 122:22
apache 89:12,13
  90:12
apart 12:3,20
  14:20 32:25
  36:2 55:5
  67:12 136:14
appearances 5:2
appeared
  146:13
appears 50:4

130:9 138:3
application
  61:15 116:25
  122:11 124:2
applies 74:17
apply 123:15
appointment
  131:13
appreciate
  34:21 76:25
  77:2 111:7
approach 60:20
  140:19
appropriately
  75:14 141:2
approved 84:7
approximate
  7:3 49:2
  110:21
approximately
  10:7,9,24
  19:16 22:14,16
  69:5
approximation
  107:2,3,4,12
  107:19 108:5
arab 70:1
architectural
  5:17 53:21
  123:2
architecture
  124:3
archiving 74:10
arent 26:11
argument
  102:24
ascertain 64:25
  65:4
ascertained 65:8
ascertaining
  46:3 47:21
  79:21
asian 70:4
aside 35:17
asked 82:1
  99:21 112:21
  125:15 126:18

asking 12:3
  18:18 19:9
  26:20 35:12
  42:5 52:13
  85:16 97:13,15
  100:13 101:4
  101:11,18,20
  101:20 104:23
  109:12 111:11
  116:4 118:9
  123:21 128:17
  128:18 137:20
asks 44:6
aspect 100:12
aspects 14:22
  112:25 124:9
asrar 10:13
assembled 75:8
  75:9
asserting 40:6
assign 35:14
  57:22
assignable 35:19
assigned 31:18
  32:4,20,25
  33:1
assignment
  30:17
assigns 34:11
associated 17:8
  77:18 143:8
associates 7:19
  7:20,21,22
  12:5,21
assumably
  133:7
assume 23:6
  51:15 70:20
assumes 97:1
assurance 75:18
  75:20 76:5,5
  76:20,23 77:5
  77:10,11,20
  78:17 79:3
  84:23,24
attached 2:1
  150:4

attorney 99:21
  147:24 148:10
  150:7
attorneys 148:9
  148:13
austin 1:24 3:5
  3:20 4:2,3 7:12
  7:23 149:8
  150:21
authority 77:24
automated 75:6
avail 110:10
available 36:22
  37:5 41:17
  81:9 113:16
  116:20 141:14
avenue 1:24 3:4
  3:19
aware 22:10
  23:3,19 24:15
  25:8,23 26:13
  31:22,25 32:14
  33:3,9 35:5,21
  36:4 44:21
  54:20 66:21,25
  80:2 85:8
  89:12,18,23
  90:1,5,10,18
  90:21,24 91:2
  91:5,8 93:7,9
  111:17 123:21
  130:14,16
  133:12,17
  135:10
awc 115:18

        B
b 97:18
babbar 10:12
back 9:17 24:5
  43:19 80:17
  84:2 85:13
  86:23 87:5
  97:22 101:9
  103:21 104:1
  119:2 126:3
  130:4 143:21

144:5
backbone
  124:25 125:21
background
  69:16 82:18
  134:13
ballpark 61:11
banyan 7:19,20
  7:21,22 12:5
  12:21
barton 3:3 94:23
  103:20 127:17
  127:22 143:23
  148:9
based 20:3
  22:21 30:17
  36:25 74:21
  81:8,14 88:12
  100:10
basic 111:11
basis 110:22
bates 115:1
  127:13
bbxml 125:1,1,3
beginning 30:6
  77:1 129:9
behalf 14:14,15
believe 8:24
  10:15 13:24
  15:23 16:3,8
  16:16,23 17:4
  17:8,11,21
  18:5 20:9,21
  21:9 22:3 24:4
  25:8 28:4 41:7
  42:14,16 43:4
  46:8 48:23
  53:4 58:13
  63:12 65:20
  66:14 70:7
  77:21 83:5
  91:10 95:9
  96:8,18 110:18
  124:1
believes 43:7
belongs 28:7
ben 122:15

127:10 148:9
beneficial 102:1
benefit 15:21
  17:22 18:16,21
  19:12,14,15,22
  20:8,13 21:6
  37:24 109:25
benefits 38:17
  41:9
benjamin 3:8
  148:3
best 87:22
  103:15
better 77:15
  97:1 98:10
  142:24
beyond 34:7
  130:10
bid 74:1
big 136:18
bigger 13:20
binds 50:16
bit 30:6 114:9
  115:10
boss 135:12,15
  135:18
bottom 30:1
  92:21 115:18
  138:4
bought 66:14
bound 34:6
  50:14
brazos 4:3 149:8
  150:21
breaching 42:12
  97:10
break 43:14
  80:11 103:19
  103:20 129:21
  129:23
breakdown
  115:21
brent 3:24
briefly 94:8
  116:6
brighton 30:23
  31:4

bring 55:4
bringing 53:1
brings 107:17
broad 19:8
  39:12 85:17
  98:5 141:25
  142:24,24
brought 96:17
  136:12,21
build 53:22 81:7
  111:5
built 41:12
  53:19,23
bunch 69:18
business 13:20
  28:11,19,19
  37:6 48:15
  49:18 53:18
  95:22 96:20
  99:20 116:14
  116:19 117:16
  117:24,25
  141:15
buying 127:23

        C
c 3:1,9
calculated 140:7
calculates 139:3
  141:9
calculating
  141:3
call 23:17 29:11
  58:10 67:11,18
  99:8 128:10
called 14:8 18:3
  66:14 84:24
  85:7 95:20
  128:13 138:22
  140:25 143:1,7
calling 120:23
calls 34:18
cant 19:10 27:15
  34:8 55:23
  58:12 73:22
  104:24 105:1
  113:18 127:18

RANGARAJAN VENKATESAN                                    6/14/2013

Page 153

129:5 130:25
**capabilities** 15:5
  52:25 55:3
  57:19
**capability** 61:24
  61:24 62:14,16
  62:18 63:3
  64:9 66:7,25
  67:18,20,24
  68:17 69:19
**capable** 79:15
  79:20
**capacity** 13:7
  110:18 139:23
**caption** 24:5
**capture** 138:15
**captures** 60:5
  65:24
**car** 132:1 137:15
  138:22
**card** 146:16
**career** 26:10
**carry** 126:3
**case** 8:19,20
  18:12 20:1,6
  20:11 21:14
  23:9 24:24
  25:10 26:12,14
  28:10 82:2,20
  106:9,23
  108:18 109:2
  111:8 133:18
  139:2 141:22
  144:18
**cases** 39:9 60:12
  60:21 71:13
  81:17 134:1
  142:22
**categories**
  142:24
**category** 117:13
  141:25
**cause** 1:20
**causes** 25:8
**cddl** 91:2
**centre** 4:2
**certain** 49:10

57:23 60:12,21
61:22,23 68:16
71:13 75:5
76:19,23 77:12
77:13 81:8,17
81:25 133:8,19
141:16 142:22
142:23
**certificate** 5:7
  150:12
**certification**
  147:11 148:16
  150:1
**certified** 147:15
  148:17 149:1
  150:15
**certify** 147:16
  148:11
**chain** 134:12
**change** 145:3
**changed** 67:19
  132:5
**changes** 145:1
  150:4,5
**channel** 13:18
**characterize**
  28:5 65:23
  76:15 96:4,5
  120:12
**charge** 38:10
**charges** 150:9
**chart** 118:16
  120:14
**check** 20:3
  142:2
**checked** 142:1
**checkin** 63:24
**china** 69:24
  83:16
**choose** 64:21
  68:8
**chooses** 124:9
  140:24
**chose** 112:15
  113:2
**chow** 79:1
**chris** 78:5,24

92:22,22,25
93:4
**christoper** 3:18
**christopher**
  148:10
**circumstances**
  42:6
**civil** 1:25
**claim** 27:18,22
  95:1
**claiming** 83:7
**clarification**
  13:6 18:15
  104:13
**clarified** 28:22
**clarify** 19:2,11
  36:18,20 45:7
  67:4 74:9 81:6
  82:9 83:6
  119:1 128:16
**class** 16:21,21
  17:1,2 83:2
  95:16,16 121:2
  121:3,7,7,9
  128:11,12
**classes** 121:18
  122:9 130:13
**clause** 71:15
**clauses** 71:9
**clear** 84:13
**clearly** 100:3
  136:19
**clerk** 150:14
**client** 11:16
  30:10 31:15
  134:16,20
  136:7,21 140:9
**clients** 140:21
**close** 15:22 16:2
  16:7,14,22
  17:3 31:15
  93:3 143:20
**cloud** 66:10
**cloudforge**
  66:10,12,14
**code** 5:19 15:20
  16:2,6,14,22

16:22 17:22
18:14,16 19:5
19:12,15 20:5
20:7,12,13,16
20:19 21:2,5
21:17,21 22:11
22:13 23:6,7
36:24 39:6,7,8
39:19 40:3,5,8
40:8,12,15,17
40:18,19,25
41:4,14,23
42:2,2,3,4,7,9
42:9,21,22
43:3,5,8,12
48:5,9 54:7,17
54:22 55:12
59:17 60:6
61:4,14,17
62:6,15,19,25
63:2,9,19,24
64:2 65:1,5,11
65:13,17,22,24
65:25 66:3,9
66:13,15,16,23
68:3,5,6,13,25
69:6,13 72:15
75:20 77:2,3,6
77:7 79:8,15
79:16,21,22,25
80:3,4,4,20,24
81:3,17 82:16
82:21 83:1,6,8
83:11,12,13,25
84:11,15,17,20
84:24,25,25
85:2,4,4,5,7,8
85:9 86:2,3,8,9
86:10,11,15,18
86:18,23 87:8
87:8,18 88:1,2
88:7,8,11,14
88:17 89:12,23
90:1,5 93:8,12
93:13,21 94:11
94:13 95:2,3,7
95:8,11,11,12

95:16,16,16,19
95:21,21,24
96:9,9,10,10
96:25,25 97:10
98:9,9,20,20
99:7,15,16,18
99:24 100:15
100:20 101:1
101:13 102:7
102:14 103:3,9
104:6,6,10,14
104:14,24
105:11,11,17
105:20,25
106:11,11,17
106:18,20,20
107:3,4,5,9,11
107:12,19
108:5,6 110:1
110:13,19
112:14,24
113:1,7,12,14
113:16,23,23
114:2,5 116:3
126:10,12,13
126:16 128:13
128:14 130:10
132:6,9,11
133:24 135:5
137:7 143:8,8
**codes** 138:7
**codetion** 130:20
**coding** 30:8
  129:7
**colleague**
  143:21
**com** 3:6,16,21
  115:18 117:20
  130:20
**combination** 8:9
  52:17,17 53:2
  56:10 60:9,19
  60:22 112:7
  119:12
**combining**
  76:11
**come** 119:16

137:4,19 143:1
143:21
comes 32:12
39:22 106:4
113:11,11
comfortable
29:10 52:11
coming 55:17
86:23 125:21
comments 88:7
commission
146:25
common 65:16
120:4,6
communicate
76:13 120:8
communicates
121:7
communication
120:10 121:10
121:12,16
131:1 132:17
133:8,11
communicatio...
21:12 120:18
132:20
community
36:21
companies 9:11
12:22 24:6
30:18 35:1
40:6 51:25
72:2
company 7:17
8:13 11:7,25
12:17,19,24
13:2,4 14:8,11
14:12 15:17,24
16:4,9,17,24
17:5 18:3
19:25 24:2,3,3
24:7 28:11
33:18 44:4
51:1,20 53:12
55:9 59:16,25
61:18 63:16
64:24 65:3,10

65:20 66:4,14
71:4 78:8,13
89:13 110:16
139:6
comparable
123:21
compensate
139:13
compensated
73:15 140:17
compensation
49:13 124:11
124:17,23
125:16,17,22
125:23,24,25
126:1 139:3
140:7,12 141:4
141:8,9
compensations
139:14
competition
52:24 140:23
competitive
111:2
competitors
52:25
complained
108:3
complete 75:7
75:10
completed 79:7
completely
44:22 100:18
101:6 106:6
completing 73:3
complex 113:19
113:21
compliance
42:18
complicated
113:22
complied 100:9
component 45:4
45:5,10 46:12
49:11,15 73:2
73:3 83:19
components

16:2 44:11
45:11 62:17
76:12 77:8
93:1 104:25
105:6 112:9,13
112:23 113:6,8
118:17 124:6,7
124:22 125:6
139:20
computer 68:8
concept 116:17
118:10,14
131:12 132:1
143:6
concepts 130:14
130:15,16
131:4
conceptual
140:14
conceptually
26:7
concluded
144:24
conclusion 31:6
concur 132:23
confer 38:20
confidence 45:3
51:10 56:1
78:16
confidential
34:19 98:21,23
99:17 103:9
104:8,20 105:8
confidentiality
16:14 58:1
70:14,16,25
71:8,15 102:11
102:13
configured
142:13
confirm 26:21
101:21
confirming
141:6
congress 1:24
3:4,19
connection 8:2

139:22
connections
113:23 120:14
conscious
120:24
consider 124:8
consideration
146:19
considered
96:16 104:8
121:3
consist 48:21
consistent 19:4
19:7
consists 39:24
45:10,12
constantly 97:11
constitutes
86:15
consult 143:21
consultant 7:15
7:24 8:23 9:18
11:1,24 12:6,8
130:24 137:22
137:22
consultants
55:17 110:22
110:23 111:17
111:18 112:5
134:15
consulting 14:7
110:3,4,9
112:5
contact 100:12
contains 150:5
content 143:18
contents 118:13
context 41:7
81:7 85:17
98:6,25 99:2,5
99:17 138:20
contract 27:4,6
27:10,11,15
35:6 73:25
74:1
contractor
108:4

contractors 70:7
71:7
contracts 46:14
48:11 56:19
57:2,5,10,11
73:5 81:21
contractual
63:20 67:13
contradicts
109:2
contrary 100:24
contribute
29:19
contributed
51:11 55:19
59:17 64:6
contribution
47:8,8
control 74:16,19
74:20,23,24,24
80:19
converted 82:23
copies 144:14
150:10
copus 92:17
copy 71:2
150:12
copyright 38:11
90:15 91:14
cordial 136:17
core 37:4 49:10
49:19 53:16
76:17,18,22
105:6 116:20
119:8 139:16
139:22 140:5
corporate 1:13
1:16 26:10
147:12
correct 18:8
21:23 25:19
26:2 27:11
29:8 34:2,23
35:2 36:1 43:8
47:4 48:6,7
54:11,23 62:17

66:20 69:8
88:3 89:16
91:24 92:24
93:14,22 95:25
100:16 101:14
102:15 105:21
107:5 146:5
**correctly** 139:11
141:7
**correspond**
115:1
**cost** 110:21
111:17,18
**couldnt** 79:19
122:21
**counsel** 14:20
28:21 100:7
148:7,11
**countries** 69:12
69:15,21,22,24
70:4,6
**country** 69:17
**county** 1:6
146:10 147:6
**couple** 71:20
126:20
**course** 20:22
42:14
**court** 1:2 37:25
144:13 147:2
**cover** 123:11
**covering** 16:1
97:16
**cpl** 90:18
**credential**
139:12 141:21
141:21
**credentialed**
139:11 141:2,7
**credentials** 68:7
68:11,12,14
140:7,20,25
**csileo** 3:21
**csr** 1:21 4:1
130:12 131:4
132:1 149:6
150:19

**curious** 126:25
**current** 9:20
78:7,9
**currently** 37:6
66:9
**custodial** 150:7
**custodian**
144:17
**custom** 16:22
106:11
**customer** 13:17
19:24,24 21:19
21:21,24,25
22:1,7,10,20
37:3 40:2,18
40:20 42:7
52:18 53:2
71:11 75:17
95:18 96:8,13
96:22,24 97:1
97:2,25 98:5,7
98:8,11,25
99:3 102:2
104:24 105:20
106:1,18
108:16,17
109:1,13 110:1
110:2,10,22
118:25 119:4
119:16,19
124:9,21
133:20 134:10
135:1,2,4,14
136:13 140:24
**customers** 15:5
17:23 18:17
19:13,15 21:18
22:15,18 23:16
23:18,19 24:1
36:6,14,15
37:5 38:15,17
39:2,18 40:24
41:4,10,11,24
42:21 43:4
52:18 53:2
95:17,23 96:7
96:19 99:24

100:15 101:13
102:6 103:3,7
110:10,14,15
112:14,17,23
113:6 116:20
141:16,17
**customized**
106:11
**cvsdude** 66:15
66:16,18,19

      **D**

**d** 3:18
**d1gn12003588**
1:1 147:1
**data** 30:9 117:3
117:7,11,16
125:3,4
**database** 118:12
**date** 7:3 13:24
17:21 18:4,9
18:17,19 20:21
22:25 29:20
135:22 136:24
145:2 149:7,9
150:20,22
**dated** 6:6 47:19
**dates** 14:6
**dave** 10:13
**david** 79:1
**day** 137:2
146:12,21
150:15
**dcm** 5:16,18
13:22 15:2,3,5
16:2,2,7,11,14
16:20,22 17:2
17:19,21 18:10
20:13 22:15,20
22:21 23:4,8
23:10,12,16,19
23:25 25:10,16
25:23 26:2,14
26:24 27:5,7
27:19 28:2,4,8
28:24 29:14,15
29:17,19 30:19

30:25 31:6,8
31:24 32:2
33:5,11 36:5,8
36:9,13,19,25
37:2,3,4,5,8,21
37:22 39:19
40:11,20 41:1
41:6,7,10,19
41:20,24,24
42:4,7,25 43:1
44:11 45:4,10
45:12,17,19,19
46:3,12 47:9
47:12,14,22
48:6,9,13 49:6
49:10,13,15,19
50:25 51:6,9
51:12,13,16
52:7,14,15,15
52:16 53:4,8
53:10 54:4,7
54:18 55:12
57:4,16,20,21
57:24,25 58:19
58:20,25 59:2
59:5,8,18,25
60:6 61:14,15
62:5,5,15 63:1
63:9,24 64:25
65:4,22 66:12
66:15 69:13
70:8 74:5,8,17
74:24 76:14,17
76:22 77:8,20
77:24 78:4,13
78:18,20 80:21
81:8,13 82:11
85:6,6 88:20
88:21,23 89:24
90:2,6 92:23
93:1,8 94:5
96:10,11 97:10
97:16 98:17,20
98:24 99:5,7
99:13,16 101:1
102:7 104:8,11
104:15 105:2,6

105:6,9,16,19
105:24 106:7
106:11,20
109:22 110:17
112:10,23,25
113:9,18,24
114:13,21
116:12,13,15
116:18,24,25
117:3,5,9,14
117:17 118:3
118:17,24
119:6,6,9,10
119:11 120:24
121:2,22,23
122:1,4,6,7,10
123:3 124:2,6
124:8,22,24
125:5,5,6,13
126:13,17
131:4 132:2
133:14,20
139:2,5,14,15
140:6,15,24
141:12 142:6
142:10
**deal** 14:13
132:22 136:18
137:25
**deals** 51:20
**dealt** 14:15 52:3
**debugging**
49:10 133:10
133:13
**decade** 78:23
**decide** 44:18
53:7 81:7
96:13 97:25
**deciding** 54:25
**decompilation**
107:8,11 134:1
134:17
**decompile** 107:4
**decompiled**
96:25 98:9
108:6 133:14
**decompiler**

| | | | | |
|---|---|---|---|---|
| 136:9 | 121:16 | detail 77:10 | developing | 122:19,19,20 |
| decompiling | depiction 124:2 | detailed 53:19 | 40:16 47:12 | difference 34:21 |
| 107:22 133:19 | 126:12 | details 72:23 | 49:17 52:7,14 | 45:24 68:10 |
| 133:24 135:6 | deploy 40:5 | 89:20 100:11 | 55:3 63:18 | 110:21 111:2 |
| 136:2 137:4,6 | 96:23 124:9 | 143:19 | development | 125:18 139:24 |
| deemed 86:8 | 140:9 | determine 99:4 | 1:3,4 9:9,9,16 | differences 9:11 |
| deems 103:8 | deployed 23:12 | determined | 15:3 16:11 | different 9:3,4,7 |
| deer 7:11,11 | 82:24 109:22 | 79:12,13 | 25:1 26:23 | 45:11,13 66:22 |
| defendants 1:10 | 119:12 124:11 | determining | 27:18 28:13 | 68:15 73:19,20 |
| 1:19 3:13 | 125:14 140:11 | 84:3 | 29:7,13,15 | 76:12 101:6 |
| 147:10 148:10 | deployment | develop 36:11 | 32:1 33:7,17 | 122:9 128:21 |
| 150:9 | 131:15 134:10 | 36:23 40:7 | 34:5 36:9,13 | 139:3 142:21 |
| define 74:19 | 135:2 | 48:16 54:15 | 37:21 40:9,11 | differently |
| defined 91:11 | deposit 19:18 | 55:12 57:24 | 42:15,15 45:23 | 142:21 |
| definitely 27:7 | 23:11 | 62:25 69:20 | 47:1,8,9,10,14 | difficult 106:10 |
| 49:3 69:25 | deposited 23:4,5 | 76:17 77:15 | 47:17,18,22,25 | 106:19 |
| definition 39:13 | 23:10 | 110:11 | 48:1,6,9,13 | difficulties |
| 40:21 74:20,23 | deposition 1:12 | developed 13:21 | 49:7,15 51:2,3 | 138:23 |
| 95:21 | 1:16 5:11 7:2 | 30:9 31:14,17 | 51:5,11,13,16 | direct 7:17 |
| delineation | 8:19 14:18 | 36:21 37:1 | 53:17,24 54:23 | 11:18 54:10,12 |
| 48:19 | 15:8 37:14 | 48:18 52:15,16 | 54:24 55:1,8 | 54:16 |
| deliver 99:15,17 | 50:3 144:17 | 53:10 74:22 | 55:11,22 56:6 | direction 11:19 |
| 111:4 | 145:2 146:4 | 82:19 100:4 | 56:18 57:13,18 | 53:14 |
| deliverables | 147:12,20,22 | 110:12,15 | 58:6 59:9 | directly 10:22 |
| 35:5 | 148:2,6 150:2 | developer 9:17 | 60:14,16,17,18 | 13:14 |
| delivered 37:2 | 150:3,6,8,10 | 39:14 61:13 | 60:25 68:8 | director 9:19 |
| 39:25 150:6,11 | 150:11 | 66:22 67:1 | 69:16 71:5,23 | 11:9 |
| delivering 39:21 | deprive 95:10 | 68:2,3 75:5 | 71:25 72:3,16 | directors 11:13 |
| delivery 55:5 | 95:23 100:15 | 80:20 83:13,16 | 72:25 73:8 | disagree 30:25 |
| demonstrate | 100:20 101:13 | 83:24 84:19 | 74:24 75:4,7 | 31:5 97:19,20 |
| 15:4 | 102:6 103:2 | 85:3,3 86:3 | 76:7,10,16,19 | 106:24 109:15 |
| deny 39:18 | describe 52:6,13 | 88:14,15,16 | 76:21,24 77:16 | 111:9 |
| 40:24 41:3 | 74:16 116:6 | 130:23 134:20 | 77:21,23 78:6 | disagreement |
| department | 120:10 | 135:4 136:6,7 | 78:20,25 79:1 | 108:18,24 |
| 72:22 | describing 58:8 | 136:10 | 81:11,13,22 | disagrees |
| dependencies | 60:8 75:21 | developers | 83:8 84:4 | 108:17 |
| 115:14,22 | description 5:10 | 58:18,24 61:19 | 99:13 134:18 | discouraged |
| 124:24 | 15:19 59:1 | 62:4 63:18 | 136:16 147:3,4 | 67:9 |
| dependency | 128:5 129:1 | 64:16,21 66:22 | developmental | discussed 29:6 |
| 115:16,23,25 | 146:15 | 70:3,15 72:15 | 58:14 | 73:9 76:1 |
| 118:16 | design 30:8 75:4 | 73:14 74:18 | develops 96:5 | 144:11 |
| depending | designated | 76:22 77:12 | 103:9 | discusses 30:3 |
| 61:15 68:21 | 15:16 | 79:13 82:8 | didnt 19:13 20:4 | 35:4 |
| 69:9,19 73:6 | designed 75:2 | 83:7,10,11 | 20:4 44:15,15 | discussion 27:23 |
| 119:19 121:25 | desktop 68:4 | 84:5 94:19 | 44:20 50:5 | 27:24 46:18 |
| 122:3 141:15 | destination | 107:17 134:15 | 71:20 82:3 | 58:1 |
| depicted 121:4 | 117:19 | 134:17 | 86:11,11 87:2 | discussions |

disk 119:20
disks 119:16
display 90:15
distinctions
    26:11 28:12
distinguish
    45:22 48:12
distribute 95:7
    100:4
distributed
    82:24,25
distributes 95:2
    95:7
distribution
    13:18 83:1
    94:24
district 1:2,10
    147:2,10
divide 61:18
division 30:18
dms 115:18
document 5:14
    5:20,21,23,24
    15:14 32:24
    33:2 34:15
    44:5 46:22
    50:4 58:25
    60:5 92:14,15
    93:6 114:16
    115:2 122:17
    123:1,6,13,15
    123:22,25
    126:7 127:8
    128:19 129:13
    130:7,9 131:11
    131:24,25
    132:3,16
    135:25 146:16
documentation
    15:20 23:7
    36:16 41:8
    57:22 58:13
    110:9 122:18
documentations
    119:7
documented
    75:2

documents 5:17
    28:9 58:7,9,10
    97:15 116:1
    123:3 126:8,11
    127:1,12 144:9
doesnt 43:9,12
    66:5 79:8
    84:20 85:5
    96:8 98:25
    108:16 109:1
    109:13 110:1
    121:24 130:22
    138:25
doing 67:14
    72:15 105:15
    120:17 129:3
don 136:7
dont 9:6 10:3
    13:24 17:21
    18:9,17 19:20
    19:20 20:21
    21:1,19 22:8,8
    22:12,19,25
    23:2,17 25:5
    25:18 26:1,5
    27:10 29:16,20
    31:3,16 32:8,9
    32:23,23 33:23
    33:25 35:11,15
    36:3,24 37:13
    38:7,11 39:3
    40:15,18 43:4
    43:5 44:2,24
    45:21 47:16,23
    49:1 51:7,10
    51:13,15 54:12
    54:19 55:21
    56:3,15 58:12
    58:12 59:13
    60:4 61:8,25
    61:25 64:8,17
    64:19 65:7
    69:2,21 70:2,5
    70:8,12,21
    71:15 72:11,20
    73:12 74:6,12
    74:15 77:14

78:9,9,14
    79:17,24 80:11
    81:2,5 83:12
    86:14 87:18
    88:6,6,21
    89:20 90:20,23
    91:1,4,7,11,18
    91:20 92:8,10
    94:13 99:17
    102:23 104:13
    105:4,14 106:3
    110:18 111:1
    112:17,18
    114:13 115:3
    118:6,6 120:2
    120:25 122:22
    123:18,24
    124:15,20
    125:13 126:3
    126:15,16,24
    127:20 128:2
    128:23,24
    129:8,17
    130:18 131:5
    131:15,20
    132:12,18,19
    136:7,8,24
    137:5 138:19
    143:17,19
dorsey 3:14,16
dotted 11:22,23
doubt 115:7
douglass 3:19
download 68:3,7
    68:11,19,20,25
    119:20
downloadable
    119:17
downloading
    67:25
dozen 128:4,8
duly 1:19 7:6
    147:18
duration 8:10
——————————
         E
——————————
e 3:1,1 5:20,22

5:23 92:14
    126:7 127:9,11
    127:13 129:14
    130:8 135:24
    137:16
earlier 24:11
    50:23 91:11
    102:18 131:25
    136:6
easier 83:9,17
    114:5 115:10
easily 41:21
    116:16
east 83:16
easy 13:8 80:1
    105:4 113:21
    116:16
eclipse 90:1,3
effect 121:21,23
efficiently 111:5
effort 64:24 65:3
efforts 16:13
    77:1 79:3
eight 10:9,11
    116:22
either 11:19
    25:9,15 26:14
    26:22 27:19
    33:11 143:20
elements 30:9
    30:11,12
email 6:3,4,5,6,8
    92:21 132:19
    133:7 134:6,7
    134:9 135:23
    135:25 137:15
    137:17 138:13
    138:19,20
emails 6:7
    137:13 139:1
embedded
    105:19
emirates 70:1
employ 124:22
employed 11:25
    12:6 120:24
    141:22,23

148:12
employee 7:18
    8:4,6,8 54:16
employees 54:11
    54:12 56:9,15
    71:6
employer 7:13
    84:1
employment
    14:7
employs 58:12
enable 20:4
enables 38:9
    117:16 121:8
    141:1
encapsulates
    116:18
encountered
    143:6
encourages
    64:12
enforce 71:10,12
    116:14,19
enforced 140:22
enforces 142:1
engage 54:23
    55:1
engaged 88:16
engages 54:24
    110:11
engine 49:13
    125:17 140:25
    141:22
ensure 76:13
    79:8 80:3,19
    83:24 86:19
    87:9 139:10
ensuring 46:12
    142:4
enter 19:25
entered 20:2
enterprise 1:8
    117:1 147:8
entire 18:13
    69:21 106:23
    109:2 135:13
entities 9:2,3,5,7

RANGARAJAN VENKATESAN

25:9,18 51:3
56:6,13 57:3
entitled 91:23
93:21 99:6
135:23
entity 8:3,24
12:6,7,8,10
24:25 25:6,23
26:6 27:19
28:4,24 29:8
31:7,19 32:20
32:21,25 34:2
34:4 35:24
39:15 45:5
46:4 54:17
75:19 91:23
enumerations
130:13
environment
136:9
environments
142:21
equally 122:9
error 67:11 85:2
137:19,20
138:8 142:15
escalated 134:24
134:24 135:12
135:12,13
136:20,22
escrow 17:18
18:16 19:18,23
19:24 20:5,16
20:19 21:2,5
22:2 23:14,20
escrowed 15:20
17:20,22 18:3
18:6,14,20
19:6,7,12,13
19:15,21 20:7
20:13 21:22
22:7,9,11,13
23:13
escrowing 21:17
especially 37:25
essential 17:2
establish 58:7

established
18:19
estimate 15:7
63:7 68:23
europe 70:9
83:16
european 70:6
events 134:12
everybody
37:25 71:3
105:13 115:11
evidence 25:7
26:13,21
exact 100:22
exactly 21:13
22:14 23:5
42:5 57:12
63:25 65:4
132:10
examination 5:5
7:7 147:24
examined
137:25
examining
79:21
example 37:22
39:5 51:7
55:13 117:8
140:6,8 141:19
examples 88:25
89:3 121:14
exception 128:5
129:1 138:8
exchange
138:14
exclusively
97:14
executable
118:25
executed 70:25
119:9 146:18
execution 75:7
exercised 62:25
63:4,5
exhibit 5:11,12
5:13,14,15,16
5:18,19,21,22

5:24 6:1,2,3,4
6:5,6,7 8:16,17
8:18 15:12,14
24:18,19 29:6
29:22 33:1
43:21 46:16,17
46:19 49:20,21
49:22,23,25
50:1 92:11,12
92:13 112:9
114:8,10,11
115:1 120:8
121:4,15
122:12,13
126:4,5,6
127:5,8,8
129:11,13
130:5,7,7
131:8,9,21,22
132:13,14,25
133:1 134:4,5
134:6 135:20
135:21,22
137:1,8,11,12
138:10,11
exhibits 5:9
150:10
exist 138:25
existed 59:4
exists 27:11
58:20 62:18
67:20 83:12
111:8 116:18
exiter 126:1
expert 13:18,22
experts 14:21,24
17:10 52:22
96:16,17
expiration 67:18
149:7,9 150:20
150:22
expires 146:25
explain 41:9
67:3 82:17
85:17 86:22
94:1 119:5
explained 77:9

100:4 102:17
explaining
57:13
explanation
85:18 114:9
exported 125:5
exporter 125:1,3
exporters
139:20
expressed
134:19,20
146:19
extend 119:10
extended 75:3,3
extension 87:20
119:11
extent 30:7
external 36:10
96:10 117:3,17
extractable
131:15
extractor
117:13,14,15
117:19 131:13
extractors
139:20
extremely 19:8
extricate 104:12

——————— F ———————
f 1:2,4 147:2,4
facility 13:5,9
facing 138:22
fact 77:10 84:10
111:12
factor 124:8
factors 52:17
failed 137:15,18
fair 45:11
104:12 118:18
129:19
fairly 74:2
familiar 93:6,7
93:10 131:13
far 19:5,8 29:3
38:11
faster 111:5

fat 126:2
feature 53:12,18
53:19
features 16:19
52:16 53:3,8
53:10,15 57:14
81:8
federal 139:12
fee 33:19 73:2
feedback 53:2
felt 108:4
field 17:10
figure 65:10
69:3
file 106:5 118:12
118:25 119:6,6
120:22,25
121:7,7 124:17
128:24 130:18
131:6 137:20
143:1
filed 150:13
files 16:21,21
17:1,2 39:24
74:8,9,10 83:2
83:5 93:5
106:5 121:2,3
121:9 126:20
128:9,10,11,12
131:16 133:14
137:24 138:2,3
138:5,23
finally 17:1
finance 72:22
81:18
financial 1:7,8
6:2 9:21,25
11:2 55:6
81:18 118:1
132:4 139:3,6
140:16 147:7,8
financially
148:14
find 59:24 118:8
122:19,20
137:17
finished 127:8

firm 149:9
150:22
first 7:6 8:20
10:6 17:18,19
17:24 18:2,7
18:14 19:6,21
20:18 21:4
22:23 30:13
39:20 43:24
44:3 52:6
74:19 90:8
105:3 115:20
122:24 126:7
139:6
firsthand
123:12
fit 93:13 102:23
fits 58:25
five 56:11,14
63:8 65:1,5
143:23,25
fixed 74:1
flavors 74:2,5
flexibility 96:6
flexible 116:17
floating 50:12
focus 76:18,23
focused 28:18
77:3 128:22
follow 38:17
58:15 64:12,13
74:3 85:21
86:11,11
followed 53:5
133:25
following
147:17 148:7
follows 7:6
148:2
followup 85:25
force 50:6,8
forced 110:2
foregoing 146:4
146:17
forge 66:10
form 19:1 21:8
26:17 27:2

31:2,20 32:7
34:24 35:9
38:6 39:10
42:23 43:10
45:6 48:2 50:7
50:12,18 56:21
57:6 62:8 65:6
71:6,20 72:4
79:10 80:6,23
81:4 82:21,23
83:20 86:6,21
88:4,24 91:16
91:25 93:15,23
94:20 95:4,13
96:1,14 97:3
98:12 99:9
100:1,17
101:16,22
102:8,16 103:4
105:20 106:2
106:12 108:22
109:3,8,18,19
110:5,24 115:8
117:11 118:14
119:14 120:10
120:22,23
121:15 123:7
123:17 124:18
126:14 135:9
format 105:25
112:14,24
113:7 117:7,8
125:4 127:14
127:15
formerly 8:22
forth 54:3 74:1
foster 3:8 19:1
21:8 24:8 25:2
25:11,20 26:3
26:15,25 27:12
27:20 28:15,25
31:2,20 32:7
34:24 35:9
38:6 39:10
42:23 43:10
45:6 48:2 50:7
50:18 56:21

57:6 59:10,19
60:2 61:6 62:8
65:6 72:4,17
73:10,16 79:10
80:6,23 81:4
83:20 85:11,19
86:6,21 87:2
88:4,24 91:16
91:25 92:3
93:15,23 94:20
94:22 95:4,13
96:1,14 97:3
97:13 98:3,12
99:9 100:1,17
100:23 101:3,6
101:16,22
102:8,16,22
103:4 106:2,12
107:6,13,21,24
108:8,11,19,22
109:3,8,18
110:5,24
111:14,19,25
114:19,23
115:5 119:24
122:23 123:7
123:17 124:13
124:18 125:10
126:14 127:6
127:12,18
128:16 133:15
133:21 135:9
143:10 144:10
144:19 148:3,9
found 77:15
framework
121:11
frank 92:17,17
frankly 109:11
free 38:10
frequently
32:12
fs 115:18
fully 45:19
function 99:12
99:14 122:1
139:7,10 142:8

functionality
65:15 75:12
functioning
122:6,10
functions 16:20
74:21 81:25
103:8 113:25
116:15 139:5
139:15,17,22
140:5
fund 141:12
further 75:3
115:21,21
144:7,21
148:11,14,16
150:1
fzllc 29:7

_____ G _____

g 78:25
gather 13:19
80:2 118:15,21
120:7 121:19
124:5 130:25
140:5
gathered 74:25
gdev 14:8,10
24:21 25:1
29:7,11,13,18
30:4,11,20,25
31:6,9,18 32:3
32:19,24 33:3
33:8,10,22
34:12,17,18
35:6,13,25
45:3,5,15 48:1
48:5,13 49:15
49:17 55:15
57:2 71:18
gdevs 35:5
gender 108:13
117:8
general 21:15
25:14 26:8
27:23,25 32:21
36:19 42:17
51:8 57:9,10

73:4 91:10,17
93:20 100:10
118:5,14 129:4
140:19 142:3
generalize 73:22
generally 31:23
33:14 41:17
52:6,13,15
56:16 71:25
72:6 74:16
76:3 77:5 79:5
81:23 89:21
90:11,13,14,17
90:18,21,24
91:2 111:16
112:2 116:11
116:24 117:5
117:14 118:9
120:3 121:17
123:2 124:1,4
125:12 133:12
139:2 140:1,12
generate 54:22
114:16
generated
114:12
genesis 16:6
gentleman
137:19
getting 50:14
63:21 110:12
120:6
gibberish
138:15
give 13:25 38:8
67:5 85:19
98:17 125:22
131:17 134:12
138:17 140:19
given 65:21
67:16 82:5
146:20 147:20
148:5
gives 118:19
giving 67:23
glad 45:10
128:21

gnu 143:14,15
go 13:15,17
　24:10 25:4,13
　43:11 46:14
　52:16 53:4,15
　53:23,25 54:4
　54:25 55:6
　56:23 57:8,13
　57:13,18,20,21
　58:22 59:12
　60:11,11 71:3
　71:19 73:25
　75:10 115:20
　135:5 136:3
goes 23:7 29:3
　53:17 81:16
　95:18 114:18
　133:19
going 24:5,8,18
　25:2,11,20
　26:3,15,17,25
　27:12,20 28:15
　28:25 30:5
　55:1 56:22
　57:6 59:10
　60:2 61:6 84:2
　85:13 114:24
　115:12 118:10
　118:11,12
　127:1 129:10
　131:18 137:14
　138:13 140:1
good 55:8 71:12
　107:11 127:20
　127:23 144:1
govern 72:1,7
governed 56:19
　57:4
gpl 38:5,8 91:5,8
　91:14 143:15
graphical 124:2
great 82:17 83:6
　127:4
ground 86:3
group 1:3,4 9:9
　9:9,16,21,25
　26:23 27:18

28:13 46:5
　53:17 121:3
　134:16 147:3,4
guess 79:19
　94:23 118:8,9
　122:24 123:20
　129:9 132:7
guidance 96:22

_____ H _____

half 128:3,8
hand 45:16,16
　146:20
handful 54:13
handing 129:12
happen 67:11
　119:22 121:15
　127:10 135:11
　140:15 142:10
　144:12
happened 86:13
　107:23 132:18
　134:1,2,13
　135:6
happening
　131:1
happens 43:24
　75:8 76:7,9
　77:11 134:10
　135:3 141:9,18
havent 71:19
　82:5 132:19
head 46:8,10
　55:23 89:11
headed 15:13
　137:15
heading 132:3
headquartered
　7:22
hear 102:24
　128:21
heard 14:12
　19:18 27:17,25
　28:3 30:23
　112:19 118:7
　123:4,4 143:12
　143:14,16

hearing 144:9
help 21:17 47:11
　47:20 54:15
　136:13 137:14
helped 49:10
helping 15:4
　43:25 44:4,18
helps 15:3 82:18
　117:23
heres 108:17
　127:24
hereto 2:2
hermant 11:11
　11:14
hes 11:9 83:19
　92:22,25 93:4
　128:19 137:21
hi 137:15
highest 134:25
highlevel 53:14
highlight 57:25
　77:10
highly 118:20
hikezee 12:13,15
　12:21
himan 137:19
history 86:2
　88:1
holding 128:19
host 66:8
hosted 66:9,12
　66:16
hour 112:5
hourly 110:22
　111:17
hours 15:7,9,10
houston 3:10
hrs 148:3
human 67:10,10
　82:21 85:2
hussain 10:13

_____ I _____

idea 17:24 18:2
　24:6 25:18
　48:24 59:3
　91:11 106:24

identified 60:15
　69:10
identifies 85:5
identify 10:10
　18:13 23:4
　37:10,18 44:10
　45:3,15 49:6
　49:14 51:19
　53:10,22 55:7
　56:1 61:22
　69:12,16,20
　76:10 77:4,18
　77:25 78:3,22
　81:11,15 84:4
　86:17 87:7
　97:5 114:4
　122:5 140:19
identity 146:15
ignore 28:12,17
ill 59:19 129:19
　132:23 134:12
　140:18
illegal 99:22
　100:14 101:12
　101:15,19,19
illustrates
　118:16
im 7:15 9:14
　12:3,8,18
　18:18,23 19:9
　23:5 24:8,15
　24:18 25:2,11
　25:20,23 26:3
　26:15,16,20,25
　27:12,20 28:15
　28:25 30:4,5
　30:16 31:12,25
　32:14 35:11,17
　36:19 38:22
　40:14,14,14,14
　42:5 43:11,23
　44:2 45:10,24
　50:14 52:13
　54:20 56:21
　57:6 59:10
　60:2 61:6
　62:22 65:9,9

72:11 77:2
　79:5,6,19,23
　80:7,8 83:10
　83:11 84:15,15
　84:16 85:18
　90:10 93:9
　94:3,3,10,11
　94:15,15
　100:13 101:11
　101:18,19,20
　102:19,24
　106:21 109:12
　109:23,23,23
　110:14 111:11
　113:7 114:24
　114:25 115:7
　115:11 118:6,7
　118:7,9 121:6
　123:11,20
　126:25 127:1
　127:23 129:9
　129:12 130:14
　130:15,16
　133:17 135:8
　135:10,10
　137:13 138:2
　143:20
imagine 79:20
　132:7
implement
　61:17 116:16
implementation
　54:15 71:11
　75:22,25 76:3
　110:12
important 36:17
　94:5 122:5,10
　124:6,7,24
　125:6 142:5,8
imported 125:5
importer 125:2
　125:3
importers
　139:20
imposes 71:4
impossible
　106:10,16,19

113:8
impressive
    127:17
improvement
    54:2
    72:12,15 73:14
inappropriate
    86:8
incidentally
    49:25
include 23:18
    83:4,4 88:9
    104:14,14
included 16:7
    36:12 37:13,15
    39:19 42:1
    80:4 81:19
    88:20,23 89:1
    89:3,12 123:13
includes 69:17
    104:19 134:7
    148:7
including 15:6
    16:13,20 17:2
    30:8 47:11
    70:17 81:17
    88:2
inclusion 85:9
incorporate
    79:8 83:25
incorporated
    33:5,11 41:1
    41:24 143:7
incorporates
    30:7 41:5
    101:1
incorporating
    83:18
independent
    52:19
independently
    30:10 31:14
    140:11
index 5:1
india 69:22,24
    83:16
indicate 26:22
indicated 8:23

indirectly 10:22
    83:19
individual 35:18
    60:17 64:10
    68:22 70:13,24
    72:12,15 73:14
    77:4,18 78:17
    78:19 83:24
    84:19 141:6
individually
    7:19 47:6
    48:22 75:5
individuals 59:8
    59:17,24 60:11
    60:24 61:4
    63:8 68:24
    70:17
industry 38:16
    52:22,22,23
    64:14 81:14
    96:17 118:1
industrywide
    74:2
information
    28:22 58:1
    60:23 90:15
    94:7 98:19
    115:7 123:12
    123:13 127:3
    129:16 131:3
    131:18 139:8,9
    148:5
infosys 108:4
    110:3,23
    133:14
infringe 85:10
infringed 80:22
    86:4
injunction 144:8
inperson 60:13
input 137:20
    140:2
inside 97:6
install 119:9
installation
    22:24 37:9
    90:16 138:25

142:6
installer 38:21
    119:9
installers 38:25
installs 75:13
    119:10,15
instance 1:19
    19:14 23:3
    25:17,25 49:8
    51:14 60:25
    73:7 91:22
    110:3 115:17
    116:9 124:11
instances 87:25
instructed
    136:13,14
instrument
    146:17
insurance 118:1
    139:6 141:12
    141:20,24,24
intangible 29:23
integral 113:13
integrate 77:16
    104:17,19
integrated 76:7
    77:16 104:7
    105:2 106:7
    112:24 113:12
    114:6,7 118:21
    118:23
integrating 77:7
integration
    104:11 105:7
    117:20 142:23
intend 50:14
interact 21:18
    121:13
interacted 21:19
interacting
    121:1
interaction
    120:21,23
    121:18
interactions
    120:11 121:8
interacts 117:1

interchangeably
    9:13 45:25
interdepende...
    118:17
interdepende...
    114:1
interest 25:19
interested 30:5
    43:23 79:6
    84:16 85:18
    94:2,3,10,11
    94:15,16
    102:19 114:25
    116:4 121:6
    148:15
interface 49:18
    60:10
interfaces 30:8
internal 136:11
internally 71:15
international
    24:20,23 26:1
    26:6,7 28:14
    45:23
internet 113:16
interpretation
    141:13,15
interrogatories
    43:22
interrogatory
    44:1
interrupt
    114:19
invention 30:7
investment 1:9
    147:9
involved 18:10
    44:4 56:2,4
    60:24,25 61:4
    109:15
involvement 9:8
    12:16
iron 18:3 20:7
    21:12,20
isolate 105:24
isosteric 114:3
issue 15:24

101:2 132:22
    133:3,10
    134:18,24,24
    135:24 136:14
    136:20 137:3,6
    138:1
issues 49:10
    133:13 143:4
item 44:10 118:4

ive 8:8 13:13
    14:15 27:14
    28:9 33:2
    50:22 70:18
    71:1 88:8,9
    94:12 102:17
    112:19,21
    115:24 116:3
    118:6 126:10
    129:7,7 133:10
    143:12,16

J

j 38:1
jain 136:6
james 38:1
jar 74:7,9 93:5
    143:1
jasrotia 10:12
    130:23 131:19
java 74:9 89:23
    105:7 120:11
    120:21 121:8,9
    121:11,11,17
jgl 90:21
job 13:11,13
    83:17 96:13
    97:24 149:11
    150:24
joe 9:23
joint 30:25
jointly 31:6,8
jonathan 3:23
jones 46:6,8,10
judicial 1:10
    147:10
june 1:14,20 6:6
    7:3 135:23

145:2 147:13
junior 134:15
  136:6
_____K_____
k 1:2,4 147:2,4
karthik 10:13
  14:25
kaza 11:19,22
  47:3 48:21
  134:9 135:17
  135:18
keep 59:7 109:1
kelly 9:23
kellys 9:24
key 17:1
kilgore 1:24 3:4
kim 1:21 4:1
  147:15 149:6
  150:19
kind 21:13
  115:23 118:16
  138:12 140:13
kirby 3:24
know 9:4,6,11
  9:12,14 10:2,3
  13:19,20,20,24
  14:5,11 17:19
  17:21 18:4,9
  18:16,16,17
  19:14,20 20:21
  22:6,8,12,12
  22:14,23,25
  23:1,2,11,13
  23:14,21 24:12
  24:13,14,15
  25:5,15 26:1,6
  27:10,25 28:8
  28:10,23 29:4
  29:16,17,17,18
  29:20 30:19
  31:3,9,16
  32:23 33:8,13
  33:23,25 34:9
  35:11 37:13,16
  37:17 38:7,11
  39:24 42:14

44:24 46:14
47:13,16,18,23
48:16,19 49:3
49:3,8,9,17
50:6 51:7,8,10
51:14,15,18
52:1 54:1,12
54:19,19 55:21
56:3,9,15
57:10 58:3,9
58:14,16 59:6
59:13 60:4,10
61:8,25,25
62:23 63:3,5
63:10 64:7,8
64:17,17,19
66:17 68:17
69:2 70:2,5,8
70:10,12 71:1
71:2,13,15
72:9,11,20
73:7,12,25
74:4,6,12,14
74:15 76:19
78:9,10,12,14
81:14,20,20
83:14 84:10,19
85:1 88:7,21
89:20,21,21
90:4,11,13,15
91:11,18,18,20
92:8,10,17
93:10 105:14
105:14 106:23
111:1,3 112:3
112:16,18
113:13 115:4
116:16 117:16
117:22 118:6,6
118:13 119:22
120:2,16
121:15 123:6
123:18,24
124:10,15,20
125:8,13
126:15,16,24
127:10 128:2

128:23,24
129:17 130:16
130:19 131:5
131:15 132:12
132:18,19
133:5 134:19
134:20 135:5
136:7,10,15,15
136:16,24
137:5,6 140:1
140:15 141:18
143:17,19
knowledge
  20:18 31:11
  46:22 61:3
  62:1,3 73:13
  74:7 134:14
knowledgeable
  17:9 110:11
known 8:22
  146:13
knows 17:15
  97:1 98:10
ks 149:11
  150:24

_____L_____
labeled 127:13
lancaster 3:13
  3:16 5:5 7:8
  8:18 19:4
  21:11 25:7,17
  25:25 26:9,20
  27:9,16,24
  29:5 31:5,22
  32:11 35:2,17
  38:3,18 39:17
  42:25 43:11,20
  45:9 46:19
  48:5 49:22
  50:10,24 57:1
  57:12 59:16,23
  60:7 61:10
  62:11 65:9
  72:9,24 73:13
  73:22 79:14
  80:9,18 81:1

82:1 83:23
85:14,23 86:1
86:17,24 87:4
87:13 88:13
89:2 91:22
92:1,8,13
93:19 94:2,25
95:9,22 96:12
97:9,19 98:1,8
98:15 99:19
100:22,24
101:5,8,18
102:3,5,12,19
103:1,11 104:2
106:9,13
107:10,16,22
108:1,10,15,21
108:25 109:5
109:11,25
110:20 111:7
111:16,23
112:8 114:11
114:21 115:3,6
115:9 120:4
122:14,24
123:10,20
124:16,21
125:15 126:6
126:18 127:7
127:16,20,24
128:20,25
129:12 130:6
131:10,22
132:15 133:2
133:18 134:3,6
135:15,22
137:10,12
138:12 143:14
143:25 144:7
144:11,21
148:3,10 150:7
lance 46:6,8,10
landscape 52:18
language 31:13
  35:11 38:12
  105:7
languages 36:10

laptop 68:4
large 57:17
  61:15 114:15
largely 60:10
  119:6
law 1:23 43:6
  100:14 101:12
lawsuit 20:23
  108:14
lawsuits 109:15
lawyer 79:20
lawyers 14:18
  15:7 26:10
layperson
  118:20
lead 53:3 142:14
leader 136:15
leads 58:14
learned 26:10
learning 65:11
led 108:18
leela 11:19,22
  47:3,5 48:21
  134:9 135:17
  135:18
left 125:18,20
legal 4:2 9:2,10
  14:20 22:22
  24:14 25:6,6,9
  26:6 27:4,5
  28:9,12,20,21
  28:24 35:11
  38:12 45:2
  46:5,8,11,14
  46:15 55:5
  79:12,12,15
  81:15,16 92:6
  97:14 99:19,21
  99:22 100:5,7
  100:9,11,12,13
  101:11,19
  135:23 149:7
  150:20
lesser 91:5 112:4
letter 38:1 90:9
letters 132:10
level 10:6 11:10

RANGARAJAN VENKATESAN                                    6/14/2013

Page 163

65:18 68:17,19
114:17,17,18
114:18,18
115:15,16,18
115:21 117:13
134:25 140:14
**levels** 68:15
75:16 114:17
120:14 121:16
136:19
**leverage** 83:4
99:13
**leveraged** 61:25
**lgpl** 91:6
**libraries** 32:1
33:7,8 36:10
36:11,25 37:1
38:14 40:19
41:20 81:12
82:10,12 84:3
84:16 86:12
87:17,19 88:10
94:1,9,11,14
95:19 98:22,23
98:24 99:12,13
105:22
**library** 37:21,22
39:7,22,23,23
40:1,3,4,21
42:2,3,3 80:25
81:19,23,24,24
81:25 82:9,15
82:16 83:3,11
84:14 87:18
88:10 89:8
94:18 96:10
99:4 104:20
106:4,7,8
113:11,13,16
121:8
**license** 32:9,16
32:19 33:10,15
34:3 35:1,13
35:14,21 36:18
37:19 38:5,9,9
38:10,25 42:13
42:16 43:6

89:16,17,19,21
89:22 90:12,19
90:22,25 91:3
91:6,9,14
130:13 143:9
143:13,15
**licensed** 22:18
34:8,11 46:13
130:12 140:16
142:5
**licenses** 16:1
23:24 31:19
32:4,13 33:3
33:13,23 34:1
35:18 36:12
37:12,15 42:10
82:2 93:20
95:1 97:10,11
97:15 100:20
143:6
**licensing** 38:19
141:10
**licensors** 44:10
**lies** 64:3
**life** 21:25 22:11
23:9 135:1,7
144:18
**limit** 105:15
**limitation** 16:13
**limited** 62:17
**line** 115:20
116:9 118:4
125:21 128:3,7
130:13 141:15
145:3
**lines** 116:22,23
117:12 128:18
141:25
**list** 53:12 63:21
65:21 66:1,3,5
69:21 88:21
93:1,5,5 112:9
114:14
**listed** 17:18 24:6
24:23 114:17
120:8 137:24
138:2,4,6,8

**listen** 53:1
**litigation** 111:12
**little** 30:6 114:9
115:10
**live** 69:14
**llp** 1:24 3:4,14
3:19
**loaded** 117:3
**loader** 117:2
138:22
**loaders** 116:24
116:24 138:21
139:20
**local** 139:11
**location** 131:19
**lochridge** 1:23
3:4
**log** 38:1 65:14
89:7
**log4j** 37:23 38:4
89:7
**login** 63:23
**long** 7:24 8:6
11:5 59:3
66:12 111:6
129:7 138:17
**longer** 135:18
**look** 8:15 24:18
29:22 41:13
43:5,20 46:16
49:20 52:17,21
52:21,24 55:3
55:4 68:13
79:25 83:10
92:11 103:18
105:13 107:9
115:17 122:12
122:19 123:25
126:4 130:6
131:2,22
132:13 134:3
135:4,20 137:8
138:10
**looked** 20:25
56:19 57:1
71:17,23 82:4
82:6 83:13

86:13
**looking** 23:6
31:12 80:3
112:8 115:10
118:13 121:14
126:22 128:1
129:5 131:17
137:13
**looks** 118:20
**loose** 113:20
**lot** 38:17
**loud** 115:11
**low** 136:18
**lower** 125:18,20
**lunch** 103:21,24
143:5

———————
            M
———————

**m** 1:21,21 3:13
7:4 43:17,17
80:15,15
103:24,24
130:2,2 144:4
144:4,24 148:3
148:10 150:7
**machine** 1:22
40:5
**machinereada...**
39:24 40:4,8
40:19 42:2
82:23 83:1,5,6
95:8,16 104:14
105:22 106:17
**machinery**
106:6
**maintain** 16:13
59:16,25 63:16
66:15 136:17
139:8
**maintainable**
116:17
**maintained**
59:14 111:6
**maintaining**
37:6
**maintains** 70:16
**maintenance**

16:12
**major** 136:20
139:5,15
**making** 45:24
77:1 83:17
104:21
**man** 127:23
**manage** 139:8
**management**
13:18 62:21
63:2 81:11
117:24 134:25
135:13 136:21
136:22
**manager** 77:21
77:23 78:6,20
78:25 79:1
81:11 84:25
92:23 124:12
124:23 125:16
125:25
**managers**
112:10
**march** 8:8
**marching**
129:20
**mark** 8:15 46:16
49:20 92:11
122:12 131:8
132:13,24
134:4 135:20
138:10
**marked** 8:17
24:19 43:21
46:17 49:21
92:12 114:10
122:13 126:5
127:5 129:11
130:5,7 131:9
131:21 132:14
133:1 134:5
135:21 137:8
137:11 138:11
**market** 53:1
**marketing** 54:5
**match** 122:20
**material** 57:21

RANGARAJAN VENKATESAN

58:20,21,22
59:2,3,5 60:12
73:25 82:13
materials 17:18
58:24
matter 20:22
141:22
mcconnico 3:19
mcginnis 1:23
3:4
mcginnislaw 3:6
mckinney 3:9
mean 27:23 29:2
34:4 39:3
45:22 48:4
50:9 52:9 54:9
65:8 79:17
80:24 98:6
114:23 115:7
120:25 128:5
129:1 130:21
132:3,11 143:2
meaningful
26:11
means 119:6
129:3
measurements
54:2
mechanism
66:21
meet 13:17
meets 75:11
90:14
members 60:21
76:18
mensing 3:9
mention 19:13
76:4,8
mentioned
10:25 24:11
29:4 36:2
38:11 62:13
75:23 79:2
82:11 88:8,9
115:14 120:2
mentioning
141:5

merely 40:8
merged 113:14
messrs 148:9,10
met 14:18
method 109:22
methods 120:2
mid2009 136:23
middle 83:16
135:25 138:15
mike 10:17 11:7
min 148:3
mind 53:6
minneapolis
3:15 13:9,16
minnesota 3:15
minutes 103:22
138:17 143:23
143:24,25
missed 71:18
mit 90:24
modalities 98:22
mode 121:10
model 95:23
117:23
modeling 90:3
models 16:12
30:9 73:20,24
modes 121:11
modify 140:21
module 48:18
49:11,14 61:19
64:6 73:1,3
83:18 84:6
117:6,15,23
124:24 132:2
140:25 141:3,5
141:8
modules 45:13
45:14,15 58:4
58:5 61:16,22
61:23 62:17
76:12 77:7,13
122:8 140:10
moment 129:6
monfore 10:13
10:14,15
montfort 10:14

month 20:24
21:4
morning 18:20
49:23
mountain 18:3
20:8 21:12,20
mt 137:21
mtloa 138:7
multipage 126:6
multiple 23:10
54:14 86:15
89:14 98:19
100:7,8 110:14
112:6 113:1
117:1 122:8
140:18 142:12
142:17
mutual 141:12

**N**

n 3:1
name 7:9 8:20
10:11 55:10
69:22 78:19
90:10 117:19
136:8,8 145:1
146:16
names 10:17
narrow 18:24
19:10
native 127:14
nature 39:15
necessarily
36:24
necessary 41:13
62:15 96:7,19
98:18 101:25
103:7 106:21
need 33:18
39:20 40:1,20
40:21 41:11
43:4,5,7 53:10
53:15,18,18
61:17 76:4
79:25 81:21
83:12 84:5,13
85:17 86:22

87:18,20 90:15
92:25 96:8,22
96:24 98:25
100:6,12 105:4
106:3,7,25
108:4,16 109:1
109:13 110:1
110:18 112:17
112:18 116:16
140:7,10,22
needed 107:19
needing 134:22
needs 19:25
21:13 52:19,20
53:19 55:7
71:3 96:13,23
97:1,25 98:5,7
98:9,11 109:22
117:25 133:25
139:12 140:4
142:1
negotiations
93:2
neither 148:11
never 27:17 40:7
40:12 83:7,10
new 52:7,9 53:8
53:10 54:7,17
77:20
nine 22:16
noncustom
30:10,12
nonresponsive
102:4
nonversata 8:12
notary 146:24
noted 146:5
notice 5:11 8:18
80:9 91:15
notification 6:1
132:4,8
noto 10:17 11:10
notos 11:7
november 11:6
nowadays 120:6
nuances 28:20
number 5:10,15

10:23 15:7
36:9,20 45:11
45:12 49:1,2
54:21 60:24
61:4,9 63:8,15
68:24 69:2
74:12,15
114:12,15
115:2,12
122:22
numbered 1:20
numbers 56:16
numerous 121:2

**O**

oath 103:12,16
146:14
object 24:8 25:2
25:11,20 26:3
26:15,17,25
27:1,12,20
28:15,25 42:9
56:22 57:6
59:10,19 60:2
61:6 72:4
107:4 108:6
120:11,21
objection 19:1
21:8 31:2,20
32:7 34:24
35:9 38:6
39:10 42:23
43:10 45:6
48:2 50:7,18
56:21 62:8
65:6 72:4,17
73:10,16 79:10
80:6,23 81:4
83:20 85:11
86:6,21 88:4,4
88:24 91:16,25
92:3 93:15,15
93:23,23 94:20
95:4,4,13,13
96:1,1,14,14
97:3,3 98:12
98:12 99:9,9

RANGARAJAN VENKATESAN

6/14/2013

Page 165

100:1,1,17,17
101:16,16,22
101:22 102:8,8
102:16 103:4,4
106:2,12 107:6
107:13,21,24
108:8,11,19,22
109:3,3,8,8,18
109:18,19
110:5,5,24,24
111:14,19,25
119:24 123:7
123:17 124:13
124:18,18
125:10 126:14
133:15,21
135:9 143:10
objects 121:9
obligated 42:20
obligation 67:13
71:5 100:9
obligations
23:14 38:20
obtain 39:6,18
40:7 71:5 83:7
88:14 107:19
obtained 33:4
33:13,15,24
40:25 63:25
64:25 65:4,11
104:6
obtaining 33:10
107:2
obtains 40:12
41:5 88:13
102:14
obviously 18:11
108:16 109:14
114:14 122:19
138:14
occasion 13:15
14:13 86:1
108:6 133:13
occasions 86:8
occurred 17:25
148:18
odesk 5:13

49:24 50:20,22
50:24 51:1,5
51:15,20,23
52:1,3 55:18
55:19 57:2
71:17
offered 82:22
offering 37:2
office 146:20
officer 147:19
148:6 150:3
officers 150:8
offices 1:23
oh 137:10
okay 10:16 44:8
45:14 80:12
92:21 104:16
104:21 114:23
115:5 116:1,22
121:14,25
122:23 124:10
128:3,15,25
129:19 130:17
130:25 131:17
143:23
onboard 57:17
139:7
onboarding
55:2,7
once 36:22 53:6
53:14,22 57:19
58:2 62:5
79:12 81:13,19
81:19,20
140:19
ones 71:23 72:8
76:1 82:3,6
84:8 89:10
126:2
online 119:17,21
120:6
open 33:20
36:20,20,21,23
37:20 38:8,9
38:15,20,25
39:13,15,19,22
40:7,13 41:4

41:16,23 42:3
42:7,11,13
89:13,15,17,19
93:1,8,11,20
93:21 95:1,3
95:11,21,21,24
97:11 98:25
99:3,7,11
102:14 104:25
105:12,18,24
106:4,16 112:9
112:23 113:3,5
114:4 143:4,6
operate 11:10
17:2
operating 53:13
operational 28:6
28:18 45:25
operations 9:21
11:2 14:23
27:6 48:15
opine 101:20
opinion 99:19
99:20,21 111:9
opinions 97:14
opposed 40:8
127:14
options 100:6
oral 1:12,16 7:2
147:20
order 54:22
organization
8:11,12 11:11
24:13 28:7
49:5 141:6
organizational
11:17
organizations
24:12 71:13
original 150:2,6
150:9
originals 144:12
144:14
ought 53:8
143:25
outcome 148:15
output 138:8

140:2,4
outset 74:25
76:9
outside 24:9
25:3,12,21
26:4,16 27:1
27:13,21 28:16
29:1 56:22
57:7 59:11,19
60:3 61:7 72:5
72:17 73:10,16
81:9 85:11
88:5 92:3
93:16,24 95:5
95:14,17 96:2
96:15 97:4
98:3,13 99:2
99:10 100:2,18
100:19 101:17
101:23 102:9
103:5 107:6,13
107:24 108:8
108:11,19
109:4,9,19
110:6,25
111:14,19,25
119:24 124:13
124:19 125:10
133:15,21
143:10
overall 53:18
122:6
owned 27:7 28:8
30:20 31:6,8
45:4,5,15,20
46:3 81:3
owner 12:18
30:25 86:18
87:7
ownership
25:19 30:3,11
owning 35:1
owns 23:25
24:25 25:16,23
26:2,7,14,24
27:5,19 28:1,1
28:4,24 33:4

34:20,22,23
35:12

⎯⎯⎯⎯⎯⎯⎯
P
⎯⎯⎯⎯⎯⎯⎯
p 1:21 3:1,1,9
103:24 130:2,2
144:4,4,24
pacific 21:25
22:11 23:9
135:1,7
package 38:13
75:10 94:5
96:6 115:22
116:7,10
117:18 121:3
121:25 122:1
packages 5:16
89:14 106:5
114:12,13,15
115:10 116:5
120:7 121:20
121:21,21
122:4
page 5:6,10
15:13,13 29:22
29:24,25 43:24
115:18 123:25
126:7 145:3
150:5
paid 72:15 73:2
73:19
pandian 10:13
14:25
paper 50:11
67:22
papers 50:11
paragraph 30:3
31:13
pardon 129:22
parse 128:5
129:1,3
parser 118:3
139:25,25
140:1,3 142:14
parsers 139:21
142:10,12,17
142:20,23

RANGARAJAN VENKATESAN

6/14/2013

Page 166

parsing 118:10
  129:4,6 140:3
part 12:18 21:18
  23:15 27:6
  30:4 34:10
  36:15 37:2
  41:10,19 42:25
  43:1 48:25
  49:6 50:2
  52:21 75:4
  80:1,21 85:1,3
  85:4,7 86:9
  93:2 96:21
  98:20 105:5
  106:6 113:13
  114:21 126:17
  134:18 142:5
partially 30:20
participants
  64:13
participated
  64:5
particular 14:25
  15:12 17:13,14
  29:10,13 31:11
  35:20 43:22
  46:6 48:12
  51:19,23 56:1
  59:18,25 60:6
  71:6 73:1 74:5
  76:10 77:4
  84:6 90:10
  99:12,14 114:4
  115:12 116:5
  118:4 120:9
  122:4 127:3
  128:17 135:6
  140:16 141:1
particularly
  115:24 126:25
parties 8:20
  20:10 41:1
  46:13 50:13
  94:18 132:18
  133:8 148:7,12
  150:13
partner 47:25

48:1 54:23,24
  55:1,8,22 56:1
  57:15 60:16,17
  73:1 76:11,21
partners 47:10
  54:15 55:3,11
  56:6,17,18
  57:14 60:14
  69:10,17 71:5
  71:11,11,23,25
  72:3 73:8
  75:22,25 76:4
  76:12,16 88:17
  110:11
partnership
  73:6
parts 46:3,12
  48:17 62:6
  76:19 105:6
party 33:4 34:22
  34:23,25 35:12
  41:12,15 66:8
  80:20,21 81:3
  82:20 87:17,17
  95:1 105:8
  144:14,16
  148:1
partys 80:5 86:4
  86:19 87:9
  88:3
pass 7:11,12
  57:19 67:21
  117:17
passes 67:10
password 62:14
  64:3,10,11,16
  64:17,22 66:23
  67:2,5,6,9,18
  67:19,21,23
passwordprot...
  61:20
path 128:4
  129:1
paying 140:12
payment 72:19
  72:21 73:5
pays 141:8

pdf 127:15
peer 84:25 85:3
pending 94:22
people 10:4,7,10
  10:18,19,21,23
  17:8 26:12
  48:24 60:5,24
  62:25 63:10,13
  63:17 65:18,21
  66:4 69:5,7,13
  69:20 70:19,23
  70:23 76:16,23
  77:12 79:14
  106:24 109:14
  111:8 132:20
  132:21 135:19
percent 13:3
perfect 107:3
perform 57:4
  74:21 85:5
  99:12,14 103:8
  121:24 142:20
performance
  54:3 75:16
  142:20
performed 34:6
  44:24 59:15
  140:13
performing 77:6
performs 34:17
  47:1,3 75:19
  79:4 81:25
  121:23
period 18:12,13
  75:9 136:25
person 17:14,15
  46:11 51:19,23
  62:14 67:2,5
  67:22,23 77:22
  77:25 78:3,22
  141:6 146:16
personally
  21:14 70:21
  146:13
personnel 28:11
perspective 9:2
  9:14 11:15,16

28:18,20 46:1
  48:16 53:20,21
  67:16 142:23
persuaded
  127:22
peter 3:13,16
  85:19 87:2
  97:5 114:19
  148:3,10 150:7
phonetic 132:5
phrase 52:10
physical 119:14
  122:16
physically 119:2
pieces 50:11,11
  113:1
place 35:21
  58:17 60:8,9
  72:13
placed 62:2,4
plain 67:22
plaintiff 24:7,24
  26:14
plaintiffs 1:5 3:3
  25:10,19 147:5
  148:9
plan 139:14
platforms 75:15
played 43:25
  44:17 47:13
  77:22 78:5
plays 126:23
  141:3,5
please 8:15 12:2
  26:19 29:22
  43:20 46:16
  49:20 84:18
  87:5 89:6
  92:11 93:18
  94:8 97:22
  101:9 103:18
  108:2 111:24
  122:12 123:25
  126:4 130:6
  131:22 132:13
  134:3 135:20
  137:8 138:9

pluck 113:18
plucking 113:19
point 9:10 28:6
  28:9,22 39:20
  53:11 67:16
  76:4,25 86:14
  92:19 112:4,11
  115:13 137:23
  140:23
points 90:13
policies 109:21
policy 64:11
pontificating
  97:16,21
pool 76:22
poor 62:11
  106:13
poorly 86:10
portion 70:8
  119:11 139:13
portions 105:24
position 9:24
  11:7 40:22
  41:18 98:10
  103:6,10,14
  109:24 110:1
  110:13 112:16
possess 26:22
possesses 65:20
possible 19:5,6
  50:11 104:11
  105:23 112:22
  113:2,10
  122:15 134:25
  135:23 137:4
possibly 79:20
posted 93:4
potentially
  118:13
powers 3:23
pr 132:2
practice 26:8
  33:6,22 39:17
  40:24 41:3
  42:8 71:9
  100:14 101:13
  101:21,24

102:6,10 103:2
133:24
practiced 33:22
38:16 74:2
practices 85:6
prefer 45:9
premise 108:25
109:2
premised
106:24
preparation
37:13 50:3
preparatory
144:8
prepare 14:17
preparing 15:8
150:9
prescribed
71:21
present 3:23
93:1 112:10
president 9:20
9:25 11:2
pressing 52:19
presumably
12:5 18:21
69:23 132:21
139:16
presume 14:18
presuming
109:23
pretty 64:13
65:16 98:1,15
114:15 143:22
prevent 67:1
83:15 114:24
prevents 67:14
previous 9:15,15
previously
104:10
price 112:4
pricing 111:2
primarily 51:24
primary 121:10
124:11,23
125:16,17,22
125:23,24,25

printed 115:25
printout 5:15
114:11
prior 8:5 22:21
30:9 31:14,17
104:4 115:16
private 64:18
privileges 68:21
probably 26:9
procedure 1:25
109:21
proceeding
148:13
proceedings
144:24
process 53:5,7,9
53:24 54:4
55:2,7 57:18
58:3,6,6,11,14
63:24,24 64:13
64:14 67:8
72:19,21 74:17
76:6,8 77:10
77:17 81:6
82:22,22 84:2
84:23,24,25
85:1,7 86:9,15
88:9 100:4
107:8,11
117:24 119:5
137:18,18
142:4
processes 16:12
117:25
processing
140:23
produced 1:18
115:2 127:13
127:14
product 13:19
14:21,24 31:12
34:17 36:2
37:9 45:13
49:19 57:17
64:8 81:11
88:14 90:14,16
91:19,23 92:23

98:17,18
107:10 113:19
113:21 116:20
117:2 119:8
122:7 140:17
140:25 141:11
141:20,24,24
142:11,13,14
142:16
production
23:12 114:20
122:16,21
products 36:8
45:13 69:10
98:19 122:8
139:4
professional
5:12 46:20,24
program 9:19
11:9,12
programmers
133:14
programming
36:9 90:3
project 11:15
13:22 84:4
112:10
projects 111:5
prompted 67:20
promptly
143:22
proof 86:13,14
proper 128:9
properly 46:12
76:13 142:5
property 29:23
proportion
12:25
proposed
103:19
proprietary
96:9 98:21
99:16 104:18
prospective
112:5
protect 102:11
102:11,13

protected 64:3
protecting
105:16
protection 64:4
64:11
proved 146:14
provide 15:17
37:20 39:1
41:8,20 42:21
44:1,4 47:11
47:18,20 48:16
49:4 53:15
58:4 60:23
61:20,23 62:24
68:23 75:23
76:1 88:25
92:25 94:7,8
96:18,22 99:23
101:25 103:7
110:8,9,9
111:21 112:4,6
113:6 127:2
129:15 131:4
144:14
provided 25:1
26:13,21 46:20
47:17,21 49:7
49:9,15,23
51:16 58:3
65:14 86:3
87:25 88:7
89:15 91:15
112:14 119:7
provider 19:25
104:18
provides 44:7
47:5 48:9 51:1
63:3 64:8
66:11 68:17
87:20 89:13
91:20 96:6
116:18
providing 43:25
63:19 67:1,3
119:5
provisions 2:1
public 99:7

102:13 104:6
104:10 146:24
pull 114:5
pulled 121:20
pulling 114:2
122:1
purchased
22:20
purely 113:10
purpose 21:16
114:1 118:2
purposes 134:21
146:18
pursuant 1:25
15:21 89:16
148:5,16
purview 118:19
put 77:13 99:7
119:20

_____
Q

qualification
57:18
qualified 111:4
qualifies 31:12
31:13 57:24
quality 16:14
54:1,2,2 57:25
74:16,19,20,23
74:23,24 75:18
75:19 76:5,5
76:20,23 77:1
77:5,9,11,15
77:20,24 78:17
79:3 80:19
84:22,23
question 12:2
19:3 24:9 25:3
25:12,21 26:4
26:16,19 27:1
27:13,21 28:16
29:1 30:13,17
31:4,8 32:3,10
32:18 33:9
35:12,15,16,20
40:16,23 41:2
41:25 43:24

44:2,3,9,14,16
44:17,19,22
45:8 51:22
52:12 56:25
57:3,16 59:22
61:2 62:10,11
62:20,22 63:6
64:20 65:2
66:24 68:1
79:18 80:8,11
81:2,6 82:17
83:22 84:18
85:15,16,20,24
85:24,25 86:25
87:1,2,5,12,14
87:14,16,22
92:7 93:18
94:3,6,22
97:22 98:2,16
98:16 100:13
101:3,7,9,11
102:5,21,25
103:12,15
106:14 108:14
109:10 111:10
111:24 112:20
119:1 122:15
122:25 123:9
123:14 126:8
130:8 131:23
132:15,24
138:13
questions 44:6
88:12 97:13
104:23 114:25
115:12 131:7
144:8,10
quick 103:21
quite 74:12
quote 15:19,22
16:1,2,6,7,11
16:15,19,22
17:1,3 30:6
31:14,15 92:25
93:3
quoting 79:5

**R**

r 3:1
ramah 78:25
ramification
81:16
ramifications
55:6 100:6
rangarajan 1:13
1:18 5:4 7:2,5
7:11 145:1
146:4,8,13
147:13,18
range 14:1
18:13,25 19:8
61:12 63:14
69:5
read 30:14
34:13 68:16,18
68:19,20,25
84:24,25,25
85:7 86:9,15
87:4 88:7,8
97:22 101:8
133:4 146:4
readable 82:21
reading 34:15
reads 40:5
ready 30:16
really 18:12
19:9 94:2
143:17
reason 18:5
20:12,12 63:12
77:9 104:25
112:13 142:16
145:3
reasonable
61:12
reasons 86:9
105:3 150:5
receive 94:17,19
94:21
receives 91:23
93:21
recess 43:17
80:15 103:24

130:2 144:4
recipient 93:12
recognize 27:7
28:7 50:1
122:25
recollection
20:24
recommendat...
81:13
record 2:1 7:4
7:10 43:15,19
46:18 58:16
59:14,17 60:1
63:16 80:13,17
103:23 104:1
129:25 130:4
144:2,6,12,22
147:20 148:8
recording 7:4
records 20:3
21:1,1 59:7,14
115:1
redirect 91:24
redistribute
93:13,22
redistributed
91:19
redistributing
95:3
reed 93:2
refer 92:6
127:11
reference
116:23 117:4
117:13 125:1
125:17 126:20
126:21 134:21
136:11
references
127:25 128:4
129:15
referred 138:5
referring 118:4
134:11 135:3
136:5 137:21
refers 116:10
128:4

reflects 115:15
refuses 99:23
regard 118:22
registration
149:9 150:22
regular 139:25
regulate 41:18
rejected 85:9
86:2,18 87:8
88:2
relate 49:12
related 13:1
39:9,11,12
49:13 50:25
140:6 148:12
relates 101:4
129:6
relating 16:2
47:22 97:10,14
97:16
relation 78:9
relationship
7:14 9:14
11:18,20,23
12:9,23 14:8,9
16:21 24:15,16
37:6 51:24
72:2,21 78:7
78:10,11,12
136:17
relationships
16:20 63:22
73:19
release 22:5,21
53:4 54:4,7,18
67:9 77:20
78:4,13 81:8
119:15 123:5
123:14
released 22:23
47:24 54:6
releases 29:19
55:12 88:23
relied 55:11
rely 71:10
remember
21:19 22:9

55:23 89:10
136:8 137:3
removed 142:10
render 33:17
143:8
renewal 67:19
renewed 67:19
repeat 12:2
26:18 31:21
38:23 41:2,16
51:21 52:12
56:24 59:21
61:2 62:9 65:2
66:24 68:1
83:21 84:18
90:7 93:17
102:18 108:2
120:19 123:8
repeatedly
108:16
repetition
102:20
replace 138:7
reply 130:20
report 9:22,23
10:4,18 11:14
11:20,21
135:19
reported 1:22
4:1 134:18
reporter 37:25
38:2 87:6
97:23 101:17
103:25 137:9
144:13 147:15
reporters 5:7
147:11
reporting 10:6
10:22 11:18,21
139:1
reports 10:2
repository 61:21
61:22 62:6,7
62:15 63:9,25
64:1,2 65:1,5
65:12,13,17,22
65:24 66:1,3,8

RANGARAJAN VENKATESAN

| | | | | |
|---|---|---|---|---|
| 66:23 67:7,24 | 43:23 | 99:23 105:13 | 150:20 | 117:12 125:23 |
| 68:3 69:1,14 | **responses** 43:21 | 106:22,25 | **save** 129:19 | 139:9 |
| 70:22 132:6,11 | 44:7 | 108:17,18 | **saying** 40:15 | **secondhand** |
| **repositorys** 66:9 | **responsibilities** | 118:8 121:4 | 42:1 80:2,7 | 123:12 |
| **represent** 17:11 | 13:11,13 | 125:16 127:6,7 | 83:10,11 92:22 | **secret** 64:18 |
| 122:21 | **responsibility** | 127:19 134:7 | 92:25 97:2 | 99:8 100:25 |
| **representative** | 10:7 11:15,16 | 135:18 137:1 | 100:20 104:5 | **section** 29:22 |
| 1:13,17 52:1 | 15:1,4 77:19 | **righthand** | 106:15,19,21 | 34:16 35:4 |
| 60:15 109:17 | 78:18,21,23 | 124:12 | 115:11 121:19 | 138:6,7 |
| 109:20 110:16 | **responsible** | **rights** 30:18,18 | 134:9 | **secure** 119:21 |
| 147:12 | 10:19 46:2,7 | 31:18 32:4,20 | **says** 8:21 30:5 | **security** 64:4 |
| **representatives** | 46:11 51:24 | 32:25 33:1,25 | 93:4 98:9 | 141:12 |
| 49:9 | 55:5 73:1 | 34:11,20,22,22 | 122:17 123:11 | **see** 8:21 24:17 |
| **represented** | 76:11 77:5,12 | 35:4,7,7,23 | 134:9 | 40:15,24 41:4 |
| 52:8 117:10 | 77:22,22 78:20 | 36:4 37:10,19 | **schedule** 124:17 | 41:22 44:11,15 |
| **representing** | **rest** 113:9 | 39:1,4 61:19 | 126:1 | 45:1 47:2,19 |
| 123:11 | **restrict** 62:16 | 68:22,25 79:9 | **scope** 24:9 25:3 | 50:5 52:24 |
| **request** 39:6 | **restricted** 95:2 | 79:11 80:5,22 | 25:12,21 26:4 | 71:20 79:16 |
| 42:21 129:21 | **restriction** | 85:10 86:4,20 | 26:16 27:1,13 | 82:14 86:13 |
| 129:23 | 67:17 | 87:9 88:3 | 28:16 29:1 | 92:21 93:13 |
| **requested** 13:17 | **restrictions** 62:2 | 102:11 | 56:22 57:7 | 114:16 123:10 |
| **requests** 144:15 | 62:4,23,24 | **rmi** 121:12 | 59:11,20 60:3 | 126:19,21 |
| **require** 38:25 | 102:15 | **role** 43:25 44:18 | 61:7 72:5,18 | 128:8 129:14 |
| **required** 28:21 | **restricts** 66:21 | 47:13 77:23 | 73:11,17 85:12 | 133:5 135:1 |
| 75:17 | **result** 53:7 | 78:5 126:22 | 88:5 92:4 | **seeing** 118:7 |
| **requirements** | **rctain** 30:11 | 141:3,5 | 93:16,24 95:5 | **seen** 15:14 24:21 |
| 13:20 53:22,23 | **retains** 45:2 | **roughly** 29:20 | 95:14,18 96:2 | 27:4,5,10,14 |
| 74:25 75:1 | **return** 15:12 | **row** 97:7 116:23 | 96:15 97:4,6 | 32:24 33:2 |
| 79:5 93:20 | 23:23 80:11 | 124:25 | 97:18 98:4,13 | 40:17 50:20,22 |
| 142:20 148:16 | 147:25 | **rpr** 4:1 | 99:10 100:2,18 | 70:13,18,24 |
| **requires** 91:14 | **returned** 144:16 | **rule** 141:16,23 | 100:19 101:17 | 71:1 92:15 |
| 140:13 | 150:2,4,6 | 142:1 148:16 | 101:23 102:9 | 115:22,24 |
| **reseller** 35:13 | **returning** 29:5 | 150:1,12 | 103:5 107:7,14 | 116:1,3 126:8 |
| **reserve** 144:10 | 143:4 | **rules** 1:25 77:13 | 107:25 108:9 | 126:10 132:19 |
| **resides** 117:17 | **reviewed** 42:16 | 93:12 116:14 | 108:12,20 | 133:10 |
| **resources** 51:1,2 | 50:2 57:11 | 116:16,19,21 | 109:4,9,19 | **sees** 102:23 |
| 51:2 | **reviews** 79:7 | 140:20,22,25 | 110:6,25 | **seibert** 1:21 4:1 |
| **respect** 15:1 | 81:15 85:4 | 141:13,14 | 111:15,20 | 147:15 149:6 |
| 22:5 32:18 | **right** 15:11 23:6 | **run** 137:18 | 112:1 119:25 | 150:19 |
| 37:8 47:14 | 29:25 31:16 | 138:21 | 124:14,19 | **sell** 140:16 |
| 55:25 58:17 | 39:5,6,18 | **running** 28:19 | 125:11 133:16 | 141:19 |
| 62:25 63:23 | 40:24 41:4 | 99:20 | 133:22 143:11 | **selling** 83:19 |
| 71:21 105:16 | 44:13 45:18 | **runtime** 121:8 | **scott** 3:19 | **send** 93:3 |
| 105:18 116:5 | 63:14 68:7 | 121:18 | **scottdoug** 3:21 | **senior** 9:20 11:2 |
| **responding** | 74:11 76:9 | | **seal** 146:20 | 85:3 134:25 |
| 79:19 | 86:12 93:12 | ----- S ----- | **secoud** 14:4 | 136:20,22 |
| **response** 43:23 | 94:7 95:10,23 | **s** 3:1 4:2 149:7 | 30:14 52:21 | **sense** 87:3 143:7 |
| | | | 98:17 105:5 | |

144:18,19
separate 22:1
  76:8 77:14
  106:10,16,20
  113:3,5,8,10
september
  47:20
serve 114:1
served 150:13
server 64:2 68:4
service 51:4
  66:11 75:24
  96:18 111:22
services 1:8,9
  5:12 6:2 9:21
  9:25 11:3
  19:25 24:21
  30:10 31:15
  33:18 34:5
  46:20,24 47:1
  47:3,5,11,12
  47:17,18,22
  48:6,9 49:4,7
  49:16 51:8,9
  51:16 63:19
  76:2 110:3,4
  110:10 112:4,6
  118:1 132:4
  139:6 147:8,9
servicing 28:19
session 57:25
sessions 134:14
set 10:21 16:17
  35:17 37:15
  39:24 43:2
  53:3,22,24
  58:9 69:19
  73:2 75:1,11
  75:15 81:8,12
  82:11,18 106:5
  115:21 118:21
  121:20 131:7
  132:18 137:21
  140:20,21
  141:23
setting 33:20
  140:2

settings 60:10
seven 10:9,11
  116:22
shah 11:11,14
ship 40:18,18,19
  42:9,9 43:3,4,7
  43:12 94:13,14
  94:15 98:24
  106:8 110:8
  119:8 123:3
shipped 5:17
  36:13,15 37:16
  37:22 38:14
  41:19 105:9
  106:18 123:19
  125:12 142:12
  142:17
ships 95:15,16
  98:17 119:6
  122:7
shitolwi 132:5
shorthand 1:23
  147:15
shouldnt 112:17
show 113:3
  114:8 127:1
showing 5:15
  114:12
shown 150:13
shows 27:5
shu 137:19
side 124:12
sign 22:1 70:17
signature 5:6
  50:5 145:1
  146:4 147:24
  150:4
signed 20:10,16
  20:20 21:2,7
  21:13 50:4,13
  50:21 70:14
  71:1,6 81:22
  81:22
signer 47:2
significant
  102:24 124:22
sileo 3:18 148:10

similar 131:7
  137:5 138:12
similarlooking
  129:13
similarly 27:16
  46:10
simple 98:1,15
  102:20
simpleware 90:8
simply 28:12
  44:3 68:12
  98:3 130:8
single 37:18
  118:25
singlepage
  127:15
sir 24:22 85:15
  86:25 87:23
  99:25 100:3
  102:5 103:12
  103:16 112:19
sit 20:6
site 13:5 84:21
  107:18 119:17
sits 116:25
sitting 42:19
  73:7 109:6
six 15:17 97:7
sixmonth 8:10
sixth 3:14 116:9
skill 69:19
skilled 111:4
skip 30:6
software 1:2,2
  1:13,17 7:14
  7:15,16,25 8:4
  8:7,21,22,24
  8:25 12:1,4,21
  19:23 22:6
  26:23 27:8,17
  28:13 30:7
  31:23 32:5,12
  32:15,19 33:5
  33:6,11,16,17
  33:19 34:12
  35:1 36:5,8,11
  36:23,25 37:4

38:4,13,15,16
38:20,21 39:8
39:9,11,12,13
39:14,16,19,21
39:23,25 40:7
40:9,17 41:5
41:12,16,24
42:7,11,13
45:2,17,20,21
45:22 46:21
47:1,12 48:17
48:17 51:3
53:13,25 54:15
64:8 65:14
66:7 67:25
68:11,17 69:20
74:21,22 75:2
75:5,8,9,13
76:17,17 77:15
79:4,8,13
82:10,19,21,24
82:25 83:18,25
88:19,22 89:1
89:3,14,15
96:5 99:13
100:5 101:25
104:18,25
105:12,19,25
106:6 110:7,8
113:3,4 118:21
118:23 119:15
122:10 126:19
147:2,2,12
solid 71:12
solution 15:3
  96:23 142:13
solutions 13:21
somebody 67:6
  67:14 68:12
  110:17
soon 135:11
sorry 32:10
  38:22 39:12
  40:9 43:11
  44:2 51:21
  62:22 79:23
  128:7,13

130:15 138:2
sort 90:17
sounded 127:20
  127:22
sounds 66:18
source 5:19
  17:22 19:12
  20:5 21:2,17
  23:6,7 33:20
  36:20,21,21,23
  37:20 38:9,9
  38:15,20,25
  39:6,7,8,13,15
  39:18,19,23
  40:2,8,12,13
  40:15,17,18,25
  41:4,5,14,16
  41:23,23 42:1
  42:2,3,6,7,9,13
  42:21,22 43:3
  43:5,8,12
  61:14,17,21,21
  62:18 63:2,2,9
  63:19,21 64:2
  64:25 65:5,11
  65:13,17,22,24
  65:25 66:3,9
  66:10,12,15,16
  66:23 68:2,5,6
  68:13,25 69:6
  69:13 79:15,16
  79:21,22,25
  80:3,4 81:3,17
  81:24 82:16,21
  83:6,8,10,12
  83:13 84:11,13
  84:15,16,20
  85:4 86:11,23
  87:18 88:10,14
  88:17 89:13,15
  89:17,19 93:1
  93:8,11,20,21
  94:11,13 95:1
  95:3,7,10,11
  95:15,18,21,24
  96:9,9,10,10
  96:25 97:11

98:9,19,20,25
99:3,7,11,15
99:16,18,24
100:15,20
101:13 102:6
102:14 103:3,9
104:6,14,24,25
105:11,11,12
105:17,18,20
105:24,25
106:4,16 107:3
107:4,9,11,12
107:19 108:5
110:13,19
112:9,14,23,24
113:1,6,7,12
113:15 114:4
116:3 122:16
126:10,12,13
126:16 128:13
128:13 130:10
132:6,8,11
133:24 135:5
142:19 143:4,6
**sources** 104:7
**south** 3:14 70:11
**spanning** 56:8
**speak** 15:23
  16:3,8,16,23
  17:4
**speaking** 56:16
  81:23 112:2
**spec** 75:11
  131:14
**specific** 13:24
  17:21 18:17,18
  20:21 22:25
  23:2 25:9
  27:19 36:19
  37:4 38:7,12
  48:19 49:1,6
  49:14 50:21
  51:14 56:15
  58:5 60:4 69:2
  76:4 86:14,19
  87:9 100:11
  132:12 136:24

**specifically** 9:6
  19:22 20:8,23
  22:5,8,12,19
  23:5,21 25:23
  26:5 29:16,24
  31:16 33:7,12
  33:12,23 36:7
  36:8 37:8,11
  37:12,15 40:2
  45:17 47:15,16
  47:23 49:8,19
  51:7,13,17,18
  54:19 55:21,25
  56:3 58:12
  61:21,24 63:5
  63:10 64:5
  70:2,5,12 71:1
  72:11,20 74:5
  74:6 76:21
  78:2,3 82:20
  86:12 88:21
  92:10 99:15
  108:4 120:1
  123:22 124:15
  124:20 125:13
  126:16 130:18
  131:5 135:2
  140:3
**specifications**
  74:22 79:4
**specifics** 91:12
  91:18,21
  131:16
**specify** 98:6
**spell** 7:20 12:14
  37:24 39:6,9
**spend** 12:5,25
**spent** 15:8
**spoke** 14:21
  84:22
**staffing** 16:12
**stage** 77:11
**stamped** 5:20,21
  5:23 29:25
  49:24,25 92:14
  126:7 127:9
  129:14 130:7

**stand** 7:1 43:18
  80:16 103:25
  132:10 144:5
**standard** 23:15
  23:17 33:6
  50:20,22 58:19
  64:14 65:15
  70:16 71:2
**start** 13:8 32:22
  45:14 58:5
  80:1
**started** 29:18
  106:16
**starts** 74:24 84:4
**state** 1:22 7:9
  78:16 139:11
  139:12 140:21
  141:14 146:10
  146:24 147:16
**stated** 2:1
**statement** 30:22
  31:10 45:1
**states** 69:18,25
**stating** 109:21
  109:23
**step** 119:2
**steps** 75:18,20
  84:23 86:16
**stock** 16:22
**stop** 94:10
  109:12
**strahorn** 78:5
  78:24 92:22,22
  93:4
**strangelooking**
  117:18
**street** 3:9,14
**strict** 71:8
**strictly** 67:8
**strike** 53:6 62:2
  78:15 102:3
  104:21 138:9
**string** 6:4,5
  134:7
**strong** 54:14
  116:13

135:24 137:15
**strongly** 43:3
  109:15
**structure** 11:17
  11:21 16:19
  25:6 57:14
  85:6
**stumbled** 64:18
**subject** 32:12
  38:4 102:14
  143:8
**sublicensable**
  35:19
**submitted**
  147:22
**subscribed**
  146:17
**substantially**
  141:11
**succeeding**
  115:15
**successful** 75:7
  96:21
**succession** 92:14
**sufficient** 41:8
**sufficiently**
  17:12 96:20
**suite** 1:24 3:5,10
  3:15,20 4:3
  57:17 122:7
  149:8 150:21
**suits** 116:13
**supplied** 41:23
  42:6,11 44:12
  108:6 118:24
  119:3,16,23
  125:8
**supplier** 33:15
**suppliers** 40:13
**supplies** 48:5
  84:1
**supply** 50:24
  58:24 105:20
  105:21,25
  106:7 112:23
**support** 4:2
  16:12 149:7
  150:20

**supported**
  117:25
**suppose** 59:23
**supposed** 75:15
  77:6,8 138:24
**sure** 10:12 14:2
  19:4 26:20
  27:15 30:15,15
  31:22 34:14
  41:3,20 55:20
  57:1,16,16
  59:23 68:2
  72:11 79:3
  87:6 97:23
  101:10 102:24
  106:25 115:7
  116:8 126:3
  129:24 133:6
  136:4 138:18
  140:18
**surely** 66:4
**svn** 6:1 132:4,6
  132:8
**swear** 127:18
**sworn** 1:19 7:6
  147:19
**system** 62:21
  63:3 65:15,18
  66:25 67:12,16
  67:17 117:3,17
  119:21 132:9
  139:8 141:18
**systems** 117:2

———————
T
———————
**table** 55:4
**tag** 137:22
**take** 28:21 30:15
  34:14 43:14
  57:23 60:8
  75:18 84:20
  99:7 114:8
  133:6 144:13
**taken** 1:19 80:20
  148:7,14
**takes** 58:17 60:9
**talk** 14:24 100:6

RANGARAJAN VENKATESAN

6/14/2013

| | | | | |
|---|---|---|---|---|
| 144:9 | ten 13:25 56:8 | 24:6,16,16,19 | 11:12 35:19 | 84:3,5,7,7,20 |
| **talked** 15:6 | 85:22 143:24 | 25:14 30:21 | 50:12 53:1 | 85:10 86:18 |
| 139:19 | **tenplus** 59:6 | 33:22 37:4 | 75:3 81:22 | 87:7 88:1,10 |
| **talking** 23:22 | **term** 38:8 39:13 | 38:17 39:15,16 | 114:7 122:9 | 88:19,22 89:1 |
| 36:8 69:4 | 90:7 92:2 | 39:25 40:15,22 | 130:15 133:10 | 89:3,8 94:1,9 |
| 80:18 84:15,16 | 106:25 113:20 | 40:22 43:21 | 138:21 | 94:11,13,14 |
| 97:9,12 135:2 | 128:9 130:12 | 44:13 50:22 | **theyve** 29:17 | 98:22,23,24 |
| 136:2 143:5 | 130:12 | 54:4,5 59:15 | 33:14 58:2 | 104:7,19 |
| **tam** 132:5 | **terms** 9:2,12 | 60:20 65:16 | **thing** 50:13 | 113:11 |
| **tape** 43:19 80:10 | 23:20 24:14 | 66:15,20 74:3 | 64:19 105:3 | **thorough** 53:24 |
| 80:17 103:25 | 35:18,20 36:23 | 79:5 81:19 | 111:3 | 55:2 |
| 130:3 | 38:19,25 42:12 | 82:17 85:14,16 | **things** 54:1 | **thread** 133:5,9 |
| **target** 142:19 | 42:13,16 43:7 | 87:19 90:17 | 81:14 91:20 | 136:3,5 138:17 |
| **tcbarton** 3:6 | 57:4,19 73:6 | 91:10,19 95:20 | 102:13 115:13 | 138:19,20,25 |
| **team** 28:21 | 76:9 77:5 83:2 | 96:20 97:11,17 | 125:19 129:20 | **three** 18:6 20:10 |
| 42:15 46:9,11 | 90:11,18,21,24 | 98:20 99:14,19 | **think** 14:3 17:15 | 56:6 73:8 82:8 |
| 46:15 55:4 | 91:2,5,8 101:1 | 99:22,23 | 18:19 34:11 | 105:5,6 111:18 |
| 58:11 60:21 | 107:1 113:12 | 100:10 101:2,3 | 36:17 56:7,12 | 139:5,15,16,22 |
| 76:16,18 77:14 | 116:6 122:6 | 101:21 103:9 | 71:22 82:4 | 140:5 142:24 |
| 79:12,12,15 | 133:12 137:25 | 105:8,9,19 | 96:12 97:6,17 | **threeparty** 20:1 |
| 81:15,18,18,22 | **test** 75:8,13,14 | 106:8 107:22 | 97:24 100:18 | 20:2,9 22:3 |
| 92:6 100:12 | 75:16 | 109:22 112:20 | 114:7,13 115:9 | **tiff** 127:15 |
| 111:4 135:13 | **tested** 75:13 | 115:2 118:1,21 | 142:25 | **time** 7:3 11:3 |
| 136:13,16 | **testified** 7:6 | 119:7 120:16 | **third** 33:4 34:23 | 12:4,25 13:4 |
| **teams** 56:10 | 30:24 31:4 | 121:10,12 | 34:25 35:11,12 | 15:6 18:7,13 |
| **technical** 53:21 | **testifying** 40:11 | 125:13 127:7 | 40:25 41:12,15 | 19:8 21:4 |
| 120:9 142:22 | **testimony** 15:17 | 127:17,19,19 | 46:13 66:8 | 28:22 30:15 |
| **technologies** | 19:5,7 31:1 | 129:4 131:12 | 80:5,20,21 | 34:14 65:21 |
| 81:9,10 | 104:4 147:20 | 132:2,17 | 81:3 82:20 | 67:17 71:19 |
| **technology** | 148:6 | 135:24 137:1 | 86:4,19 87:9 | 73:25 75:9 |
| 36:24 111:6 | **testing** 53:24,25 | 138:6,8 140:9 | 87:16,17 88:3 | 76:17,18 78:13 |
| **tell** 18:23,24 | 77:16 | 140:10 144:19 | 94:17 105:8 | 80:10 86:14 |
| 19:21 20:19 | **tests** 57:23 75:1 | **therefor** 150:5 | 139:12 142:21 | 92:20 93:3 |
| 63:25 86:5 | 75:3,6,11 | **theres** 12:24 | **thirdparty** | 103:19,20 |
| 87:15 88:19,22 | **texas** 1:6,22,25 | 17:14 28:3 | 31:18,23,25 | 107:18 111:6 |
| 89:2 103:1 | 1:25 3:5,10,20 | 50:10 58:13 | 32:4,12,15,19 | 129:8 133:6 |
| 104:3,4 116:11 | 4:3 7:12,23 | 67:12,13,17 | 33:4,7,10,15 | 135:16 136:25 |
| 126:22 127:25 | 147:6,16 149:6 | 70:10 76:16 | 33:19 34:11 | 137:3,23 |
| 129:5 130:9,11 | 149:8 150:19 | 80:19 82:12 | 35:7,14,21,23 | 140:23 148:1,6 |
| 130:25 131:10 | **thank** 29:5 38:2 | 88:16 108:23 | 36:4,12,18 | **timeframe** 14:4 |
| 131:23 132:16 | 43:13 103:18 | 109:14 112:7 | 37:10,12,18 | 14:5 19:17,19 |
| 138:13 | 126:2 127:16 | 116:23 117:4 | 39:7,8 40:1,3,4 | 20:24 21:22 |
| **telling** 109:12 | 137:10 | 117:13,18 | 40:12,17 42:3 | 29:21 64:6 |
| **tells** 96:24 | **thats** 8:24 11:22 | 121:2 125:1,17 | 42:18 44:10 | 137:5 |
| **template** 71:2 | 14:1 15:11 | 128:8 134:12 | 80:25 81:10,12 | **times** 82:14 |
| **temporary** | 19:8 21:9,23 | 138:9,15 | 82:2,9,11 83:3 | 85:22 94:12 |
| 144:8 | | **theyre** 9:4,6 | 83:8,18,25 | 111:18 112:6 |

112:19 133:13
**title** 9:18,19,20
  11:1,5 45:2
**today** 11:8,24
  12:23 14:18
  15:2 17:7
  18:11 20:7,12
  22:13,15 23:25
  42:19 46:21
  54:10 56:20
  57:2 58:23
  71:24 82:4,6
  107:17 109:7
**todays** 7:3
**told** 21:4 28:23
  136:18
**tool** 90:3 117:15
  125:4
**tools** 84:5,7 96:7
  98:18 101:25
  103:7 139:21
**toolsets** 125:25
**top** 8:21 55:23
  89:11 125:16
  126:19 135:22
**topic** 15:19 16:1
  16:4,6,9,11,19
  16:24 17:1,5
  17:18 23:22,24
  23:24 24:9
  25:3,12,21
  26:4,16 27:1
  27:13,21 29:1
**topics** 15:17
  16:17 17:7,11
  17:14 97:6
**total** 10:21
**train** 60:20,21
**trainer** 60:20
**training** 41:8
  57:20,25 58:5
  58:8,17,19,19
  58:21,22,24
  59:2,5,8,14
  60:7,9,11,13
  60:16 110:8
**transacts** 117:20

**117:23 118:2**
**transcript**
  147:19,22
  150:10
**transfer** 35:4
  134:14
**transferred** 34:1
  34:3 35:6,23
  36:5 37:10,19
**transfers** 34:18
**transformation**
  125:4
**transformer**
  117:5,6,10
**transforming**
  118:14
**transforms**
  117:7
**translate** 117:16
**translates**
  117:10
**travis** 1:6 3:3
  147:6 148:9
**trcp** 148:17
  150:1
**tree** 115:23,25
**trend** 52:23
**tries** 141:19
**trilogy** 1:2,4
  5:14,20,22,23
  7:14,15,16,25
  8:9,22,23 9:9
  9:15,16,21
  10:1 11:17,25
  12:4,20 13:1
  14:14,16 19:24
  22:15 23:15
  24:4,7 25:15
  27:7 28:1,1,1,4
  28:8 29:25
  34:6,18,20
  35:14 37:7
  45:25 49:24,25
  51:4 52:2
  53:16,16 56:9
  63:20 70:16
  92:13 100:8

**115:18 117:20**
  126:7 127:9,13
  129:14 130:8
  135:24 137:15
  147:2,4
**trouble** 129:20
**true** 19:9 120:13
  146:5 147:20
**try** 44:22 62:12
  83:24
**trying** 18:23
  35:17 65:10
  105:14 113:7
  132:21 137:25
  138:21
**tuning** 54:3
**turn** 10:18 23:23
  53:12 91:23
  136:9
**turned** 106:17
  134:17
**turning** 140:3
**tushar** 10:12
  130:23
**twice** 13:25
**two** 9:3,4,7 21:4
  25:9 48:20
  54:20 64:16
  76:8 90:13,13
  111:18 116:23
  120:2 125:19
  135:19
**twomonth** 20:24
**type** 89:19 116:7
  126:9
**types** 89:20 93:8
  120:18 122:9
  139:19
**typical** 67:8
  73:24
**typically** 19:23
  33:17,21 42:8
  53:12 63:2
  65:13 71:8,9
  73:14 82:25

_____

             **U**

_____

**u** 4:2 149:7
  150:20
**uhhuh** 112:12
  115:19 121:5
**ui** 49:18,18
**ultimate** 77:19
  77:23 78:17
**umbrella** 125:23
**undergoes** 60:16
**undergone** 59:8
**understand**
  13:19 14:22,22
  15:16 26:8
  29:6 32:8,10
  32:11,17 34:4
  35:15 37:14
  39:3,20 41:21
  42:11 44:5,15
  52:23 53:14
  65:7 79:17,24
  81:2,5 92:1
  99:3 100:5
  104:3,5 106:17
  107:16 108:1
  108:10,13,21
  108:23 111:11
  111:13 114:14
  114:16 115:14
  115:15,25
  120:25 131:14
  137:14 144:13
**understanding**
  18:20 21:3
  22:17 23:25
  24:25 25:15
  29:3 30:21,24
  33:21 34:16
  38:4,8,12,19
  38:24 39:16
  42:17,20 45:19
  47:7 50:15
  64:15 72:14,25
  80:8 88:11
  90:17 91:13,18
  93:11,19 94:4
  94:25 100:7,10
  103:13 107:1

**110:21 127:19**
  129:4 131:18
  133:2 142:3,7
  142:9
**understands**
  50:16
**understood** 48:8
  136:19
**undertaken**
  86:16
**unique** 64:10,12
**united** 69:18,25
  70:1
**unlicensed**
  141:19
**update** 140:22
**updated** 52:10
  123:6
**upgrade** 119:3
**upload** 68:20
**upper** 124:12
**usability** 53:20
**usage** 38:15
  40:20 41:17
  68:18 80:25
  94:1 96:11
  142:18
**use** 33:7 36:9,11
  36:18,20,22,23
  38:10 40:4,21
  41:10,11,13
  45:10 51:3,5
  60:18 67:6
  68:4 79:13
  81:1,12,23
  82:16 83:12
  84:6,11 87:17
  87:18,18,19,19
  90:4 95:17
  96:7 98:21,23
  99:1 110:2
  113:20 120:10
  144:15
**user** 5:13 30:8
  38:9 49:24
  67:14 68:15
  105:10 119:12

19:2 21:9
24:11 25:5,14
25:22 26:5,18
27:3,14,22
28:17 29:2
31:3,21 32:8
34:15,25 35:10
38:7 39:11
42:24 45:7
48:3 50:8,19
56:24 57:9
59:13,21 60:4
61:8 62:9 65:7
72:6,19 73:12
73:18 79:11
80:7,24 81:5
83:21 85:13
86:7,22 87:11
88:6,25 91:17
92:5 93:17,25
94:21 95:6,15
96:3,16 98:5
98:14 99:11
100:3 101:15
101:24 102:10
102:17,23
103:6 106:3
107:8,15
108:13,23
109:10,20
110:7 111:1,21
112:2 120:1
123:8,18
124:15,20
125:12 126:15
128:23 133:17
133:23 135:10
143:12 145:1
147:18,21,23
147:24
**word** 45:9 82:14
82:16 120:9,9
120:9
**words** 109:5
**work** 7:14 12:4
13:1,12 14:21
25:1 29:7,13

29:17 30:3
31:12 34:17
36:2 45:3
48:13,13 49:4
51:11 56:18
57:3,14 58:4
59:9 60:18
61:16 68:5
71:12 72:16
74:17 75:15,17
76:22 84:6
85:6 88:13
106:6 107:20
114:1 119:18
134:15 141:10
142:23
**worked** 8:10
9:16 13:5,6
24:12,13 49:17
59:24 60:5
70:8 76:13
100:9 110:17
**working** 9:1,13
12:9 52:25
92:19 100:8
107:18 136:7
136:16,17
**works** 52:2 75:6
75:14,16 92:10
134:15
**world** 41:17
69:8,21 95:20
105:10
**wouldnt** 23:17
28:5,17 65:23
76:8,15,20
109:6 112:18
141:22
**wrap** 143:22
**write** 82:20
104:18 119:11
**writes** 54:17
75:5
**writing** 61:4
75:20
**written** 44:6,7,9
54:8 58:16,24

77:2,3,6,7
86:10 105:7

—————————
        **X**
—————————
**x** 90:9 128:4
129:1
**xalan** 89:5,7
**xerces** 89:7,7
**ximpleware**
90:5,8 126:19
126:20,23,24
127:25 128:1,2
128:4,9,18,22
128:24 129:15
129:17
**xml** 124:17
125:4 131:14
139:25 140:3,3
—————————
        **Y**
—————————
**yeah** 30:16
51:18 54:14
76:15 107:9
118:19 122:3
123:2 125:22
132:23 136:5
142:7 143:25
**year** 23:1,2
29:18
**years** 9:13,15
13:25 18:6,25
55:10 56:5,8,8
56:11,14 59:6
62:5,23 63:8
64:5 65:1,5
68:24 78:4,6
79:1 88:8
100:8
**yep** 131:25
**yesterday** 19:6
20:9,11 24:19
30:24 43:21
**youll** 98:6
**youre** 7:17 23:3
25:8 26:13
33:9 35:21
52:10 55:20

77:1 80:2,2
85:16 93:6
97:2,13,15,16
100:20 101:4
103:12 118:11
120:24 123:21
**youve** 10:25
15:16 26:9
27:16 28:3
116:1 118:15
126:8
—————————
        **Z**
—————————
**zavitsanos** 3:9
—————————
        **0**
—————————
**01** 144:4,6
**0123** 117:10
**02** 1:21 7:4
144:23,24
**03** 1:21
**08** 80:14,15
—————————
        **1**
—————————
**1** 15:19 23:22
114:17 115:18
115:21 117:13
130:1,2,2,4
144:3,4
**10** 43:17,19
**100** 61:11 63:13
63:14 69:3
70:19,23
**11** 43:17,19
80:14,15,15,17
103:23,24
**110890** 135:24
**114** 5:15
**12** 18:25 103:24
104:1
**1221** 3:9
**123** 5:16
**12312014** 149:7
149:9 150:20
150:22
**126** 5:18
**127** 5:19

**129** 5:21
**13** 18:11 130:1,2
**130** 5:22
**131** 5:24 6:1
**132** 6:2
**133** 6:3
**133993** 137:16
**134** 6:4
**135** 6:5
**137** 6:6
**138** 6:7
**139896** 5:22
129:14
**13year** 18:25
**14** 1:14,20 145:2
147:13
**145** 5:6
**147** 5:7
**14th** 7:3 47:20
**14year** 18:12
**15** 117:12
**1500** 3:15,20
**166964** 5:23
130:8
**17** 80:15,17
**1999** 18:11,22
19:7 20:25
—————————
        **2**
—————————
**2** 1:21 16:1
23:24 24:19
29:6,22 30:5
31:13 33:1
43:19 114:17
115:18 144:4,6
144:23,24
**20** 13:3
**200** 74:14
**2000** 8:8
**2002** 14:3
**2003** 14:3
**2006** 29:20
**2007** 29:21
**2008** 14:4
**2009** 6:6 14:5
19:17,19 21:22
135:23

| | | | |
|---|---|---|---|
| **2010** 8:1 11:1 | 46:19 49:25 | **49** 5:13 | **9** 1:21 7:4 22:5,8 |
| 19:17,19 21:22 | **33** 5:13 49:20,21 | **4956005** 3:6 | 22:18,21,23 |
| 47:20 | 49:22 50:1 | **4956300** 3:21 | 23:25 25:10 |
| **2012** 11:6 78:13 | **34** 5:14 92:11,12 | **4austin144862** | 29:14,16 30:19 |
| 78:18,20 | 92:13 112:9 | 149:11 150:24 | 37:8,13,16 |
| **2013** 1:14,20 7:3 | **3402600** 3:16 | **4j** 89:8 | 43:16,17 47:14 |
| 18:11 145:2 | **344** 149:9 | | 47:17,22,24 |
| 147:13,23,25 | 150:22 | **_____5_____** | 51:16 52:8,14 |
| 149:2 150:16 | **3460** 3:10 | **5** 15:13 16:19 | 53:5 55:25 |
| **2028** 29:25 | **35** 5:15 103:24 | 130:3 | 56:3 61:1,5 |
| **203** 148:17 | 104:1 114:8,10 | **50** 3:14 61:11,12 | 74:5 78:1,2 |
| 150:1,12 | 114:11 120:8 | 144:3,4 | 88:20,21 119:3 |
| **2100** 1:24 3:5 | 121:4,15 | **500** 61:11 | 119:22 122:18 |
| **21049** 92:14 | **36** 5:16 122:12 | **512** 3:6,21 | 123:5,6,14,16 |
| **2194** 49:25 | 122:13 | **53rd** 1:10 | 123:19,22 |
| **22** 130:2,4 | **37** 5:18 126:4,5 | 147:10 | **92** 5:14 |
| **2201** 49:24 | 126:6 127:8 | **554021498** 3:15 | |
| **22637** 5:20 | **38** 5:19 127:5,6 | **59** 43:16,17 | |
| 127:9 | 127:8 | **5th** 6:6 135:23 | |
| **22643** 126:7 | **380** 4:3 149:8 | | |
| **2401** 7:11 | 150:21 | **_____6_____** | |
| | **39** 5:21 129:11 | **6** 17:1 97:18 | |
| **_____3_____** | 129:13 | 123:25 | |
| **3** 5:2 16:6 22:5,8 | | **600** 1:24 3:4,19 | |
| 22:18,21,23 | **_____4_____** | **612** 3:16 | |
| 23:25 25:10 | **4** 16:11 29:22,24 | **6551101** 3:11 | |
| 29:14,16 30:19 | 38:1 104:1 | **6th** 8:8 | |
| 37:8,13,16 | 114:18 | | |
| 43:21 47:14,17 | **40** 5:22 103:22 | **_____7_____** | |
| 47:22,24 51:16 | 130:5,7,7 | **7** 5:5 29:22 30:5 | |
| 52:8,14 53:5 | **41** 5:24 131:8,9 | 31:13 34:16 | |
| 55:25 56:3 | **42** 6:1 131:21,22 | 35:4 43:23,24 | |
| 61:1,5 74:5 | 148:3 | 44:1,10 114:18 | |
| 78:1,2 80:17 | **43** 6:2 132:13,14 | **701** 4:3 149:8 | |
| 88:20,21 | **44** 6:3 132:25 | 150:21 | |
| 114:18 119:3 | 133:1 | **713** 3:11 | |
| 119:22 122:17 | **45** 6:4 134:4,5,6 | **77010** 3:10 | |
| 122:18 123:5,6 | 137:1 | **78701** 3:5,20 4:3 | |
| 123:11,14,15 | **4589** 149:6 | 149:8 150:21 | |
| 123:16,19,22 | 150:19 | **78746** 7:12 | |
| 123:23 148:3 | **46** 5:12 6:5 | | |
| 150:12 | 135:20,21,22 | **_____8_____** | |
| **30** 10:24 13:3 | 137:2,8 | **8** 5:11 122:17 | |
| 97:18 103:21 | **47** 6:6 137:9,10 | 123:11,15,23 | |
| **31** 5:11 8:16,17 | 137:11,12 | **80** 15:9,10 | |
| 8:18 15:12 | **48** 6:7 103:23,24 | | |
| **32** 5:12 46:16,17 | 138:10,11 | **_____9_____** | |

| | |
|---|---|
| Received: | from source ([209.85.211.196]) by exprod7ob119.postini.com ([64.18.6.12]) with SMTP ID DSNKS01ioE6tHodFM6vmUFw5kAUL4ybtAZVD@postini.com; Tue, 12 Jan 2010 22:05:20 PST |
| Received: | by ywh34 with SMTP id 34so17048102ywh.31for <frank.kopas@versata.com>; Tue, 12 Jan 2010 22:05:19 -0800 (PST) |
| Received: | by 10.101.201.10 with SMTP id d10mr4774692anq.193.1263362719683;Tue, 12 Jan 2010 22:05:19 -0800 (PST) |
| Return-Path: | <chris.strahorn@versata.com> |
| Received: | from ?10.71.0.11? ([65.242.219.10])by mx.google.com with ESMTPS id 21sm3297387iwn.10.2010.01.12.22.05.18(version=SSLv3 cipher=RC4-MD5);Tue, 12 Jan 2010 22:05:19 -0800 (PST) |
| In-Reply-To: | <12697913100112212r1fe4c54bja4ad0f69faf66611@mail.gmail.com> |
| To: | Frank Kopas <frank.kopas@versata.com> |
| Subject: | Re: open source technologies in DCM |
| MIME-Version: | 1.0 |
| X-Mailer: | Lotus Notes Release 7.0.3 September 26, 2007 |
| Message-ID: | <OF45C9DC88.1285CBF9-ON862576AA.00215192-862576AA.00215619@versata.com> |
| From: | chris.strahorn@versata.com |
| Received(Date): | Wed, 13 Jan 2010 00:04:07 -0600 |
| X-MIMETrack: | Serialize by Notes Client on Chris Strahorn/Trilogy(Release 7.0.3|September26, 2007) at 01/13/2010 12:05:35 AM,Serialize complete at 01/13/2010 12:05:35 AM |
| Content-Type: | text/html; charset="US-ASCII" |

Hey Frank. That's the list.

thanks,

Chris


Frank Kopas
<frank.kopas@versata.com>

To  chris.strahorn@versata.com

01/12/2010 11:22 PM

cc

Subject Re: open source technologies in DCM


ok, thanks. to confirm, this is the list i should give them:?



BV
EXHIBIT NO. 21
Kim Seibert

Trilogy-E-000021049-1

Postgres
JBoss/Tomcat
Linux
jPivot
Mondrian
Eclipse BIRT
PDFBox-0.7.2.jar
activation.jar
antlr.jar
avalon-framework-cvs-20020806.jar
axis.jar
batik.jar
collections.jar
commons-beanutils-1.6.jar
commons-collections-3.1.jar
commons-dbcp-1.2.1.jar
commons-digester-1.5.jar
commons-discovery-0.2.jar
commons-fileupload-1.2.jar
commons-io-1.0.jar
commons-logging-1.0.4.jar
commons-math-1.0.jar
commons-net-1.3.0.jar
commons-pool-1.2.jar
commons-validator.jar
commons-vfs.jar
dom.jar
dom4j.jar
eigenbase-properties.jar
eigenbase-resgen.jar
eigenbase-xom.jar
emma.jar
emma_ant.jar
fop.jar
jaas.jar
jai_codec.jar
jai_core.jar
jakarta-regexp-1.2.jar
javacup.jar
javamail
jax-qname.jar
jaxb-api.jar
jaxb-impl.jar
jaxb-libs.jar
jaxb-xjc.jar
jaxb1-impl.jar

Trilogy-E-000021049-2

jaxen-full.jar
jaxp-api.jar
jaxrpc.jar
jaxws-api.jar
jaxws-rt.jar
jaxws-tools.jar
jcert.jar
jcommon-1.0.0.jar
jdom.jar
jfreechart-1.0.0.jar
jgl3.1.0.jar
jmi.jar
jndi.jar
jnet.jar
jsf-api.jar
jsr173_api.jar
jsr181-api.jar
jsr250-api.jar
jsse.jar
jstl.jar
jta-spec1_0_1.jar
log4j.jar
lotusxsl.jar
mail.jar
mailapi.jar
mjlib.jar
mof.jar
namespace.jar
oro.zip
oromatcher
providerutil.jar
relaxngDatatype.jar
resolver.jar
saaj-api.jar
saaj-impl.jar
saaj-ri.jar
sax.jar
saxpath.jar
servlet.jar
sjsxp.jar
smtp.jar
standard.jar
struts.jar
vtd-xml.jar
wsdl4j-1.5.1.jar
xalan.jar

Trilogy-E-000021049-3

xcrces.jar
xercesImpl.jar
xml-apis.jar
xml4j.jar
xmlParserAPIs.jar
xmlsec.jar
xmlunit1.0.jar
xsdlib.jar

On Tue, Jan 12, 2010 at 9:07 PM, <chris.strahorn@versata.com> wrote:

Hey Frank. I've posted the list out on the Wiki along with a bunch of other materials that are typically needed during sales cycles. It's available from

https://sites.google.com/a/versata.com/dcm-core/dcm-sales

thanks

Chris

**Frank Kopas**
**<frank.kopas@versata.com>**

01/12/2010 02:20 PM

To  Chris Strahorn <chris.strahorn@versata.com>

cc  Leela Kaza <leela.kaza@versata.com>

Subject  open source technologies in DCM

Chris, we need to provide a list of open source components present in DCM to Waddell & Reed as part of the negotiations.  Can you send that to me when you have time.

Frank

Trilogy-E-000021049-4

NO. D-1-GN-12-003588

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., f/k/a | § | IN THE DISTRICT COURT |
| TRILOGY SOFTWARE, INC., and VERSATA | § | |
| DEVELOPMENT GROUP, INC., f/k/a | § | |
| TRILOGY DEVELOPMENT GROUP, INC., | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| AMERIPRISE FINANCIAL, INC., | § | |
| AMERIPRISE FINANCIAL SERVICES, INC., | § | |
| AMERICAN ENTERPRISE INVESTMENT | § | |
| SERVICES, INC., | § | |
| *Defendants.* | § | 53rd JUDICIAL DISTRICT |

## DEFENDANTS' NOTICE OF DEPOSITION TO PLAINTIFFS VERSATA SOFTWARE, INC. AND VERSATA DEVELOPMENT GROUP, INC.

To:     Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc. f/k/a Trilogy Development Group, Inc., by and through their attorneys of record, Travis Barton, McGinnis, Lochridge & Kilgore, LLP, 600 Congress Ave., Suite 2100, Austin, TX 78701 and Amir Alavi, Steven J. Mitby & Ben Foster, Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, PC, 1221 McKinney Street, Suite 3460, Houston, TX 77010.

PLEASE TAKE NOTICE that, pursuant to TEX. R. CIV. P. 199, Defendants/Counter-Plaintiffs Ameriprise Financial, Inc., Ameriprise Financial Services, Inc., and American Enterprise Investment Services, Inc. (collectively, "Ameriprise") through their counsel, will take the deposition upon oral examination of the corporate representative(s) of Plaintiffs Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc. f/k/a Trilogy Development Group, Inc., (collectively, "Versata") on June 14, 2013 at 9:00 a.m., at the offices of McGinnis, Lochridge & Kilgore, LLP, 600 Congress Ave., Suite 2100, Austin, TX 78701, on the particular matters described in Exhibit A hereto and incorporated herein ("Designated Matters").

Pursuant to Rule 199.2(b)(1), Versata is directed, with respect to each of the Designated Matters, to designate reasonably in advance of the foregoing date, but not later than three (3)

business days prior to the foregoing date, the person or persons to testify on its behalf to matters that are known or reasonably available to Versata.

The deposition will continue from day to day until completed.  You are invited to attend and cross-examine.  The deposition will be videotaped.

This deposition will be taken for the purposes of discovery, for use at trial of this cause, and for all other purposes authorized by the Texas Rules of Civil Procedure.

Respectfully submitted,

SCOTT, DOUGLASS & MCCONNICO, LLP

By: _____
Steve McConnico
Texas Bar No. 13450300
Christopher D. Sileo
Texas Bar No. 24027977
600 Congress Avenue, Suite 1500
Austin, Texas  78701
(512) 495-6300 (Telephone)
(512) 474-0731 (Facsimile)
smcconnico@scottdoug.com
csileo@scottdoug.com

**Of Counsel:**

DORSEY & WHITNEY LLP
Peter M. Lancaster (MN ID # 0159840)
*Admitted Pro Hac Vice*
Heather D. Redmond (MN ID # 0313233)
*Admitted Pro Hac Vice*
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402-1498
(612) 340-2600 (Telephone)
(612) 340-3868 (Facsimile)
lancaster.peter@dorsey.com
redmond.heather@dorsey.com

**ATTORNEYS FOR DEFENDANTS/COUNTER - PLAINTIFFS**

2

983080

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Deposition was served on the following counsel of record by the methods stated below on the 21st day of May 2013:

**Via Facsimile: 512-495-6093**
Travis Barton
McGinnis, Lochridge & Kilgore, LLP
600 Congress Ave., Suite 2100
Austin, TX  78701
*Attorneys for Plaintiffs*

**Via Facsimile:  713-655-0062**
Amir Alavi
Steven J. Mitby
Ben Foster
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, PC
1221 McKinney Street, Suite 3460
Houston, TX  77010
*Attorneys for Plaintiffs*

Christopher D. Sileo

3

983080

## DEFINITIONS

This notice is to be responded to with reference to the following definitions:

1.      "Agreement" means the October 4, 1999 Master License Agreement between Ameriprise and Versata.

2.      "Ameriprise" means Defendant Ameriprise Financial, Inc. and its predecessors and its current and former affiliates and subsidiaries.

3.      "DCM" means the software product known as Distribution Channel Management and licensed at any time to Ameriprise.

4.      "License" means any written, oral or other agreement or arrangement, formal or informal, between Versata Software, Inc. and another entity or individual.

5.      "Versata" means Plaintiff Versata Software, Inc., and any current and former parent, subsidiary or affiliate of Versata Software, Inc., including, without limitation, Trilogy Software, Inc., Versata Development Group, Inc., and Trilogy Development Group, Inc.

4

983080

## EXHIBIT "A"

1.      A description of all code and documentation that Versata has escrowed pursuant to the Agreement for the benefit of Ameriprise.

2.      All licenses covering, or relating to, DCM code or components of DCM.

3.      The genesis of the code included in DCM.

4.      Versata's DCM development, maintenance, and support staffing models and processes, including, without limitation, any efforts to maintain quality and confidentiality of code in DCM.

5.      The structure, features, and functions of DCM, including the relationships of class files to other class files and the relationship of stock DCM code to custom code.

6.      Key class files, including those class files essential to operate DCM.

5

983080